USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNY RUBIN, ET AL.,

                Plaintiffs,

- against -

THE ISLAMIC REPUBLIC OF IRAN &
THE UNITED STATES MARSHALS
SERVICE, ET AL.,

                Defendants.

---

1:09-cv-00165-RJH

Related Case:
1:08-cv-10934-RJH

**ORDER**

       The Court is in receipt of plaintiff's January 20, 2009 letter requesting that a briefing schedule be entered for plaintiff's motion for the release of certain funds recently "frozen" by order of the Court. The parties are directed to appear at the initial pretrial conference in No. 08 Civ. 10934, *United States of America v. All Right, Title, and Interest of ASSA Corp.*, currently scheduled for March 6, 2009, at 11:00 a.m. The parties should be prepared to discuss whether this action should be consolidated with *Assa Corp.*, and/or stayed pending entry of judgment in that matter.

SO ORDERED.

Dated: New York, New York
       February __11__, 2009

                                                Richard J. Holwell
                                                United States District Judge