```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 4/17/09              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EDWENA R. HEGNA, et al.

                Plaintiffs,

     - against -

THE ISLAMIC REPUBLIC OF IRAN, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

18 MS 302

Related actions:
1:08-cv-10934-RJH
1:09-cv-00165-RJH
1:09-cv-00166-RJH
1:09-cv-00564-RJH
1:09-cv-00553-RJH

**ORDER**

The Court is in receipt of the *Hegna* plaintiffs' letter of April 13, 2009 requesting clarification of the Court's order of April 6, 2009.

After further review of the *Hegna* plaintiffs' submissions, the Court sees no need for a complaint to be filed in No. 18 MS 302. The parties' briefing, however, should address (i) the legal sufficiency of the *Hegna* plaintiffs' petition for a judicial sale of defendants' interest in 650 Fifth Avenue, and (ii) how proceedings in the *Hegna* action should be coordinated with proceedings in the related cases noted above, if at all.

A proposed briefing schedule for the *Hegna* action and all related actions should be submitted by April 24, 2009. If the parties are unable to agree on a schedule, the parties should propose alternative schedules, and the Court will enter an order scheduling further proceedings.

- 1 -

- 2 -

SO ORDERED.

Dated: New York, New York
       April __16__, 2009

_____
Richard J. Holwell
United States District Judge