USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
EDWENA R. HEGNA,
Executrix of the Estate of Charles Hegna,
Late of Sterling, Virginia, individually, and
STEVEN A. HEGNA, CRAIG M. HEGNA,
LYNN MARIE HEGNA MOORE, and
PAUL B. HEGNA,

                Plaintiffs,

    v.

ISLAMIC REPUBLIC OF IRAN
        and
THE IRANIAN MINISTRY OF
INFORMATION AND SECURITY,
                Defendants.
-------------------------------------------------------------- X

Case No. 18 MS 0302
(Judgment N0. 02-2472)
-RJH

08cv10934

## AMENDED ORDER TO SHOW CAUSE

The Order To Show Cause entered herein on March 26, 2009, as amended on March 31, 2009, is hereby further amended to provide for notice of this Court's May 12, 2009 Scheduling Order and to provide further notice of the said Order of Show Cause to non-appearing parties named herein, by effecting service upon them as hereinafter ordered.

**IT IS HEREBY ORDERED:**

Within ten (10) days of the date of this Order, the Clerk of this Court, at the expense of the Hegna judgment creditors, pursuant to 28 U.S.C. §1608(b)(3)(B) shall cause to be served on each of (1) Bank Melli Iran a/k/a Bank Melli and (2) the Iranian Ministry of

Information and Security by registered or certified mail, return receipt requested, a copy of this Court's May 12, 2009 Scheduling Order, the Order to Show Cause, and of the Amended Orders to Show Cause, together with the accompanying Dupont Affidavit, Motion and Memorandum of Law, with all exhibits thereto annexed, and together with Farsi translations of the Order to Show Cause, this Amended Order to Show Cause and this Court's May 12, 2009 Scheduling Order, addressed to each as follows:

To: Bank Melli Iran, at Fedowski Avenue, P.O. Box 11365-171, Tehran, Iran; and

To: Ministry of Information and Security, at Second Negareston Street Pasdaran Avenue Tehran, Iran, attention of H.E. Gholam Mohseni-Ejehi, Minister of Information and Security of the Islamic Republic of Iran.

**FURTHER ORDERED**: Within ten (10) days of the date of this Order, the Clerk of this Court, at the expense of the Hegna judgment creditors, pursuant to 28 U.S.C. §1608(a)(4), shall send to the Secretary of State of the United States of America, in Washington, District of Columbia, to the attention of the Director of Special Consular Service for transmittal by the said Secretary to the Islamic Republic of Iran, in accordance with 28 U.S.C. §1608(a)(4) the following: two (2) copies each of this Court's May 12, 2009 Scheduling Order, the Order to Show Cause, this Amended Order to Show Cause and a notice of suit, together with a Farsi translation of each document, and together with the Motion for an Order to Show Cause, the accompanying Memorandum of Law, with all exhibits thereto annexed and the related Dupont Affidavit.

The foregoing papers shall be addressed and dispatched by the Clerk of this Court to the Secretary of State of the United States of America by any form of mail requiring a signed receipt. A certified copy of the diplomatic note indicating when the foregoing papers

2

were transmitted to the Islamic Republic of Iran shall be returned to the Clerk of this Court in due course pursuant to 28 U.S.C. §1608(a)(4).

Dated: June 8, 2009
New York, New York

_____
United States District Judge