USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA             :

       -v-                                :

ALL RIGHT, TITLE, AND INTEREST OF    :
ASSA CORPORATION, ASSA COMPANY           08 Civ. 10934 (RJH)
LIMITED, BANK MELLI IRAN, AND THE    :
ALAVI FOUNDATION IN 650 FIFTH AVENUE
COMPANY, INCLUDING BUT NOT LIMITED TO :
THE REAL PROPERTY AND APPURTENANCES
LOCATED AT 650 FIFTH AVENUE, NEW     :
YORK, NEW YORK, WITH ALL IMPROVEMENTS
AND ATTACHMENTS THEREON, AND ALL     :
PROPERTY TRACEABLE THERETO, et al.
                                     :
      Defendants *in rem*.
                                     :
- - - - - - - - - - - - - - - - - - - - x

### RESTRAINING ORDER AND ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN FOR RESTRAINED ACCOUNTS

WHEREAS, on November 12, 2009, the United States filed an amended complaint, verified by Special Agent George J. Ennis Jr., of the United States Federal Bureau of Investigation, alleging that the contents of the accounts described below are subject to seizure and civil forfeiture pursuant to 18 U.S.C. §§ 981 and 984:

    a.    All funds on deposit at JPMorgan Chase Bank, N.A., in account number 230484468, held in the name of 650 Fifth Avenue Company, and all funds traceable thereto ("Partnership Account-1"); and

    b.    All funds on deposit at JPMorgan Chase Bank, N.A., in account number 230484476, in the name of 650 Fifth Avenue Company, and all funds traceable thereto ("Partnership Account-2");

(the "Subject Accounts");

WHEREAS, the Court has reviewed the verified amended complaint and finds, in accordance with Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, that the verified amended complaint alleges probable cause that the Subject Properties are subject to seizure and forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), as property constituting or derived from proceeds traceable to violations of IEEPA, and pursuant to 18 U.S.C. §§ 981(a)(1)(A), as property involved in money laundering transactions and attempted money laundering transactions;

WHEREAS, on or about May 2, 2007, Jones Lang LaSalle (the "Management Company") and 650 Fifth Avenue Company entered into a Management and Rental Agreement ("Management Agreement"), pursuant to which 650 Fifth Avenue Company appointed the Management Company as sole agent for the property known as 650 Fifth Avenue, New York, New York (the "Building");

WHEREAS, the Subject Accounts are currently maintained by the Management Company;

WHEREAS, in lieu of closing the Subject Accounts and transferring their contents to the custody of the United States Marshals Service ("USMS"), the Government seeks appointment of the Management Company as a substitute custodian for the Subject Accounts;

NOW, THEREFORE, IT IS ORDERED that:

1. The Management Company is designated as substitute custodian for the Subject Accounts (the "Substitute Custodian Property").

2. No portion of the Substitute Custodian Property or any interest, dividends or other proceeds thereon, shall be, directly or indirectly, transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of, or attached, in any manner, unless authorized by the Management Agreement and approved by the United States Attorney's Office for the Southern District of New York.

3. The Management Company shall not take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the Substitute Custodian Property, or any interest, dividends or other proceeds thereon.

4. Upon entry of a Declaration of Forfeiture or Order of Forfeiture and upon request of the United States Attorney's Office for the Southern District of New York, the Management

Company shall liquidate the Substitute Custodian Property and transfer the proceeds to the United States Marshals Service for the Southern District of New York.

Dated: New York, New York
      November 12, 2009

SO ORDERED:

_____
HONORABLE RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

4