UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA                    :

        -v-                                 :

ALL RIGHT, TITLE, AND INTEREST OF           :
ASSA CORPORATION, ASSA COMPANY                    08 Civ. 10934 (RJH)
LIMITED, BANK MELLI IRAN, AND THE           :
ALAVI FOUNDATION IN 650 FIFTH AVENUE
COMPANY, INCLUDING BUT NOT LIMITED TO       :
THE REAL PROPERTY AND APPURTENANCES
LOCATED AT 650 FIFTH AVENUE, NEW            :
YORK, NEW YORK, WITH ALL IMPROVEMENTS
AND ATTACHMENTS THEREON, AND ALL            :
PROPERTY TRACEABLE THERETO, et al.
                                            :
        Defendants in rem.
                                            :
- - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

## WARRANT OF SEIZURE
## PURSUANT TO 18 U.S.C. § 981

TO: ANY DESIGNATED OFFICER OF THE FEDERAL BUREAU OF INVESTIGATION AND/OR ANY LAW ENFORCEMENT OFFICER AUTHORIZED BY LAW

WHEREAS, on November 12, 2009, the United States filed an amended civil complaint, verified by Special Agent George J. Ennis Jr., of the United States Federal Bureau of Investigation, showing probable cause to believe that the accounts described below are subject to seizure and forfeiture pursuant to 18 U.S.C. § 981;

YOU ARE HEREBY COMMANDED AND AUTHORIZED to seize, within ten (10) days of the date of issuance of this warrant, by personally serving a copy of this warrant of seizure upon any person presently in possession of such property, the property described as follows:

All funds on deposit at Sterling National Bank in account number 3802032216, held in the name of Alavi Foundation, and all funds traceable thereto;

All funds on deposit at Sterling National Bank in account number 3802032201, held in the name of Alavi Foundation, and all funds traceable thereto;

All funds on deposit at Sterling National Bank in account number 3852524414, held in the name of Alavi Foundation, and all funds traceable thereto;

YOU ARE FURTHER COMMANDED AND AUTHORIZED to prepare a written inventory of the property seized and promptly return this warrant and inventory before this Court as required by law.

STERLING NATIONAL BANK IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced accounts and to refuse the withdrawal of any amount from said accounts by anyone other than duly authorized law enforcement agents; to promptly provide law enforcement officers with the current account balances; and to continue to allow the accrual of any deposits, interest, dividends, and any other amounts credited to said accounts until the contents of said accounts are finally liquidated.

Dated: New York, New York
November 12, 2009

_____
HONORABLE RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK