Daniel S. Ruzumna (DR-2105)
Krista Caner (KC-7358)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone 212-336-2000
Facsimile 212-336-2222

*Attorneys for Claimant Alavi Foundation*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| ALL RIGHT, TITLE, AND INTEREST OF ASSA : CORPORATION, ASSA COMPANY LIMITED, AND BANK MELLI IRAN IN 650 FIFTH : AVENUE COMPANY, INCLUDING BUT NOT LIMITED TO THE REAL PROPERTY AND : APPURTENANCES LOCATED AT 650 FIFTH AVENUE, NEW YORK, NEW YORK, WITH : ALL IMPROVEMENTS AND ATTACHMENTS THEREON, *ET AL.*, : | Rule 7.1 Statement Civil Action No. 08 Civ. 10934 (RJH) |
| Defendants *in rem*. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record certify that Claimant Alavi Foundation has no parent corporation and, as Alavi Foundation is a not-for-profit corporation organized under the laws of New York that has no stock, that no publicly traded company owns more than ten percent of its stock.

Dated:  December 17, 2009                    Respectfully submitted,

                                               _s/ Daniel S. Ruzumna_____
                                               Daniel S. Ruzumna (DR-2105)
                                               Krista Caner (KC-7358)
                                               PATTERSON BELKNAP WEBB & TYLER LLP
                                               1133 Avenue of the Americas
                                               New York, NY 10036-6710
                                               (212) 336-2000

                                               *Attorneys for Claimant Alavi Foundation*