USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE 650 FIFTH AVENUE AND RELATED PROPERTIES | 08 Civ. 10934 (RJH)<br><br>**ORDER**<br><br>THIS DOCUMENT RELATES TO ALL CASES |

The Court is in receipt of letters regarding proper course of further proceedings in the above action and all cases related thereto, including the following actions: *Greenbaum et al. v. Assa Corp. et al.*, 09 Civ. 553, 09 Civ. 564; *Rubin v. Alavi Foundation et al.*, 09 Civ. 165, 09 Civ. 4614, 09 Civ. 4784; *Miller v. Alavi Foundation et al.*, 09 Civ. 166; *Hegna et al. v. Islamic Republic of Iran*, et al., 18 MS 302; *Peterson v. 650 Fifth Avenue Company*, et al., 09 Civ. 1627; *Acosta v. Assa Corp. et al.*, 10 Civ. 2464.

All parties to cases related to the above action, including parties to *Hegna et al. v. Islamic Republic of Iran*, et al., 18 MS 302, shall appear at a hearing regarding the issues raised in the aforementioned letters on May 24, 2011 at 10:30 a.m.

SO ORDERED.

Dated: New York, New York
May 13, 2011

Richard J. Holwell
United States District Judge