UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE 650 FIFTH AVENUE AND
RELATED PROPERTIES

08 Civ. 10934(KBF)

THIS DOCUMENT RELATES TO: 09 Civ. 165, 09 Civ. 166

**DECLARATION OF AITAN D. GOELMAN IN SUPPORT OF THE RUBIN PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

AITAN D. GOELMAN, pursuant to 28 U.S.C. § 1746, under penalty of perjury, hereby declares as follows:

1. I am a member of the firm Zuckerman Spaeder LLP, counsel for Plaintiffs Jenny Rubin, Deborah Rubin, Stuart E. Hersh, Renay Frym, Noam Rozenman, Elena Rozenman, Tzvi Rozenman, Daniel Miller, and Abraham Mendelson (collectively, the "Rubin Plaintiffs"), and am admitted to practice before this Court. I submit this Declaration in support of the Rubin Plaintiffs' Motion for Partial Summary Judgment.

2. Annexed hereto as Exhibit A is a true and correct copy of the Federal Register Volume 72, No. 213, pages 62520-62521, dated November 5, 2007.

3. Annexed hereto as Exhibit B is a true and correct copy of a Press Release from the United States Department of Treasury, dated December 17, 2008, titled "Treasury Designates Bank Melli Front Company in New York City."

4. Annexed hereto as Exhibit C is a true and correct copy of the Federal Register Volume 73, No. 251, pages 80513-80514, dated December 31, 2008.

5. Annexed hereto as Exhibit D is a true and correct copy of pages 1, 91, and 99 of the United States Department of Treasury, Office of Foreign Assets Control Specially

Designated Nationals and Blocked Persons List, dated Mar. 14, 2013 (*available at*:

http://www.treasury.gov/ofac/downloads/t11sdn.pdf (last visited Mar. 18, 2013)).

      6.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 21, 2013

                                *s/ Aitan D. Goelman*
                                Aitan D. Goelman