```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 2 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
IN RE 650 FIFTH AVENUE AND                 :       08 Civ. 10934 (KBF)
RELATED PROPERTIES                         :       and all member and
:       related cases
:
:              ORDER
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court has reviewed the Government's letter motion dated June 28, 2013, seeking a protective order precluding defendants' noticed Rule 30(b)(6) deposition of a representative of the Office of Foreign Assets Control ("OFAC") (ECF No. 534), as well as responses from defendant-claimants Alavi Foundation and 650 Fifth Ave. Corp. dated July 12, 2013 (ECF No. 549) and from defendant-claimants Assa Corp. and Assa Co. Ltd. dated July 11, 2013 (ECF No. 551). It is hereby

ORDERED that the Government's motion for a protective order regarding OFAC is DENIED. The Government may make any assertions of privilege at the deposition, as appropriate. The Court notes the presence of an OFAC representative on the Government's proposed witness list (ECF No. 470), as well as references to OFAC throughout this case, as permitting this deposition to proceed.

SO ORDERED.

Dated:     New York, New York
           July 22, 2013

                                           _____
                                           KATHERINE B. FORREST
                                           United States District Judge