UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
:
: 08 Civ. 10934 (KBF)
In re 650 Fifth Avenue and Related Properties
: ECF Case
:
------------------------------------x

STATE OF NEW YORK            )
COUNTY OF NEW YORK           : ss.:
SOUTHERN DISTRICT OF NEW YORK )

## DECLARATION OF MICHAEL D. LOCKARD
## IN SUPPORT OF THE GOVERNMENT'S MOTION
## FOR SUMMARY JUDGMENT

Michael D. Lockard, pursuant to Title 28, United States Code, Section 1746, hereby declares the following under penalty of perjury:

1.  I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Patrick Clawson in this action.

I declare under penalty of perjury that the foregoing is true and correct pursuant to Title 28, United States Code, Section 1746.

Dated: New York, New York
August 17, 2013

_____
Michael D. Lockard
Assistant United States Attorney

Sworn to before me this
17th day of August, 2013

_____
NOTARY PUBLIC

MARCO DASILVA
Notary Public, State of New York
No. 01DA6145603
Qualified in Nassau County
My Commission Expires May 8, 2014

2