UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
                                              :        08 Civ. 10934 (KBF)
In re 650 Fifth Avenue and Related Properties
                                              :        ECF Case

                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK          )
COUNTY OF NEW YORK         :  ss.:
SOUTHERN DISTRICT OF NEW YORK  )

## DECLARATION OF JENNIFER A. MCREYNOLDS
## IN SUPPORT OF THE GOVERNMENT'S MOTION
## <u>FOR SUMMARY JUDGMENT</u>

Jennifer A. McReynolds deposes and says:

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to

the New York Joint Terrorism Task Force ("JTTF").  The facts contained within this Declaration

are based upon my own personal knowledge, my participation in the investigation of this matter,

my conversations with other law enforcement officers, my review of the records and reports

maintained by the Federal Bureau of Investigation ("FBI"), my review of the files of the United

States Attorney's Office, and filings in this matter.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Certificate of

Incorporation of the Pahlavi Foundation that was filed on or about December 5, 1973, bates

number ALV_00036109 to ALV_00036120.

3.    Attached hereto as Exhibit 2 is a true and correct copy of

4.     Attached hereto as Exhibit 3 is a true and correct copy of

5.     Attached hereto as Exhibit 4 is a true and correct copy of

6.     Attached hereto as Exhibit 5 is a true and correct copy of

7.     Attached hereto as Exhibit 6 is a true and correct copy of

8.     Attached hereto as Exhibit 7 is a true and correct copy of

9.     Attached hereto as Exhibit 8 is a true and correct copy

10.    Attached hereto as Exhibit 9 is a true and correct copy of th

11.    Attached hereto as Exhibit 10 is a true and correct copy of

12.    Attached hereto as Exhibit 11 is a true and correct copy of

13.     Attached hereto as Exhibit 12 is a true and correct copy of

14.     Attached hereto as Exhibit 13 is a true and correct copy the Restated Certificate of Incorporation of the Pahlavi Foundation dated on or about July 2, 1980, bates numbers SDNY-0003525 to SDNY.

15.     Attached hereto as Exhibit 14 is a true and correct copy of

16.     Attached hereto as Exhibit 15 is a true and correct copy of

17.     Attached hereto as Exhibit 16 is a true and correct copy of

18.     Attached hereto as Exhibit 17 is a true and correct copy of

19.     Attached hereto as Exhibit 18 is a true and correct copy the Verified Petition to authorize the transfer property dated on or about October 11, 1989 signed by then President of the Mostazafan Foundation, Mohammad Badr-Taleh, bates number SDNY-0023054 to SDNY-0023062.

---

[1] English-language translations of Persian documents attached to this affidavit are not necessarily final drafts, and are subject to review and revision.

20.     Attached hereto as Exhibit 19 is a true and correct copy of

21.     Attached hereto as Exhibit 20 is a true and correct copy of

22.     Attached hereto as Exhibit 21 is a true and correct copy

23.     Attached hereto as Exhibit 22 is a true and correct copy of

24.     Attached hereto as Exhibit 23 is a true and correct copy of

25.     Attached hereto as Exhibit 24 is a true and correct copy of

26.     Attached hereto as Exhibit 25 is a true and correct copy of t

27.     Attached hereto as Exhibit 26 is a true and correct copy of u█████

28.     Attached hereto as Exhibit 27 is a true and correct copy of █████

29.     Attached hereto as Exhibit 28 is a true and correct copy █████

30.     Attached hereto as Exhibit 29 is a true and correct copy of █████

31.     Attached hereto as Exhibit 30 is a true and correct copy of



32.     Attached hereto as Exhibit 31 is a true and correct copy of

33.     Attached hereto as Exhibit 32 is a true and correct copy of

34.     Attached hereto as Exhibit 33 is a true and correct copy of the Certificate of

Incorporation of Assa Corp. dated on or about July 13, 1989.

35.     Attached hereto as Exhibit 34 is a true and correct copy of the Statement by

Incorporator of Action Taken in Lieu of Organization Meeting of Assa Corp., a New York

Corporation dated on or about July 17, 1989, and attached By-Laws of Assa Corp., bates

numbers SDN- 0002670 to SDNY 0002681.

36.     Attached hereto as Exhibit 35 is a true and correct copy of

37.     Attached hereto as Exhibit 36 is a true and correct copy of

38.     Attached hereto as Exhibit 37 is a true and correct copy of

39.     Attached hereto as Exhibit 38 is a true and correct copy of

40.     Attached hereto as Exhibit 39 is a true and correct copy of

41.     Attached hereto as Exhibit 40 is a true and correct copy of

42.     Attached hereto as Exhibit 41 is a true and correct copy of

43.     Attached hereto as Exhibit 42 is a true and correct copy of a

44.     Attached hereto as Exhibit 43 is a true and correct copy of

45.     Attached hereto as Exhibit 44 are true and correct copies of

46.     Attached hereto as Exhibit 45 are true and correct copies of

47.     Attached hereto as Exhibit 46 are true and correct copies of

48.     Attached hereto as Exhibit 47 are true and correct copies of

49.     Attached hereto as Exhibit 48 are true and correct copies of

50.     Attached hereto as Exhibit 49 is a true and correct copy of

51.     Attached hereto as Exhibit 50 is a true and correct copy of

52.     Attached hereto as Exhibit 51 are true and correct copies of relevant Alavi

Foundation Tax Returns between 1999 to 2007.

53.     Attached hereto as Exhibit 52 is a true and correct copy of

54.     Attached hereto as Exhibit 53 is a true and correct copy of

55.     Attached hereto as Exhibit 54 are true and correct copies of

56.     Attached hereto as Exhibit 55 is a true and correct copy of

57.     Attached hereto as Exhibit 56 is a true and correct copy of

58.     Attached hereto as Exhibit 57 are true and correct copies of

59.     Attached hereto as Exhibit 58 are true and correct copies of ███████████████

60.     Attached hereto as Exhibit 59 are true and correct copies of C███████████████

61.     Attached hereto as Exhibit 60 is a true and correct copy of a Certificate of

Amendment of the Certificate of Incorporation of the Mostazafan Foundation of New York dated

on or about June 10, 1992, bates numbers SDNY-0003501 to SDNY-0003506.

62.     Attached hereto as Exhibit 61 is a true and correct copy of ███████████████

63.     Attached hereto as Exhibit 62 is a true and correct copy of  the Summons and

Complaint filed in the United States District Court, Southern District of New York under *Gabay*

*v. Mostazafan Foundation of Iran, et al*.,  (the "Gabay Action") on or about September 22, 1992,

bates numbers SDNY-0027648 to SDNY-0027667.

64.     Attached hereto as Exhibit 63 is a true and correct copy of ███████████████

65.     Attached hereto as Exhibit 64 is a true and correct copy of t███████████████

11

66.     Attached hereto as Exhibit 65 is a true and correct copy of 

67.     Attached hereto as Exhibit 66 is a true and correct copy of

68.     Attached hereto as Exhibit 67 is a true and correct copy of

69.     Attached hereto as Exhibit 68 is a true and correct copy of the

70.     Attached hereto as Exhibit 69 are true and correct copies of

71.     Attached hereto as Exhibit 70 is a true and correct copy of an Indictment charging Farshid Jahedi in two counts, 09 Cr. 460 (SAS) (S.D.N.Y.).

72.     Attached hereto as Exhibit 71 is a true and correct copy of the court transcript of Farshid Jahedi plea hearing taken on December 30, 2009 before the Honorable Shira A. Scheindlin, bates numbers SDNY-0758410 to SDNY-0758437.

73.     Attached hereto as Exhibit 72 is a true and correct copy of

74.	Attached hereto as Exhibit 73 is a true and correct copy of

75.	Attached hereto as Exhibit 74 is a true and correct copy of

76.	Attached hereto as Exhibit 75 is a true and correct copy of t

77.	Attached hereto as Exhibit 76 is a true and correct copy of t

78.	Attached hereto as Exhibit 77 is a true and correct copy of

79.     Attached hereto as Exhibit 78 is a true and correct copy of

80.     Attached hereto as Exhibit 79 is a true and correct copy of t

81.     Attached hereto as Exhibit 80 is a true and correct copy of

82.     Attached hereto as Exhibit 81 is a true and correct copy of

83.     Attached hereto as Exhibit 82 is a true and correct copy of the minutes of

84.     Attached hereto as Exhibit 83 is a true and correct copy of



85.     Attached hereto as Exhibit 84 is a true and correct copy of a

86.     Attached hereto as Exhibit 85  is a true and correct copy of

87.     Attached hereto as Exhibit 86 is a true and correct copy of

88.     Attached hereto as Exhibit 87 is a true and correct copy of the Summons and

Complaint filed in the Supreme Court, State of New York under *Hanif Partnership  v. Assa

Corp., et al.*, on or about February 18, 2004, bates numbers SDNY-0016388 to SDNY-0016442.

89.     Attached hereto as Exhibit 88 is a true and correct copy of the

90.     Attached hereto as Exhibit 89 is a true and correct copy of

91.    Attached hereto as Exhibit 90 is a true and correct copy and specifically incorporate herein the relevant statutory authority pages, identified in pages 6 through 16 of the Verified Amended Complaint filed in this matter on November 12, 2009.

92.    Attached hereto as Exhibit 91 is a true and correct copy of

93.    Attached hereto as Exhibit 92 is a true and correct copy of a fax from

94.    Attached hereto as Exhibit 93 is a true and correct copy of a

95.    Attached hereto as Exhibit 94 is a true and correct copy of

96.    Attached hereto as Exhibit 95 is a true and correct copy of

97.    Attached hereto as Exhibit 96 is a true and correct copy of

98.    Attached hereto as Exhibit 97 are true and correct copies of

99.     Attached hereto as Exhibit 98 are true and correct copies of ▮▮▮▮▮

100.    Attached hereto as Exhibit 99 are true and correct copies of ▮▮▮▮▮

101.    Attached hereto as Exhibit 100 are true and correct copies of ▮▮▮▮▮

102.    Attached hereto as Exhibit 101 is a true and correct copy of ▮▮▮▮▮

103.    Attached hereto as Exhibit 102 is a true and correct copy of ▮▮▮▮▮

104.    Attached hereto as Exhibit 103 is a true and correct copy of ▮▮▮▮▮

105.    Attached hereto as Exhibit 104 is a true and correct copy of ▮▮▮▮▮

106.    Attached hereto as Exhibit 105 is a true and correct copy of ▮▮▮▮▮

107.    Attached hereto as Exhibit 106 is a true and correct copy of ▮▮▮▮▮

108.    Attached hereto as Exhibit 107 is a true and correct copy of ▮▮▮▮▮

109.    Attached hereto as Exhibit 108 is a true and correct copy of

110.    Attached hereto as Exhibit 109 is a true and correct copy of

111.    Attached hereto as Exhibit 110 is a true and correct copy of t

112.    Attached hereto as Exhibit 111 is a true and correct copy of

113.    Attached hereto as Exhibit 112 is a true and correct copy of a Deed made on April

8, 1974 between the Pahlavi Foundation Endowment and the Pahlavi Foundation.

114.    Attached hereto as Exhibit 113 is a true and correct copy of

115.    Attached hereto as Exhibit 114 is a true and correct copy of



I declare under penalty of perjury that the foregoing is true and correct pursuant to Title 28, United States Code, Section 1746.

Dated: New York, New York
      August 17, 2013

                                        Special Agent Jennifer McReynolds
                                        Federal Bureau of Investigation

Sworn to before me this
17th day of August, 2013

                                  MARCO DASILVA
                     Notary Public, State of New York
                       No. 01DA6145603
                    Qualified in Nassau County
NOTARY PUBLIC       My Commission Expires May 8, 2014

19