# EXHIBITS 1 – 114 REDACTED