PREET BHARARA
United States Attorney for the
Southern District of New York
By: Sharon Cohen Levin
      Michael D. Lockard
      Martin S. Bell
      Carolina A. Fornos
      Assistant United States Attorneys
      Anand Sithian
      Special Assistant United States Attorney
1 St. Andrews Plaza
New York, New York 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re 650 Fifth Avenue and Related Properties | No. 08 Civ. 10934 (KBF) |
| | **THE GOVERNMENT'S LOCAL RULE 56.1 STATEMENT OF UNDISPUTED FACTS** |

        Pursuant to Civil Rule 56.1 of the Local Rules of the United States District Court

for the Southern District of New York, the United States of America ("Government"), states that

there is no genuine issue of material fact to be tried in the above-captioned action with respect to

the following:

**Relevant Historical Overview**





**Pahlavi Foundation Board of Directors**





**Creation of the 650 Fifth Avenue Partnership**







**<u>Partnership with Assa and Bank Melli</u>**









**Changes in Bank Melli's Partnership Structure of Assa**





**<u>Assa's Straw Owners</u>**



**Bank Melli's Management of Assa's Affairs through Tafti**

**Rental Income Through the Partnership**

**The Alavi Foundation's Continued Relationship with the Government of Iran**











**Iranian Influence Over Alavi's Settlement of Litigation**



**The Alavi Foundation's Concealment of Its**
**Relationship with the Iranian Government in Civil Lawsuits**







**Jahedi's Destruction of Assa-Related Documents**



**Alavi's Role as Managing Partner of 650 Fifth Avenue Company**





**Building Revenues**

**OFAC Designations**

92.     Bank Melli Iran ("Bank Melli") is wholly owned and controlled by the

Government of Iran.  On June 1, 1995, Bank Melli was determined "to be owned or controlled

by the Government of Iran."  *See* Implementation of Executive Order No. 12959 With Respect to

Iran, 60 Fed. Reg. 40881 (Aug. 10, 1995), *available at* 1995 WL 469997.

93.     On April 26, 1999 Bank Melli was listed as a "financial institution determined by the Office of Foreign Assets Control to be entities owned or controlled by the Government of Iran." *See* Iranian Transactions Regulations: Implementation of Executive Order 13059, 64 Fed. Reg. 20168 (Apr. 26, 1999), *available at* 1999 WL 237703.  In 1999, OFAC identified Bank Melli in Iran, and all of its offices worldwide, as entities "owned or controlled by the Government of Iran."  31 C.F.R. Part 560, App. A.  (Am Compl. ¶ 12; Alavi Ans. ¶ 12; 31 C.F.R. Part 560, App. A.).

94.     In addition, on October 25, 2007, Bank Melli was designated by OFAC pursuant to E.O. 13382 for, *inter alia*, providing banking services to entities involved in Iran's nuclear and ballistic missile programs and providing services to Iran's Islamic Revolutionary Guard Corps ("IRGC") and the IRGC Qods Force.  *See* Additional Designation of Entities Pursuant to Executive Order 13382, 72 Fed. Reg. 62520 (Nov. 5, 2007), *available at* 2007 WL 3235014; *see also* http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/20071120.aspx.

95.     The individuals and entities whose property is blocked pursuant to 31 C.F.R. § 544.201 are listed in OFAC's "Specially Designated Nationals" ("SDN") list.  Bank Melli and all of its offices worldwide were added to the SDN list on or about October 25, 2007.  (Am Compl. ¶ 18; Alavi Ans. ¶ 18).  Assa Corporation and Assa Company Limited were added to the SDN list on or about December 17, 2008.  (Am Compl. ¶ 18; Alavi Ans. ¶ 18; Assa Ans. ¶ 18).

96.     The Alavi Foundation has never received a license from OFAC to run a commercial building for the Government of Iran, to run a charitable organization for the

Government of Iran, or to provide services to Bank Melli through Assa Corp.  (Am Compl. ¶ 23;

Alavi Ans. ¶ 23; Assa Ans. ¶ 23).

97.     Assa Corp. and Assa  Co. Ltd. never received a license from OFAC.  (Am.

Compl. ¶ 23; Alavi Ans. ¶ 23; Assa Ans. ¶ 23).



Dated: August 17, 2013
        New York, New York

PREET BHARARA
United States Attorney for the
Southern District of New York

By:      _____/s/_____

Sharon Cohen Levin
Michael D. Lockard
Martin S. Bell
Carolina A. Fornos
*Assistant United States Attorneys*
Anand Sithian
*Special Assistant United States Attorney*
*- Of Counsel -*