**ROSEN LIVINGSTON & CHOLST LLP**
ATTORNEYS AT LAW

275 MADISON AVENUE, SUITE 500 • NEW YORK, NEW YORK 10016-1111

(212) 687-7770

TELECOPIER (212) 687-8030

EMAIL ADDRESS info@rosenlivingston.com

Writer's Email Address   pil@rosenlivingston.com

| | |
|---|---|
| MORTON H. ROSEN<br>PETER I. LIVINGSTON<br>BRUCE A. CHOLST<br>MARY L. KOSMARK | S. DAVID HARRISON<br>Of Counsel<br><br>ALAN M. GOLDBERG<br>Special Counsel |
| ANDREW B. FREEDLAND<br>DEBORAH B. KOPLOVITZ<br>ANDREW J. WAGNER<br>ELLIOT J. COZ | INNA GRINBERG<br>TARA TESTAVERDE<br>Paralegals |

August 30, 2013

**(via e-mail – ForrestNYSDChambers@nysd.uscourts.gov)**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, New York 10007

Re:   In Re: 650 Fifth Avenue and Related Properties,
      08 Civ. 10934 (KBF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 03 2013
```

Dear Judge Forrest:

Assa Corp. and Assa Limited ("Assa") respectfully submit this letter in response to the letter dated August 28, 2013 submitted by the Office of the United States Attorney (the "Government"). The Court's Order of August 26, 2013 directed the Government to detail, with respect to each witness sought to be precluded by the Alavi, 650 Fifth Avenue Company and Assa, the *precise* date upon which discovery relating to each witness was produced and whether that discovery was produced prior to that witnesses deposition.

However, a review of the letter submitted by the Government indicates that the Government has, at least in part, not complied with the Court's directive.

For the Court's convenience, I am attaching hereto a table which reflects each of the nineteen dates when the Government provided thousands of pages of documents subsequent to the April 1, 2013 cutoff date.

The documents produced after that date pertain to the following individuals:

[REDACTED]

*ROSEN LIVINGSTON & CHOLST LLP*

August 30, 2013
Page 2

      The Government's statement of its document production related to ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is patently false. The Government conveniently fails to mention the fact that on June 6, 2013, the Government prepared and sent out FBI documents 114493-123545. Contained within that packet of materials were the original handwritten interview notes pertaining ▮▮▮▮▮, and the FBI Form 302 summaries of each of those interviews.

      On ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was conducted. At ▮▮▮▮▮▮▮ Assa's attorneys did not have the benefit of those documents because the Government had arranged to make sure that the documents would not be received until <u>after</u> the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ had been concluded.

      The Government admits that it produced documents related to ▮▮▮▮▮ ▮▮▮▮ on July 1, 2013 but fails to tell the rest of the story – the Government has had in its possession approximately 3,966 pages of document which it received in October, 2011 and deliberately failed to turn over the documents without any credible explanation for the delay. The Government similarly failed to respond until August 16, 2013 to Assa's request for OFAC documents which had been requested in 2011.

      Based upon the Government's failure to comply with the Order of the Court or to offer a valid excuse for its failure to comply with the Order of the Court, to prevent any prejudice to the Assa who have been inundated with these documents just before trial, all documents produced by the Government after April 1, 2013 which are set forth on the accompanying chart, and all testimony related to those documents should be precluded.

      In addition, the Government's request of today to add ▮▮▮▮▮ to its witness list two weeks before trial should not be granted. Assa has not been afforded the opportunity to depose this witness and allowing the Government to do so is severely prejudicial to Assa.

      Respectfully submitted,

      ROSEN LIVINGSTON & CHOLST LLP

      By: /s/ Peter I. Livingston
      Peter I. Livingston, Esq.
      Deborah B. Koplovitz, Esq.
      275 Madison Avenue, Suite 500
      New York, New York 10016
      Tel.: (212) 687-7770

*[Handwritten notation:]* Ordered / Post to docket. / K. B. For / USDJ / 9/3/13

*ROSEN LIVINGSTON & CHOLST LLP*

August 30, 2013
Page 3

                      JAFFE & ASHER, ESQ.
                      Donald F. Luke, Esq.
                      Bension DeFunis, Esq.
                      600 Third Avenue
                      New York, New York 10016
                      Tel.:   (646) 313-2542

Encls.

cc:    Counsel of Record (via e-mail w/ encls.)

## Government Document Production After April 1, 2013

| Package Number | Letter Date | Mailing Date | Contents | Bates # |
|---|---|---|---|---|
| 9 | 04/01/13 | 04/02/13 | | SDNY 758357-758364 |
| | | | | SDNY 758365 - 758409 |
| | | | | SDNY 758410 - 758437 |
| | | | | SDNY 758438 - 759185 |
| 10 | 04/29/13 | 04/30/13 | | |
| | | | | FBI 104549 - 104579 |
| | | | | FBI 104580 - 105497 |
| | | | | FBI 105498 - 106923 |
| | | | | FBI 106924 - 107842 |
| | | | | FBI 107843 - 109365 |
| | | | | FBI 109366 - 109843 |
| | | | | FBI 109844 - 109855 |
| | | | | FBI 109856 - 111103 |
| | | | | FBI 11104 - 111604 |
| | | | | FBI 111605 - 112383 |
| | | | | FBI 112384 - 114470 |
| 11 | 06/06/13 | 06/07/13 | | FBI 114493 - 123545 |
| 12 | 06/14/13 | 06/17/13 | | SDNY 0759186 - 0761013 |
| 13 | 06/21/13 | 06/26/13 | | SDNY - 0761026 |
| | | | | SDNY 0761027 - 0761970 |
| 14 | 06/26/13 | 06/27/13 | | SDNY 0761971 - 0761997 |
| | | | | SDNY 0761998 |
| | | | | SDNY 0761999 |
| 15 | 06/27/13 | 06/28/13 | | SDNY 0762000 - 0762003 |
| | | | | SDNY 0762004 - 0762020 |

| | | | | |
|---|---|---|---|---|
| | | | | SDNY 0762021 - 0762030 |
| | | | | SDNY 0762031 - 0765562 |
| 16 | 06/28/13 | 07/01/13 | | REV-FBI 000001 - 000133 |
| | | | | REV-FBI 000134 - 000327 |
| | | | | REV-FBI 000328 - 000563 |
| | | | | REV-FBI 000564 - 000758 |
| | | | | REV-FBI 000759 - 000893 |
| | | | | REV-FBI 000894 - 001043 |
| | | | | REV-FBI 001044 - 001224 |
| | | | | REV-FBI 001225 - 001411 |
| | | | | REV-FBI 001412 - 001543 |
| | | | | REV-FBI 001544 - 001670 |
| | | | | REV-FBI 001671 - 001832 |
| | | | | REV-FBI 001833 - 001971 |
| | | | | REV-FBI 001972 - 002192 |
| | | | | REV-FBI 002193 - 002338 |
| | | | | REV-FBI 002339 - 002555 |
| | | | | REV-FBI 002556 - 002750 |
| | | | | REV-FBI 002928 - 003174 |
| | | | | REV-FBI 003560 - 003818 |
| | | | | REV-FBI 003819 - 003989 |
| | | | | REV-FBI 003990 - 004161 |
| | | | | REV-FBI 004162 - 004421 |
| | | | | REV-FBI 007168 - 007265 |
| | | | | REV-FBI 007266 - 007563 |
| | | | | REV-FBI 007684 - 007782 |
| | | | | REV-FBI 018583 - 018604 |
| | | | | REV-FBI 018605 - 018692 |
| | | | | REV-FBI 023884 - 023936 |
| | | | | REV-FBI 023937 - 024160 |
| | | | | REV-FBI 024164 - 024413 |
| | | | | REV-FBI 025871 - 026078 |
| | | | | REV-FBI 026079 - 026320 |
| | | | | REV-FBI 026321 - 026496 |

| | | | | |
|---|---|---|---|---|
| | | | ■■■ | REV-FBI 026497 - 026692 |
| | | | | REV-FBI 027071 - 027073 |
| | | | | REV-FBI 027125 - 027168 |
| | | | | REV-FBI 027169 - 027181 |
| | | | | REV-FBI 027182 - 027390 |
| | | | | REV-FBI 027391 - 027533 |
| | | | | REV-FBI 051982 - 052163 |
| | | | | REV-FBI 090805 - 091053 |
| | | | | REV-FBI 091545 - 091790 |
| | | | | REV-FBI 091791 - 092039 |
| 17 | 07/01/13 | 07/02/13 | ■■■ | ▬ 000001 - 003967 |
| 18 | No cover letter in file | 07/10/13 | ■■■ | SDNY 0762150 - 0762167 |
| | | | | FBI 048958 - 048925, but out of order |
| | | | | SDNY 0762168 - 0762383 |
| | | | | SDNY 0762301 - 0762149 |
| | | | | SDNY 0762384 - 0762395 |
| | | | | SDNY 0762396 - 0762437 |
| 19 | 07/15/13 | 07/16/13 | ■■■ | SDNY 0765563-0765971 |
| | | | | SDNY 0765754 - 0765755 |
| 20 | 07/24/13 | 07/25/13 | ■■■ | |
| | | | | FIB 123792 - 129831 |
| 21 | 07/23/13 | 07/24/13 | ■■■ | |

| | | | | |
|---|---|---|---|---|
| 22 | 07/25/13 | 07/26/13 | | SDNY 0765972 - 0766020 |
| | | | | SDNY 0765563 - 0765971 |
| | | | | SDNY 076574 - 0765755 |
| 23 | 07/26/13 | 07/29/13 | | FBI 129832 - 142692 |
| | | | | SDNY 0766021 - 0766456 |
| 24 | 07/31/13 | Hand Delivery | | SDNY 0766457 - 0766459 |
| 25 | 08/15/13 | Hand Delivery | | SDNY 0766460 - 0766639 |
| 26 | 08/16/13 | Hand Delivery | | Assa 1 - 235, Melli 1 -667, OFAC Administrative Record, OFAC Licenses related to 650 Fifth Ave., Assa & Melli Matrix |
| 27 | 08/23/13 | Hand Delivery | | OFAC 1 - 10934, Emails, memoranda, OFAC 531 - 546, OFAC Licenses 10934 Document Matrix |