

STROOCK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 9 2013

By Email

September 6, 2013

James L. Bernard
Direct Dial: 212-806-5684
Fax: 212-806-6006
jbernard@stroock.com

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, NY 10007-1581

Re:   In re: 650 Fifth Avenue and Related Properties
      08 CIV. 10934 (KBF) and All Member and Related Cases

Dear Judge Forrest:

We represent the Greenbaum, Acosta, Beer and Kirschenbaum judgment creditors and write to elaborate on a point briefly raised during the Final Pre-Trial Conference held on September 4, 2013, concerning the claims that remain pending against the Assa Defendants.

On June 6, 2013, the Court issued an Opinion and Order granting certain judgment creditors partial summary judgment against the Assa Defendants. That Opinion and Order, however, did not dispose of all claims of all judgment creditors against the Assa Defendants. In addition to asserting claims against the Assa Defendants pursuant to TRIA, which the Opinion and Order addressed, certain judgment creditors also asserted claims against the Assa Defendants pursuant to various provisions of the Foreign Sovereign Immunity Act, which claims would permit recovery of punitive damages that are unavailable under TRIA.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI · WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

Hon. Katherine B. Forrest
September 6, 2013
Page 2

We wanted to highlight this aspect of the posture of the judgment creditors' actions because, regardless of the Court's resolution of certain pending summary judgment motions, the Assa Defendants will remain parties to at least our actions.

Respectfully submitted,

James L. Bernard

cc: Counsel of Record

Ordered

Post to docket. (Thank you.)

9/9/13

K. B. Forrest
USDJ

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM