# HEIDEMAN NUDELMAN KALIK, PC

1146 19ᵀᴴ STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX  202.463.2999
www.HNKlaw.com
attorneys@HNKlaw.com

VIA ELECTRONIC MAIL

September 9, 2013

The Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007
Forrestnysdchambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 9 2013
```

Re: *In Re 650 Fifth Avenue and Related Properties, 1:08-cv-10934(KBF)*

Dear Judge Forrest:

We represent the Bland, Brown, Valore and Botvin Judgment Creditors in the above-referenced actions. We write to inform the Court that Bland, Brown, Valore, Botvin Judgment Creditors join in the request set forth in the letter to Your Honor from James I. Bernard on behalf of the Greenbaum, Acosta, Beer, Kirschbaum, Havlish, Heiser, Rubin, Holland, Valencia, Welch, Campuzano, Blais, Stethem, Higgins and Brewer Judgment Creditors dated September 6, 2013 that the Court sever the claims of the judgment creditors concerning their statements of claims, liens and priority agreements from the trial of the civil the civil forfeiture and FSIA/TRIA claims.

Respectfully submitted,

HEIDEMAN NUDELMAN & KALIK, PC

By: _____
Noel J. Nudelman

```
ORDERED
Post on Docket
              9/9/13
____ B. For____
Katherine B. Forrest, USDJ
```

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA· INDIANA· KENTUCKY· MARYLAND· MISSOURI· NEW JERSEY· NEW YORK· WYOMING