# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

September 9, 2013

By Email and Hand Delivery

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 1 2013

Re:   In re 650 Fifth Avenue and Related Properties,
      08 Civ. 10934 (KBF)

Dear Judge Forrest:

      We respectfully submit this letter on behalf of the Alavi Foundation (the "Foundation") and the 650 Fifth Avenue Company (the "Fifth Avenue Company" and, collectively, "Claimants") in connection with the Court's September 4, 2013 Order directing the parties to submit a letter by September 9, 2013 indicating whether they have entered into an authenticity stipulation. (ECF 803). Although we have not yet agreed upon such a stipulation, Claimants remain optimistic that we will be able to reach agreement with the Government.

      In connection with the Court's Order, the Government indicated that it expected to provide a draft stipulation and a list of proposed Government exhibits from the search over the weekend. In an effort to expedite matters, Claimants drafted a proposed stipulation and sent it to the Government yesterday afternoon. We are waiting to hear from the Government concerning whether the draft stipulation is acceptable and to receive the list of exhibits. We have attached the relevant correspondence for the Court's review.

      We now write this letter to inform the Court that, although we have not yet entered into an authenticity stipulation, we have every expectation that we will be able to work cooperatively with the Government on this issue. We respectfully request until September 12, 2013 to provide a further update to the Court.

Respectfully submitted,

/s/ Daniel S. Ruzumna
Daniel S. Ruzumna

cc:   Counsel of Record

Ordered
Application granted.
K. B. Forrest
USDJ
9/10/13