USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **SEP 1 1 2013**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE 650 FIFTH AVENUE AND          :
RELATED PROPERTIES                  :
:
:
:
------------------------------------------------------------X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

The parties shall appear for a telephonic conference at 4:00 p.m., Wednesday, September 11, 2013. All parties shall call Chambers (212-805-0139) from a single line at the time of the call. In addition, prior to the call, the party organizing the call is directed to file a letter on ECF containing the dial-in information.

SO ORDERED.

Dated:   New York, New York
         September 11, 2013

_____
KATHERINE B. FORREST
United States District Judge