# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

September 10, 2013

By Email & Hand Delivery

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, New York 10007

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** SEP 1 1 2013

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

Re:   **In re 650 Fifth Avenue and Related Properties,**
      **08 Civ. 10934 (KBF)**

Dear Judge Forrest:

We respectfully submit this letter on behalf of the Alavi Foundation (the "Foundation") and the 650 Fifth Avenue Company (the "Fifth Avenue Company" and, collectively, "Claimants") to provide the Court with an updated copy of Claimants' exhibit list and other parties' objections.

The entries on this list that have been revised since our September 1, 2013 submission are highlighted in yellow. We have also enclosed a supplement to the Court's binder of exhibits to which there is an objection.

Respectfully submitted,

/s/ *Daniel S. Ruzumna*
Daniel S. Ruzumna

cc:   Counsel of record (email only)

> **ORDERED**
>
> Post on Docket   9/11/13
>
> K B. Forrest
> **Katherine B. Forrest, USDJ**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DX | Number | DESCRIPTION | Asterisks | OBJECTIONS (Both PP and Gov't Unless Noted) | RESPONSES TO OBJECTIONS |
| 2 | DX | 10 | 650 Fifth Avenue Company Rental Income (Summary Chart) | * | summary charts lack citation to source exhibits. | Chart references and summarizes from DX218-232 & DX257-275 |
| 3 | DX | 11 | 650 Fifth Avenue Company Allocations and Total Income (Summary Chart) | * | summary charts lack citation to source exhibits. | Chart references and summarizes from DX218-232 & DX257-276 |
| 4 | DX | 12 | 650 Fifth Avenue Company Distributions to Owner (Summary Chart) | * | summary charts lack citation to source exhibits. | Chart references and summarizes from DX218-232 & DX257-277 |
| 5 | DX | 13 | 650 Fifth Avenue Company Spending (Summary Chart) | * | summary charts lack citation to source exhibits. | Chart references and summarizes from DX218-232 & DX257-278 |
| 6 | DX | 14 | Alavi Foundation Management Expense Reimbursement (Summary Chart)* | * | summary charts lack citation to source exhibits. | Chart references and summarizes from DX218-232 & DX257-279 |
| 7 | DX | 15 | Alavi Foundation Charitable Contributions (Summary Chart) | * | Irrelevant; Subject to Resolution of Plaintiffs' Motion in Limine, as a replica of Gannaway's opinion summary and included in his report (PP Only) Govt: 401, 403, description of donations; summary chart lacks citation to source exhibits | Relevant to rebut Government's allegations regarding Foundation's activities; Summary chart is admissible separate from expert testimony as derived from Foundation's donations; Chart references and summarizes from DX218-232 & DX257-279. |
| 8 | DX | 16-24 | Organizational charts concerning Assa Corp. and Assa Co. Ltd. Ownership and changes over time | * | reserve objection; have not been able to download/review | |
| 9 | DX | 25 | Organizational charts concerning 650 Fifth Avenue Company Ownership | * | reserve objection; have not been able to download/review | |
| 10 | DX | 26 | Organizational charts concerning 650 Fifth Avenue Company Ownership | * | reserve objection; have not been able to download/review | |
| 11 | DX | 27-99 | Additional summary charts, organizational charts, and timeline, TBD | * | reserve objection; have not been able to download/review | |
| 12 | DX | 101 | Certificate of Incorporation of the Pahlavi Foundation, dated December 4, 1973 | ** | | |
| 13 | DX | 102 | Certificate of Amendment of the Certificate of Incorporation of the Pahlavi | ** | | |
| 14 | DX | 103 | Restated Certificate of Incorporation of the Pahlavi Foundation , dated January | ** | | |
| 15 | DX | 104 | Restated Certificate of Incorporation of the Pahlavi Foundation , dated July 2, | ** | | |
| 16 | DX | 105 | A May 17, 1993 Certificate, issued by the State of New York Department of | ** | | |
| 17 | DX | 106 | Certificate of Amendment of the Certificate of Incorporation of the Mostazafan | ** | | |
| 18 | DX | 107 | New York Department of State Filing Receipt, dated June 10, 1992 | ** | | |
| 19 | DX | 108 | New York State Department of State Certificate of Status of the Alavi | ** | | |
| 20 | DX | 109 | 650 Fifth Avenue Company Partnership Agreement, dated July 31, 1989 | ** | | |
| 21 | DX | 110 | Business Certificate for Partners, dated September 2, 1999 | ** | | |
| 22 | DX | 112 | Petition for Order for Leave to Transfer Substantially All Assets, dated October | ** | | |
| 23 | DX | 113 | Petition for Order for Leave to Transfer Substantially All Assets, dated October | ** | | |
| 24 | DX | 114 | Order for Leave to Transfer Substantially All Assets, dated October 12, 1989 | ** | | |
| 25 | DX | 115 | 10/27/89 Ltr. from Bank Melli to M. Badr-Taleh | ** | | |
| 26 | DX | 116 | Letter from M. Badr-Taleh to Bank Meli Iran, dated October 31, 1989 | ** | | |
| 27 | DX | 117 | Bank Melli Iran London Credit Advice Slip, dated October 31, 1989 | ** | | |
| 28 | DX | 118 | Wire Transfer request to Citibank NA, dated October 31, 1989 | ** | | |
| 29 | DX | 119 | Check No. 8678, dated October 31, 1989 | ** | | |
| 30 | DX | 120 | Mortgage Release re 650 Fifth Ave., dated October 31, 1989 | ** | | |
| 31 | DX | 121 | Statement of Closing of Conveyance by the Mostazafan Foundation of New | ** | | |
| 32 | DX | 122 | 10/31/89 Ltr. from M. Badr-Taleh to Bank Melli Iran | ** | | |
| 33 | DX | 123 | Amendment to 650 Fifth Avenue Company Partnership Agreement , dated | ** | | |
| 34 | DX | 150 | By-Laws of the Pahlavi Foundation | ** | | |
| 35 | DX | 151 | By-Laws of the Mostazafan Foundation of New York, as of 12/31/87 | ** | | |
| 36 | DX | 152 | Amended and Restated By-Laws of the Alavi Foundation, as of 10/18/08 | ** | | |
| 37 | DX | 200 | 1/31/74 Ltr. from IRS to Pahlavi Foundation | ** | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 38 | DX | 201 | IRS Form 990-PF Mostazafan Foundation of New York (1978) | ** | | |
| 39 | DX | 202 | IRS Form 990-PF Mostazafan Foundation of New York (1979) | ** | | |
| 40 | DX | 203 | IRS Form 990-PF Mostazafan Foundation of New York (1980) | ** | | |
| 41 | DX | 204 | IRS Form 990-PF Mostazafan Foundation of New York (1981) | ** | | |
| 42 | DX | 205 | IRS Form 990-PF Mostazafan Foundation of New York (1982) | ** | | |
| 43 | DX | 206 | IRS Form 990-PF Mostazafan Foundation of New York (1983) | ** | | |
| 44 | DX | 207 | IRS Form 990-PF Mostazafan Foundation of New York (1984) | ** | | |
| 45 | DX | 208 | IRS Form 990-PF Mostazafan Foundation of New York (1985) | ** | | |
| 46 | DX | 209 | IRS Form 990-PF Mostazafan Foundation of New York (1986) | ** | | |
| 47 | DX | 210 | IRS Form 990-PF Mostazafan Foundation of New York (1987) | ** | | |
| 48 | DX | 211 | IRS Form 990-PF Mostazafan Foundation of New York (1988) | ** | | |
| 49 | DX | 212 | IRS Form 990-PF Mostazafan Foundation of New York (1989) | ** | | |
| 50 | DX | 213 | IRS Form 990-PF Mostazafan Foundation of New York (1990) | ** | | |
| 51 | DX | 214 | IRS Form 990-PF Alavi Foundation (1991) | ** | | |
| 52 | DX | 215 | IRS Form 990-PF Alavi Foundation (1992) | ** | | |
| 53 | DX | 216 | IRS Form 990-PF Alavi Foundation (1993) | ** | | |
| 54 | DX | 217 | IRS Form 990-PF Alavi Foundation (1994) | ** | | |
| 55 | DX | 218 | IRS Form 990-PF Alavi Foundation (1995) | ** | | |
| 56 | DX | 219 | IRS Form 990-PF Alavi Foundation (1996) | ** | | |
| 57 | DX | 220 | IRS Form 990-PF Alavi Foundation (1997) | ** | | |
| 58 | DX | 221 | IRS Form 990-PF Alavi Foundation (1998) | ** | | |
| 59 | DX | 222 | IRS Form 990-PF Alavi Foundation (1999) | ** | | |
| 60 | DX | 223 | IRS Form 990-PF Alavi Foundation (2000) | ** | | |
| 61 | DX | 224 | IRS Form 990-PF Alavi Foundation (2001) | ** | | |
| 62 | DX | 225 | IRS Form 990-PF Alavi Foundation (2002) | ** | | |
| 63 | DX | 226 | IRS Form 990-PF Alavi Foundation (2003) | ** | | |
| 64 | DX | 227 | IRS Form 990-PF Alavi Foundation (2004) | ** | | |
| 65 | DX | 228 | IRS Form 990-PF Alavi Foundation (2005) | ** | | |
| 66 | DX | 229 | IRS Form 990-PF Alavi Foundation (2006) | ** | | |
| 67 | DX | 230 | IRS Form 990-PF Alavi Foundation (2007) | ** | | |
| 68 | DX | 231 | IRS Form 990-PF Alavi Foundation (2008) | ** | | |
| 69 | DX | 232 | IRS Form 990-PF Alavi Foundation (2009) | ** | | |
| 70 | DX | 233 | IRS Form 990-PF Alavi Foundation (2010) | ** | | |
| 71 | DX | 234 | IRS Form 990-PF Alavi Foundation (2011) | ** | | |
| 72 | DX | 235 | IRS Form CHAR500 Alavi Foundation (2004) | ** | | |
| 73 | DX | 236 | IRS Form CHAR500 Alavi Foundation (2005) | ** | | |
| 74 | DX | 237 | IRS Form CHAR500 Alavi Foundation (2006) | ** | | |
| 75 | DX | 238 | IRS Form CHAR500 Alavi Foundation (2007) | ** | | |
| 76 | DX | 239 | IRS Form CHAR500 Alavi Foundation (2008) | ** | | |
| 77 | DX | 240 | IRS Form CHAR500 Alavi Foundation (2009) | ** | | |
| 78 | DX | 241 | IRS Form CHAR500 Alavi Foundation (2010) | ** | | |
| 79 | DX | 251 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 80 | DX | 252 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 81 | DX | 253 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 82 | DX | 254 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 83 | DX | 255 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 84 | DX | 256 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 85 | DX | 257 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 86 | DX | 258 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 87 | DX | 259 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 88 | DX | 260 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 89 | DX | 261 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 90 | DX | 262 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 91 | DX | 263 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 92 | DX | 264 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 93 | DX | 265 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 94 | DX | 266 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 95 | DX | 267 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 96 | DX | 268 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 97 | DX | 269 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 98 | DX | 270 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 99 | DX | 271 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 100 | DX | 272 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 101 | DX | 273 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 102 | DX | 274 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 103 | DX | 275 | IRS Form 1065 U.S. Partnership Return of Income, 650 Fifth Avenue | ** | | |
| 104 | DX | 276 | Forms NYC TC 309 ad TC 201, dated February 19, 2007 | ** | | |
| 105 | DX | 277 | Management Report Cushman & Wakefield (3-2007) | ** | | |
| 106 | DX | 278 | Management Report Cushman & Wakefield (4-2007) | ** | | |
| 107 | DX | 279 | Management Report Cushman & Wakefield (5-2007) | ** | | |
| 108 | DX | 280 | Management Report Jones Lang LaSalle (6-2007) | ** | | |
| 109 | DX | 281 | Management Report Jones Lang LaSalle (7-2007) | ** | | |
| 110 | DX | 282 | Management Report Jones Lang LaSalle (8-2007) | ** | | |
| 111 | DX | 283 | Management Report Jones Lang LaSalle (9-2007) | ** | | |
| 112 | DX | 284 | Management Report Jones Lang LaSalle (10-2007) | ** | | |
| 113 | DX | 285 | Management Report Jones Lang LaSalle (11-2007) | ** | | |
| 114 | DX | 286 | Management Report Jones Lang LaSalle (12-2007) | ** | | |
| 115 | DX | 287 | Management Report Jones Lang LaSalle (1-2008) | ** | | |
| 116 | DX | 288 | Management Report Jones Lang LaSalle (2-2008) | ** | | |
| 117 | DX | 289 | Management Report Jones Lang LaSalle (3-2008) | ** | | |
| 118 | DX | 290 | Management Report Jones Lang LaSalle (4-2008) | ** | | |
| 119 | DX | 291 | Management Report Jones Lang LaSalle (5-2008) | ** | | |
| 120 | DX | 292 | Management Report Jones Lang LaSalle (6-2008) | ** | | |
| 121 | DX | 293 | Management Report Jones Lang LaSalle (7-2008) | ** | | |
| 122 | DX | 294 | Management Report Jones Lang LaSalle (8-2008) | ** | | |
| 123 | DX | 295 | Management Report Jones Lang LaSalle (9-2008) | ** | | |
| 124 | DX | 296 | Management Report Jones Lang LaSalle (10-2008) | ** | | |
| 125 | DX | 297 | Management Report Jones Lang LaSalle (1-2009) | ** | | |
| 126 | DX | 298 | Management Report Jones Lang LaSalle (2-2009) | ** | | |
| 127 | DX | 299 | Management Report Jones Lang LaSalle (3-2009) | ** | | |
| 128 | DX | 301 | Loan Agreement between the Pahlavi Foundation and Bank Melli Iran, dated | ** | | |
| 129 | DX | 302 | Loan Agreement between the Pahlavi Foundation and Bank Melli Iran, dated | ** | | |
| 130 | DX | 303 | 3/26/79 Ltr. from A. Berman to C. Weidman | ** | | |
| 131 | DX | 304 | 9/13/83 Ltr. from V. Kline to K. Goldman | ** | | |
| 132 | DX | 305 | 11/4/85 Ltr. from D. Ostern to H. Muchnick | ** | | |
| 133 | DX | 306 | 9/29/86 Ltr. from H. Muchnick to Mr. Schwartz | ** | | |
| 134 | DX | 307 | 2/3/87 Ltr. from Bank Melli to H. Mahallati | ** | | |
| 135 | DX | 308 | 3/10/87 Ltr. from Bank Melli to H. Mahallati | ** | | |
| 136 | DX | 309 | 7/23/87 Ltr. from Bank Melli to H. Mahallati | ** | | |
| 137 | DX | 310 | 7/24/88 Ltr. from M. Friedman to H. Yellin | ** | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 138 | DX | 311 | 8/28/89 Ltr. from R. Ferguson to B. Zuckerman | ** | | |
| 139 | DX | 312 | 9/14/89 Ltr. from S. Brown to M. Karjoo | ** | | |
| 140 | DX | 313 | 9/20/89 Ltr. from R. Ancken to R. Ferguson | ** | | |
| 141 | DX | 314 | 9/21/89 Ltr. from B. Toomin to S. Brown | ** | | |
| 142 | DX | 315 | 9/22/89 Ltr. from Ross & Hardies to S. Brown | ** | | |
| 143 | DX | 316 | 9/25/89 Ltr. from S. Brown to B. Toomin | ** | | |
| 144 | DX | 317 | 9/25/89 Ltr. from S. Brown to B. Toomin | ** | | |
| 145 | DX | 318 | 9/29/89 Ltr. from B. Toomin to S. Brown | ** | | |
| 146 | DX | 319 | 10/4/89 Ltr. from S. Brown to B. Toomin | ** | | |
| 147 | DX | 320 | 11/9/89 Ltr. from H. Muchnick to R. Ropiak | ** | | |
| 148 | DX | 321 | 1/11/90 Ltr. from H. Muchnick to R. Ropiak | ** | | |
| 149 | DX | 322 | 8/30/95 Ltr. from R. Ferguson to P. Livingston | ** | | |
| 150 | DX | 323 | 9/13/95 Ltr. from R. Ferguson to P. Gellman | ** | | |
| 151 | DX | 324 | 9/13/95 Ltr. from R. Ferguson to P. Gellman | ** | | |
| 152 | DX | 325 | 11/7/95 Ltr. from M. Geramian to S. Shafa-at | ** | | |
| 153 | DX | 326 | 7/29/96 Ltr. from R. Newcomb to H. Mirza | ** | | |
| 154 | DX | 327 | 2/11/02 Memorandum from M. Geramian | ** | | |
| 155 | DX | 328 | 4/22/03 Ltr. M. Geramian to H. Firooznia | ** | | |
| 156 | DX | 329 | 12/31/03 OFAC License | ** | | |
| 157 | DX | 330 | 3/6/05 Ltr. from A. Mirakhor to M. Geramian | ** | | |
| 158 | DX | 331 | 1/17/06 Ltr. from M. Geramian to M. Tafti | ** | | |
| 159 | DX | 332 | 2/14/06 Ltr. from M. Tafti to M. Geramian | ** | | |
| 160 | DX | 333 | 5/22/06 Ltr. from M. Geramian to M. Tafti | ** | | |
| 161 | DX | 334 | 5/31/06 Ltr. from M. Tafti to M. Geramian | ** | | |
| 162 | DX | 335 | 7/12/06 Ltr. from M. Geramian to M. Tafti | ** | | |
| 163 | DX | 336 | 8/21/06 Ltr. from M. Tafti to M. Geramian | ** | | |
| 164 | DX | 337 | 12/4/06 Ltr. from A. Afshar to Board of Directors | ** | | |
| 165 | DX | 338 | 2/14/07 Ltr. from P. Livingston to M. Tafti | ** | | |
| 166 | DX | 339 | 3/27/07 Ltr. from J. Winter to P. Livingston | ** | | |
| 167 | DX | 340 | 3/30/07 Ltr. from P. Livingston to M. Tafti | ** | | |
| 168 | DX | 341 | 8/30/07 Ltr. from F. Jahedi to M. Tafti | ** | | |
| 169 | DX | 342 | 6/17/08 Ltr. from F. Jahedi to M. Jalaiepour | ** | | |
| 170 | DX | 343 | 7/29/08 Ltr. from F. Tafti to S. Tanjong | ** | | |
| 171 | DX | 401 | 6/4/09 Ltr. from S. Caton to H. Ahmadi | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation and Harvard University; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 172 | DX | 402 | 6/10/09 Ltr. from L. Bollinger to H. Ahmadi | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation and Columbia University; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 173 | DX | 403 | 7/17/09 Ltr. from E. Malin to H. Ahmadi | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation and Sacred Heart University; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 174 | DX | 404 | 9/7/09 Ltr. from C. Sedigh to H. Ahmadi | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation and Sacred Heart University; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 175 | DX | 405 | 3/4/10 Ltr. from F. Ragep to H. Ahmadi | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation and McGill University; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 176 | DX | 406 | 10/5/11 Ltr. from E. Martin to H. Ahmadi | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation and Eastern Mennonite University; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 177 | DX | 407 | 4/8/11 Ltr. from R. Destro to H. Ahmadi | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation and The Catholic University of America; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 178 | DX | 408 | 8/1/11 Ltr. from M. Weinstein to H. Ahmadi | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation and McGill University; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 179 | DX | 409 | 8/7/11 Ltr. from H. Hadsell to H. Ahmadi | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation and Hartford Seminary; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 180 | DX | 410 | 11/21/11 CMES Report | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation and Harvard University; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 181 | DX | 430 | Minutes of Staff Meeting Held on March 6, 1995 | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation; relevant to rebut allegations that Foundation's activities directed by Iran. |
| 182 | DX | 431 | 1/29/08 Ltr. from A. Aliabadi to H. Safakamal, et al. | ** | | |
| 183 | DX | 432 | Alavi Foundation Budget, year ending 3/31/08 | ** | | |
| 184 | DX | 433 | 5/27/08 Alavi Foundation Weekend Persian Schools Report | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 185 | DX | 434 | 6/26/08, Alavi Foundation Book Distribution Report | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 186 | DX | 435 | Proposed Criteria for Cultural and Educational Programs of Alavi Foundation | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 187 | DX | 436 | Financial Aid Request Summary Sheet | * | Hearsay to which no exception applies; not relevant | 803(b)(6) as business record of Foundation; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 188 | DX | 437 | 8/29/07 Program Coordinator Job Description | * | Hearsay to which no exception applies; not relevant | 803(6) as business record of Foundation; relevant to rebut allegations that Foundation's charitable giving is directed by Iran. |
| 189 | DX | 450 | 3/1/88 Appraisal | * | Hearsay; opinion | 803(3) and (6) as business record of appraisal company, 650 Fifth Company, and Alavi Foundation; permissible testimony of lay witness under 701 (or through certification or stipulation) |
| 190 | DX | 451 | 3/25/88 Appraisal | * | Hearsay; opinion | 803(3) and (6) as business record of appraisal company, 650 Fifth Company, and Alavi Foundation; permissible testimony of lay witness under 701 (or through certification or stipulation) |
| 191 | DX | 452 | 9/20/89 Appraisal | * | Hearsay; opinion | 803(3) and (6) as business record of appraisal company, 650 Fifth Company, and Alavi Foundation; permissible testimony of lay witness under 701 (or through certification or stipulation) |
| 192 | DX | 453 | 9/18/01 Appraisal | * | Hearsay; opinion | 803(3) and (6) as business record of appraisal company, 650 Fifth Company, and Alavi Foundation; permissible testimony of lay witness under 701 (or through certification or stipulation) |
| 193 | DX | 454 | 1/15/03 Appraisal | * | Hearsay; opinion | 803(3) and (6) as business record of appraisal company, 650 Fifth Company, and Alavi Foundation; permissible testimony of lay witness under 701 (or through certification or stipulation) |
| 194 | DX | 455 | 1/15/03 Appraisal | * | Hearsay; opinion | 803(3) and (6) as business record of appraisal company, 650 Fifth Company, and Alavi Foundation; permissible testimony of lay witness under 701 (or through certification or stipulation) |
| 195 | DX | 456 | 10/23/08 Appraisal | * | Hearsay; opinion | 803(3) and (6) as business record of appraisal company, 650 Fifth Company, and Alavi Foundation; permissible testimony of lay witness under 701 (or through certification or stipulation) |
| 196 | DX | 501 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 197 | DX | 502 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 198 | DX | 503 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 199 | DX | 504 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 200 | DX | 505 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 201 | DX | 506 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 202 | DX | 507 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 203 | DX | 508 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 204 | DX | 509 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 205 | DX | 510 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 206 | DX | 511 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 207 | DX | 512 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 208 | DX | 513 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 209 | DX | 514 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 210 | DX | 515 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 211 | DX | 516 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 212 | DX | 517 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 213 | DX | 518 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 214 | DX | 519 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 215 | DX | 520 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 216 | DX | 521 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 217 | DX | 522 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 218 | DX | 523 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 219 | DX | 524 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 220 | DX | 525 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 221 | DX | 526 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 222 | DX | 527 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 223 | DX | 528 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 224 | DX | 529 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 225 | DX | 530 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 226 | DX | 531 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 227 | DX | 532 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 228 | DX | 533 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 229 | DX | 534 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 230 | DX | 535 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 231 | DX | 536 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 232 | DX | 537 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 233 | DX | 538 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 234 | DX | 539 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 235 | DX | 540 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 236 | DX | 541 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 237 | DX | 542 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 238 | DX | 543 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 239 | DX | 544 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 240 | DX | 545 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 241 | DX | 546 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 242 | DX | 547 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 243 | DX | 548 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 244 | DX | 549 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 245 | DX | 550 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 246 | DX | 551 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 247 | DX | 552 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 248 | DX | 553 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 249 | DX | 554 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 250 | DX | 555 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 251 | DX | 556 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 252 | DX | 557 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 253 | DX | 558 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 254 | DX | 559 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 255 | DX | 560 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 256 | DX | 561 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 257 | DX | 562 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 258 | DX | 563 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 259 | DX | 564 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 260 | DX | 565 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 261 | DX | 566 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 262 | DX | 567 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 263 | DX | 568 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 264 | DX | 569 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 265 | DX | 570 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 266 | DX | 571 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 267 | DX | 572 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 268 | DX | 573 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 269 | DX | 574 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 270 | DX | 575 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 271 | DX | 576 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 272 | DX | 577 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 273 | DX | 578 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 274 | DX | 579 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 275 | DX | 580 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 276 | DX | 581 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 277 | DX | 582 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 278 | DX | 583 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 279 | DX | 584 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 280 | DX | 585 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 281 | DX | 586 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 282 | DX | 587 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 283 | DX | 588 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 284 | DX | 589 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 285 | DX | 590 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 286 | DX | 591 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 287 | DX | 592 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 288 | DX | 593 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 289 | DX | 594 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 290 | DX | 595 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 291 | DX | 596 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 292 | DX | 597 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 293 | DX | 598 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 294 | DX | 599 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 295 | DX | 600 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 296 | DX | 601 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 297 | DX | 602 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 298 | DX | 603 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 299 | DX | 604 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 300 | DX | 605 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 301 | DX | 606 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 302 | DX | 607 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 303 | DX | 608 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 304 | DX | 609 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 305 | DX | 610 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 306 | DX | 611 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 307 | DX | 612 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 308 | DX | 613 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 309 | DX | 614 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 310 | DX | 615 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 311 | DX | 616 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 312 | DX | 617 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 313 | DX | 618 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 314 | DX | 619 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 315 | DX | 620 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 316 | DX | 621 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 317 | DX | 622 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 318 | DX | 623 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 319 | DX | 624 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 320 | DX | 625 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 321 | DX | 626 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 322 | DX | 627 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 323 | DX | 628 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 324 | DX | 629 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 325 | DX | 630 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 326 | DX | 631 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 327 | DX | 632 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 328 | DX | 633 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 329 | DX | 634 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 330 | DX | 635 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 331 | DX | 636 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 332 | DX | 637 | Board Meeting Minutes, Written Consents, and Resolutions | ** | | |
| 333 | DX | 701 | The Certificate of Incorporation of ASSA Corp. Under Section 402 of the | ** | | |
| 334 | DX | 702 | Certificate of Incorporation of the Assa Corp., dated 7/13/1989 | ** | | |
| 335 | DX | 703 | 4/10/96 Ltr. from Assa Corp. to H. Mirza | ** | | |
| 336 | DX | 704 | 3/30/95 Ltr. from M. Shafaat to IRS | ** | | |
| 337 | DX | 705 | Assa Corp. Written Consent dated 7/30/03 | ** | | |
| 338 | DX | 706 | Assa Corp. Written Consent dated 7/30/03 | ** | | |
| 339 | DX | 707 | Assa Corp. Written Consent dated 8/29/03 | ** | | |
| 340 | DX | 708 | ASSA LTD Annual Return 1990 | ** | | |
| 341 | DX | 709 | ASSA LTD Annual Return 1991 | ** | | |
| 342 | DX | 710 | ASSA LTD Annual Return 1992 | ** | | |
| 343 | DX | 711 | ASSA LTD Annual Return 1993 | ** | | |
| 344 | DX | 712 | ASSA LTD Annual Return 1994 | ** | | |
| 345 | DX | 713 | ASSA LTD Annual Return 1995 | ** | | |
| 346 | DX | 714 | ASSA LTD Annual Return 1996 | ** | | |
| 347 | DX | 715 | ASSA LTD Annual Return 1997 | ** | | |
| 348 | DX | 716 | ASSA LTD Annual Return 1998 | ** | | |
| 349 | DX | 717 | ASSA LTD Annual Return 1999 | ** | | |
| 350 | DX | 718 | ASSA LTD Annual Return 2000 | ** | | |
| 351 | DX | 719 | ASSA LTD Annual Return 2001 | ** | | |
| 352 | DX | 720 | ASSA LTD Annual Return 2002 | ** | | |
| 353 | DX | 721 | ASSA LTD Annual Return 2003 | ** | | |
| 354 | DX | 722 | ASSA LTD Annual Return 2004 | ** | | |
| 355 | DX | 723 | ASSA LTD Annual Return 2005 | ** | | |
| 356 | DX | 724 | ASSA LTD Annual Return 2008 | ** | | |
| 357 | DX | 725 | ASSA LTD Annual Return 2009 | ** | | |
| 358 | DX | 726 | ASSA LTD Dissolution Notice | ** | | |
| 359 | DX | 727 | ASSA LTD Foundation Documents | ** | | |
| 360 | DX | 728 | ASSA LTD Notice of Registered Office | ** | | |
| 361 | DX | 729 | ASSA LTD Notice of Registered Office | ** | | |
| 362 | DX | 730 | ASSA LTD Notice of Registered Office | ** | | |
| 363 | DX | 731 | ASSA LTD Registrars Notice | ** | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 364 | DX | 732 | ASSA LTD Registrars Notice | ** | | |
| 365 | DX | 733 | ASSA LTD Registrars Notice | ** | | |
| 366 | DX | 734 | Harter Holdings LTD Annual Returns 1990 | ** | | |
| 367 | DX | 735 | Harter Holdings LTD Annual Returns 1991 | ** | | |
| 368 | DX | 736 | Harter Holdings LTD Annual Returns 1992 | ** | | |
| 369 | DX | 737 | Harter Holdings LTD Annual Returns 1993 | ** | | |
| 370 | DX | 738 | Harter Holdings LTD Annual Returns 1994 | ** | | |
| 371 | DX | 739 | Harter Holdings LTD Annual Returns 1995 | ** | | |
| 372 | DX | 740 | Harter Holdings LTD Annual Returns 1996 | ** | | |
| 373 | DX | 741 | Harter Holdings LTD Annual Returns 1997 | ** | | |
| 374 | DX | 742 | Harter Holdings LTD Annual Return 1998 | ** | | |
| 375 | DX | 743 | Harter Holdings LTD Dissolution Notice | ** | | |
| 376 | DX | 744 | Harter Holdings LTD Foundation Documents (Certificate of Incorporation) | ** | | |
| 377 | DX | 745 | Harter Holdings LTD Notice of Registered Office | ** | | |
| 378 | DX | 746 | Harter Holdings LTD Notice of Registered Office | ** | | |
| 379 | DX | 747 | Harter Holdings LTD Registrars Notice | ** | | |
| 380 | DX | 748 | Harter Holdings LTD Special Resolution | ** | | |
| 381 | DX | 749 | Harter Holdings LTD Statement of Solvency | ** | | |
| 382 | DX | 750 | 2/6/03 Ltr. from H. Mahalliati to Assa Ltd. | ** | | |
| 383 | DX | 751 | 7/8/03 Ltr. from P. Livingston to M. Geramian | ** | | |
| 384 | DX | 752 | 8/4/03 Ltr. from J. Winter to Assa Corp. | ** | | |
| 385 | DX | 753 | 8/14/03 Ltr. from P. Livingston to J. Winter | ** | | |
| 386 | DX | 754 | 8/18/03 Ltr. from L. Shepps to M. Tafti | ** | | |
| 387 | DX | 755 | 8/19/03 Ltr. from A. Mirakhor to M. Geramian | ** | | |
| 388 | DX | 756 | 8/27/03 Ltr. from W. Weisner to L. Shepps | ** | | |
| 389 | DX | 757 | 9/30/03 Escrow Agreement between Assa Corp., Assa Co., Ltd., Hanif | ** | | |
| 390 | DX | 758 | 9/11/03 Ltr. from L. Shepps to W. Weisner, et al. | ** | | |
| 391 | DX | 759 | 9/12/03 Ltr. W. Weisner to L. Shepps | ** | | |
| 392 | DX | 760 | 11/3/03 Ltr. from L. Shepps to W. Weisner | ** | | |
| 393 | DX | 761 | 11/6/03 Ltr. from J. Winter to P. Livingston | ** | | |
| 394 | DX | 762 | 11/11/03 Ltr. from P. Livingston to J. Winter | ** | | |
| 395 | DX | 763 | 11/12/03 Ltr. from P. Livingston to J. Winter | ** | | |
| 396 | DX | 764 | 11/12/03 Ltr. J. Winter to P. Livingston | ** | | |
| 397 | DX | 765 | 11/12/03 Ltr. from S. Schindler to L. Shepps | ** | | |
| 398 | DX | 766 | 11/18/03 Ltr. from P. Livingston to M. Tafti | ** | | |
| 399 | DX | 767 | 11/19/03 Ltr. from P. Livingston to J. Winter | ** | | |
| 400 | DX | 768 | 11/24/03 Ltr. from P. Livingston to M. Tafti | ** | | |
| 401 | DX | 769 | 12/18/03 Ltr. from P. Livingston to M. Tafti | ** | | |
| 402 | DX | 770 | 1/20/04 Ltr. from J. Winter to P. Livingston | ** | | |
| 403 | DX | 771 | 1/22/04 Ltr. from P. Livingston to J. Winter | ** | | |
| 404 | DX | 772 | Hanif v Assa, et al. Complaint dated 2/18/04 | ** | | |
| 405 | DX | 773 | 3/3/04 Ltr. from M. Geramian to M. Tafti | ** | | |
| 406 | DX | 774 | 6/15/04 Ltr. from L. Shepps to M. Friedman | ** | | |
| 407 | DX | 775 | 7/7/04 Ltr. from P. Livingston to S. Schindler, et al. | ** | | |
| 408 | DX | 776 | 8/5/04 Ltr. from P. Livingston to J. Winter | ** | | |
| 409 | DX | 777 | Hanif v Assa, et al. Settlement dated 11/29/04 | ** | | |
| 410 | DX | 778 | Hanif v Assa, et al. Stipulation of Discontinuance dated 12/8/04 | ** | | |
| 411 | DX | 779 | Assa Corp. Written Consent dated 12/28/2004 | ** | | |
| 412 | DX | 801 | 5/20/86 Ltr. from Bank Melli Iran to Ministry of Economics and Finance | ** | | |
| 413 | DX | 803 | 11/28/95 Ltr. from G. Rahi to T. Flattery | ** | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 414 | DX | 804 | 9/28/99 Ltr. from J. Ruocco to G. Rahi, et al. | ** | | |
| 415 | DX | 805 | 1/16/04 Ltr. J. Dunlop to G. Rahi, et al. | ** | | |
| 416 | DX | 901 | FBI Report dated 12/27/05 | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 417 | DX | 902 | FBI Report dated 3/5/07 | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 418 | DX | 903 | FBI Report dated 3/5/07 | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 419 | DX | 905 | FBI Report dated 5/15/08 | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 420 | DX | 906 | FBI Report dated 2/10/09 | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 421 | DX | 907 | FBI Report dated 6/14/10 | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 422 | DX | 908 | July 2010 emails btn. G. Alexander, et al. | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 423 | DX | 909 | July 2010 emails btn. G. Alexander, et al. | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 424 | DX | 910 | November 2010 emails btn. M. Clark, et al. | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 425 | DX | 911 | January 2011 emails btn. G. Alexander, et al. | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 426 | DX | 912 | May 2011 emails btn. G. Alexander, et al. | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 427 | DX | 913 | 6/29/11 email from D. McWilliams to G. McKenzi, et al. | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |
| 428 | DX | 914 | December 2011-January 2012 emails btn. S. Gonzalez, et al. | * | Hearsay to which no exception applies; not relevant | 801(d)(2) as opposing party's statement; relevant to rebut allegation that Foundation's activities are controlled by Iran. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 429 | DX | 915 | FBI Payment Request | * | Hearsay to which no exception applies, Misleading (PP Only); Prejudicial (PP Only); Govt: polygraph evidence inadmissible; hearsay; 401; 403; 106 (rule of completeness) | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity; polygraph not admitted for truth of results; relevant to question bias and credibility concerns re: paid informant; redactions on this document were made by the Government |
| 430 | DX | 916 | FBI Report dated 4/11/07 | * | Relevance (PP Only); Hearsay (PP Only); 701/702 (PP Only) Govt: polygraph evidence inadmissible; hearsay; 401; 403; 106 (rule of completeness) | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity; polygraph not admitted for truth of results; relevant to question bias and credibility concerns re: paid informant; minimal redactions only to exclude irrelevant, prejudicial, and hearsay portions of document |
| 431 | DX | 917 | FBI Report dated 4/19/07 | * | Relevance (PP Only); Hearsay (PP Only); 701/702 (PP Only); Govt: polygraph evidence inadmissible; hearsay; 401; 403; 106 (rule of completeness) | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity; polygraph not admitted for truth of results; relevant to question bias and credibility concerns re: paid informant; minimal redactions only to exclude irrelevant, prejudicial, and hearsay portions of document |
| 432 | DX | 918 | FBI Report dated 8/20/07 | * | Relevance (PP Only); Hearsay (PP Only); 701/702 (PP Only); GVT: polygraph evidence inadmissible; hearsay; 401; 403 | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity; polygraph not admitted for truth of results; relevant to question bias and credibility concerns re: paid informant; minimal redactions only to exclude irrelevant, prejudicial, and hearsay portions of document |
| 433 | DX | 952 | Wikipedia article titled "Permanent Representative of Iran to the United Nations" | * | Hearsay to which no exception applies; not relevant | Should Claimants' motion to exclude Dr. Clawson's testimony be denied, document is relevant to cross-examination of expert as related to source of expert's knowledge of Iran; document not being offered for the truth of the material contained therein. |
| 434 | DX | 975 | Public document concerning 1114 Avenue of the Americas LLC | * | Not relevant | Relevant to rebut theory that creation of a holding company for building ownership was dishonest or unusual. |
| 435 | DX | 976 | Public document concerning 390 Tower Associates LLC | * | Not relevant | Relevant to rebut theory that creation of a holding company for building ownership was dishonest or unusual. |
| 436 | DX | 977 | Public document concerning One Bryant Park LLC | * | Not relevant | Relevant to rebut theory that creation of a holding company for building ownership was dishonest or unusual. |
| 437 | DX | 1001 | Appraisal of 260 Water Oak, Alpharetta, GA | * | hearsay (Govt only); 401 (Govt only); 403 (Govt only); compromises CHS security (Govt only) | Relevant to question bias and credibility concerns re: paid informant; does not compromise CHS security and any concerns can be remedied (the CHS's address and this document are easily found with Google searches & identifying information (such as the address) can be redacted subject to stipulation that the appraisal is for the property where CHS lives) |
| 438 | DX | 1002 | Photograph of 260 Water Oak Place, Alpharetta, GA | * | hearsay (Govt only); 401 (Govt only); 403 (Govt only); compromises CHS security (Govt only) | Claimants withdraw DX1002 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 439 | DX | 1003 | Photograph of intersection of Water Oak Place & N. Main Street, Alpharetta, GA | * | hearsay (Govt only); 401 (Govt only); 403 (Govt only); compromises CHS security (Govt only) | Relevant to question bias and credibility concerns re: paid informant; does not compromise CHS security and any concerns can be remedied (the CHS's address and this Google streetview photo are easily found with Google searches & identifying information (such as the street signs) can be blurred subject to stipulation that photograph shows neighborhood where CHS lives) |
| 440 | DX | 1004-1050 | Other records provided by Seyed Mojtaba-Hesami Kiche, including bank records, credit card records, and other financial information | * | Awaiting documents (PP). | Claimants have an outstanding subpoena for documents related to this individual, as well as a motion regarding the production of documents in the Government's possession related to this individual. Claimants reserve the right to introduce a number of these documents at trial. |
| 441 | DX | 1051 | Photograph of 650 Fifth Avenue, New York, NY | ** | | |
| 442 | DX | 1052 | Photograph of 650 Fifth Avenue, New York, NY | ** | | |
| 443 | DX | 1053 | Photograph of 2313 South Voss Road, Houston, TX | ** | | |
| 444 | DX | 1054 | Photograph of 2313 South Voss Road, Houston, TX | ** | | |
| 445 | DX | 1055 | Photograph of 55-11 Queens Boulevard, Queens, NY | ** | | |
| 446 | DX | 1056 | Photograph of 55-11 Queens Boulevard, Queens, NY | ** | | |
| 447 | DX | 1057 | Photograph of 4836 Marconi Avenue, Carmichael, CA | ** | | |
| 448 | DX | 1058 | Photograph of 4836 Marconi Avenue, Carmichael, CA | ** | | |
| 449 | DX | 1059 | Photograph of 4204 Aldie Road, Catharpin, VA | ** | | |
| 450 | DX | 1060 | Photograph of 4204 Aldie Road, Catharpin, VA | ** | | |
| 451 | DX | 1061 | Photograph of 4300 Aldie Road, Catharpin, VA | ** | | |
| 452 | DX | 1062 | Photograph of 4300 Aldie Road, Catharpin, VA | ** | | |
| 453 | DX | 1063 | Photograph of 7917 Montrose Road, Rockville, MD | ** | | |
| 454 | DX | 1064 | Photograph of 7917 Montrose Road, Rockville, MD | ** | | |
| 455 | DX | 1065 | Photograph of 8100 Jeb Stuart Road, Rockville, MD | ** | | |
| 456 | DX | 1066 | Photograph of 8100 Jeb Stuart Road, Rockville, MD | ** | | |
| 457 | DX | 1101 | May 22, 2003 letter from OFAC | * | Hearsay, Relevance (PP); Govt: admissible if not for the truth of matter asserted. | 803(6) as business record of Foundation and OFAC; relevant to rebut allegations regarding the Foundation's failure to obtain licenses from OFAC; relevant to rebut allegations that Foundation acted in contravention of sanctions regime, as implemented by OFAC; relevant to rebut allegations that Foundation's charitable giving is unlawful and controlled by Iran. |
| 458 | DX | 1102 | July 29, 1996 letter from OFAC | * | Hearsay, Relevance (PP); Govt: admissible if not for the truth of matter asserted. | 803(6) as business record of Foundation and OFAC; relevant to rebut allegations regarding the Foundation's failure to obtain licenses from OFAC; relevant to rebut allegations that Foundation acted in contravention of sanctions regime, as implemented by OFAC. |
| 459 | DX | 1103 | September 8, 1989 letter to OFAC | * | Hearsay, Relevance (PP); Govt: admissible if not for the truth of matter asserted. | Claimants withdraw DX1103. |
| 460 | DX | 1104 | August 30, 1989 letter from OFAC | * | Hearsay, Relevance (PP); Govt: admissible if not for the truth of matter asserted. | Relevant to rebut allegations regarding the Foundation's failure to obtain licenses from OFAC; relevant to prove the long-standing knowledge of OFAC (the federal agency primarily responsible for designating entities owned or controlled by the Government of Iran) of the issues presented in this litigation, which is relevant when coupled with OFAC's failure to designate the Foundation or Fifth Avenue Company. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 461 | DX | 1105 | March 9, 1981 letter to OFAC | * | Hearsay, Relevance (PP); Govt: admissible if not for the truth of matter asserted. | 803(6) as business record of Foundation and OFAC; relevant to rebut allegations regarding the Foundation's failure to obtain licenses from OFAC; relevant to prove the long-standing knowledge of OFAC of the issues presented in this litigation, which is relevant when coupled with OFAC's failure to designate the Foundation or the Fifth Avenue Company |
| 462 | DX | 1106 | March 1, 2002 Letter to OFAC | * | Hearsay, Relevance (PP); Govt: admissible if not for the truth of matter asserted. | 803(6) as business record of Foundation and OFAC; relevant to rebut allegations regarding the Foundation's failure to obtain licenses from OFAC; relevant to rebut allegations that Foundation acted in contravention of sanctions regime, as implemented by OFAC; relevant to rebut allegations that Foundation's charitable giving is unlawful and controlled by Iran. |
| 463 | DX | 1107 | April 30, 1996 FBI Report | * | Relevance/hearsay | Relevant to Foundation's Statute of Limitations defense. |
| 464 | DX | 1120 | 5/26/1995 Royce & McCoy Article | * | Relevance (PP Only); Hearsay (PP Only); Govt: 401, hearsay; 106 rule of completeness | 801(c)(2) because not offered to prove the truth of the matter asserted in the statement; relevant to Foundation's Statute of Limitations defense; limited redactions only to exclude irrelevant, prejudicial, or otherwise inadmissible portions; subject to letter |
| 465 | DX | 1121 | December 1995 Timmerman Article | * | Relevance (PP Only); Hearsay (PP Only); Govt: 401, hearsay; 106 rule of completeness | 801(c)(2) because not offered to prove the truth of the matter asserted in the statement; relevant to Foundation's Statute of Limitations defense; limited redactions only to exclude irrelevant, prejudicial, or otherwise inadmissible portions; subject to letter |
| 466 | DX | 1150 | Public document concerning 650 Fifth Avenue, New York, NY | ** | | |
| 467 | DX | 1151 | Public document concerning 2313 South Voss Road, Houston, TX | ** | | |
| 468 | DX | 1152 | Public document concerning 55-11 Queens Boulevard, Queens, NY | ** | | |
| 469 | DX | 1153 | Public document concerning 55-11 Queens Boulevard, Queens, NY | ** | | |
| 470 | DX | 1154 | Public document concerning 4836 Marconi Avenue, Carmichael, CA | ** | | |
| 471 | DX | 1155 | Public document concerning 4204-4300 Aldie Road, Catharpin, VA | ** | | |
| 472 | DX | 1156 | Public document concerning 4204-4300 Aldie Road, Catharpin, VA | ** | | |
| 473 | DX | 1157 | Public document concerning 4204-4300 Aldie Road, Catharpin, VA | ** | | |
| 474 | DX | 1158 | Public document concerning 7917 Montrose Road/8100 Jeb Stuart Road, Rockville, MD | ** | | |
| 475 | DX | 1159 | Public document concerning 7917 Montrose Road/8100 Jeb Stuart Road, Rockville, MD | ** | | |
| 476 | DX | 1170 | Minutes of October 20, 1989 Staff Meeting | * | 401; hearsay | Relevant to rebut allegation that Foundation's activities are controlled by Iran; 803(6) as record of a regularly conducted activity |
| 477 | DX | 1171 | 12/19/89 Ltr. from M. Badr-Taleh to Khastoni | ** | | |
| 478 | DX | 1200 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 479 | DX | 1201 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 480 | DX | 1202 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 481 | DX | 1203 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 482 | DX | 1204 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 483 | DX | 1205 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 484 | DX | 1206 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 485 | DX | 1207 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 486 | DX | 1208 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 487 | DX | 1209 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 488 | DX | 1210 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 489 | DX | 1211 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 490 | DX | 1212 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 491 | DX | 1213 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 492 | DX | 1214 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 493 | DX | 1215 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 494 | DX | 1216 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 495 | DX | 1217 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 496 | DX | 1218 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 497 | DX | 1219 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 498 | DX | 1220 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 499 | DX | 1221 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 500 | DX | 1222 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 501 | DX | 1223 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 502 | DX | 1224 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 503 | DX | 1225 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 504 | DX | 1226 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 505 | DX | 1227 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 506 | DX | 1228 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 507 | DX | 1229 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 508 | DX | 1230 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 509 | DX | 1231 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 510 | DX | 1232 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 511 | DX | 1233 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 512 | DX | 1234 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 513 | DX | 1235 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 514 | DX | 1236 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 515 | DX | 1237 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 516 | DX | 1238 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 517 | DX | 1239 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 518 | DX | 1240 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 519 | DX | 1241 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 520 | DX | 1242 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 521 | DX | 1243 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 522 | DX | 1244 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 523 | DX | 1245 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 524 | DX | 1246 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 525 | DX | 1247 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 526 | DX | 1248 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 527 | DX | 1249 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 528 | DX | 1250 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 529 | DX | 1251 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 530 | DX | 1252 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 531 | DX | 1253 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 532 | DX | 1254 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 533 | DX | 1255 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 534 | DX | 1256 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 535 | DX | 1257 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 536 | DX | 1258 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 537 | DX | 1259 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 538 | DX | 1260 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 539 | DX | 1261 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 540 | DX | 1262 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 541 | DX | 1263 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 542 | DX | 1264 | FBI Payment Request | * | Hearsay | 801(d)(2) as opposing parties' statement; 803(6) as record of a regularly conducted activity |
| 543 | DX | 1300 | Stipulation | * | not applicable to Govt | |
| 544 | DX | 1301 | Stipulation | * | not applicable to Govt | |
| 545 | DX | 1302 | Stipulation | * | not applicable to Govt | |
| 546 | DX | 1303 | Stipulation | * | not applicable to Govt | |
| 547 | | | Claimants reserve all rights to use documents on any other party's Exhibit List | ** | | |