

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 12, 2013

**BY ECF**

To:     All Counsel of Record

Re:     <u>In Re: 650 Fifth Avenue and Related Properties</u>,
        08 Civ. 10934 (KBF)

Dear Counsel:

We have arranged the following dial-in for the telephonic conference with the Court this morning at 10:00:

         Dial-in:    (877) 973-4755
         Passcode:   7109235

Please dial in approximately 5 minutes before 10:00 and we will call in to chambers.

                                        Regards,

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York

                            By:         */s/ Anand Sithian*
                                        Sharon Cohen Levin
                                        Michael D. Lockard
                                        Martin S. Bell
                                        Carolina A. Fornos
                                        Assistant United States Attorneys
                                        Anand Sithian
                                        Special Assistant United States Attorney
                                        (212) 637-1060/2193/2463/2740/1085