UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                 :

IN RE 650 FIFTH AVENUE AND        :
RELATED PROPERTIES                 :
                                 :
                                 :
                                 :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

The Clerk of Court is hereby directed to remove the letter addressed to the Court from Daniel S. Ruzumna, Esq. dated September 10, 2013 and accompanying exhibit list (ECF No. 846) from the docket and to file that letter and attachment under seal. The Clerk shall not delete the text of the docket entry.

SO ORDERED.

Dated:      New York, New York
            September 12, 2013

_____
KATHERINE B. FORREST
United States District Judge