```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 13 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE 650 FIFTH AVENUE AND
RELATED PROPERTIES

------------------------------------------------------------X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

As stated at the teleconference held on September 12, 2013, the bench trial in the private creditors' FSIA/TRIA action shall be adjourned until Monday, September 30, 2013.

The private creditor plaintiffs shall advise the Court no later than Tuesday, September 17, 2013, at 12:00 p.m., as to the extent to which they will adopt the Government's Rule 56.1 Statement and accompanying evidentiary record on any motion for summary judgment.

650 Fifth Ave. and Alavi shall advise the Court no later than Thursday, September 19, 2013, at 12:00 p.m., as to what additional evidence they intend to submit on any motion for summary judgment in light of the private creditor plaintiffs' submission.

SO ORDERED.

Dated:   New York, New York
         September 13, 2013

_____
KATHERINE B. FORREST
United States District Judge