

Ira S. Sacks

Akerman Senterfitt LLP
666 Fifth Avenue
20th Floor
New York, NY  10103
Tel:  212.880.3800
Fax:  212.880.8965

Dir:  212.880.3827
ira.sacks@akerman.com

September 17, 2013

**BY EMAIL AND ECF**  (ForrestNYSDChambers@nysd.uscourts.gov)
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, New York 10007

> **Re:    In re 650 Fifth Avenue and Related Properties, 08 Civ. 10934 (KBF)**

Dear Judge Forrest,

We represent Sohrab Vahabzadeh, the Djahanbani family, the Khosrowshahi family, and the Khoshkish family (collectively, "Claimants"), in this matter.  We write to follow up on our prior letter sent to the Court on September 10, 2013 (the "Letter"), a copy of which is attached, requesting entry of Claimants' Propose Judgment regarding the Court's Memorandum Decision & Order (the "Decision"), dated and entered on August 27, 2013 (ECF Dkt. No. 732).

We are mindful of the Court's large docket and the volumes of motions and other issues in this case alone.  However, Claimants' time to appeal from the Decision expires on September 26, 2013.  As set forth in our prior letter, although the Decision terminates the Claimants from this action, the Decision does not appear to enter a final judgment against Claimants.  As a result, it is unclear whether Claimants can appeal, which they would like to promptly do.

Accordingly, Claimants respectfully request that the Court enter the Proposed Judgment, pursuant to Fed. R. Civ. P. 54(b), so that Claimants can begin the appeals process.

Thank you in advance for your attention to this matter.

Respectfully,

*/s/ Ira S. Sacks*

Ira S. Sacks

akerman.com

BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   SALT LAKE CITY   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.
WEST PALM BEACH

Honorable Katherine B. Forrest
September 17, 2013
Page 2


Attachment
cc: All counsel of record via email