**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

September 19, 2013

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

By Email and ECF

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, New York 10007

Re:   In re 650 Fifth Avenue and Related Properties,
      08 Civ. 10934 (KBF)

Dear Judge Forrest:

      We respectfully write on behalf of the Alavi Foundation and the 650 Fifth Avenue Company (collectively, "Defendants") to inform the Court that Defendants do not intend to submit additional facts in response to the Judgment Creditors' Joint Motion for Summary Judgment and submission of the Local Rule 56.1 Statement of the United States.  Defendants responded to the Government's Rule 56.1 Statement on August 30, 2013 (Dkt. No. 769) and submitted a Rule 56.1 Statement of Undisputed Material Facts of their own on August 16, 2013 (Dkt. No. 680).  We respectfully ask the Court to consider Defendants' response and Rule 56.1 Statement in deciding the Judgment Creditors' motion and in determining whether a bench trial is necessary.

      If the Court were to deny the Judgment Creditors' motion for summary judgment, Defendants again ask the Court to consider whether briefing would be appropriate on the "priority" issue, *i.e.*, whether the Government forfeiture action takes priority over the Judgment Creditors' Terrorism Risk Insurance Act ("TRIA") claims, because a ruling on that issue may render the trial of the Judgment Creditors' claims unnecessary.

      Finally, with this letter, we are submitting Defendants' response to the Judgment Creditors' Joint Motion for Summary Judgment.  Courtesy copies of this letter and the brief will be delivered to Your Honor's Chambers.

Respectfully submitted,

/s/ *Daniel S. Ruzumna*
Daniel S. Ruzumna

cc:   Counsel of Record