

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Dale K. Cathell
dale.cathell@dlapiper.com
T   410.580.4122
F   410.580.3122

September 20, 2013
BY ECF

All Counsel of Record

Re:   *In re: 650 Fifth Avenue and Related Properties*
      Case No.: 08 Civ. 10934 (KBF)

Dear Counsel:

    We have arranged the following dial-in for the status conference scheduled for 11:30 a.m. today for all counsel who wish to appear telephonically.  The dial-in information is as follows:

Dial-in: 888-472-4293

Passcode:  5804122

Please dial in approximately 5 minutes before 11:30 a.m.  We will then call chambers.

Respectfully submitted,

Dale K. Cathell