

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2013

**BY EMAIL (ForrestNYSDChambers@nysd.uscourts.gov)**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 2 3 2013
```

    Re:    **In Re: 650 Fifth Avenue and Related Properties,**
             **08 Civ. 10934 (KBF)**

Dear Judge Forrest:

        The Government respectfully submits this letter in response to the Court's endorsed Orders of September 11, 2013 and September 13, 2013. (ECF D.E. 840 and 863, respectively).

        The Government has reviewed the Court's Opinion and Order granting the Government's Motion for Summary Judgment. 09/16/2013 Opinion & Order (ECF D.E. 865) ("Summary Judgment Order"). The Court's Summary Judgment Order denied the Alavi Foundation's and 650 Fifth Avenue Company's Rule 37 Motion for an adverse inference instruction (ECF D.E. 811) as moot. *Id.* at 81 n.40. In light of the Court's Summary Judgment Order, the Government respectfully requests permission to withdraw its letter motion to compel as moot. *See* 09/09/2013 Letter to Hon. Katherine B. Forrest from Carolina A. Fornos (ECF D.E. 829).

          Respectfully submitted,

          PREET BHARARA
          United States Attorney for the
          Southern District of New York

By:    /s/ Anand Sithian
          Sharon Cohen Levin
          Michael D. Lockard
          Martin S. Bell
          Carolina A. Fornos
          Assistant United States Attorneys
          Anand Sithian
          Special Assistant United States Attorney
          (212) 637-1060/2193/2463/2740/1085

cc:    Counsel of Record (via e-mail)

*So ordered.*

*The Clerk of Court shall terminate the letter-motion at ECF No. 829.*

9/23/13

*K. B. Forrest*
USDJ