# STROOCK

By CM/ECF

October 4, 2013

James L. Bernard
Direct Dial: 212-806-5684
Fax:  212-806-6006
jbernard@stroock.com

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, NY 10007-1581

Re:   *In re: 650 Fifth Avenue and Related Properties*,
      <u>08 Civ. 10934 (KBF) and All Member and Related Cases</u>

Dear Judge Forrest:

We represent the Greenbaum, Acosta, Beer and Kirschenbaum Judgment Creditors. Our clients and, with their counsel's consent, the Heiser, Peterson, Havlish, Rubin, Bland, Brown, Valore, Botvin, Campuzano, Blais, Holland, Brewer, Higgins, Welch, and Valencia Judgment Creditors, (collectively, "Plaintiffs"), join in the Government's motion to amend (1) the Post-Complaint Protective Order, entered in the above-captioned consolidated proceeding on or about December 17, 2008, as modified by the February 15, 2011 Order Modifying Protective Order Pursuant to 18 U.S.C. § 983(j)(1) and the June 19, 2012 Order Modifying Protective Order Pursuant to 18 U.S.C. § 983(j)(1), and (2) the April 28, 2010 Consent Order for Appointment of Monitor Pursuant to 18 U.S.C. § 983(j), dated September 25, 2013.

Plaintiffs respectfully refer to and incorporate herein the Government's Memorandum of Law in Support of its motion, ECF No. 911, and all exhibits attached thereto, in their entirety.

Respectfully submitted,

*/s/ James L. Bernard*
James L. Bernard

cc:   Counsel of Record