# THE DUPONT LAW FIRM, LLP
### ATTORNEYS AND COUNSELLORS AT LAW



BARBARA J. DUPONT
RALPH P. DUPONT

October 5, 2013

**By E-Mail
(ForrestNYSDChambers@nysd.uscourts.gov)**
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, New York 10007

      Re: *In re 650 Fifth Avenue and Related Properties*, 08 Civ. 10934 (KBF);
      *Hegna v. Islamic Republic of Iran*, et al 11 Civ. 03761(KBF)
      (formerly 18 MS 0302 (Judgment No. 02-2472(RJH)

Dear Judge Forrest:

    We write as counsel for the Hegna-Lienors to advise that we have forwarded, via <u>Over-Night Mail</u> this date, two (2) copies of our additional memorandum of law and accompanying documents, in support of the Plaintiff-Creditors' (including the Hegnas) consolidated motion for summary judgment in the above-captioned matters.

    We apologize to the Court for our late filing of our papers by slightly over an hour earlier today and most respectfully request the Court to accept the same.

    We have the honor to remain,

                      Very respectfully,
                      The Dupont Law Firm, LLP
                  By /s/ Ralph P. Dupont
                      Ralph P. Dupont, Esq.

cc: All counsel of record.

Ordered: Post to docket.

/s/ K. B. Forrest     10/08/2013
Katherine B. Forrest
United States District Judge