**ROSEN LIVINGSTON & CHOLST LLP**
ATTORNEYS AT LAW
275 MADISON AVENUE, SUITE 500• NEW YORK, NEW YORK  10016-1111
(212) 687-7770

TELECOPIER (212) 687-8030
EMAIL ADDRESS info@rosenlivingston.com
Writer's Email Address   dk@rosenlivingston.com

| | |
|---|---|
| **MORTON H. ROSEN** | **S. DAVID HARRISON** |
| **PETER I. LIVINGSTON** | Of Counsel |
| **BRUCE A. CHOLST** | |
| **MARY L. KOSMARK** | **ALAN M. GOLDBERG** |
| _____ | Special Counsel |
| **ANDREW B. FREEDLAND** | |
| **DEBORAH B. KOPLOVITZ** | |
| **ANDREW J. WAGNER** | **INNA GRINBERG** |
| **ELLIOT J. COZ** | **TARA TESTAVERDE** |
| | Paralegals |

November 27, 2013

**VIA EMAIL AND ECF**

Hon. Katherine B. Forrest
Room 730
United States District Court, Southern District of New York
United States Courthouse, 500 Pearl Street
New York, NY 10007-1312

> Re:  In re 650 Fifth Avenue and Related Properties, and all member and related cases
> Our File: 6239-1

Dear Judge Forrest,

    This firm represents Assa Corp. and Assa Limited s/h/a Assa Co. Ltd. (collectively "Assa") in the above-named actions.   We respectfully request that the Court amend its Order of November 25, 2013 (dkt. 1033) to reflect Assa's opposition to the judgment creditor plaintiffs' motion for summary judgment, appearing at the docket at 869, in accordance with Fed. R. Civ. P. 60(a).

    Paragraph 2 of the Court's November 25, 2013 Order requires correction because it appears the Court has mistakenly overlooked Assa's opposition to those motions.  Assa was permitted until October 4, 2013 to submit its opposition (dkt. 916), and did so. (Dkt. 938-940, 943). Accordingly, we request that the Court correct paragraph 2 of the November 25, 2013 Order to reflect that the motion for summary judgment was fully submitted with Assa's opposition.

> Respectfully submitted,
>
> /s/ Deborah B. Koplovitz
>
> Deborah B. Koplovitz

cc. All counsel (*via* email with chart)