

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 9 2014
```

Kimberly J. Linkletter

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY 10103
Tel: 212.880.3800
Fax: 212.880.8965
Dir: 212.822.2233
kimberly.linkletter@akerman.com

April 28, 2014

**BY EMAIL** (ForrestNYSDChambers@nysd.uscourts.gov)
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re:   In re 650 Fifth Avenue and Related Properties, 08 Civ. 10934 (KBF)

Dear Judge Forrest,

We represent Sohrab Vahabzadeh, the Djahanbani family, the Khosrowshahi family, and the Khoshkish family (collectively, "Claimants"). On August 27, 2013, this Court granted the Government and Alavi's motions to dismiss Claimants' claims. (ECF Dkt. No. 732). Claimants appealed this decision and anticipate that briefing will likely be complete in June.

We respectfully request permission to appear at the status conference scheduled for May 2, 2014 to discuss the disbursement of settlement proceeds in light of the stipulation entered into between the Judgment Creditors and the Government. (ECF Dkt. No. 1122). While we recognize that Claimants are not currently parties to this action, we are concerned that any disbursement of the settlement proceeds prior to the adjudication of our appeal could prejudice Claimants' rights. Accordingly, we are seeking to preserve the status quo pending a final ruling on our appeal.

Thank you in advance for your attention to this matter.

Respectfully,

/s/ *Kimberly J. Linkletter*

Kimberly J. Linkletter

cc: All counsel of record via email

akerman.com

*Handwritten annotation:* Ordered. Application denied. You can make any motion you deem appropriate but once you appeal, the Court loses jurisdiction over you/your action.

4/29/14

K. B. F.
USDJ