USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 05 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
:
:
IN RE: 650 FIFTH AVENUE AND           :         08 Civ. 10934 (KBF)
RELATED PROPERTIES                    :    and all member and related
:                 cases
:
:            ORDER
:
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

   As stated on the record at the May 2, 2014 status conference, the claims filed of the Islamic Education Center of Houston and the Islamic Education Center of Maryland (ECF Nos. 991, 992, 1028) are held in abeyance until after the resolution of the appeal of this matter. Based on the representations made at the conference, all parties to all actions before this Court have agreed that these two properties will not be sold or otherwise change in status until those claims are resolved.

After the determination of the Hegna claimants' motion for summary judgment (ECF No. 989), the parties shall inform the Court by **Wednesday, May 21, 2014** of any further issues to be resolved and a proposed briefing schedule for their resolution.

SO ORDERED.

Dated:   New York, New York
         May 2, 2014

                                                _____
                                                         KATHERINE B. FORREST
                                                         United States District Judge