```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE: 650 FIFTH AVENUE AND,
RELATED PROPERTIES

08 **CIVIL** 10934 (KBF)
and all member and
related cases

**RULE 54(b) JUDGMENT**

------------------------------------------------------------X

Whereas on September 16, 2013 and April 18, 2014, the Court having granted summary judgment on the Government's claims for forfeiture of the interests of the Alavi Foundation ("Alavi") and the 650 Fifth Avenue Company ("650 Fifth Ave. Co") in the properties identified in the verified amended complaint; on April 18, 2014, the Court also having granted motions by the Greenbaum, Acosta, Beer Kirschenbaum, Heiser, Havlish, Petersen, Rubin, and Hegna judgment creditor groups ("judgment creditors") for summary judgment and for turnover of certain property belonging to Alavi and 650 Fifth Ave. Co., and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on May 27, 2014, having rendered its Order that pursuant to Rule 54(b), directing the Clerk of Court to enter final judgment as to Alavi and 650 Fifth Ave. Co's interest in the defendant properties, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 27, 2014, there being no just reason for delay, pursuant to Fed. R. Civ. P. 54(b), judgment is hereby entered as to Alavi and 650 Fith Ave. Co's interest in the defendant properties; accordingly, summary judgment on the Government's claims for forfeiture of the interests of Alavi and 650 Fifth Ave. Co. in the properties identified in the verified amended complaint is granted and the motions by the judgment creditors for summary judgment and for turnover of certain property belonging to Alavi and 650 Fifth Ave. Co. is granted.

Dated: New York, New York
       May 28, 2014

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____