```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 1 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
:
IN RE: 650 FIFTH AVENUE AND           :           08-cv-10934 (KBF)
RELATED PROPERTIES                    :           and all member and
:               related cases
:
:               ORDER
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court has received the Heiser judgment creditors' letter dated July 30, 2014 regarding their request to appear in the "Forfeiture Appeal" currently before the U.S. Court of Appeals for the Second Circuit under case number 14-2027. (ECF No. 1177.) The Court also notes that Richard M. Kremen was admitted to practice pro hac vice in this action on May 28, 2013. (ECF No. 486.)

The Clerk of Court shall update the docket of In re: 650 Fifth Avenue and Related Properties, No. 08-cv-10934 (KBF), to add the Estate of Michael Heiser and the Estate of Millard D. Campbell as claimants in this action, represented by Richard M. Kremen of DLA Piper LLP.

SO ORDERED.

Dated:      New York, New York
            July 31, 2014

                                        _____
                                              KATHERINE B. FORREST
                                              United States District Judge