

2049 Century Park East, Suite 2680
Los Angeles, California 90067
Phone: 310-843-9494
Fax: 310-843-9777

---

August 18, 2014

**FILED ELECTRONICALLY**

The Honorable Katherine B. Forrest
The U.S. District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

    RE:    **In re: 650 Fifth Avenue and Related Properties**
              **Case No. 1:08-cv-10934 (KBF) and All Member and Related Cases**

Dear Judge Forrest:

We write as counsel to the Bayani Judgment Creditors/Claimants, et. al in the above referenced matter to respectfully request correction of the manner in which the Bayani names currently and erroneously appear on the docket, as well as legal change of name of counsel's firm.

The Bayani et. al names should be corrected to appear as follows:

**Claimant**

| | | |
|---|---|---|
| **Fatemeh Bayani**<br>*in her Individual Capacity* | represented by | **Zohreh Mizrahi**<br>Manesh & Mizrahi APLC<br>2049 Century Park East<br>Suite 2680<br>Los Angeles, CA 90067<br>(310) 843-9494<br>Fax: (310) 843-9777<br>Email: zohrehmizrahi@aol.com<br>Email: mikemanesh@aol.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

Page | 1

**Claimant**

| | | |
|---|---|---|
| **Fatemeh Bayani**<br>*in her capacity as*<br>*representative of the Estate*<br>*of Siavash Bayani* | represented by | **Zohreh Mizrahi**<br>Manesh & Mizrahi APLC<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Claimant**

| | | |
|---|---|---|
| **Banafsheh Bayani**<br>*in her Individual Capacity* | represented by | **Zohreh Mizrahi**<br>Manesh & Mizrahi APLC<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Claimant**

| | | |
|---|---|---|
| **Babak Bayani**<br>*in his Individual Capacity* | represented by | **Zohreh Mizrahi**<br>Manesh & Mizrahi APLC<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

Respectfully Submitted,

By:   /s/ Zohreh Mizrahi
**Zohreh Mizrahi**
Manesh & Mizrahi APLC
2049 Century Park East
Suite 2680
Los Angeles, CA 90067
(310) 843-9494
Fax: (310) 843-9777
Email: zohrehmizrahi@aol.com
Email: mikemanesh@aol.com

cc: All counsel of record (by CM/ECF)