

February 9, 2015

United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<div style="border:1px solid black">
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 8 2015
</div>

Re: <u>In Re 650 Fifth Avenue and Related Properties, No. 08 Civ. 10934 (KBF)</u>

Dear Judge Forrest:

I am writing pursuant to the Court's April 28, 2010 Order for Appointment of Monitor to request that the Court approve payment of the fees incurred by me as Court-appointed Monitor, as set forth in detail in the attached invoices to 650 Fifth Avenue Company, totaling $11,828.00. As set forth in the attached letter from counsel for 650 Fifth Avenue Company, these invoices have been reviewed by 650 Fifth Avenue Company, which has no objection to this request.

Please let me know if the Court needs any further information in connection with this request. Thank you for Your Honor's consideration.

Respectfully,

*Kathleen A. Roberts*

Kathleen A. Roberts
Court-Appointed Monitor
cc: *AUSA Sharon Cohen Levin*
   *AUSA Michael Lockard*
   *Daniel S. Ruzumna, Esq.*

So ordered.

K. B. Forrest
USDJ

2/18/15

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

February 4, 2015

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax  (212) 336-1205
druzumna@pbwt.com

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *In re 650 Fifth Avenue and Related Prop.*, No. 08 Civ 10934 (KBF)

Dear Judge Forrest:

We represent Defendants Alavi Foundation (the "Foundation") and 650 Fifth Avenue Company (the "Fifth Avenue Company") in the above captioned action and write in regards to the Court's April 28, 2010 Order for Appointment of Monitor Pursuant to 18 U.S.C. § 983(j) and the Court's November 22, 2013 modification of that Order.

The Appointed Monitor, Honorable Kathleen A. Roberts, has provided the 650 Fifth Avenue Company with bills requesting payment for services provided in her capacity as Monitor. We have reviewed the attached invoice with the Foundation, and we have no objection to the Monitor's request for payment. Should Your Honor order payment of this invoice, the Fifth Avenue Company will request the Monitor's permission to make a payment from its accounts in the amount of $11,828.00.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Daniel S. Ruzumna*

Daniel S. Ruzumna



# INVOICE

**Invoice Date**
12/31/14

**Invoice Number**
0003348120-425

To:  **Daniel S. Ruzumna, Esq.**
**Patterson, Belknap, Webb & Tyler LLP**
**1133 Avenue of the Americas**
**New York, NY 10036**

Reference #:      **1425006209**      MKO
Billing Specialist:   **Erwin Gonzalez**
Email:         **egonzalez@jamsadr.com**
Telephone:      **(949) 224-4642**
Employer ID:     **68-0542699**

RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**
Representing:   **650 5th Avenue Co.**
Hearing Type:   **Court Reference**

Neutral(s):      **Hon. Kathleen Roberts (Ret.)**

**Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/01/14 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Alavi Maryland property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/03/14 | Hon. Kathleen Roberts (Ret.) Telephone conference with Scopa re: leasing procedures; 17th Floor construction | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 11/03/14 | Hon. Kathleen Roberts (Ret.) Telephone conferences re: KSA settlement | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/03/14 | Hon. Kathleen Roberts (Ret.) Review e-mail re: 17th Floor bids | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/03/14 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Alavi properties | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/03/14 | Hon. Kathleen Roberts (Ret.) Review e-mail re: KSA settlement | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/03/14 | Hon. Kathleen Roberts (Ret.) Telephone conference with Scopa re: KSA, Doris Duke | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/04/14 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Alavi properties | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/04/14 | Hon. Kathleen Roberts (Ret.) Review e-mails re: KSA settlement | 0.25 | 400.00 | 100.00 | 1 | 100.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:
**File 1750**
**1801 W. Olympic Blvd.**
**Pasadena, CA 91199-1750**

Overnight mail:
**1920 Main St. Suite 300**
**Irvine, CA 92614**



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**          REFERENCE #:          **1425006209**          **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/04/14 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Systematica proposal | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/04/14 | Hon. Kathleen Roberts (Ret.) 650 management and leasing meetings | 2.00 | 400.00 | 800.00 | 1 | 800.00 |
| 11/04/14 | Hon. Kathleen Roberts (Ret.) Telephone conference re: Alavi properties | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/04/14 | Hon. Kathleen Roberts (Ret.) Review 650 Attorney status reports | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/05/14 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Systematica proposal | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/05/14 | Hon. Kathleen Roberts (Ret.) Review e-mails re: KSA settlement | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/05/14 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Alavi distributions | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/06/14 | Hon. Kathleen Roberts (Ret.) Process approvals 2375-2381 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/06/14 | Hon. Kathleen Roberts (Ret.) Review TD Bank statements | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/07/14 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Bottega | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/07/14 | Hon. Kathleen Roberts (Ret.) Review e-mail re: 17th Floor bids | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/07/14 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Chase account | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: **Court Reference** | | REFERENCE #: | | **1425006209** | | Rep# 3 |
|---|---|---|---|---|---|---|

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/07/14 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 2392-2399 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/07/14 | Hon. Kathleen Roberts (Ret.)<br>Process Approval 2403; Review and process Request 2304 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/07/14 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 2383-2391 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/07/14 | Hon. Kathleen Roberts (Ret.)<br>E-mail to Alavi and USAO re: capital project | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/08/14 | Hon. Kathleen Roberts (Ret.)<br>Review Alavi e-mail re: Maryland property | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/09/14 | Hon. Kathleen Roberts (Ret.)<br>Review Alavi e-mail re: Virginia property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/10/14 | Hon. Kathleen Roberts (Ret.)<br>Review final M&T Report | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/10/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Chase account | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/11/14 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 2400-2402 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/11/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: additional information for Request 2382 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/11/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Alavi Maryland property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/11/14 | Hon. Kathleen Roberts (Ret.)<br>Review KSA final settlement package | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:  **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:  **Court Reference**                     REFERENCE #:       **1425006209**           **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/11/14 | Hon. Kathleen Roberts (Ret.) Review Scopa e-mail re: guarantees | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/11/14 | Hon. Kathleen Roberts (Ret.) Review e-mail re: 17th floor | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/11/14 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Systematica proposal | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/11/14 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Bottega | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/11/14 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Doris Duke | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/12/14 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Alavi Maryland property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/12/14 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Request 2382 | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/13/14 | Hon. Kathleen Roberts (Ret.) M&T telephone conference re: tax returns | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 11/13/14 | Hon. Kathleen Roberts (Ret.) Process Approvals 2382; 2383-2391; 2393-2399 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/13/14 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Alavi properties | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/13/14 | Hon. Kathleen Roberts (Ret.) Review Monthly Opening Report | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 11/14/14 | Hon. Kathleen Roberts (Ret.) Review e-mail re: 17th Floor | 0.05 | 400.00 | 20.00 | 1 | 20.00 |



RE:  **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hearing Type: | **Court Reference** | | REFERENCE #: | **1425006209** | | **Rep# 3** |

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 11/14/14 | Hon. Kathleen Roberts (Ret.)<br>Nov. 11 - 14: Review e-mails re: tax preparation | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/15/14 | Hon. Kathleen Roberts (Ret.)<br>Nov. 12 - 15: Review e-mails re: Bottega | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/15/14 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 2405-2415 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/17/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: KSA | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/17/14 | Hon. Kathleen Roberts (Ret.)<br>Review 650 Management project tracking report | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/18/14 | Hon. Kathleen Roberts (Ret.)<br>Review Bottega talking points | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/18/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: prebuilt flyer | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/18/14 | Hon. Kathleen Roberts (Ret.)<br>650 Management and leasing meeting | 2.00 | 400.00 | 800.00 | 1 | 800.00 |
| 11/19/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Empire Ball donation | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/19/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: broker tour | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/19/14 | Hon. Kathleen Roberts (Ret.)<br>Prepare Monitor Report | 1.00 | 400.00 | 400.00 | 1 | 400.00 |
| 11/19/14 | Hon. Kathleen Roberts (Ret.)<br>Process Approvals 2405-2415 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hearing Type: | **Court Reference** | | | REFERENCE #: | **1425006209** | **Rep# 3** |

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 11/19/14 | Hon. Kathleen Roberts (Ret.)<br>Nov. 18 - 19: Review e-mails re: Systematica proposal | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/20/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: 650 Attorney invoices | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/20/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: M&T additional charge for tax return preparation | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/24/14 | Hon. Kathleen Roberts (Ret.)<br>Nov. 21 - 24: Review e-mails re: Alavi Maryland property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/24/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: Systematica proposal | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/24/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Empire Ball ad | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/25/14 | Hon. Kathleen Roberts (Ret.)<br>Nov. 20 - 25: Review e-mails re: cable/ Bloomberg on video wall | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/25/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: Alavi gifts to 650 Building staff | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/26/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Systematica proposal | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/26/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: staff holiday bonuses | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/26/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Alavi Sacramento property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/27/14 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 2416-2432 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: | **Court Reference** | | REFERENCE #: | | **1425006209** | | **Rep# 3** |
|---|---|---|---|---|---|---|---|

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 11/29/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: staff holiday bonuses | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/01/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail with BV proposal | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/01/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re Chase account | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/01/14 | Hon. Kathleen Roberts (Ret.)<br>Review and send e-mails re Kraut proposal. | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/01/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re bonuses and raises | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/01/14 | Hon. Kathleen Roberts (Ret.)<br>Review 650 project report | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/01/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re Doris Duke lease. | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/02/14 | Hon. Kathleen Roberts (Ret.)<br>December 1 & 2:<br>Review e-mails re counter to BV | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/02/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re Chase account | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/02/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re lobby | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/02/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re tax return | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/02/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re Alavi property repairs. | 0.25 | 400.00 | 100.00 | 1 | 100.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**          REFERENCE #:          **1425006209**          **Rep# 3**

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 12/02/14 | Hon. Kathleen Roberts (Ret.)<br>Review 650 attorney status reports. | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/03/14 | Hon. Kathleen Roberts (Ret.)<br>Review BV counterproposal. | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/03/14 | Hon. Kathleen Roberts (Ret.)<br>December 2 & 3:<br>Review e-mails re bonuses and raises. | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/04/14 | Hon. Kathleen Roberts (Ret.)<br>Telephone conference re Alavi properties. | 0.75 | 400.00 | 300.00 | 1 | 300.00 |
| 12/05/14 | Hon. Kathleen Roberts (Ret.)<br>Process approvals 2416-2432 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/05/14 | Hon. Kathleen Roberts (Ret.)<br>Review property assessment for Alavi Houston property | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/06/14 | Hon. Kathleen Roberts (Ret.)<br>December 5 & 6:<br>Review e-mails re Alavi Queens property | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/08/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re Alavi Queens property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/08/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re assessments and repairs of Alavi properties. | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/09/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re Doris Duke lease. | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/09/14 | Hon. Kathleen Roberts (Ret.)<br>Review Mufson report | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/09/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re Alavi Queens property repairs. | 0.05 | 400.00 | 20.00 | 1 | 20.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: | **Court Reference** | | REFERENCE #: | | 1425006209 | | Rep# 3 |
|---|---|---|---|---|---|---|---|

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/10/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re DOB filings | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/10/14 | Hon. Kathleen Roberts (Ret.)<br>Process approval 2404 | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/11/14 | Hon. Kathleen Roberts (Ret.)<br>Review proposal for appraisal of Alavi properties | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/11/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re 650 attorney invoices | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/11/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re Doris Duke lease. | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/12/14 | Hon. Kathleen Roberts (Ret.)<br>Review and process requests 2440-2454 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/12/14 | Hon. Kathleen Roberts (Ret.)<br>Review T D Bank statements. | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/12/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re Systematica lease | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/12/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re standard lease terms | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/12/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re Alavi trip to inspect properties | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/12/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re advisory procedures. | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/12/14 | Hon. Kathleen Roberts (Ret.)<br>Process approvals 2433-2439 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hearing Type: | **Court Reference** | | REFERENCE #: | **1425006209** | | **Rep# 3** |

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 12/12/14 | Hon. Kathleen Roberts (Ret.)<br>Telephone conference with appraiser | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 12/12/14 | Hon. Kathleen Roberts (Ret.)<br>Telephone conference re tax return | 1.00 | 400.00 | 400.00 | 1 | 400.00 |
| 12/12/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re tax treatment of Master Lease key money | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/14/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re tax return | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/15/14 | Hon. Kathleen Roberts (Ret.)<br>Review emails re tax returns | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/15/14 | Hon. Kathleen Roberts (Ret.)<br>Telephone conference re tax returns | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 12/15/14 | Hon. Kathleen Roberts (Ret.)<br>Review 650 project report | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/15/14 | Hon. Kathleen Roberts (Ret.)<br>Revierw e-mail re Systematica lease | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/15/14 | Hon. Kathleen Roberts (Ret.)<br>Review monthly operating report | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/16/14 | Hon. Kathleen Roberts (Ret.)<br>Review appraisal for Alavi properties | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/16/14 | Hon. Kathleen Roberts (Ret.)<br>Review Ruzumna e-mail re Alavi properties | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/16/14 | Hon. Kathleen Roberts (Ret.)<br>Telephone conference with Ruzumna | 0.25 | 400.00 | 100.00 | 1 | 100.00 |



RE:  **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:  **Court Reference**    REFERENCE #:    **1425006209**    **Rep# 3**

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 12/16/14 | Hon. Kathleen Roberts (Ret.)<br>Leasing and management meeting at 650 | 1.50 | 400.00 | 600.00 | 1 | 600.00 |
| 12/16/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re real estate tax | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/16/14 | Hon. Kathleen Roberts (Ret.)<br>Revierw e-mails re billing for Alavi Queens property assessment | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/17/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re Alavi Sacramento property inspection | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/17/14 | Hon. Kathleen Roberts (Ret.)<br>Process approvals 2440-2454 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/17/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re terrorism insurance | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/17/14 | Hon. Kathleen Roberts (Ret.)<br>December 16 & 17:<br>Review e-mails re D E P inspection of Alavi Queens property | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/19/14 | Hon. Kathleen Roberts (Ret.)<br>December 18 & 19:<br>Review e-mails re Doris Duke and Systematica leases | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/19/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re D E P inspection | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/19/14 | Hon. Kathleen Roberts (Ret.)<br>Meeting re retail condo | 2.00 | 400.00 | 800.00 | 1 | 800.00 |
| 12/22/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re Alavi Queens property | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/22/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re Local 94 strike | 0.05 | 400.00 | 20.00 | 1 | 20.00 |



RE:  **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: **Court Reference** | | | REFERENCE #: | **1425006209** | | **Rep# 3** |

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 12/22/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re DEP. inspection | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/22/14 | Hon. Kathleen Roberts (Ret.)<br>Telephone conference re DEP. inspection | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/22/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail with Alavi Marconi property assessment. | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/23/14 | Hon. Kathleen Roberts (Ret.)<br>December 22 & 23:<br>Review e-mails re Doris Duke lease | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/23/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re emergency repairs to Alavi properties | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/23/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re Local 94 strike | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/24/14 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re Doris Duke lease | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/30/14 | Hon. Kathleen Roberts (Ret.)<br>December 29 & 30:<br>Review e-mails re status of Doris Duke and Systematica leases | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/31/14 | Case Management Fee | | | | | 588.00 |

|  | Fees | 11,828.00 |
|---|---|---|
|  | Total | $  11,828.00 |
| Outstanding Balance as of  01/05/15 | | $  41,440.00 |