

June 4, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 5 2015

Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

By email to forrestnysdchambers@nysd.uscourts.gov

Re: In Re 650 Fifth Avenue and Related Properties, No. 08 Civ. 10934 (KBF)

Dear Judge Forrest:

Please find attached the Nineteenth Quarterly Monitor's Report required by the Court's April 28, 2010 Order. Please let me know if the Court needs any further information in connection with this Report.

I respectfully request that this Report not be docketed, or, if docketed, filed under seal.

Respectfully,

/s/ Kathleen A. Roberts

Kathleen A. Roberts
Court-Appointed Monitor
cc: AUSA Michael Lockard
    Daniel S. Ruzumna, Esq.

Ordered
File under seal.

KBF, J.
USDJ

6/4/15