

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _August 11, 2015_

July 30, 2015

United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  In Re 650 Fifth Avenue and Related Properties, No. 08 Civ. 10934 (KBF)

Dear Judge Forrest:

I am writing pursuant to the Court's April 28, 2010 Order for Appointment of Monitor to request that the Court approve payment of the fees incurred by me as Court-appointed Monitor, as set forth in detail in the attached invoices to 650 Fifth Avenue Company, totaling $15,752.00.  As set forth in the attached letter from counsel for 650 Fifth Avenue Company, these invoices have been reviewed by 650 Fifth Avenue Company, which has no objection to this request.

Please let me know if the Court needs any further information in connection with this request.  Thank you for Your Honor's consideration.

Respectfully,

Kathleen A. Roberts
Court-Appointed Monitor
cc: AUSA Michael Lockard
    Daniel S. Ruzumna, Esq.

ORDERED:
Application granted.

*K. B. Forrest*

8/11/2015      KATHERINE B. FORREST
               United States District Judge

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas     New York, NY 10036-6710     212.336.2000     fax 212.336.2222     www.pbwt.com

July 24, 2015

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:     *In re 650 Fifth Avenue and Related Prop.*, No. 08 Civ 10934 (KBF)

Dear Judge Forrest:

      We represent the Alavi Foundation (the "Foundation") and 650 Fifth Avenue Company (the "Fifth Avenue Company") in the above captioned action and write in regards to the Court's April 28, 2010 Order for Appointment of Monitor Pursuant to 18 U.S.C. § 983(j) and the Court's November 22, 2013 modification of that Order.

      The Appointed Monitor, Honorable Kathleen A. Roberts, has provided the Fifth Avenue Company with bills requesting payment for services provided in her capacity as Monitor. We have reviewed the attached invoice with the Foundation, and we have no objection to the Monitor's request for payment. Should Your Honor order payment of this invoice, the Fifth Avenue Company will request the Monitor's permission to make a payment from its accounts in the amount of $15,752.00.

      Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Daniel S. Ruzumna*
Daniel S. Ruzumna

8110706v.1



# INVOICE

| Invoice Date | Invoice Number |
|---|---|
| 06/30/15 | 0003485702-425 |

To:   **Daniel S. Ruzumna, Esq.**
**Patterson, Belknap, Webb & Tyler LLP**
**1133 Avenue of the Americas**
**New York, NY 10036**

| | | |
|---|---|---|
| Reference #: | **1425006209** | MKO |
| Billing Specialist: | **Erwin Gonzalez** | |
| Email: | **egonzalez@jamsadr.com** | |
| Telephone: | **(949) 224-4642** | |
| Employer ID: | **68-0542699** | |

RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**
Representing:   **650 5th Avenue Co.**         Neutral(s):         **Hon. Kathleen Roberts (Ret.)**
Hearing Type:   **Court Reference**                                                                   **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/01/15 | Hon. Kathleen Roberts (Ret.) Review and process Requests 2663-65 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/01/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: letter of credit draw request | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/04/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Attorney Devita | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/04/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Capital Economics LL Counteroffer | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/04/15 | Hon. Kathleen Roberts (Ret.) Review e-mail with minutes of 4/21 650 meeting | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/05/15 | Hon. Kathleen Roberts (Ret.) Telephone conference with Scopa | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/05/15 | Hon. Kathleen Roberts (Ret.) 650 Management and Leasing meeting | 2.50 | 400.00 | 1,000.00 | 1 | 1,000.00 |
| 05/05/15 | Hon. Kathleen Roberts (Ret.) Review e-mail with 650 Attorney leasing status report | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/05/15 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Razi repairs | 0.25 | 400.00 | 100.00 | 1 | 100.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:
**File 1750**
**1801 W. Olympic Blvd.**
**Pasadena, CA 91199-1750**

Overnight mail:
**1920 Main St. Suite 300**
**Irvine, CA 92614**



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: | **Court Reference** | | REFERENCE #: | | **1425006209** | | **Rep# 3** |

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/06/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Athena | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/06/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Mitchell & Titus Compliation Services Agreement | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/07/15 | Hon. Kathleen Roberts (Ret.)<br>May 6 - 7: Review e-mails re: Ranieri lease | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/07/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: LMCG lease | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/07/15 | Hon. Kathleen Roberts (Ret.)<br>E-mail to AUSA Levin re: Alavi properties | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/07/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: RAxi A/C | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/07/15 | Hon. Kathleen Roberts (Ret.)<br>E-mail re: Requests 2663, 2665 | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/08/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: landlord response to Athena | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/08/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: LMCG lease | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/08/15 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 2666-76 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/08/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Ranieri lease | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/08/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Alavi Queen property | 0 05 | 400.00 | 20.00 | 1 | 20.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: **Court Reference** | | REFERENCE #: | | 1425006209 | | Rep# 3 |
|---|---|---|---|---|---|---|

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/08/15 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Request 2665 | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/09/15 | Hon. Kathleen Roberts (Ret.) Review e-mails re: AUSA Levin departure | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/11/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Argo lease | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/11/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Athena | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/12/15 | Hon. Kathleen Roberts (Ret.) Review Scopa e-mail re: lobby | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/12/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: window cleaning | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/12/15 | Hon  Kathleen Roberts (Ret.) Review e-mail re: Argo lease | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/13/15 | Hon. Kathleen Roberts (Ret.) May 12 - 13: Review e-mails re: Golub offer | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/13/15 | Hon. Kathleen Roberts (Ret.) Review TD Bank statements | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/13/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Argo lease | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/14/15 | Hon. Kathleen Roberts (Ret.) May 13 - 14: Review e-mails re: 5/19 meeting | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/14/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Golub counteroffer | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type: **Court Reference**                    REFERENCE #:        **1425006209**              **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/15/15 | Hon. Kathleen Roberts (Ret.) Review Monthly Operating Statement | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/17/15 | Hon. Kathleen Roberts (Ret.) E-mail to AUSA Levin | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/18/15 | Hon. Kathleen Roberts (Ret.) Review e-mails re: 650 Attorney invoices | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/18/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Monitor Quarterly Report | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/18/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Argo lease | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/18/15 | Hon. Kathleen Roberts (Ret.) Review e-mail with minutes of 5/5 650 meeting | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/18/15 | Hon. Kathleen Roberts (Ret.) Teleconference with Scopa | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/18/15 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Argo lease | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/19/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Argo lease | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/19/15 | Hon. Kathleen Roberts (Ret.) Process Approvals 2665-2676 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/20/15 | Hon. Kathleen Roberts (Ret.) May 19 - 20: E-mails with Scopa re: Requests 2688-2702 | 0 05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/20/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Athena | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: | **Court Reference** | | REFERENCE #: | | **1425006209** | | Rep# 3 |
|---|---|---|---|---|---|---|---|
| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
| 05/20/15 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with Scopa re: pending leases | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 05/20/15 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with Mitchell & Titus re: Compliation Services Agreement | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/20/15 | Hon. Kathleen Roberts (Ret.)<br>Review revised M&T Agreement | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/20/15 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 2651-54 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/20/15 | Hon. Kathleen Roberts (Ret.)<br>Review Razi utilities expenses | 2.00 | 400.00 | 800.00 | 1 | 800.00 |
| 05/21/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Athena | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/21/15 | Hon. Kathleen Roberts (Ret )<br>Review e-mails re: Argo lease | 0.05 | 400 00 | 20 00 | 1 | 20 00 |
| 05/21/15 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with Scopa re: leasing | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/21/15 | Hon. Kathleen Roberts (Ret.)<br>Reveiw Dr. Tazdi e-mail re: repairs | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/22/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Athena | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/22/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Argo lease | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/22/15 | Hon. Kathleen Roberts (Ret.)<br>Review revised standard form lease | 0.50 | 400.00 | 200.00 | 1 | 200.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: | **Court Reference** | REFERENCE #: | | 1425006209 | | Rep# 3 |
|---|---|---|---|---|---|---|

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/26/15 | Hon. Kathleen Roberts (Ret.) Review and process Requests 2677-2702 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/26/15 | Hon. Kathleen Roberts (Ret.) 650 Management and Leasing Meeting | 2.50 | 400.00 | 1,000.00 | 1 | 1,000.00 |
| 05/26/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Argo | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/26/15 | Hon. Kathleen Roberts (Ret.) Process Approval 2700 | 0.05 | 400.00 | 20.00 | ·1 | 20.00 |
| 05/27/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Argo lease | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/27/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Athena | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/28/15 | Hon  Kathleen Roberts (Ret.) Review e-mails re: Argo lease; sign lease documents | 0.25 | 400 00 | 100 00 | 1 | 100.00 |
| 05/28/15 | Hon. Kathleen Roberts (Ret.) Process Approvals 2677-2694; 2701-2702 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/28/15 | Hon. Kathleen Roberts (Ret.) E-mail to Alavi re: Razi expenses | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/28/15 | Hon. Kathleen Roberts (Ret.) Process Approvals 2651-54 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/28/15 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Alavi Houston visit | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/28/15 | Hon. Kathleen Roberts (Ret.) Review e-mails re: 10th and 11th Floors | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**          REFERENCE #:          **1425006209**          **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/29/15 | Hon. Kathleen Roberts (Ret.) <br> Review e-mails re: Requests 2695-99 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 05/29/15 | Hon. Kathleen Roberts (Ret.) <br> Review e-mail from AUSA Lockard re: Alavi property assessments | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/29/15 | Hon. Kathleen Roberts (Ret.) <br> E-mail to Scopa re: package re: Alavi properties for AUSA Lockard | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 05/31/15 | Hon. Kathleen Roberts (Ret.) <br> Review and process Requests 2720-2729 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/31/15 | Hon. Kathleen Roberts (Ret.) <br> Review and process Requests 2703-2719 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 05/31/15 | Hon. Kathleen Roberts (Ret.) <br> Send Alavi property assessments to AUSA | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/01/15 | Hon  Kathleen Roberts (Ret ) <br> Telephone conference with Scopa | 0 25 | 400 00 | 100.00 | 1 | 100.00 |
| 06/01/15 | Hon. Kathleen Roberts (Ret.) <br> Send Alavi property appraisals and recommendations and bids to AUSA Lockard | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/01/15 | Hon. Kathleen Roberts (Ret.) <br> Review Scopa e-mail re: Razi A/C | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/01/15 | Hon. Kathleen Roberts (Ret.) <br> Review 650 attorney leasing report | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/01/15 | Hon. Kathleen Roberts (Ret.) <br> Review e-mail re: Athena | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/02/15 | Hon. Kathleen Roberts (Ret.) <br> Review e-mail with Scopa agreement | 0.05 | 400.00 | 20.00 | 1 | 20.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**                REFERENCE #:        **1425006209**              **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 06/02/15 | Hon. Kathleen Roberts (Ret.) Review Scopa e-mail re: Alavi Sacramento property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/02/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Razi A/C | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/03/15 | Hon. Kathleen Roberts (Ret.) Process Approvals 2697-99 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/03/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Argo broker commission | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/03/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Alavi Sacramento property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/03/15 | Hon. Kathleen Roberts (Ret.) Prepare Monitor Report | 0.75 | 400.00 | 300.00 | 1 | 300.00 |
| 06/03/15 | Hon. Kathleen Roberts (Ret ) Review e-mails re: Razi A/C | 0.10 | 400 00 | 40.00 | 1 | 40 00 |
| 06/03/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Razi expenses | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/03/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: It-204-LL filing | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/04/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Cohesive lease amendment | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/07/15 | Hon. Kathleen Roberts (Ret.) June 5 - 7: Review e-mails re: Alavi distribution budget | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/07/15 | Hon. Kathleen Roberts (Ret.) Review and process Requests 2730-50 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: | **Court Reference** | | REFERENCE #. | | 1425006209 | | Rep# 3 |
|---|---|---|---|---|---|---|---|

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 06/08/15 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with Attorney Ruzumna | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/08/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: RAzi A/C | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/08/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: Cohesive lease amendment | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/08/15 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with Scopa | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/08/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail with minutes of 5/26 650 meeting | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/08/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Alavi Sacramento property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/09/15 | Hon. Kathleen Roberts (Ret.)<br>June 8 - 9: Review e-mails re: It-204-LL filing | 0.10 | 400.00 | 40 00 | 1 | 40.00 |
| 06/09/15 | Hon. Kathleen Roberts (Ret.)<br>650 Leasing and Management meeting | 2.50 | 400.00 | 1,000.00 | 1 | 1,000.00 |
| 06/09/15 | Hon. Kathleen Roberts (Ret.)<br>Review TC Bank statements | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/09/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: Mitchell & Titus Statement of Work for tax preparation | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/09/15 | Hon. Kathleen Roberts (Ret.)<br>Process Approvals 2703-2729 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/09/15 | Hon. Kathleen Roberts (Ret.)<br>Teleconference re: Sacramento property | 0.50 | 400.00 | 200.00 | 1 | 200.00 |



RE:  **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type: **Court Reference**        REFERENCE #:      **1425006209**        **Rep# 3**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 06/09/15 | Hon. Kathleen Roberts (Ret.)<br>E-mails re: Razi utilities | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/10/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: McNavitch invoice | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/10/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: Argo broker commission | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/10/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: Cohesive lease amendment | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/10/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: potential new members of leasing team | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/11/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: invoice for assessment of cost to demolish structure on Alavi Virginia property | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/11/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Razi A/C | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/12/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: AIPAC proposal | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/15/15 | Hon. Kathleen Roberts (Ret.)<br>Review Monthly Operating Report | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/15/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: It-204-LL filing | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/15/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail with Scopa analysis of Razi utility expenses | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/16/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Maiolo EBT | 0.25 | 400.00 | 100.00 | 1 | 100.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: | **Court Reference** | | REFERENCE #: | | **1425006209** | | **Rep# 3** |
|---|---|---|---|---|---|---|---|

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 06/16/15 | Hon. Kathleen Roberts (Ret.)<br>Review Dr. Yazdi e-mail re: soil report for Alavi Queens property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/16/15 | Hon. Kathleen Roberts (Ret.)<br>Review Scopa e-mail re: Alavi Queens property | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/16/15 | Hon. Kathleen Roberts (Ret.)<br>Review updated 650 budget | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 06/17/15 | Hon. Kathleen Roberts (Ret.)<br>Teleconference re: Maiolo EBT | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 06/17/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: announcement ad | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/17/15 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with Attorney Ruzumna re: Alavi properties | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/17/15 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with Scopa | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 06/17/15 | Hon. Kathleen Roberts (Ret.)<br>Review Attorney Mechling letter and related e-mails | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/18/15 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with AUSA Lockard | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/18/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: AIPAC counter | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/18/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: summer ad | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/19/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: It-204-LL filing | 0.05 | 400.00 | 20.00 | 1 | 20.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**       REFERENCE #:       **1425006209**          **Rep# 3**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 06/19/15 | Hon. Kathleen Roberts (Ret.) Review e-mails re: construction update | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/19/15 | Hon. Kathleen Roberts (Ret.) Review e-mails re: Razi water leak | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/19/15 | Hon. Kathleen Roberts (Ret.) E-mail to Scopa re: 650 Requests 2773-81 | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/19/15 | Hon. Kathleen Roberts (Ret.) Process Approvals 2730-50 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/19/15 | Hon. Kathleen Roberts (Ret.) Process Approvals 2751-65 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/19/15 | Hon. Kathleen Roberts (Ret.) Teleconference with Scopa | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 06/22/15 | Hon. Kathleen Roberts (Ret.) Review e-mail with minutes of 6/9 650 meeting | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/22/15 | Hon. Kathleen Roberts (Ret.) Review e-mails re: IT-204-LL filing | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/22/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: summer ad | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/23/15 | Hon. Kathleen Roberts (Ret.) 650 management and leasing meeting | 3.00 | 400.00 | 1,200.00 | 1 | 1,200.00 |
| 06/24/15 | Hon. Kathleen Roberts (Ret.) Maiolo deposition | 2.00 | 400.00 | 800.00 | 1 | 800.00 |
| 06/24/15 | Hon. Kathleen Roberts (Ret.) Review e-mail re: Requests 2766-81 | 0.05 | 400.00 | 20.00 | 1 | 20.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**             REFERENCE #:        **1425006209**                 **Rep# 3**

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 06/24/15 | Hon. Kathleen Roberts (Ret.)<br>Process Approvals 2766-81 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/24/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: bids for Razi repairs | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/25/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: Razi Sacramento property | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/25/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: real estate tax payment | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/25/15 | Hon. Kathleen Roberts (Ret.)<br>Telephone conference re: Razi Sacramento property | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/26/15 | Hon. Kathleen Roberts (Ret.)<br>Process Approvals 2782 | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/26/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mail re: Razi expenses | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/29/15 | Hon. Kathleen Roberts (Ret.)<br>Process Approvals 2766-2773; 27775-2781 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 06/30/15 | Hon. Kathleen Roberts (Ret.)<br>Review e-mails re: Air Rights payment | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 06/30/15 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 2783-88 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 06/30/15 | Case Management Fee | | | | | 1,432.00 |

|  | | Fees | 15,752.00 |
|---|---|---|---|
|  | | Total | $    15,752.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:  **Court Reference**                    REFERENCE #:        **1425006209**            **Rep# 3**

| Date/ Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| | | Outstanding Balance as of 07/01/15 | $    34,034.00 | | |