**Disc 14**                                                                December 5, 2008

[Timestamp 18:48:10 / time elapsed 58:12]

FIROOZNIA: What's up?

CHS:            Nothing much, thank God, it was not that bad. That day… that day I called
                him, I called this friend of mine and asked him to tell him to call me. And
                me, I went to Washington that night. I was in the hotel room when he called
                me. He said that I'm in this meeting…

FIROOZNIA: That he is busy.

CHS:            No, no, that I'm in the embassy meeting, he's with the interest section and is
                in the judicial field. He said come here so we can have dinner together and
                talk. I said fine and I took a taxi and went there. It's been maybe seven, eight
                years since I've seen [UI] them. They were all sitting around in a good
                mood, such bullshit. The new minister of finance was there...

FIROOZNIA: Yes, yes. [SC]

CHS:            Two representatives of the parliament were there and two of the clerics who
                live there were also present. They had prepared an extravaganza dinner.

[UM offers to bring tea]

CHS:            In short, I went there and -- since I had dinner already, I did not have dinner
                with them -- we sat down there, the gentlemen spoke and the reception lasted
                for about 3-4 hours. And it was all the same talks…

FIROOZNIA: They said whatever they wanted…

CHS:            It was all ugly empty words. Some of those people… the new finance minister
                also spoke. And such ugly empty remarks. I asked someone there about one of
                the speakers, asked who this person was. He said he had been part of the
                Pasdaran [Islamic Revolutionary Guards Corps]. Anyway, it ended; these poor
                souls were very tired. It looked like they had arrived that same afternoon; it
                took them two days to get here. They journeyed like slaves. So I spoke with
                him and he was glad, he asked me where I was. I told him that I have this job
                here and I'm busy with my work. And I told him that I wanted to meet with
                you about a matter. He told me to come to this place, what is it, "FIC" or
                something, this organization. [SC]

FIROOZNIA: Yes, yes. [SC]

CHS:            When I went there, I was not even allowed in, because all the world leaders
                were gathered, the leaders of the world bank...

FIROOZNIA: World...

1

CHS:            Yes, World, IMF, IMF, Mr. MOJARAD. I called Mr. MOJARAD and he said no, it is very difficult for you to come inside, we should have given them your name in advance. I said give the telephone to the Engineer; a short while later he told me to come to the hotel in the evening. That wasted my day, but the weather was nice and I walked around some of the museums. I thought it was better because I could go and speak with him in private, much better…

FIROOZNIA: Better. [SC]

CHS:            And much better. So I went to the hotel and I met him around 7-8. I told him the story. I said this is the story. [SC]

FIROOZNIA: Is this way... [SC]

CHS:            I told him that you know the story-- he said yes, I remember-- and how I was always worried. He said what happened? Has anything new happened? I told him this is the story, that there is no grandfather or someone who is overseeing this and can speak to him for a few minutes and tell him this is what it is: what was the origin of the case, what happened later on, and now how we should resolve this matter. It's from this pocket to that pocket, this is not America, Iran, or the Soviet Union. Then I told him, I said…he interrupted me saying: ▮▮▮▮ where in this country is there any accountability that you are now expecting accountability from these people? I said that I don't have any expectations, but my name would come up. If there is a disaster tomorrow, everyone's name will come up. I'm here and I can't sleep, even if I'm in Germany, it's as if I'm here. They can ask to send me back. [SC]

FIROOZNIA: Yes. [SC]

CHS:            Incidentally, he sent his regards to you. I told him that we were supposed to come to visit you together, but that he had a matter to take care. He said to convey his regards to you. Anyhow, I explained the matter to him in detail. I told him that I don't want to tell you what you should do, but as a friend we should see what we should do. I said that at this time if I say something publicly, it would be interpreted by people in a thousand different ways. They might say that he wants to go back or something, or he wants this or that. He thought a lot about this and went into deep thought. He said this is going to be an embarrassment for everyone and it will consume everyone and they don't know this. I said, okay, stop right there. Who can say this to them? I personally have met Mr. KHAZAIE only once and I met Mr. AZIZI once, and that was 6 years ago. He also knows the case. In the end, he said that he was not in a position to deal with the matter because he just recently resigned. This intervention that you are proposing, I know what you want. But if I intervene, they will want to know what my purpose is for doing this. He told me you know these people and how they are. I told him I have my own problem, too. Then he said he had a

2

suggestion and the suggestion was that he would call Mr. KHAZAIE during this week. He said that KHAZAIE is familiar with him and listens to him and he is also responsible official, and he will tell him to meet you guys.

FIROOZNIA: He knows, KHAZAIE knows.

CHS:        I know, he knows everything He knows everything.

FIROOZNIA: At the beginning, when he came here, I told him everything: the problem is not here, the problem has to be taken care of there.

CHS:        Yes, yes. Incidentally, I mostly focused on that and I said that this job is in the hands of AZIZI. He said he knows AZIZI. Once he told me this, I became a little worried. I remembered that you had told me that you have explained this. I said it is impossible that Mr. JAHEDI has not explained this to him. And not me, but maybe others have explained this to him. Maybe he did not want to say who he wants to speak with.

[They are interrupted by others and say they will join them for prayer.]

CHS:        OK then he said... I explained a lot, I said it is not true that no one will do anything about this. One time they wanted to do something about this. And I said they brought in a company that Mr. MAHALATI was the middleman for. He knew MAHALATI. Right at the beginning --just for personal reasons, and only personal, and maybe because I'm pessimistic and say it was because of jealousy-- they did not let it happen. And who did what. I don't want to say that they don't know, but in the Bank Melli there is no one who can tell them that this appraising of that building is one issue and the issue that we have a problem with is something else. We should solve the issue in a way that benefits both sides and they can come and pay the installment. So we can take care of the issue in its infancy. So we can completely delete it from the scene. Mr. Engineer, you yourself were a witness to this; when this took place, **it** was you, it was Mr. SAIF, it was Mr. KHOJASTEH, it was Mr. BADR, etc. They said when this matter was being taken care of, it will not even take a year, and as soon as it is in position, someone will come and take it and leave.

FIROOZNIA: Done, he will take it and leave. [SC]

CHS:        Even at that time a Mr.--I don't remember-- who said that we should substitute, for example, we should substitute the board of directors of the new company with this and put the ownership of the building in Europe or...

FIROOZNIA: Some place like Dubai.

CHS:        Some place like Dubai. Because at that time they had things in Germany too.

3

They had huge companies; for example, ICS, we were one of them. It was in a tall apartment building that was seven to eight stories. But unfortunately, nothing has happened up to this hour. And the reason I'm here to meet you is because you know everything about this issue. You remember it and you are a smart person. And you are at the Bank and you can speak with Mr. AZIZI or speak to the finance minister who is here at this time. Speak to him and tell him our story. I don't want to explain all the details because you…

FIROOZNIA:   You know better.

CHS:   You know better than me, and considering that banks are being confiscated, there is the danger of this happening at any minute. We have heard some news about this gentleman who is here, I don't know him personally and I have not met him. He has been interrogated once; he has gone once and he has returned, he has been late, he has come under scrutiny. He is not in the comfortable situation he has been in for the past 10-12 years. And it has been three, four years since these trips happened and as far as I know, this gentleman has not prepared himself to the extent required, such as establishing an office and having employees. He has not done this. Therefore, they can very easily say to him, if you are the owner of 30-40% of a building this huge, what are you doing with your money? Where are you taking the money? Very easily they can do this. I told him that you have my contact information and I do not want to be directly involved in this case. I said: Now that you are not-- that you have resigned -- and are not that busy, do something about this. And I said I'm here. I told him about you, saying you are a neutral person. You are not this way or that way. He was only concerned this should not cause embarrassment to all. Other than that, no one is doing it for personal gain. I said, you know me, I have been a member of the board for years, I never received a salary from this, and no one paid me any severance. And then they threw me out with disgrace and for 5-6 years I could not sleep at night because I was worried about the bad things they were doing. And it was other people who took monetary advantage of this. I mean, he heard me, he knows me completely.

FIROOZNIA:   Yes it is obvious. [SC]

CHS:   In short, I took the expense of this trip on myself and went there so my conscience... [SC]

FIROOZNIA:   Well, thank God. [SC]

CHS:   My conscience... [SC]

FIROOZNIA:   At the end, he himself is thinking about this. He is the only person that understands. [SC]

CHS:   Well said, well said... [SC]

FIROOZNIA: Others don't understand the case. [SC]

CHS:         They don't know the depth of the case... [SC]

FIROOZNIA: I have spoken to ten people about this... [SC]

CHS:         To no avail. [SC]

FIROOZNIA: I said this to those who were higher than him. I said sir, if something happens, all **of his** things, all of his shares, will be gone and they will give him hell. Did you see what they did to the French Bank -- [SC]

CHS:         I know, I know, today they closed the Australian one too. [SC]

FIROOZNIA: I said that I can't make them understand, they don't understand. As you just said, he was thinking hard, it means he understands what it means. [SC]

CHS:         He was thinking very hard... his face... [SC]

FIROOZNIA: I say that he is the only person who knows that the nail has 'gotten in. My hope is that once he goes there, he will start making some noise. Now we should follow up with this.

CHS:         He has given his cell phone to me. I called him the next day and told him I'm going to New York. He said during this week he will find him. Now, where is KHAZAIE? You see, the way you talked about him when he goes to Iran, I don't know who he will speak to. However, you said that KHAZAIE has not been able to do anything about it. Maybe has understands it but has not been able to do anything about it. But this Mr. JAHEDI should be more concerned than you and I and go after this matter. He shouldn't think that is my problem -- he should see that a hole is starting to appear in the boat that he is sitting in. [SC]

FIROOZNIA: I know that, but he tries to assume that even if something happens, he would say that he had just arrived here and whatever it is, it is not my problem. You know what I mean? GERAMIAN was saying the same thing: "That it is not my business, so and so has done this."

CHS:         So nobody asks, the money that you have sent, do you know whose money it was? [SC]

FIROOZNIA: I know... [SC]

CHS:         They say we are not discussing this now [SC]

FIROOZNIA: You know what I mean? [SC]

CHS:            Yes [SC]

FIROOZNIA: I mean the gravity of the issue is not important for them. [SC]

CHS:            They are not in our position [SC]

FIROOZNIA: That is right [SC]

CHS:            Not like us who signed.

FIROOZNIA: That is the problem there. In my opinion this gentleman is the person. God willing, he will get his telephone number from you for the trip. I will go for the trip in the next two months. I will take his telephone number with me. I have never met him. I will go and meet him. If he is available, I will ask for an appointment and will go to his house. I will speak with him for an hour and will tell him that what needs to be done.

CHS:            Well said, you now know that what the problem [SC] is.

FIROOZNIA: Yes, where is the problem.

CHS:            The only thing is that the contract that you were talking about, that you told me that last year they signed and took it to London, try to find out about that problem that what was problem that they did not sign, why did they not sign it? This is important. [SC]

FIROOZNIA: It is the director of the Bank [SC].

CHS:            Bank [SC].

FIROOZNIA: Still is, the one that ASLANI replaced--

CHS:            AZIZI [SC].

FIROOZNIA: No [SC].

CHS:            ASLANI?

FIROOZNIA: What is the name of the Bank director?

CHS:            I don't know [SC]

FIROOZNIA: Yes [SC]

CHS:            The one who has replaced SAIF?

**Disc 14**                                                                    December 5, 2008

FIROOZNIA: Yes

CHS:        Did he say no?

FIROOZNIA: Yes at that time, it was in his hands [SC]

CHS:        Okay,  then pardon me, I made a mistake, Then it is not AZIZI, I have misspoken [SC]

FIROOZNIA: AZIZI is in it. AZIZI is aware of it. But this gentleman has to agree and AZIZI should sign it.

CHS:        I realize that now, I realize that now [SC]

FIROOZNIA: He hasn't done it. [SC]

CHS:        But he cannot do this without consulting with AZIZI, because it is a foreign matter. [SC]

FIROOZNIA: He knows [SC]

CHS:        He should issue an order.

FIROOZNIA: If it is his order they will  do it. That will be done [SC]

CHS:        I know, I know.

FIROOZNIA: Do you understand what I want to say? If someone higher up tells him. In that case if something goes wrong he will justify it by saying that I didn't  do it, I was told to do it.

CHS:        He should be told that with the salary he receives now, and you are sitting on the money drawer so if a problem arises it will affect you too. [SC]

FIROOZNIA: I know, but [SC]

CHS:        You should tell him [laughing] [SC]

FIROOZNIA: I have sent a message. Do you know what the response message was? He said that if I do, they will come back to me and ask why you did this and they might beat me up!

CHS:        Who did he tell this to?

FIROOZNIA: To someone.

**Disc 14**                                                                December 5, 2008

CHS:              Not to…okay I understand.

FIROOZNIA: Yes.

CHS:              Strange.

FIROOZNIA: Yes, and he has said that I'm not doing it.  This is the story. I say that there should be a meeting and a few of these people should sit together, including this friend of yours that you spoke with, the new director and so on, and sign this document that is done. And in that case all of us who are in that meeting will be responsible so be it.

CHS:              That would have been interesting, I did not know that his name is ASLANI [SC]

FIROOZNIA: I don't know what his name [SC] is.

CHS:              To tell you the truth most of the old players have changed.  May be once a week. [SC]

FIROOZNIA: I don't know who he is, I don't know his name [SC]

CHS:              But this person that permanently is over this, this Mr. AZIZI

FIROOZNIA: Yes he can say that they ordered me to do this and so I did it. This is not something to reason about. [SC]

CHS:              Well said. [SC]

FIROOZNIA: This is an ordered action [SC]

CHS:              This was ordered [SC]

FIROOZNIA: This is compulsory [SC]

CHS:              They call it ordered action [SC]

FIROOZNIA: Well [SC]

CHS:              They have created names for this, everything now has a system.

[TN: The Quran is recited loudly over speakers and the call for prayers. Hushed conversation from **1:15 to 1:20.**]

CHS:              I will give you MAZAHERI's telephone [number].

FIROOZNIA: This needs a religious decree.

**Disc 14**                                                                    December 5, 2008

CHS:              Yes, it needs a religious decree.

FIROOZNIA: [IA] If he writes...

CHS:              The original signature that we did was based on a religious decree, even the
                  original contract. As I stated to Engineer MAZAHERI, there has been a board
                  there, and when you come back they did not let you back in, [Laughing] It
                  looks like someone has exploded something, and when he comes back home
                  there is no key.

[FIROOZNIA and CHS greet someone else]

CHS:              See how dishonorable they are [SC]

FIROOZNIA: [IA]

CHS:              [laughingly] being sacked, [laughing] I was very... but it was [SC].

FIROOZNIA: You did the right thing, that is very good.

CHS:              He had a good idea [UI].

FIROOZNIA: [UI] it was two years ago that they told me [UI]. They called me on Saturday
                  to tell me there is a meeting on Wednesday [SC].

CHS:              Tehran.

FIROOZNIA: I went there on Wednesday [UI], the meeting was on Thursday. [UI] Someone
                  had come from London. [SC]

CHS:              [UI].

FIROOZNIA: That Mr…somebody was there too. I explained it from the morning to
                  afternoon that this is the situation, this is the problem, and you will have big
                  problems, they are going to take your positions. They even carried out a court
                  order against them in France, which is their friend. They will take it. [SC]

CHS:              [UI].

FIROOZNIA: They just asked for a report about it.

CHS:              Is that all? Just present the report?

FIROOZNIA: [UI] we sat there and wrote the report and gave it to be translated in Farsi. It was a
                  five- to six-page report [UI]. On Sunday morning, we went to them and presented
                  the report to them. They read it and said no problem [UI], you can go now.

9

**Disc 14**                                                                December 5, 2008

CHS:            That was two thousand what, 2002?

FIROOZNIA: 2006.

CHS:            2006.

FIROOZNIA: [UI]

CHS:            That is right, right.

FIROOZNIA:  We returned [UI] nothing, like nothing happened.

CHS:            Like nothing happened, then you**…**

FIROOZNIA: [UI]

CHS:            I know, I know.

FIROOZNIA: [UI].

CHS:            I know, the year when I went [UI] they said that he is [UI] like they have given us
                money.

FIROOZNIA: I know, I know.

CHS:            See how shameful this is [UI], now I heard that he has gone to California for a
                meeting.

FIROOZNIA: Maybe [UI].

CHS:            I said that anyway, we still have some old beliefs. And when called to come, to
                speak in the hotel. And I said that we have displayed our honesty. And life goes on
                and one hundred thousand dollars will not make us beggars, it will pass.

FIROOZNIA: [UI] all the issues.

CHS:            I know.

FIROOZNIA: They all know  it completely. [UI] SAIF and others [UI] I went to London before
                2006 to AZIZI. I told him that it is not a joke [UI].

CHS:            The report is not useful.

FIROOZNIA: As I said, they have the report there. In their office. [UI]

CHS:            Do you have a copy of it, because MAZAHERI, MAZAHERI… You don't have the
                report here. Is it here?

10

**Disc 14**                                                December 5, 2008

FIROOZNIA: No, No it is there. [SC]

CHS:            Tehran [SC].

FIROOZNIA: It is in Farsi, we have it in Farsi.

CHS:            Because MAZAHERI is here for a while, then he might go to London [SC].

FIROOZNIA: Is he going somewhere else? [SC]

CHS:            I don't think so.

FIROOZNIA: He has more time on his visa. [SC]

CHS:            No, he left, he is going to London.

FIROOZNIA: When I bring it, then you fax it to him, e-mail it to him.

CHS:            Okay, we will speak later.

[Silence from 1:20 to 1:44 except for the voice of the Imam reciting the Quran is being heard. At 1:44:16:]

CHS:            Now, during the prayers, I remembered some other things we can do about this issue since the case has come alive again. We need to do a better job of coordinating and raising our voices. [SC]

FIROOZNIA: Yes, exactly.

CHS:            So, as you mentioned, we should force it in their brains. [SC]

FIROOZNIA: Not to his brain.

CHS:            Yes, he and SAIF, from day one they were the people that were in it.

FIROOZNIA: Yes, Yes.

[They are walking. CHS suggests that they sit and FIROOZNIA agrees.]

CHS:            Listen, I thought of something. This report of yours, how many pages is it?

FIROOZNIA: It is five to six pages.

CHS:            Now, it occurred to me to write a short letter to MAZAHERI. Because I was not thinking that he will ask me to come and meet him at that building. I was thinking that I will go and leave the letter in his hotel and request that he call me. And one

11

of the friends had given that letter to him. Then he had instructed that I should be brought in there. I wrote very concisely in that letter, may be about twenty sentences. I stated that the reason we are approaching him is because he is aware of this and he is a neutral person and a person who was sworn in. And I added that I want to come and explain it. Now this has been put in his mind. He remembered your situation too. It occurs to me that if we write a report, it is going to take a long time and it is tiresome to write all this. If you have a copy of this  report, then we can put a letter written by both of us on top of that, so in reality this will cover the past too. That will be fine for reading. What did you say? What year was this report from?

FIROOZNIA:  2006.

CHS:              2006. Okay.  That is not that old. [SC]

FIROOZNIA:  It is two years ago [SC]

CHS:              So it is from the beginning to the end.

FIROOZNIA:  All of it, it explains all of it. What was the origin, what are the past causes of this case? What happened? Where has it gone? How did it get this way? And then what problems came, what happened? How did we get this far? And what are the solutions? From top to bottom, eight... [SC]

CHS:              What are your solutions?

FIROOZNIA:  As I mentioned, I have seven, eight solutions. From the beginning I have put it all in this one.

CHS:              One.

FIROOZNIA:  This might be the best solution. You could completely get out of it by closing the entire file.

CHS:              So delete it all.

FIROOZNIA:  All of it. Completely... [SC]

CHS:              The second one...

[UM offers tea and they accept and continue speaking]

FIROOZNIA:  If you cannot, the forty percent, sell the forty percent part.

CHS:              Right...

FIROOZNIA:  If you can sell it to a third person and get a document. For that also there are two

**Disc 14**                                                                December 5, 2008

possibilities: either sell the branch here or the mother [company] there. ·

CHS:            You mean in London.

FIROOZNIA:  That's it. If you sell it to an outside person, the price will be this. If you can't do it,
                if you don't know, whatever, then give it to the sixty percent. Sell it to the sixty
                percent. You can get half in cash, and half in installments. Get a note from them.
                [SC]

CHS:            Who should they give it to? To the sixty percent part?

FIROOZNIA:  Sell the forty to the sixty. [SC]

CHS:            Yes to the sixty. To the majority of the building.

FIROOZNIA:  Then they can get a promissory note...

 [someone offers tea, they thank the person]

FIROOZNIA:  ·The promissory note should be of the kind that can be sold in the market.

CHS:            Well said.

FIROOZNIA:  I even told them about someone that has prepared a promissory note, the kind that
                can be sold here.

CHS:             It is completed and done.

FIROOZNIA:  It is done. [SC]

CHS:            Nothing can be better than this. What was your other proposal?

FIROOZNIA:  The majority...

CHS:            Majority should be sold to them?

FIROOZNIA:  Well, they should either sell the mother or they should sell the baby. You either
                sell it here...

CHS:            Or sell it to some outsider.

FIROOZNIA:  Or if you don't want to do any of these, what you can do is that you change the
                owner of the forty to a real owner that can be counted upon.

CHS:            The way it was said that it should be given to some outsider.

FIROOZNIA:  There has to be an owner when they say, who is the owner?

13

CHS:            Has an identity and father and mother. [SC]

FIROOZNIA:  [UI] [SC]

CHS:            I know, that is what we said in the beginning. [SC]

FIROOZNIA: Yes we said [SC]

CHS:            Wasn't a net lease in your agenda?

FIROOZNIA: Why not? That was considered too.

CHS:            Well said.

FIROOZNIA: The net lease too. I said gentlemen, if you don't want any of this, give it to a net
                     lease, they said they cannot give it.

CHS:            Well said.

FIROOZNIA: They said no to a net lease too. I said gentlemen... [SC]

CHS:            A net lease was one of the first proposals, if you remember [laughs] [SC]

FIROOZNIA: I came to you. [SC]

CHS:             [laughs and continues] I remember that.

FIROOZNIA: They did not do it.

CHS:            Then the man said... I don't understand. [SC]

FIROOZNIA: The problem would have been solved. [SC]

CHS:            There wouldn't have been any embarrassments.

FIROOZNIA: Yes. It would all been gone by now. By now, he would have been bankrupt and it
                     would have come back to them all free. This is the case; this is all stupidity.  Right
                     now, one of the biggest real estate owners of this city who owns a bank and owns
                     forty 100-story buildings, I mean he is a person. [SC]

CHS:            For example TRUMP. [SC]

FIROOZNIA: What?

CHS:            For example TRUMP.

FIROOZNIA:  TRUMP is a thief. This guy has a bank, this guy offered to get a net lease, he has said that he will pay forty to fifty and from the profit he will pay interest, for example five to six a year. Then you go -- [SC]

CHS:            Get back to your own affairs. [SC]

FIROOZNIA:  You should get out of this,  are you crazy [not accepting this offer]? They are not doing it. I gave it to.. [SC]

CHS:            That was an interesting proposal. [SC]

FIROOZNIA:  Someone proposed a net lease, they gave it to me and asked me to write a report about it. The report is here and available, it was in English. I wrote a report about it. I stated I don't know what have they seen in this that he wants to pay so much for a net lease. If it was me, I would give it to him tonight instead of waiting for tomorrow. You should give it and be done with it. That is a 2003 report. I will bring it to you. It is five years ago. I have it. If you review it, you will see that the money that the gentleman is paying today is one and half more than today's price.

CHS:            Strange.

FIROOZNIA:  I don't know what the gentleman saw in it. Incidentally, I spoke to someone about this. He said you know what the gentleman has seen in this? He said the gentleman is familiar with this area, they don't know. Show it to them. He added that the building beside this, right beside this building, not in another street...

CHS:            Yes, right beside it.

FIROOZNIA:  That beautiful one, right beside this. The price per square foot of that building has increased by $20. Only $20 increase. Now you multiply 300,000 by 20. The gentleman knows this. We do not know this. This is not something to argue about.  If I don't know how to play basketball, to throw the ball, I will admit that I don't know how to play...

CHS:            I don't know.

FIROOZNIA:  That is the end of it. There is no argument about this. There is no need to be upset about this. Sir, I'm not a football player.

CHS:            You know if we were not involved, we could have said it is none of our business, but I'm sorry to say this-- and I'm talking about myself-- there is some stupidity and also there is this possibility that tomorrow they will not even allow us in their office.


FIROOZNIA: I know,

**Disc 14**                                                                December 5, 2008

CHS:            I have been in the ICS Company. You know what happened there.

FIROOZNIA: let me tell you something. If we do this [SC]

CHS:            They will have thousands of interpretations about this

FIROOZNIA: They don't understand this that you yourself... [SC]

CHS:            I know, I know. MAZAHERI himself told **me,** he said that now that I have
                resigned, it will be interpreted as if he wants to come here.

FIROOZNIA: [laughs] He is telling the truth.

CHS:            God be my witness, he definitely wants to go there.

FIROOZNIA: Listen, listen, do you know what a friend of mine said? He said that you know
                what your problem is? Sorry that I'm saying this, but your problem is that you
                are doing this for free. You will not personally benefit from this, no sane person
                would undertake such a matter full of risks for free; there must be something in
                it for you. They told me: are you crazy to have become involved in such a case
                that is full of possibilities of litigations? Can you believe that three attorneys
                are writing letters to me and all of them pulling on every side? All three of
                them are approaching me and they were saying: no we are not even giving one
                dollar. Now let them take all of it.

CHS:            I know, I know.

FIROOZNIA: And in the last minute I was forced to fight my way [SC]

CHS:            Do the job.

FIROOZNIA: Less than half of the issue would have been solved, but they did not do it.

CHS:            No, I have one question for **you:** it is possible that Mr. MAZAHERI might Call
                Mr. KHAZAIE and my pessimistic thinking is this that MAZAHERI
                calls him and tells him that this MR. ███████ is a friend of mine and is my
                colleague etc... and tells him that I trust him. And he feels that there is a danger
                on the way. And you should have a meeting with him. He would say that I
                have requested this. I told him that I want to go with Mr. FIROOZNIA because
                he is more up to date about this than me because he has been there for many
                years. Then he interprets this as a political motive. It is political. He has moved
                here. So he calls Mr. JAHEDI for example. I'm just supposing now. So he tells
                JAHEDI that if he knows this person? He would say yes he knows me. that as
                per the request of Engineer MAZAHERI's request we need to have a meeting
                with this person about the differences in relation to the ASSA Co [PH]. As
                soon as he hears this he will reply to him that he knows this case already.

FIROOZNIA: Yes--

CHS:          And--

FIROOZNIA: --there is no need.

CHS:          --there is no need and he knows everything about it and he is grateful that he has taken the time.

FIROOZNIA: Thank him.

CHS:          Thank me because I was thinking about them. [SC]

FIROOZNIA: That is one hundred percent right [SC]

CHS:          Believe me I think about this at night. Because I know these people, I have worked in Iran. This person who is sitting here, I have some reports from far and away that he is controlling Mr. JAHEDI in a big way. KHAZAIE is playing the role of KHARAZI in the past, you know better… [SC].

FIROOZNIA: That is true. [SC]

CHS:          And what is the reason for this? This is because in the future, once his term is completed so he can come here. What I said was my pessimistic example.

[FIROOZNIA: *H i   s i s t e r ,   h o w   a r e   y o u ?*  [ English] ]

CHS:          With that perception he wants to have this over to him. He might be saying that the lock of the trunk…how do you say it?

FIROOZNIA: The keys of the trunk…

CHS:          Keys of the trunk of money is in your hands. He would say that we don't have money and everyone else are just simple wage earners. He might tell him that there is no need to meet with him. He might say what information might he have? He might say that he knows everything. The other man, he might say that Mr. FIROOZNIA has already told me everything better than ███████. [SC]

FIROOZNIA: That is right [SC]

CHS:          What comes in to my mind is this that MAZAHERI has lots of influence on the Bank personnel. And that is because of his honesty which everyone is aware of. And he has proven himself in the last 25 years. That although I had not seen him in the last 7-8 years, when I called him he asked me to come to the dinner. That shows his value. If it was SAIF, he wouldn't do that. SAIF is the kind of person… I want to leave it at that, I don't want to say more. I want to say that

we should do this, I will give you the telephone number of MAZAHERI. Then you take that report. Give me a copy of that report. Sometime when I'm here, because I will not be here, because I will go for a trip and will return. We should add a short note on it. I mean we should say that this belongs to this year not the previous years.

FIROOZNIA: We should update it [SC]

CHS:        We should update it. And [SC]

FIROOZNIA: We should add your report [SC]

CHS:        No, your report should stay. We add a letter to it that would be from both of us.

FIROOZNIA: Okay

CHS:        Saying that the attached is the expert report, this is the expert report, we will both sign it. We would state that this is how the case is, and we should say: Mr. Engineer, when I visited with you at the meeting and in the hotel, you stated that I should meet with that gentleman. Upon my return, I spoke with Mr. FIROOZNIA and fortunately he had prepared a very up-to-date report, it is necessary that this report be in your possession. In case you want to discuss this with some people, [SC]

FIROOZNIA: Have this in your possession [SC]

CHS:        --to have a background [of the case], as someone [SC]

FIROOZNIA: So you can explain it properly [SC].

CHS:        --we should write a short note consisting of a few sentences like 30 sentences, sorry 10 sentences. Then deliver this to him. Now the only thing he will do is this: First of all he is a person who reads a lot. He reads everything very precisely. I did not give him any proposals, I just requested form him to come and solve this [case]. Either some entity should buy this or they should give it to another person. I stated that as soon as possible this should be resolved. [SC]

FIROOZNIA: Resolve it [SC]

CHS:        Now if he has this report, this is very precise. Because you have very detailed proposals in it. It doesn't even require that they themselves are supposed to acquire it. I don't know what they will do, when can we proceed?

FIROOZNIA: When are you returning [for your trip]?

CHS:        Now I'm going down, I'm leaving Saturday... I leave on Sunday. I will leave on Sunday.

FIROOZNIA: For example, will you return by November 1st?

CHS:           I think I will return [SC].

FIROOZNIA: Good, I will ask that they find it, and I will instruct that they send it to you. I will tell you it is here.

CHS:           Is it possible that you send it by email; can you do it by email?

FIROOZNIA: No, I will give to someone to deliver it to you.

CHS:           Very good, very good [SC]

FIROOZNIA: I will give to someone to bring it to you, I will gather some other things that I want and put it with the [the report] separately. If you want, we will add that to it and we will state that this is update from this date to this date. We would add that some additional incidents took place, the ones we know like they came after this Gentleman and [SC]

CHS:           Yes this is very important, well said. [SC]

FIROOZNIA: [UI] and lots of problems [SC].

CHS:           Yes, yes, now why are you making noises, what is the problem? [SC]

FIROOZNIA: The issue is bigger that these words [SC]

CHS:           I know [SC].

FIROOZNIA: I know that some of them are waiting for this very much. They are very much involved in this. Now for him [MAZAHERI] that has given the time we should explain the problem. [SC]

CHS:           Exactly, if you detail it like [SC]

FIROOZNIA: Yes, yes [SC].

CHS:           --what we say, we are walking in a road, we are walking in a road and we see some stones and iron blades, we should walk in a way that the Iron blades do not enter our head. Now we say that they are saying there is no problem [SC]

FIROOZNIA: What for [SC].

CHS:           "Everything is fine," and we are coming and going and when we says that Mr. X was summoned by FBI or he was summoned by Attorney General to speak

19

with him. This indicates of existence of some issues. It might take some time it might appear comfortable but there is this occasion that Mr. X and Y also have problem, that X was that and Y was that. The benefit is that at the end may be MAZAHERI will add a letter and will give it to ███████, he deals with ███████ mostly. He had written a letter that ███████ was mentioned in it many times. I said Mr. Engineer [Laughing] god bless him, he is very sharp. Then the case is like this, first of all he will send it to this Mr. X the director of Bank Melli whoever he is, I don't know. May be he will give a copy to Mr. AZIZI. Now if unfortunately we face with a problem, you and me we will state that here is the copy of the letter. Indecently I kept a copy of the letter that I presented to him in Washington. I though may be one day [SC]

FIROOZNIA: It may be needed [SC]

CHS:        --one day they should realize that there were two people who [SC].

FIROOZNIA: Who knew [SC]

CHS:        In my opinion we should do this, then how to carry this to him, if you are going to Iran, his telephone is 44--

FIROOZNIA: I will find him. Don't worry

CHS:        His telephone [area] code belongs to London.

FIROOZNIA: How it is the London [SC]

CHS:        Actually his telephone is from London. In Iran with this telephone. I have his house, too. But I have a feeling [SC]

FIROOZNIA: No, for this I will find him; if it is needed [SC]

CHS:        --**that** is good. You will go to the Bank [SC]

FIROOZNIA: I will find him through there [SC]

CHS:        I also have his house number, but one time that I called about 3 years ago, that was before he went to the Central Bank; however, there was no response. I mean it was something else, it was someone else's telephone number. I think that one is changed. [SC]

FIROOZNIA: We will find him [SC]

CHS:        Well [SC]

FIROOZNIA: Let me bring the report, we will find out where he is and wherever he is, we will send the report to him. Either will give it to him or add some additional note or

we will send it to him through someone else. I will find the report by next week. In two weeks that you will return [SC].

CHS:          Two weeks, then how would you like to do it, do you want to add that note on it and I sign it or [SC]

FIROOZNIA:  I say that I will prepare an introduction. You review it and then we will sign it.

CHS:          That is fine; give this to him. Then he will inform him promptly. And if he has the power [SC]

FIROOZNIA: That is his business.

CHS:          That's right. Up to him [SC].

FIROOZNIA: We should take care of it [SC]

CHS:          If this happens, because what I had in mind about ASLANI; it was the old one. [SC]

FIROOZNIA: I don't know, I don't know [SC]

CHS:          The one who came after SAIF, Mr. ... Mr. ... that old one. I don't know who came, Mr. [SC]

FIROOZNIA: He was replaced [SC]

CHS:          I know, even this gentleman, this new finance minister that I met the other night, last week is a person that he considers them all against government and hypocrites [SC]

FIROOZNIA:  I know

CHS:          In that reception I observed the decay of the regime. A person was attendance there by the name of Mr. MESBAHI-MOGHADAM. He was a cleric. He was one of those brazen, dishonorable p e o p l e who thinks everyone owes him, I can't find more words to describe him. He was asking the Iranians why are you sitting, you should b e lobbying day and night, d o you know how much success we have had lobbying? This Obama is the result of our lobbying. [UI, speaks in low tone] Even in Iran we have more than a thousand cities and every day they use obscenity toward United States, and they say down with the US, forget about that, look at this person, such people were there. You know that they did not issue visa for the new Head of the Bank. I don't know why. MAZAHERI gave a very short speech. Before that this Mr...who is the head of the consulate?

**Disc 14**                                                                December 5, 2008

FIROOZNIA: RAHAMANI.

CHS:        RAHMANI stated "Brothers here is Doctor MAZAHERI who is the top advisor to AHMADINEJAD". Once MAZAHERI started, he stated that he wants to thank Mr. RAHMANI [laughingly] that who created a position for me here.

[Both laughing]

CHS        He added that he is very generous toward me. [Laughing]

FIROOZNIA: So he would not be unemployed.

CHS:        We were all dying from laughing at this joke.

[CHS calls after Firooznia]

CHS:        Then you let me know.

FIROOZNIA: [responds from far] next week [SC]

CHS:        Then, when are you going? When are you going to Iran?

FIROOZNIA: I will go at the end of November

CHS:        At the end, what is the date now?

FIROOZNIA: I think it is 15 or 16, but in a month

CHS:        A month from now. By that time I'll definitely be here [SC].

FIROOZNIA: You will be returning by then [SC]

CHS:        Prepare the report by that time, did you say it was written in Farsi or in English?

FIROOZNIA: Farsi

CHS:        Farsi, good all of it is in Farsi?

FIROOZNIA: [UI]

CHS:        So the proposals would be. I have an internal question for you.

FIROOZNIA: [UI]

CHS:        If for example tomorrow. Tomorrow is impossible. If for example Mr.

KHAZAIE invited us- that I don't think he will- **Nor if there is** some pressure from Tehran that the job should be done. What will happen to the proposals?

FIROOZNIA: [UI] [speaking in low voice and Quran is being recited loudly over the speakers] this will be done, like the attorneys were coming after it. They were satisfied and gone. That was the end of it and they were gone. [UI] the next problem is the payment of money. Like if 60 percent will give it to 40 then the case is resolved. I have to tell you something that unless they have not realized that something unusual has happened here, they are not thinking about solution [SC]

CHS:         No, they think this is normal. [SC]

FIROOZNIA: It is normal [SC]

CHS:         I know.

FIROOZNIA: It is done. Whatever the person did, he is gone. So there is no need for additional headaches. [SC]

CHS:         And it is not related to the original building.

FIROOZNIA: Right.

CHS:         This gentleman who is responsible for this building, didn't you at least tell him to go and obtain a place and pretend that [SC]

FIROOZNIA: Sir, I told him [SC]

CHS:         Create a company [SC].

FIROOZNIA: I asked him why has your telephone bill come up to $1200 a year. Go get an office--

CHS:         My god [SC]

FIROOZNIA:  [laughingly] go get an office [SC].

CHS:         Unbelievable. [SC]

FIROOZNIA: I warned him not send new year's greeting cards. [Laughing]

CHS:         [UI]

FIROOZNIA: Five people have sent greeting cards in the New Year celebration [laughing]

[FIROOZNIA greets someone in English]

CHS:            Is his visa situation fixed here?

FIROOZNIA: No.

CHS:            Who is this person? Can't they get someone here that is American?

FIROOZNIA: No, [UI].

CHS:            There is a person in Hamburg who is from his family. He is the head of bank
                Melli of Hamburg.

FIROOZNIA: No he has no relation with that person [SC].

CHS:            Has nothing to do with that one [SC]

FIROOZNIA: His father is from India, he is a citizen of India.

CHS:            Strange.

FIROOZNIA: With that other one after SAIF, who was after SAIF?

CHS:            Before SAIF?

[They both say thank you to someone]

FIROOZNIA: Amir ASLAMI.

CHS:            Who Ali ASLAMI?

FIROOZNIA: Amir ASLAMI.

CHS:            Yes, I remember. ICS foundation. I remember, is he related to him?

FIROOZNIA: No he is not related to him, but he was the one who selected him.

CHS:            He doesn't even have an office of 20 to 30 meter to put a telephone in.[SC]

FIROOZNIA: No nothing  I told him that your telephone bill is $1200. A year, what is this? [SC]

CHS:            So what is his job then?

FIROOZNIA: I told him [SC]

CHS:            Why is he coming here? They should just send the money directly there.

**Disc 14**                                                        December 5, 2008

FIROOZNIA: He shouldn't have come

CHS:             I don't understand why he is here, to do what [SC]

FIROOZNIA: Nothing, he shouldn't have been here.

CHS:             I have a legal opinion, He is part of the London holdings that was his ownership, and they should give him his share. How did he get here?

FIROOZNIA: Well, maybe he wanted to come and live here.

CHS:             So he wanted to come here, because he was uncomfortable there. [SC]

FIROOZNIA: No, [SC]

CHS:             Coming from there [SC]

FIROOZNIA: No, he just wanted to come and live in the United States. [SC]

CHS:             I know, I know [SC]

FIROOZNIA: Now he is in an unfortunate situation.

CHS:             So in what step of the process is he?

FIROOZNIA: The situation is more serious now, I pray to god that they let him go.

CHS:             Is he caught?

FIROOZNIA: Yes of course

CHS:             Is he caught?

FIROOZNIA: Yes

CHS:             Is he arrested?

FIROOZNIA: No, but he does not have an exit visa.

CHS:             Strange, then, his case is more dangerous [SC]

FIROOZNIA: Yes, they both have [SC]

CHS:             Does Mr. JAHEDI know about this? That his man has this problem [SC].

FIROOZNIA: He should know [SC]

CHS:                  Someone must have told him, what he said, did he say it is none of my business, and who I am. [SC]

FIROOZNIA: I don't think he understands, I told you it doesn't get in to his [mind] [SC]

CHS:                  It is doesn't get in, what other thing has gone in to their ear? It will go in to the ear of [UI] and MAZAHERI [SC]

FIROOZNIA: No it is-not going in [SC]

CHS:                  It goes to their ears

FIROOZNIA: was it going in to GERAMIAN [ear] [SC]

CHS:                  you know what is gone in to GERAMIAN's ear? [SC]

FIROOZNIA: [UI] [SC]

CHS:                  Either give three or I'm going to report you, or you let me stay here up to the end of time. That is what went in to the ears of him.

FIROOZNIA: I know,

CHS:                  Do you understand what I say?

FIROOZNIA: [laughingly] Yes

CHS:                  Either I get three, or give me a long term contract for ten years until retirement with the same salary I was receiving, or I will go tell the gentlemen, [SC]

FIROOZNIA: Yes.

CHS:                  He [GERAMIAN] will say this and then I will leave. And that is what his wife will say because he himself has no brains.

FIROOZNIA:  [laughing hard] you know why, [UI] [SC]

CHS:                  No, pay attention to this and see how many people there are who bite the hand that feed from it.

FIROOZNIA: Yes [outside sounds can be heard indicating they are speaking on the street.]

CHS:                  They don't want to just eat from the hand that feeds them for another six months. They don't understand that if a hole appears in the middle of this ship, it will cause them great harm also. They say it's none of my business. They say Mr. ████████, I don't even want to hear this. [SC]

FIROOZNIA:  [Yes, I know]

CHS:        Very happy, I said sir, I don't know what to say to **you,** but if you can do
            something about it, do it. And solve this problem. He said **no,** they don't even
            let me in the building. And my path is specified. I'm sitting here. One time I
            went and met him at the central office, he was in the small room, he said I'm
            just sitting here and I have no duties. And [SC]

FIROOZNIA: And get paid a salary [laughing**]**

CHS:        That is what I said. That his compensation is good.

FIROOZNIA: good. Do you want a job like that, you just sit there and get money

CHS:        A long time ago, I used to call them. About 7 to 8 years ago. I was telling them
            that I have some difficulties to send me the money. He was saying Mr.
            ███████, what are you talking about. If I pay **you,** Mr. AHMADI wants it too. I
            said my case is different than Mr. AHMADI. I was a member of the board of
            directors here, I was the director of the office in Tehran,

FIROOZNIA: Pay them, let them go

CHS:        Then he said no this is not the case. I said that I have responsibilities and had
            signed on some heavy lifting here. He said if you had not done what you did, I
            would not be sitting here. I swear to this house of god that we just prayed in,
            he did say that.

FIROOZNIA: I know,

CHS:        He said if you hadn't done it, I would not have been here. **I** said that is fine, I do
            not want to ask for anything from you. I just want what I deserve, like you have
            given to everyone else. The only reason reason that KHARAZI was thinking that I
            was doing this because I am holding a grudge. He didn't give it to **me.** Okay he
            didn't give it. The hell with it. Now at least, let's solve this embarrassing
            problem. I wanted to tell him that when the KHARAZI family were here, what
            kind of rotten things they did. One has come from somewhere and sits in the
            NADERI's room and they pay him salary. He has come from Washington and sits
            in Mr. NADERI's room 2 hours a week. He is my friend too. You, me he is doing
            government consulting work [laughing]. He gets a salary of 8to 9 from the [UI]
            [laughing]. When it is our turn everyone speaks about law. I told this to Mr.
            MAZAHERI. I said Mr. MAZAHERI, if something happens it is me and two-three
            other people, all old men, they will bring us in the middle of this. I know they
            don't like to listen now, and even tomorrow if a problem arises for us, for example
            if I call Mr. JAHEDI himself and ask him to pay the attorney's fee, he would say,
            "who are you? Who, I don't know you sir." I would say, "sorry."

FIROOZNIA: Now, the real problem is that if something happens tomorrow. The first person that will tell all is them. [Laughing]

CHS:          They will expose it, I know, I know it hundred percent.

FIROOZNIA: As soon as it starts [SC]

CHS:          GERAMIAN himself, they were scared to remove him, they sent the order to remove him, and he said that I'm going to tell.

FIROOZNIA: I know, I know

CHS:          He said give me 2, no he said give me 3 for 15 years [SC]

FIROOZNIA: Yes [SC]

CHS:          For about 3 to 4 years they did not put a name there.

FIROOZNIA: I know, I know

CHS:          Now I wish to god that [SC]

FIROOZNIA: A good chance for them was because there is a gentleman by the name of NIKZAD [PH] who was the controller here. He wanted something between $40,000-$50,000. They didn't give it to him. I said he has worked all these years, give it to him, he is an old man, he has wife and children, and he can't work anymore, give it to him. He is about 64-65 years old. They said no and were talking about an attorney. In short, I tried very hard because of this. They said if he wants he can sue. I argued that the issue is not sue, think about god. In short they called me and stated that no, they do not want to pay. I went to sleep and even in my sleep I hear them saying do not do it.

CHS:          I know, I know.

FIROOZNIA: I mean $50,000, I said give it to him, the poor man has a wife and kids and has worked here for 15 years, and he has been a person who would do any job that was given to him.

CHS:          Let me tell you something, then I will go, so I don't waste your time. So that you can understand where the issue comes from. A newspaper woman from America came to Germany. GERAMIAN called me and said a woman want to talk to you. And she has been looking all over for you. I asked him if she has talked to him. He said she only asked me two questions and left. He is looking for you. She had come to Germany and stayed there for a long time. He has found my telephone, so when I talk to her she said that she has a court case against the foundation, that is very big and if you come to the court and testify that this building belongs to the government [SC]

FIROOZNIA: To the government [SC].

CHS:          to the government, we will shut them down and we will give you a good sum of money.

FIROOZNIA: Yes.

CHS:          The woman was an attorney, I replied that I don't talk with them and it is long time that I have this distance from them. And I can't come to the United States and I don't want to come. I live in Germany and do not talk with me about this. Six months later I spoke this Mr. GERAMIAN, he told me Mr. ▮▮▮▮▮ they ask a lot about you in the court. And they want to know who he is. They had asked who he is. The American attorney had written my name. I was this close to say yes, I'm coming and take 2 million and will testify and if this would get connected to the government, then all would be confiscating, they had order a court order. They have it now

FIROOZNIA: I know they have it now.

CHS:          they would ask a few question they would take it. Even in the conditions that I was not in good situation, I had an ordinary situation [SC].

FIROOZNIA: I know, I know

CHS:          I put down the phone and I told her do not call me again, that I'm in no position to help you. I have no way. Later on, one time I told him. Right here. I said do you remember that case. He said yes, yes, we came close to lose that. They delayed it and they were waiting for the woman, so she can bring me so I can give them something and then they would take care of my affairs.

FIROOZNIA: That is how it is.

CHS:          Yes.

FIROOZNIA: Like you are saying, they bought this land in the back here. And we saw that from the accounts they h a v e  g i v e n  money to a woman. We asked what is this many for. I knew the woman. They said this woman has found this land for us. I said what do you mean? They said she was passing through and she saw the add that the land is for sale, she called us and told us to buy this land. I said is that why she took money from you?

CHS:          How much? [laughing]

FIROOZNIA: Many thousand dollars.

CHS:          To their own sister. I know. That is the relative, you know that an outsider

wouldn't have gotten it. [Laughing]

FIROOZNIA: No, can you believe this?

CHS:   I know.

FIROOZNIA: In short it is nice to walk here—or want to park your car and see the sign. [Laughing]

CHS:   [Jokingly] it is religiously good to buy this.

FIROOZNIA: Being a middleman.

CHS:   Strange. Okay sir, sorry to bother you

FIROOZNIA: [from afar] Goodbye.

CHS:   Then you call me and if I have returned to review the report one time [SC]

FIROOZNIA: Will be ready by that time [SC]

CHS:   You receive the report before that, you can email me, so I can open and read it.

FIROOZNIA: It is not advisable.

CHS:   Okay then, should I give you the telephone number of the Engineer?

FIROOZNIA: No, next time, it is not necessary now.

CHS:   Okay. I have the London telephone number.

FIROOZNIA: I will take it later.

CHS:   Okay. Goodbye.

[TIMESTAMP: 02:18:30]