

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

September 20, 2017

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

**In re 650 Fifth Avenue and Related Properties, 08 Civ. 10934 (KBF)**

Dear Judge Forrest:

We write on behalf of the Alavi Foundation and the 650 Fifth Avenue Company regarding the letter the Government filed this afternoon, ECF No. 2069. We intend to respond to that letter; in light of the Jewish holidays this week, we request the Court's permission to do so by no later than Wednesday, September 27.

Respectfully submitted,

/s/ John Gleeson
John Gleeson
Matthew E. Fishbein
Daniel S. Ruzumna

cc:     All counsel (via ECF)