

January 22, 2018

Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: In Re 650 Fifth Avenue and Related Properties, No. 08 Civ. 10934 (KBF)

Dear Judge Forrest:

I am writing pursuant to the Court's April 28, 2010 Order for Appointment of Monitor to request that the Court approve payment of the fees incurred by me as Court-appointed Monitor, as set forth in detail in the attached invoices to 650 Fifth Avenue Company, totaling $19,360. As set forth in the attached letter from counsel for 650 Fifth Avenue Company, these invoices have been reviewed by 650 Fifth Avenue Company, which has no objection to this request.

Please let me know if the Court needs any further information in connection with this request. Thank you for Your Honor's consideration.

Respectfully,

Kathleen A. Roberts
Court-Appointed Monitor
cc: AUSA Michael Lockard
    Daniel S. Ruzumna, Esq.

So ordered.
KBF. Fou
US DJ

1/26/18

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

January 12, 2018

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *In re 650 Fifth Avenue and Related Prop.*, No. 08 Civ 10934 (KBF)

Dear Judge Forrest:

We represent the Alavi Foundation (the "Foundation") and 650 Fifth Avenue Company (the "Fifth Avenue Company") in the above captioned action and write regarding this Court's orders appointing the Honorable Kathleen A. Roberts as Monitor and Trustee of the Defendant Properties and the Second Circuit's November 16, 2017 Order appointing her as Trustee of those properties.

The appointed Trustee has provided the Fifth Avenue Company with bills requesting payment for services provided in her capacity as Monitor and Trustee. We have reviewed the attached invoices with the Foundation, and we have no objection to the Trustee's request for payment. Should Your Honor order payment of this invoice, the Fifth Avenue Company will request the Trustee's permission to make a payment from its accounts in the amount of $19,360.00.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Daniel S. Ruzumna*
Daniel S. Ruzumna

10196187v.1



# INVOICE

| | Invoice Date | Invoice Number |
|---|---|---|
| | **12/29/17** | **0004245584-425** |

To:  **Daniel S. Ruzumna, Esq.**
**Patterson, Belknap, Webb & Tyler LLP**
**1133 Avenue of the Americas**
**New York, NY 10036**

| Reference #: | **1425006209** | MKO |
|---|---|---|
| Billing Specialist: | **Erwin Gonzalez** | |
| Email: | **egonzalez@jamsadr.com** | |
| Telephone: | **(949) 224-4642** | |
| Employer ID: | **68-0542699** | |

RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Representing:   **650 5th Avenue Co.**                    Neutral(s):     **Hon. Kathleen Roberts (Ret.)**

Hearing Type:   **Court Reference**                                                                    **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/01/17 | Hon. Kathleen Roberts (Ret.) Review email re Kimley Horn (Alavi Request) | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/02/17 | Hon. Kathleen Roberts (Ret.) Review email re Mitchell & Titus invoice | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/03/17 | Hon. Kathleen Roberts (Ret.) Review and process Requests 4419-4435 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/03/17 | Hon. Kathleen Roberts (Ret.) 10/3 - 10/4: Emails with AUSA re KBF September 29 Order | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/03/17 | Hon. Kathleen Roberts (Ret.) Review emails re USMS 9/25 document request | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/03/17 | Hon. Kathleen Roberts (Ret.) Process Approvals 4403-4414; 4374-4389 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/03/17 | Hon. Kathleen Roberts (Ret.) Review email re Teng Yue | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/04/17 | Hon. Kathleen Roberts (Ret.) 10/4 - 10/10: Review emails re SL Green/Aareal Bank loan | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/04/17 | Hon. Kathleen Roberts (Ret.) Review email re Teng Yue | 0.05 | 400.00 | 20.00 | 1 | 20.00 |

Invoice total is based on the fee split agreed upon by all parties.  If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**                    REFERENCE #:              **1425006209**              **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/04/17 | Hon. Kathleen Roberts (Ret.)<br>Review USMS email to C&W | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/04/17 | Hon. Kathleen Roberts (Ret.)<br>Review USMS email to 650 re Project Management Reports | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/04/17 | Hon. Kathleen Roberts (Ret.)<br>Review Scopa email re Concept Air (Razi) | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/05/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re Concept Air invoice (Razi) | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/05/17 | Hon. Kathleen Roberts (Ret.)<br>Review USMS emails re bank and investment accounts | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/05/17 | Hon. Kathleen Roberts (Ret.)<br>Emails with DRuzumna re KBF Order and Judgment | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/06/17 | Hon. Kathleen Roberts (Ret.)<br>10/6 - 10/9: Emails re 10/10 meeting with USMS | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/09/17 | Hon. Kathleen Roberts (Ret.)<br>Email to Alavi Foundation re outstanding litigation expenses | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/09/17 | Hon. Kathleen Roberts (Ret.)<br>Email to AUSA re pending Alavi Foundation Requests | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/09/17 | Hon. Kathleen Roberts (Ret.)<br>Review Alavi Foundation email re outstanding litigation expenses | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/09/17 | Hon. Kathleen Roberts (Ret.)<br>Review 650 website analytics | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/09/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re broker event | 0.05 | 400.00 | 20.00 | 1 | 20.00 |



RE:     **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**                    REFERENCE #:          **1425006209**           **Rep# 3**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/09/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with DRuzumna | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 10/10/17 | Hon. Kathleen Roberts (Ret.)<br>650 Meeting | 2.00 | 400.00 | 800.00 | 1 | 800.00 |
| 10/10/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with USMS | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 10/10/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re C&W invoice (Razi) | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/10/17 | Hon. Kathleen Roberts (Ret.)<br>Review email from AUSA re treatment of Alavi property expenses as partnership distribution | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/10/17 | Hon. Kathleen Roberts (Ret.)<br>Process Approvals 4419-4435 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/10/17 | Hon. Kathleen Roberts (Ret.)<br>10/10 - 10/12: Review Scopa emails to USMS re sale | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/11/17 | Hon. Kathleen Roberts (Ret.)<br>10/11 - 10/12: Review emails re Master Lease estoppel certificate | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/11/17 | Hon. Kathleen Roberts (Ret.)<br>10/11 - 10/12: USMS emails re Alavi Foundation contact | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/13/17 | Hon. Kathleen Roberts (Ret.)<br>10/13 - 10/14: Emails to AUSA re USMS transition | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/13/17 | Hon. Kathleen Roberts (Ret.)<br>Emails re C&W 401k benefit | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/16/17 | Hon. Kathleen Roberts (Ret.)<br>Review emails re Teng Yue | 0.05 | 400.00 | 20.00 | 1 | 20.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**          REFERENCE #:          **1425006209**          **Rep# 3**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/17/17 | Hon. Kathleen Roberts (Ret.)<br>Review emails re Scopa invoice | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/17/17 | Hon. Kathleen Roberts (Ret.)<br>Review emails re Steven Hall lease modification | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/18/17 | Hon. Kathleen Roberts (Ret.)<br>Review September Monthly Operating Statement | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 10/18/17 | Hon. Kathleen Roberts (Ret.)<br>Review emails re Second Circuit stay order | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/19/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with DRuzumna re Second Circuit stay order | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/19/17 | Hon. Kathleen Roberts (Ret.)<br>Emails with AUSA re Second Circuit stay order | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/19/17 | Hon. Kathleen Roberts (Ret.)<br>Review submissions to Second Circuit re stay | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/23/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re Scopa invoices | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/23/17 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 4436-4459 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/23/17 | Hon. Kathleen Roberts (Ret.)<br>Review Scopa email re Pillon invoice (Razi) | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/23/17 | Hon. Kathleen Roberts (Ret.)<br>Review emails with USMS re Requests 4454-4459 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/24/17 | Hon. Kathleen Roberts (Ret.)<br>Review USMS email re Razi expenses | 0.05 | 400.00 | 20.00 | 1 | 20.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**                REFERENCE #:          **1425006209**          **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/24/17 | Hon. Kathleen Roberts (Ret.) 650 Meeting | 1.00 | 400.00 | 400.00 | 1 | 400.00 |
| 10/24/17 | Hon. Kathleen Roberts (Ret.) Draft Monitor Report and request for information from 650 and Alavi | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/24/17 | Hon. Kathleen Roberts (Ret.) Emails re sending documents to USMS | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/24/17 | Hon. Kathleen Roberts (Ret.) Review emails with Master Lessee comments on estoppel certificate | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/25/17 | Hon. Kathleen Roberts (Ret.) 10/25 - 10/27: Review emails re USMS comments on Requests 4441-53 | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 10/25/17 | Hon. Kathleen Roberts (Ret.) Review DRuzumna email re stay; available cash | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/26/17 | Hon. Kathleen Roberts (Ret.) Review emails re JTL (Razi) | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/27/17 | Hon. Kathleen Roberts (Ret.) Review 650-Alavi information for Monitor Report | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/30/17 | Hon. Kathleen Roberts (Ret.) 10/30 - 11/1: Review emails re Master Lease estoppel | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/30/17 | Hon. Kathleen Roberts (Ret.) Sign Alavi checks | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/30/17 | Hon. Kathleen Roberts (Ret.) Teleconference Razi | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 10/31/17 | Hon. Kathleen Roberts (Ret.) Process Approvals 4436-59 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |



RE:  **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: | **Court Reference** | | | REFERENCE #: | **1425006209** | | **Rep# 3** |

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/31/17 | Hon. Kathleen Roberts (Ret.)<br>Review updated cash flow analysis | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 10/31/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with DRuzumna re cash flow analysis | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 10/31/17 | Hon. Kathleen Roberts (Ret.)<br>Review revised information for Monitor Report | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/31/17 | Hon. Kathleen Roberts (Ret.)<br>Emails with DRuzumna re cash reserve | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/31/17 | Hon. Kathleen Roberts (Ret.)<br>Emails with Alavi re Requests 4467, 4468 | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 10/31/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with Tim Clancy | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 10/31/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re Teng Yue | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/01/17 | Hon. Kathleen Roberts (Ret.)<br>Review Scopa email to USMS re Razi expenses | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/01/17 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 4463-68 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/01/17 | Hon. Kathleen Roberts (Ret.)<br>Email to DRuzumna re Alavi distributions | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/02/17 | Hon. Kathleen Roberts (Ret.)<br>Review revised information for Monitor Report | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/02/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re Mistral | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**   REFERENCE #:   **1425006209**   **Rep# 3**

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 11/03/17 | Hon. Kathleen Roberts (Ret.)<br>Email to Alavi re information for Monitor Report | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/03/17 | Hon. Kathleen Roberts (Ret.)<br>Review emails re Mistral | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/06/17 | Hon. Kathleen Roberts (Ret.)<br>Review emails re Alavi distributions | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/06/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference re Razi | 0.75 | 400.00 | 300.00 | 1 | 300.00 |
| 11/07/17 | Hon. Kathleen Roberts (Ret.)<br>Emails re Alavi distributions | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/07/17 | Hon. Kathleen Roberts (Ret.)<br>650 Meeting | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 11/07/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference re Mistral | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/07/17 | Hon. Kathleen Roberts (Ret.)<br>Process Approvals 4463-68 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/07/17 | Hon. Kathleen Roberts (Ret.)<br>Review emails re revised Mistral analysis | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/08/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re 650 attorney invoice | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/08/17 | Hon. Kathleen Roberts (Ret.)<br>Emails re Requests 4469-76 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/08/17 | Hon. Kathleen Roberts (Ret.)<br>Review information from Alavi for Monitor Report | 0.25 | 400.00 | 100.00 | 1 | 100.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**       REFERENCE #:       **1425006209**       **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/09/17 | Hon. Kathleen Roberts (Ret.) Sign Alavi checks | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/10/17 | Hon. Kathleen Roberts (Ret.) Prepare final Monitor Report | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/10/17 | Hon. Kathleen Roberts (Ret.) 11/10 – 11/15: Review emails re Commercial Observer article | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/10/17 | Hon. Kathleen Roberts (Ret.) Review emails re Master Lease estoppel | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/10/17 | Hon. Kathleen Roberts (Ret.) Review email re CDG Group assignment | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/12/17 | Hon. Kathleen Roberts (Ret.) Review DRuzumna email re cash analysis | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/13/17 | Hon. Kathleen Roberts (Ret.) Telephone conference with counsel re Master Lease estoppel | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/13/17 | Hon. Kathleen Roberts (Ret.) Review emails re Razi invoices | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/13/17 | Hon. Kathleen Roberts (Ret.) 11/13 – 11/14: Review emails re Alavi Fed Ex use | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/13/17 | Hon. Kathleen Roberts (Ret.) Review attorney memo re Master Lease percentage rent provision | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/15/17 | Hon. Kathleen Roberts (Ret.) 11/15 - 11-21: Emails re Fire Extinguisher Inspection invoice (Razi) | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/15/17 | Hon. Kathleen Roberts (Ret.) Review and process Requests 4469-76 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**          REFERENCE #:          **1425006209**          **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/15/17 | Hon. Kathleen Roberts (Ret.) Emails re Requests 4478-79 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/15/17 | Hon. Kathleen Roberts (Ret.) Review email re CDG Group assignment | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/15/17 | Hon. Kathleen Roberts (Ret.) Review emails re contribution to Diabetes Institute | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/15/17 | Hon. Kathleen Roberts (Ret.) Review and process Requests 4478-79 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/15/17 | Hon. Kathleen Roberts (Ret.) 11/15 - 11/21: Emails with USMS re litigation expense requests and cash reserve | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 11/15/17 | Hon. Kathleen Roberts (Ret.) Review emails re Request 4477 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/16/17 | Hon. Kathleen Roberts (Ret.) Teleconference Razi | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 11/16/17 | Hon. Kathleen Roberts (Ret.) Review Second Circuit stay order | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/16/17 | Hon. Kathleen Roberts (Ret.) Emails re Nouveau elevator repair/maintenance invoice | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/17/17 | Hon. Kathleen Roberts (Ret.) 11/17 - 11/18: Review emails re Teng Yue construction bid | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/17/17 | Hon. Kathleen Roberts (Ret.) Review emails re C&W 2018 salary and bonus recommendation | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/17/17 | Hon. Kathleen Roberts (Ret.) Review email with Patterson, Belknap invoice | 0.05 | 400.00 | 20.00 | 1 | 20.00 |



RE:      **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**                          REFERENCE #:         **1425006209**              **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/17/17 | Hon. Kathleen Roberts (Ret.) | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| | 11/17 - 11/18: Review emails re Mitchell & Titus proposal letter | | | | | |
| 11/18/17 | Hon. Kathleen Roberts (Ret.) | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| | 11/18 - 11/20: Review emails re Teng Yue | | | | | |
| 11/20/17 | Hon. Kathleen Roberts (Ret.) | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| | 11/20 - 11/21: Review emails re Master Lease mezzanine lender notice | | | | | |
| 11/20/17 | Hon. Kathleen Roberts (Ret.) | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| | Process Approvals 4469-4476; 4477; 4478-4479 | | | | | |
| 11/20/17 | Hon. Kathleen Roberts (Ret.) | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| | Review October Monthly Operating Report | | | | | |
| 11/20/17 | Hon. Kathleen Roberts (Ret.) | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| | Review email re Mistral | | | | | |
| 11/21/17 | Hon. Kathleen Roberts (Ret.) | 1.00 | 400.00 | 400.00 | 1 | 400.00 |
| | 650 Meeting | | | | | |
| 11/26/17 | Hon. Kathleen Roberts (Ret.) | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| | Emails re Requests 4493-4494 | | | | | |
| 11/26/17 | Hon. Kathleen Roberts (Ret.) | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| | Review and process Requests 4480-4492 | | | | | |
| 11/27/17 | Hon. Kathleen Roberts (Ret.) | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| | Email with USMS re large files | | | | | |
| 11/27/17 | Hon. Kathleen Roberts (Ret.) | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| | Teleconference with C&W re fraudulent wire transfers | | | | | |
| 11/27/17 | Hon. Kathleen Roberts (Ret.) | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| | Emails re fraudulent wire transfers | | | | | |



RE:    **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**           REFERENCE #:          **1425006209**          **Rep# 3**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/28/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference Scopa | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/28/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference DRuzumna | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 11/28/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference Razi | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 11/28/17 | Hon. Kathleen Roberts (Ret.)<br>Sign Alavi Checks | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/28/17 | Hon. Kathleen Roberts (Ret.)<br>Emails re fraudulent wire transfers | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/28/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with US Attorney re fraudulent wire transfers | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 11/28/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with C&W re fraudulent wire transfers | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/28/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference with Saif Agha re fraudulent wire transfers | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/28/17 | Hon. Kathleen Roberts (Ret.)<br>11/28 - 11/29: Emails re employment of Abbas at Razi | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/29/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re JTL (Razi) | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 11/29/17 | Hon. Kathleen Roberts (Ret.)<br>Teleconference Scopa | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 11/29/17 | Hon. Kathleen Roberts (Ret.)<br>Review Mistral NER | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:    **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:    **Court Reference**          REFERENCE #:          **1425006209**          **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/29/17 | Hon. Kathleen Roberts (Ret.) Teleconference with AUSA Tracer | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 11/30/17 | Hon. Kathleen Roberts (Ret.) Review email re JTL (Razi) | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/01/17 | Hon. Kathleen Roberts (Ret.) Review email re Razi property manager position | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/01/17 | Hon. Kathleen Roberts (Ret.) Telephone conference with Scopa re Razi | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/01/17 | Hon. Kathleen Roberts (Ret.) Review email with Razi property manager job description | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/01/17 | Hon. Kathleen Roberts (Ret.) Review email re Scopa Asset Advisor Agreement | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/02/17 | Hon. Kathleen Roberts (Ret.) Emails re Requests 4495-4518 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/02/17 | Hon. Kathleen Roberts (Ret.) Email re meeting with Alavi counsel | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/02/17 | Hon. Kathleen Roberts (Ret.) Email to MChosak re Mitchell & Titus proposal | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/04/17 | Hon. Kathleen Roberts (Ret.) Telephone conference with AUSA Fine re Maryland lawsuit | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/04/17 | Hon. Kathleen Roberts (Ret.) Email to AUSA Fine re Maryland lawsuit | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/04/17 | Hon. Kathleen Roberts (Ret.) 12/4 - 12/5: Review emails re Gallin contract (USMS) | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

| Hearing Type: | **Court Reference** | | REFERENCE #: | | **1425006209** | | **Rep# 3** |

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/04/17 | Hon. Kathleen Roberts (Ret.) Review email from MChosak re tax rturns and M&T proposal | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/04/17 | Hon. Kathleen Roberts (Ret.) Review email re Mistral | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/04/17 | Hon. Kathleen Roberts (Ret.) Process Approvals 4480-4492 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/04/17 | Hon. Kathleen Roberts (Ret.) Review email with revised Razi property manager job description | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/04/17 | Hon. Kathleen Roberts (Ret.) Telephone conference with Scopa re Razi, M&T proposal | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/04/17 | Hon. Kathleen Roberts (Ret.) Telephone conference with AUSA Tracer re Maryland lawsuit | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/04/17 | Hon. Kathleen Roberts (Ret.) Review Razi lease | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/04/17 | Hon. Kathleen Roberts (Ret.) Review email re GQG Partners | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/05/17 | Hon. Kathleen Roberts (Ret.) Review Razi Usage Agreement | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/05/17 | Hon. Kathleen Roberts (Ret.) Review Clancy email re Teng Yue | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/05/17 | Hon. Kathleen Roberts (Ret.) 650 Meeting | 0.75 | 400.00 | 300.00 | 1 | 300.00 |
| 12/05/17 | Hon. Kathleen Roberts (Ret.) Review email re GQG | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:   **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**      REFERENCE #:      **1425006209**      **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/06/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re CDG Group | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/06/17 | Hon. Kathleen Roberts (Ret.)<br>Review MChosak email re tax returns | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/06/17 | Hon. Kathleen Roberts (Ret.)<br>Telephone conference with Cushman & Wakefield | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/06/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re Razi CANY invoice | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/07/17 | Hon. Kathleen Roberts (Ret.)<br>12/7 - 12/8: Review Scopa Razi budget | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/07/17 | Hon. Kathleen Roberts (Ret.)<br>12/7 - 12/8: Review emails re documents requested by M&T for tax returns | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/08/17 | Hon. Kathleen Roberts (Ret.)<br>Review emails re 15th Floor whitebox bids | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/08/17 | Hon. Kathleen Roberts (Ret.)<br>650 Meeting re cash flow and Alavi distributions | 1.00 | 400.00 | 400.00 | 1 | 400.00 |
| 12/08/17 | Hon. Kathleen Roberts (Ret.)<br>Email to DRuzumna re Request 4501 | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/08/17 | Hon. Kathleen Roberts (Ret.)<br>Telephone conference with DRuzumna re Request 4501 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/09/17 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 4521-4534 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/09/17 | Hon. Kathleen Roberts (Ret.)<br>12/9 - 12/10: Review and process Amended Requests 4495 - 4518 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |



RE:     **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**                    REFERENCE #:            **1425006209**                **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/09/17 | Hon. Kathleen Roberts (Ret.) <br> Review Requests 4535-36 | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/11/17 | Hon. Kathleen Roberts (Ret.) <br> 12/11 - 12/12: Review emails re GQG Partners | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/11/17 | Hon. Kathleen Roberts (Ret.) <br> Review Alavi TD Bank statement | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/11/17 | Hon. Kathleen Roberts (Ret.) <br> Review emails re Abbas acceptance of Razi property manager position | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/12/17 | Hon. Kathleen Roberts (Ret.) <br> Review emails re Qoba violations | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/12/17 | Hon. Kathleen Roberts (Ret.) <br> Review email re Qoba ADA compliance | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/12/17 | Hon. Kathleen Roberts (Ret.) <br> Telephone conference with Scopa | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/12/17 | Hon. Kathleen Roberts (Ret.) <br> Telephone conference with MChosak | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/12/17 | Hon. Kathleen Roberts (Ret.) <br> Review email re Qoba | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/12/17 | Hon. Kathleen Roberts (Ret.) <br> Review email re Abbas request for travel expense reimbursement | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/12/17 | Hon. Kathleen Roberts (Ret.) <br> Review email re Qoba security plan | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/12/17 | Hon. Kathleen Roberts (Ret.) <br> Review email re Teng Yue | 0.05 | 400.00 | 20.00 | 1 | 20.00 |



RE:      **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**                        REFERENCE #:              **1425006209**              **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/12/17 | Hon. Kathleen Roberts (Ret.) Review MChosak email re Dr. Yazdi salary | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/13/17 | Hon. Kathleen Roberts (Ret.) Review email re Razi assembly permits | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/13/17 | Hon. Kathleen Roberts (Ret.) Review emails re JTL (Razi) | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/13/17 | Hon. Kathleen Roberts (Ret.) Telephone conference with Alavi attorney Agha re JTL | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/13/17 | Hon. Kathleen Roberts (Ret.) Telephone conference with Scopa re JTL | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/13/17 | Hon. Kathleen Roberts (Ret.) Telephone conference with JTL subcontractor | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/13/17 | Hon. Kathleen Roberts (Ret.) 650 Meeting | 2.00 | 400.00 | 800.00 | 1 | 800.00 |
| 12/14/17 | Hon. Kathleen Roberts (Ret.) Review emails re JTL | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/14/17 | Hon. Kathleen Roberts (Ret.) Telephone conference re Qoba | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 12/14/17 | Hon. Kathleen Roberts (Ret.) 12/14 - 12/15: Review emails re Qoba security plan | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/15/17 | Hon. Kathleen Roberts (Ret.) Review emails re Abbas travel expense | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/15/17 | Hon. Kathleen Roberts (Ret.) Review spreadsheet re JTL | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:    **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:    **Court Reference**                REFERENCE #:          **1425006209**          **Rep# 3**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/15/17 | Hon. Kathleen Roberts (Ret.) Telephone conference with JTL and subcontractors | 1.00 | 400.00 | 400.00 | 1 | 400.00 |
| 12/15/17 | Hon. Kathleen Roberts (Ret.) Telephone conference with Alavi attorney Agha re Alavi distributions | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/15/17 | Hon. Kathleen Roberts (Ret.) Telephone conference re Razi | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 12/15/17 | Hon. Kathleen Roberts (Ret.) Process Approvals 4495-4518 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/15/17 | Hon. Kathleen Roberts (Ret.) Review and process Requests 4521-4534 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/18/17 | Hon. Kathleen Roberts (Ret.) Review an process Requests 4537-4545 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/19/17 | Hon. Kathleen Roberts (Ret.) 650 Meeting | 1.00 | 400.00 | 400.00 | 1 | 400.00 |
| 12/19/17 | Hon. Kathleen Roberts (Ret.) Process Approvals 4521-4534 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/19/17 | Hon. Kathleen Roberts (Ret.) Review emails re JTL | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/20/17 | Hon. Kathleen Roberts (Ret.) Review emails re JTL | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/20/17 | Hon. Kathleen Roberts (Ret.) Telephone conference with JTL | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/20/17 | Hon. Kathleen Roberts (Ret.) 12/20 - 12/21: Review emails re Patterson, Belknap invoice for services to 650 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:     **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:   **Court Reference**                REFERENCE #:          **1425006209**              **Rep# 3**

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed | Parties<br>Billed | Your<br>Share |
|---|---|---|---|---|---|---|
| 12/20/17 | Hon. Kathleen Roberts (Ret.)<br>Review Monthly Operating Statement | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 12/21/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re JTL | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/21/17 | Hon. Kathleen Roberts (Ret.)<br>Review emails re Alavi distributions | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/21/17 | Hon. Kathleen Roberts (Ret.)<br>Telephone conference re Qoba | 0.50 | 400.00 | 200.00 | 1 | 200.00 |
| 12/21/17 | Hon. Kathleen Roberts (Ret.)<br>Review and process Requests 4546-4551; 4554-4555 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/22/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re Mistral term sheet | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/22/17 | Hon. Kathleen Roberts (Ret.)<br>Review Requests 4552-4553 | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/26/17 | Hon. Kathleen Roberts (Ret.)<br>Review emails re JAMS invoice (USMS) | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/26/17 | Hon. Kathleen Roberts (Ret.)<br>Review MChosak email re litigation expenses | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/26/17 | Hon. Kathleen Roberts (Ret.)<br>Review MChosak email re tax returns | 0.05 | 400.00 | 20.00 | 1 | 20.00 |
| 12/26/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re Revere assignment of sublease | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/28/17 | Hon. Kathleen Roberts (Ret.)<br>Review email re Talisen 15th Floor contract | 0.10 | 400.00 | 40.00 | 1 | 40.00 |



RE:    **USA vs. 650 Fifth Avenue, 08 Civ. 10934 (RJH)**

Hearing Type:    **Court Reference**            REFERENCE #:         **1425006209**         **Rep# 3**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/29/17 | Hon. Kathleen Roberts (Ret.) Review email with backup for Requests 4554-4555 | 0.10 | 400.00 | 40.00 | 1 | 40.00 |
| 12/29/17 | Hon. Kathleen Roberts (Ret.) Process Approvals 4546-4551; 4554-4555 | 0.25 | 400.00 | 100.00 | 1 | 100.00 |
| 12/29/17 | Case Management Fee | | | | | 1,760.00 |

|  |  |
|---|---|
| Fees | 19,360.00 |
| Total | $ 19,360.00 |
| Outstanding Balance as of  01/02/18 | $ 39,952.00 |