# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

June 11, 2019



Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *In re 650 Fifth Avenue and Related Prop.*, **No. 08 Civ 10934**

Dear Judge Preska:

We represent the Alavi Foundation (the "Foundation") and 650 Fifth Avenue Company (the "Fifth Avenue Company") in the above captioned action and write regarding the Second Circuit's November 16, 2017 Order appointing Honorable Kathleen A. Roberts as Trustee of the Defendant Properties.

The appointed Trustee has provided the Fifth Avenue Company with bills requesting payment for services provided in her capacity as Trustee. We have reviewed the attached invoices with the Foundation, and we have no objection to the Trustee's request for payment. Should Your Honor order payment of these invoices, the Fifth Avenue Company will request the Trustee's permission to make a payment from its accounts in the amount of $24,979.64.

Thank you for your attention to this matter.

*Payment of the invoices attached to the June 11 letter is approved.*

*June 18, 2019*

Respectfully submitted,

/s/ Daniel S. Ruzumna
Daniel S. Ruzumna

SO ORDERED

*Loretta A. Preska*

11114032