UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: 650 FIFTH AVENUE AND
RELATED PROPERTIES

08 Civ. 10934 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Counsel for the Government and for Claimants Alavi Foundation and 650 Fifth Avenue Company shall confer and inform the Court by letter no later than January 31, 2020 how they propose to proceed in light of the issuance of the Court of Appeals' mandate. (See dkt. no. 2160.) Counsel shall then appear for a conference on February 6, 2020 at 10:00 AM in Courtroom 12A at 500 Pearl Street, New York, NY.

**SO ORDERED.**

Dated: New York, New York
January 23, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1