# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

January 31, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-20

Daniel Ruzumna
Partner
(212) 336-2034
druzumna@pbwt.com

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

Re: **In re: 650 Fifth Avenue and Related Properties, 08 Civ. 10934 (LAP)**

Dear Judge Preska:

We represent Claimants Alavi Foundation and the 650 Fifth Avenue Company. We write to request that the Court adjourn the status conference that is currently scheduled for February 6, 2020 to February 12, 2020.

We have conferred with the parties and the Court's deputy, and understand that the parties and the Court are available on February 12, 2020 at 2:00 p.m. Accordingly, we respectfully request that the conference is rescheduled for that date and time. The other parties consent to this request.

Thank you for your consideration.

Respectfully submitted,

Daniel Ruzumna

Cc. Counsel of Record

**SO ORDERED.**

*Loretta A. Preska*

1/31/20