UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-20

IN RE: 650 FIFTH AVENUE AND
RELATED PROPERTIES

08 Civ. 10934 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

At the conference currently scheduled for February 12, 2020 at 2:00 PM, (see dkt. no. 2188), the Court will entertain oral argument on Claimants' motion to modify the protective order entered on December 12, 2019, (see dkt. no. 2175). The Judgment Creditors who submitted papers in opposition to that motion, (see dkt. no. 2179), may attend the February 12 conference and participate in oral argument.

**SO ORDERED.**

Dated: New York, New York
February 6, 2020

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1