UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: 650 FIFTH AVENUE AND RELATED PROPERTIES

08 Civ. 10934 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

On February 28, the Government filed an ex parte application for a restraining order. The Government takes no position as to whether the application should be filed. It has, however, informed the Court that certain portions of the papers contain confidential business information, disclosure of which would cause competitive harm to the Partnership.

Accordingly, the Government shall file redacted copies of its Memorandum of Law and Declaration omitting the confidential business information.

The parties shall confer and inform the Court by letter of a proposed briefing schedule.

**SO ORDERED.**

Dated:   New York, New York
         March 2, 2020

*Loretta A. Preska*

_____
LORETTA A. PRESKA
Senior United States District Judge