USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-5-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: 650 FIFTH AVENUE AND
RELATED PROPERTIES

08 Civ. 10934 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Claimants' letter seeking guidance concerning a briefing schedule on the Government's application for a temporary restraining order.[1] (See dkt. no. 2198.) Claimants shall file papers in opposition to the Government's application by no later than Friday, March 13, 2020 at 5:00 PM. The Government my reply by no later than Tuesday, March 17, 2020 at 5:00 PM.

**SO ORDERED.**

Dated: New York, New York
March 5, 2020

LORETTA A. PRESKA
Senior United States District Judge

---

[1] That application was originally filed ex parte pursuant to 18 U.S.C. § 985(d)(1)(B)(ii). However, on March 2, 2020, the Court ordered the parties to confer on a briefing schedule on the application. (See dkt. no. 2196.)

1