UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: 650 FIFTH AVENUE AND RELATED PROPERTIES | 08 Civ. 10934 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court has inquired of the Monitor whether budgets have been published in the past and, if so, if there have been objections. The Monitor will respond, and counsel will be given the opportunity to comment.

    **SO ORDERED.**

Dated:    New York, New York
           April 16, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1