UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re 650 Fifth Avenue and Related Properties  :  08 Civ. 10934 (LAP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF MOTION FOR STAY PENDING APPEAL

PLEASE TAKE NOTICE that, upon the accompanying Government's Memorandum of Law, the United States of America will move this Court before the Honorable Loretta A. Preska, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined, to stay the Court's orders dated February 13, 2020 and March 2, 2020 pending appeal.

Dated: New York, New York
April 29, 2020

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:      /s/
Michael D. Lockard / Martin S. Bell /
  Daniel M. Tracer / Samuel L. Raymond
Assistant United States Attorneys

Attorney for Plaintiff