UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<u>IN RE: 650 FIFTH AVENUE AND
RELATED PROPERTIES</u>

08 Civ. 10934 (LAP)

<u>ORDER</u>

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the Government's motion to stay this action pending appeal.  (<u>See</u> dkt. no. 2253.)  The parties shall confer and propose by letter a briefing schedule no later than May 1, 2020.

**SO ORDERED.**

Dated:      New York, New York
            April 29, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge