UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: 650 FIFTH AVENUE AND
RELATED PROPERTIES

08 Civ. 10934 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

 Counsel shall confer and inform the Court by letter how they wish to proceed on the pending probable cause motion [dkt. no. 2200].

**SO ORDERED.**

Dated: New York, New York
   June 5, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1