UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and LUCILLE LEVIN,<br><br>               Plaintiffs,<br><br>-against-<br><br>650 FIFTH AVENUE COMPANY, ALAVI FOUNDATION, BANK MELLI IRAN, ASSA CORPORATION, and ASSA COMPANY LIMITED,<br><br>               Defendants. | 17 Civ. 959 (LAP)<br>8 Civ. 10934 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall appear telephonically for oral argument on the Levins' pending motion for summary judgment [dkt. no. 173 in 17 Civ. 959] on July 16, 2020, at 10:00 a.m. EST. The dial-in for that argument is (888) 363-4734, access code: 4645450. The parties are directed to call in promptly at 10:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
            June 12, 2020

                                        _/s/ Loretta A. Preska_
                                        LORETTA A. PRESKA
                                        Senior United States District Judge