UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: 650 FIFTH AVENUE AND
RELATED PROPERTIES

08 Civ. 10934 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall appear telephonically for a conference on June 25, 2020, at 3:00 p.m. EST. The dial-in for that conference is (888) 363-4734, access code: 4645450. The parties are directed to call in promptly at 3:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
          June 22, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1