UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: 650 FIFTH AVENUE AND RELATED PROPERTIES

08 Civ. 10934 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

The Court has reviewed the parties' letters regarding proceedings to be held to establish probable cause in connection with the Government's pending motion for a restraining order concerning the rental income generated by the operation of the building located at 650 Fifth Avenue.  (See dkt. nos. 2293, 2294, 2295.)  Counsel shall confer as to Claimants' proposal at page two of their reply letter (dkt. no. 2295) to adjourn the probable cause hearing until after the appeals are decided, with any subsequent finding of probable cause to be retroactive, and inform the Court no later than August 4, 2020, what agreement has been reached.

**SO ORDERED.**

Dated:   New York, New York
         July 29, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1