UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: 650 FIFTH AVENUE AND RELATED PROPERTIES | 08 Civ. 10934 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In light of Claimants' letter dated August 20, 2020 [dkt. no. 2308]:

1. Claimants may submit affidavits from Dr. Hassani and Mr. Dabiran no later than September 9, 2020.  The Government may respond no later than September 16, 2020.

2. The probable cause hearing currently scheduled for October 5-6, 2020, is adjourned until October 13-14, 2020.  The hearing will commence at 10:30 a.m. on October 13, 2020, in Courtroom 12A at 500 Pearl Street, New York, NY, and, if necessary, at 10:00 a.m. on October 14, 2020.

**SO ORDERED.**

Dated:    New York, New York
          August 21, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1