# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 16 2020

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand twenty,

_____

IN RE 650 FIFTH AVENUE AND RELATED PROPERTIES

_____

**ORDER**

Docket No. 20-1212
             20-1265

IT IS HEREBY ORDERED that Appellant-cross-Appellees' motion for stay pending appeal is GRANTED until October 5, 2020, when the matter will be further discussed at oral argument.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON SEPTEMBER 16, 2020