UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: 650 FIFTH AVENUE AND RELATED PROPERTIES | 08 Civ. 10934 (LAP)  ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Construing Mr. Petrocelli's letter of October 1, 2020 (dkt. no. 2322), as a motion on various discovery matters, any opposition shall be filed no later than October 9, 2020, and any reply no later than October 14, 2020.

**SO ORDERED.**

Dated:   New York, New York
         October 6, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge