**Patterson Belknap Webb & Tyler** LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

October 14, 2020

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

      Re:    *In re: 650 Fifth Avenue and Related Properties,*
                *08 Civ. 10934 (LAP)*

Dear Judge Preska:

      Consistent with the Court's guidance, on behalf of Claimants Alavi Foundation and the 650 Fifth Avenue Company, we write to file copies of the PowerPoint presentation and binder of documents that Claimants introduced at yesterday's 18 U.S.C. § 985(d) hearing. Claimants respectfully request that these materials be docketed and included in the record of this action.

      Thank you for your consideration.

                                          Respectfully submitted,

                                          Daniel S. Ruzumna

cc:    Counsel of Record