# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand twenty.

Present:  BARRINGTON D. PARKER,
          DENNY CHIN,
                    *Circuit Judges*,
          JANE A. RESTANI,
                    *Judge.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020

IN RE: 650 FIFTH AVENUE COMPANY AND
RELATED PROPERTIES

**ORDER**
20-1212 (L), 20-1265 (XAP)

On October 7, 2020, we remanded this matter to the District Court for further proceedings. We stated that following the District Court's probable cause determination, any party could restore jurisdiction to this Court by notifying the Clerk of Court by letter that it seeks further appellate review and the matter would be returned to this panel without the need of a new notice of appeal. *See United States v. Jacobson*, 15 F.3d 19, 21-23 (2d Cir. 1994).

On October 13, the District Court held a hearing and found that there was probable cause for the forfeiture of the building located at 650 Fifth Avenue in Manhattan. On October 30, Claimants Alavi Foundation and 650 Fifth Avenue Company notified the Clerk of Court by letter that they seek further appellate review consistent with our October 7 order.

It is hereby ORDERED that the appeal is reinstated to this panel. The Government and the Judgment Creditors shall respond to Claimants' letter no later than

---

\*       Judge Jane A. Restani, of the United States Court of International Trade, sitting by designation.

CERTIFIED COPY ISSUED ON 11/18/2020

December 7, 2020.  Upon reviewing the letters, the panel will advise whether further briefing or oral argument will be required.

FOR THE COURT:<br>
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2