UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRSCHENBAUM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>650 FIFTH AVENUE COMPANY, ALAVI<br>FOUNDATION, ASSA CORPORATION,<br>ASSA COMPANY LIMITED,<br><br>Defendants. | 08-cv-10934 (LAP)<br>09 CIV. 165 (LAP)<br>09 CIV. 166 (LAP)<br>09 CIV. 553 (LAP)<br>09 CIV. 564 (LAP)<br>**09 CIV 1627 (LAP)**<br>10 CIV 2464 (LAP)<br>11 CIV 3761 (LAP)<br>12 MC 19 (LAP)<br>12 MC 20 (LAP)<br>12 MC 21 (LAP)<br>12 MC 22 (LAP)<br>13 MC 71 (LAP)<br>13 CIV 1825 (LAP)<br>13 CIV 1848 (LAP) |

## ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Upon the declaration of Liviu Vogel, sworn to the 29th day of April, 2021, and upon the

Memorandum of Law in Support of Application for Preliminary Injunction and Temporary

Restraining Order dated the 29th day of April, 2021, it is

ORDERED, that the above named defendant show cause before this Court, at Courtroom

12A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on

*May 7*, at *9:00* o'clock in the *fore* noon thereof, or as soon thereafter as counsel may

be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil

Procedure restraining 650 Fifth Avenue Company, during the pendency of this action from the

payment to the Alavi Foundation, of Alavi Foundation's partnership share of rental income

generated by the building at 650 Fifth Avenue from January 5, 2018 through October 13, 2020;

and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., 650 Fifth Avenue Company is temporarily restrained and enjoined from payment to the Alavi Foundation, of Alavi Foundation's partnership share of rental income generated by the building at 650 Fifth Avenue from January 5, 2018 through October 13, 2020; and it is further

ORDERED that service of this Order, the annexed declaration and exhibits, and the accompanying memorandum of law shall be effectuated by (1) electronic filing on the CM/ECF system for the United States District Court, Southern District of New York, in Case No. 08-cv-10934, and (2) electronic mail sent simultaneously by Salon Marrow Dyckman Newman & Broudy, LLC to counsel of record for Alavi Foundation, 650 Fifth Avenue Company, and the United States of America; and it is further

ORDERED that any responsive papers to the relief requested in this Order, the annexed declaration and exhibits, and the accompanying memorandum of law be filed on or before ~~May 13, 2021~~ *May 4 at noon with courtesy copies in hard copy to chambers*; and it is further

ORDERED that any replies to any such responsive papers be filed on or before ~~May 20, 2021~~ *May 6 at noon with courtesy copies sent in hard copy to chambers*; and it is further

*ORDERED that argument shall be in Courtroom 12A on May 7 at 9:00 am; and it's further*

ORDERED that proceeding via Order to Show Cause is appropriate because the requested relief seeks to enjoin payment of funds now restrained that will become un-restrained upon the imminent issuance of a mandate by the Court of Appeals in connection with its judgment entered on in In re: 650 Fifth Avenue and Related Companies, Case No. 20-1212 on March 9, 2021, *and it is further*

*ORDERED that there is no need for security.*

SO ORDERED: New York, New York
April ~~30~~, 20~~19~~ 21

*Loretta A. Preska*

The Honorable Loretta A. Preska, U.S.D.J