```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| IN RE: 650 FIFTH AVENUE AND RELATED PROPERTIES | 08 Civ. 10934 (LAP)<br>09 Civ. 4614 (LAP)<br>09 Civ. 553 (LAP)<br>09 Civ. 4784 (LAP)<br>09 Civ. 564 (LAP)<br>09 Civ. 165 (LAP)<br>09 Civ. 166 (LAP)<br>10 Civ. 2464 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall inform the Court no later than today, Thursday, May 13, at 4 p.m. whether they consent to extending the TRO (dkt. no. 2347 in 8-cv-10934) through Monday, May 17, so that the Court can issue a full opinion on the motion (dkt. no. 2345).

    **SO ORDERED.**

Dated:    New York, New York
            May 13, 2021

                                _/s/ Loretta A. Preska_
                                LORETTA A. PRESKA