**United States District Court**
**For The**
**Southern District Of New York**
**File Number 08-cv-10934**

**In Re 650 Fifth Avenue**
**And Related Properties**

## CORRECTED NOTICE OF APPEAL

Edwena R. Hegna, in her representative capacity as Executor of the Estates of Charles F. Hegna. deceased and Paul B. Hegna, deceased; and Edwena R. Hegna, in her individual capacity, Steven A. Hegna, Craig M. Hegna, and Lynn M. Hegna Moore, defendants-claimants herein and judgment creditors in a related case, *Hegna v. Islamic Republic of Iran, 11-cv-03761* hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment entered herein at dkt. no. 2357. The Hegna-Appellants are also filing separately in *Hegna v. Islamic Republic of Iran 11-cv-03761*. This appeal is taken from the entirety of the Judgment entered.

Ralph Paul Dupont
Of the Dupont Law Firm, LLP
Attorneys for the Hegna-Appellants
700 Canal Street, Suite One
P.O. Box 3325
Stamford, CT 06905
Tel: 914-764-5018

Dated: June 1, 2021.
    Stamford, CT.