UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: 650 FIFTH AVENUE AND
RELATED PROPERTIES

08-cv-10934 (LAP)

**NOTICE OF APPEAL**

    Notice is hereby given that the Dr. Lucille Levin and Suzelle M. Smith, Trustee of the Jeremy Isadore Levin 2012 Revocable Trust, as Amended (together, the "Levins") appeal to the United States Court of Appeals for the Second Circuit from the Judgment of the Honorable Loretta A. Preska, District Judge, entered on May 7, 2021, that Ordered and Adjudged, over the Levins' opposition based on the Levins' existing writ of attachment and priority claim to the same assets, that 1) the Government have a judgment of civil forfeiture against Assa Corp. and Assa Co. Ltd.'s interests in the Defendants-*in-rem*; 2) all interests of Assa Corp. and Assa Co. Ltd. in the 650 Fifth Avenue Company, including interests in funds allocated for partnership distributions that have been held by the U.S. Marshals Service pursuant to protective orders, be forfeited to the United States of America and the interests of the Assa Corp. and Assa Co. Ltd. therein be extinguished (which order also acts to extinguish the Levins' rights, notwithstanding their existing writ of attachment); 3) all funds formerly on deposit in Defendant Accounts-1, -2, -3, and -4, and all funds traceable thereto, be forfeited to the plaintiff United States of America and the interests of Assa Corp. and Assa Co. Ltd. therein be extinguished (which order also acts to extinguish the Levins' rights, notwithstanding their existing writ of attachment); 4) the United States Marshals Service be authorized to take possession of and to dispose of the interests of

Assa Corp. and Assa Co. Ltd. in the Defendants-*in-rem* notwithstanding the Levins' writs of attachment which give them a priority right to the assets, and their pending lawsuit, *Levin v. 650 Fifth Avenue Company, et al.*, 17-cv-959.

Dated: July 7, 2021                                    Respectfully submitted,

                                                            HOWARTH & SMITH
                                                            DON HOWARTH
                                                            SUZELLE M. SMITH

By:    */s/ Suzelle M. Smith*
        Suzelle M. Smith (5376900)
        ssmith@howarth-smith.com
        523 West Sixth Street, Suite 728
        Los Angeles, California 90014
        (213) 955-9400

*Attorneys for the Levin Plaintiffs*