# DUPONT LAW FIRM
## ATTORNEYS AND COUNSELLORS AT LAW



BARBARA J. DUPONT
(914) 512-6346

RALPH P. DUPONT
OF COUNSEL
(914) 608-2992

July 16, 2021

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, NY    10007

Re: Hegna v. Islamic Republic of Iran 11-cv-03761 (originally filed as no. 18-MS-0302 (Judgment 02-2472) and In re 650 Fifth Avenue (Case no. 08-cv-10934) entry on May 10, 2021 of judgment of forfeiture (dkt. no. 2357) is needed in both cases to file appeal).

Dear Judge Preska:

  This is a follow-up letter to our prior inquiry to the Court concerning a likely need for an entry of the Court's forfeiture judgment in Case no. 08-cv-10934[ [Opinion, dkt.no. 2343] in both of the above-captioned forfeiture and turn-over actions to permit the Hegnas to docket their Notices of Appeal in both cases. That has recently been accomplished in the Levin Judgment Creditor's action, Case Nos. 17-cv-00959 and 08-cv-10934, and since July 7, 202, both appeals are now consolidated and pending in the Court of Appeals as 21-1116 and 21-1680.

  Our appeal from the Court's judgment in the forfeiture proceeding is docketed as Case No. 21-1411 at the Court of Appeals. We respectfully request that the Court's judgment entered on May 10, 2021 in 08-cv-10934 [dkt. no. 2357] be entered also in 11-cv-03761 in order that we may file our appeals in both cases.

  The Court's attention is respectfully invited to the prior consolidation, since early 2013, of our clients' turn-over action (11-cv-03761), with all other judgment creditor turn-over actions, within 08-cv-10934. We understand that at this time, 11-cv-03761 is now the only turn-over action that is not so consolidated of record with the remaining turn-over actions.

We are anxious to complete the filing of our appeals in both cases, and to consolidate all actions in the Court of Appeals. Thank you for any consideration you may give our request.

Respectfully,

Ralph Paul Dupont

cc: **All counsel of record via ECF**