UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re 650 Fifth Avenue and Re
08-cv-10934 (LAP)**

---------------------------------

08-cv-10934 (LAP)
09-cv-00165 (LAP)
09-cv-00166
09-cv-553 (LAP)
09-cv-564 (LAP)
10-cv-1627 (LAP)
10-cv-2464 (LAP)
11-cv-03761 (LAP)
12-mc-19 (LAP)
12-mc-20 (LAP)
12-mc-21 (LAP)
12-mc-22 (LAP)
13-mc-71 (LAP)
13-cv-1825 (LAP
13-cv-1848 (LAP)
And all member and
Related cases

## NOTICE OF APPEAL

**Notice is hereby given** that Edwena R. Hegna, in her individual capacity, and also as the Executor of the Estates of Charles F. Hegna. deceased, and Paul B. Hegna, deceased; and Steven A. Hegna; Craig M. Hegna, and Lynn M. Hegna Moore, claimants herein and plaintiffs-claimants in *Hegna v. Islamic Republic of Iran*, 11-cv-03761, claiming a first priority lien on certain, non-forfeitable Assa Corp. and Bank Melli Iran rental revenues, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered herein on May 10, 2021[dkt. no. 2357] which civilly forfeits such rental revenue (presently restrained by the U.S. Marshals Service) thereby extinguishing the Hegnas' priority lien to the same assets.

On July 7, 2021, the Levin Appellants herein, who oppose both the forfeiture Judgment and the Hegnas' priority claims to the aforesaid, restrained, rental revenues, filed their second appeal herein [dkt. no. 2371] which is now docketed in the Court of Appeals as 21-1680 thus necessitating this cross appeal to protect the Hegna-Appellants' priority claims from extinguishment by the Levins.

*/s/ Ralph P. Dupont*

Ralph Paul Dupont
Of the Dupont Law Firm, LLP
Attorneys for the Hegna- Claimants -Appellants
700 Canal Street, Suite One
P.O. Box 3325
Stamford, CT 06905.

Tel: 914-764-5018

Dated: July 28, 2021.
Stamford, CT