

July 30, 2021

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

By email to PreskaNYSDChambers@nysd.uscourts.gov

Re: In Re 650 Fifth Avenue and Related Properties, No. 08 Civ. 10934 (LAP)

Dear Judge Preska:

Please find attached the Forty Fourth Quarterly Monitor's Report required by the Court's April 28, 2010 Order. Please let me know if the Court needs any further information in connection with this Report.

I respectfully request that this Report not be docketed, or, if docketed, filed under seal.

Respectfully,

*Kathleen A. Roberts*

Kathleen A. Roberts
Court-Appointed Monitor
cc: AUSA Michael Lockard
    Daniel S. Ruzumna, Esq.
    Saif Agha, Esq.

The Court approves the report.

SO ORDERED.

*Loretta A. Preska*

8/4/2021

620 EIGTH AVNEUE 34TH FLOOR  NEW YORK, NY 10018  TEL 212-751-4099  FAX 212-751-4099