UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
:
IN RE 650 FIFTH AVENUE
AND RELATED PROPERTIES          :        No. 08 Civ. 10934 (LAP)
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- X

### NOTICE OF THE ALAVI FOUNDATION'S AND THE 650 FIFTH AVENUE COMPANY'S MOTION TO COMPEL THE PRODUCTION OF STATUTE OF LIMITATIONS DOCUMENTS

PLEASE TAKE NOTICE that Claimants Alavi Foundation and the 650 Fifth Avenue Company hereby move this Court for entry of an order compelling the Government to produce documents related to Claimants' statute of limitations affirmative defense, as directed by the Second Circuit in its August 9, 2019 decision and subsequent mandate. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Motion to Compel the Production of Statute of Limitations Documents.

Dated: October 14, 2021

                                              Respectfully submitted,

                                               /s/ Daniel S. Ruzumna_____
                                              Daniel S. Ruzumna
                                              PATTERSON BELKNAP WEBB & TYLER LLP
                                              1133 Avenue of the Americas
                                              New York, New York 10036
                                              Telephone 212-336-2000
                                              Facsimile 212-336-2222
                                              druzumna@pbwt.com

                                              *Counsel for Claimants Alavi Foundation and 650*
                                              *Fifth Avenue Company*