# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
In re 650 Fifth Avenue and Related Properties  :  08 Civ. 10934 (KBF)
                                              :  ECF Case
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK        )
COUNTY OF NEW YORK       : ss.:
SOUTHERN DISTRICT OF NEW YORK )

## DECLARATION OF GEORGE C. VENIZELOS

GEORGE C. VENIZELOS deposes and says:

1. I am the Assistant Director in Charge ("ADIC") of the Federal Bureau of Investigation's ("FBI") New York Field Office ("NYFO"). I have held this position since October 2012, when I was appointed by FBI Director Robert Mueller. Prior to my position as ADIC of the NYFO, I was the Special Agent in Charge ("SAC") of the Philadelphia Division from 2010 to 2012. I was also Assistant Special Agent in Charge ("ASAC") of the NYFO Criminal Division from August 2002 until 2003 and ASAC of the NYFO Counterterrorism Division, with responsibility for the domestic terrorism program, including terrorism threats to New York City and the surrounding area, from 2003 until 2005. I have been with the FBI since 1991.

2. As the Assistant Director in Charge of the NYFO, I am responsible for the FBI's largest field office. I oversee all FBI operations and personnel in the five boroughs of New York City, eight counties in New York State, and the La Guardia and John F. Kennedy International

airports. I supervise the NYFO's Criminal Division, the Counterterrorism Division, and the Counterintelligence Division.

3. I base this declaration on my personal knowledge, information available to me in the performance of my official duties, and my knowledge of the issues being litigated in this case, including information that has been provided to me by FBI Special Agents and Joint Terrorism Task Force members who are responsible for this case.

4. I am aware that FBI information has been withheld during the course of discovery in this matter based on the assertion of the law enforcement privilege, among other privileges. The purpose of this declaration is to formally assert the law enforcement privilege with respect to information that has been redacted from the FBI's document production in this matter under FBI deletion codes "A" (information which is properly classified pursuant to executive order, the disclosure of which could reasonably be expected to cause damage to the national security or the conduct of the government's international relations)[1], "B" (information, the disclosure of which would tend to reveal the identity of an informant), "E" (information, the disclosure of which would tend to identify a source of information, where confidentiality is expressed or implied), "G" (the law enforcement privilege – the disclosure of this information could cause harm to, impeded, impair, or hinder an investigation and/or an investigative interest of the FBI), "H" (the law enforcement privilege – the disclosure of this information would impede or impair the effectiveness of an investigative technique, method or procedure of the FBI), and "S" (personal identifying information related to law enforcement personnel and their family members, the disclosure of which is routinely guarded for security reasons) (the "Redacted Material"). The

---

[1] I understand that the agents responsible for this matter intend to request the declassification of limited portions of material redacted under Deletion Code A. In the event that request is granted, the FBI will no longer assert the law enforcement privilege with respect to the declassified material. Unless and until such a request is granted, however, my assertion of the law enforcement privilege includes these materials.

2

fact that my assertion is limited to the law enforcement privilege does not mean and is not intended to suggest that the information may not also be protected from disclosure by other privileges.

5. Based on my knowledge of the issues involved in this case and of the contents of the Redacted Material, I am satisfied that the law enforcement privilege applies to the Redacted Material. The Redacted Material contains sensitive information concerning national security and counterintelligence investigations, including investigative methods and techniques, national security and counterintelligence sources, national security and counterintelligence subjects and targets, areas of national security and counterintelligence interest or focus, and national security and counterintelligence priorities. Disclosure of the Redacted Material would reveal law enforcement techniques and procedures, undermine the confidentiality of sources, endanger the safety of witnesses and/or law enforcement personnel, interfere with ongoing investigations, and seriously impair the FBI's ability to conduct future investigations.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: New York, New York
May 23, 2013

GEORGE C. VENIZELOS
Assistant Director in Charge, New York Field Office
Federal Bureau of Investigation

3