UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. LUCILLE LEVIN and SUZELLE M. SMITH, Trustee of the Jeremy Isadore Levin 2012 Revocable Trust,

    Plaintiffs,

-against-

650 FIFTH AVENUE COMPANY, ALAVI FOUNDATION, BANK MELLI IRAN, ASSA CORPORATION, and ASSA COMPANY LIMITED,

    Defendants.

No. 17 CV 959 (LAP)

[Relates to 08 CV 10934 (LAP)]

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by joint letter no later than Friday May 6, 2022, of the status of the action/remaining claims/defendants.

**SO ORDERED.**

Dated:    April 27, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge