UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE 650 FIFTH AVENUE AND RELATED PROPERTIES

No. 08 Civ. 10934 (LAP)

Approved -
So Ordered
Loretta A Preska

11/21/22

**FORTY-NINTH QUARTERLY REPORT OF
MONITOR KATHLEEN A. ROBERTS
PURSUANT TO THE COURT'S APRIL 28, 2010 ORDER**

Pursuant to the Court's April 28, 2010 Order (the "Order") entered in the above-captioned action, the undersigned, Kathleen A. Roberts, as Court-appointed Monitor, respectfully submits this Forty-Ninth Quarterly Report regarding the actions taken and findings made by the Monitor, as set forth in Section I of the Order, for the quarter ended September 30, 2022. The Court is respectfully referred to the Monitor's Initial Report for a description of the background of the 650 Fifth Avenue Property, the history of the instant litigation, and the operation of the 650 Fifth Avenue Property prior to the Monitor's appointment.

Pursuant to Section I of the Order, the Monitor is required to (i) ascertain the financial condition of the Alavi Foundation and 650 Fifth Avenue Company, (ii) review and approve disbursements, agreements, and other activities of 650 Fifth Avenue Company, in order to preserve the value of 650 Fifth Avenue Company and the Defendant Real Properties for forfeiture, (iii) review and approve any decisions or other actions taken by the Alavi Foundation pursuant to its obligations under the Partnership Agreement, (iv) review and approve

1

disbursements by the Alavi Foundation, (v) monitor the activities of 650 Fifth Avenue Company and the status of the Defendant Real Properties in order to preserve the value of those properties for forfeiture.

## Operation of the 650 Fifth Avenue Company

### Summary of Financial Condition

The overall financial condition of the Building is excellent. Revenues exceeded operating expenses for the quarter ended September 30, 2022. Total Revenues were $12,474,691.53 and Total Operating Expenses for the period were $4,866,733.31. The resulting Net Operating Income was $7,607,958.22. Capital expenditures and commission payments for the quarter ended September 30, 2022, totaled $4,962,676.70. As of September 30, 2022, the Building had available cash of $65,599,288.76.

### Approval of Expenses and Contracts

All requests for non-routine expenses and contract commitments are submitted to the Monitor in writing with supporting documentation. These include fees and commissions paid to the managing agent Cushman & Wakefield, capital expenditures, expenses associated with tenant improvements and related contracts, as well as lease agreements. Copies of these requests are provided to the United States Attorney's Office prior to approval. The Monitor receives and reviews financial reports on a monthly basis.

### Leasing and Vacancies

The vacancy rate of the Building as of September 30, 2022, was 6.9%, which is a remarkable achievement in the current commercial real estate market where the Third Quarter vacancy rate for Midtown Class A buildings was 16.1% and 23.2% for the Fifth Avenue

submarket. During the quarter ended September 30, 2022, the Building signed new leases and lease renewals totaling 11,289 rentable square feet. The COVID pandemic, and the dramatic increase in available office space, is expected to have a continuing negative effect on future leasing and vacancies. 650 Fifth has maintained an aggressive marketing campaign, including the availability of virtual tours on its website, which has been highly successful, and has resulted in a number of in-person tours of available space. The Cushman & Wakefield leasing team is also engaged in a systematic outreach effort to tenants with leases expiring in the next 18-24 months, which is focused on retaining existing tenants by negotiating lease extensions consistent with changing market conditions.

Capital Projects and Expenditures:

No capital improvements were completed during the quarter ended September 30, 2022. Pre-built offices for currently vacant space are planned for the first or second quarter of 2023.

COVID Procedures and Compliance

In accordance with changes in governmental regulations, the Building has eliminated masking requirements. However, masks are available to those who wish to utilize them. The Building will comply with any future guidelines issued by New York State or New York City. Enhanced cleaning of all high touch areas continues.

Building Occupancy

Building occupancy is tracked on a daily basis and records are maintained pursuant to government regulations. This includes the identification of all persons entering the Building. During the quarter ended September 30, 2022, daily occupancy ranged from 120 to 332 (compared to normal daily occupancy of 900-1000).

Arrears

The Monitor receives regular reports on the status of efforts to address any arrears, which efforts include negotiations, as well as legal proceedings. A protocol has been established to deal promptly and aggressively with delinquent tenants. Arrears as of September 30, 2022, were, $472,885.64.[1]

## Operation of the Alavi Foundation

Pursuant to Orders of the Second Circuit dated January 5, 2018, and February 13, 2018, as well as the Order of this Court dated December 12, 2019, there have been no distributions directly to the Alavi Foundation from the rental income of the Building. Approved expenses for the maintenance and safety of Alavi Foundation properties have been paid directly by 650 Fifth Avenue Company, which are treated for accounting and tax purposes as a partnership distribution to the Alavi Foundation (with a corresponding distribution to Assa). During the quarter ended September 30, 2022, the Monitor approved payment by 650 Fifth Avenue Company for expenses incurred to maintain Alavi Foundation properties in California, New York, Texas, Virginia, and Maryland totaling $1,089,481.13. In addition, during the quarter ended September 30, 2022, the Monitor approved payment by 650 Fifth Avenue Company of $101,396.44 for litigation-related expenses incurred by the Alavi Foundation (charged against funds released pursuant to the Second Circuit's March 9, 2021 Order). These payments were also treated for accounting and tax purposes as partnership distributions to the Alavi Foundation

---

[1] The arrears of $472,885.64 are attributable to nonpayment by the 650 Fifth Master Lessee of additional rent billed for work orders placed by its tenant Nike. The 650 Fifth management team has been actively working with the Master Lessee and Nike to resolve disputed construction work order charges from 2018-2019. Late fee penalties have been assessed in accordance with the Lease and a letter of default was sent to 650 Fifth Master Lessee on October 21, 2022.

(with corresponding distributions to Assa). The Monitor also approved $39,126.58 for expenses related to the operation of the Alavi Foundation.[2]

### Amounts Owed to Assa

Partnership distributions owed to Assa are transferred periodically from 650 Fifth Avenue Company to an account held by the United States Marshal.

The Monitor will be happy to provide any additional information or documentation pertaining to the matters addressed in this Report.

Respectfully submitted,

*Kathleen A. Roberts* (signature)

Kathleen A. Roberts
November 17, 2022

---

[2] These expenses were paid from unused funds previously approved by the Monitor for which distributions to Assa have already been made.