November 8, 2022

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Approved.
12/19/2022

*/s/ Loretta A. Preska*

Re: <u>In Re 650 Fifth Avenue and Related Properties, No. 08 Civ. 10934 (LAP)</u>

Dear Judge Preska:

I am writing pursuant to the Court's April 28, 2010 Order for Appointment of Monitor to request that the Court approve payment of the fees incurred by me as Court-appointed Monitor, as set forth in detail in the attached invoices to 650 Fifth Avenue Company, totaling $55,374. As set forth in the attached letter from counsel for 650 Fifth Avenue Company, these invoices have been reviewed by 650 Fifth Avenue Company, which has no objection to this request.

Please let me know if the Court needs any further information in connection with this request. Thank you for Your Honor's consideration.

Respectfully,

*/s/ Kathleen A. Roberts*

Kathleen A. Roberts
Court-Appointed Monitor
cc: AUSA Michael Lockard
    Daniel S. Ruzumna, Esq.
    Saif Agha, Esq.

# AGHA & AGHA, LLP
## COUNSELORS AT LAW

NAZISH M. AGHA^

SAIF M. AGHA^

^ Admitted in NY & NJ Bars

7 Lincoln Highway, Suite 214

Edison, New Jersey 08820
Phone: 732.662.7532
Fax: 732.662.7534

E-mail:  info@aghalaw.com

November 8, 2022

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

**Re:**   *In re: 650 Fifth Avenue and Related Properties*
**08-cv-10934, 09-cv-165 & member cases, and 17-cv-959 (LAP)**

Dear Judge Preska,

We represent the Alavi Foundation (the "Foundation") and 650 Fifth Avenue Company (the "Fifth Avenue Company") in the above captioned action and write regarding the Court's March 30, 2020 and October 21, 2020 Orders appointing Honorable Kathleen A. Roberts as Monitor and Interim Trustee ("Trustee") of the Defendant Properties.

The appointed Trustee has provided the Fifth Avenue Company with bills requesting payment for services provided in her capacity as Trustee.  We have reviewed the attached invoice with the Foundation, and we have no objection to the Trustee's request for payment.  Should Your Honor order payment of this invoice, the Fifth Avenue Company will request the Trustee's permission to make a payment from its accounts in the amount of $55,374.00.

Respectfully Submitted,

*/S/Saif M. Agha*

Saif M. Agha, Esq.