May 4, 2023

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

By email to PreskaNYSDChambers@nysd.uscourts.gov

    Re:  In Re 650 Fifth Avenue and Related Properties, No. 08 Civ. 10934 (LAP)

Dear Judge Preska:

    Please find attached the Fifty-First Quarterly Monitor's Report required by the Court's April 28, 2010 Order. Please let me know if the Court needs any further information in connection with this Report.

    I respectfully request that this Report not be docketed, or, if docketed, filed under seal.

Respectfully,

*[signature: Kathleen A. Roberts]*

Kathleen A. Roberts
Court-Appointed Monitor
cc: AUSA Michael Lockard
    Daniel S. Ruzumna, Esq.
    Saif Agha, Esq.

The request is approved.

SO ORDERED.

*[signature: Loretta A. Preska]*

5/8/2023