

www.pbwt.com

November 30, 2023

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

By ECF

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

>    Re:   **In re 650 Fifth Avenue and Related Properties**
>          **08 Civ. 10934 (LAP)**

Dear Judge Preska:

      We write on behalf of our clients, Defendants Alavi Foundation and 650 Fifth Avenue Company (together, the "Alavi Defendants"), the Government, and all but one of the private plaintiff groups with outstanding judgments against Iran who have brought claims in this consolidated matter (the "Judgment Creditors"). The aforementioned Parties are pleased to inform the Court that they have reached a settlement in principle for the resolution of this fifteen-year-old litigation.

      All Parties but one to the consolidated action (and the various related actions) have signed a term sheet outlining the key terms of the global settlement. The holdout is a single group of Judgment Creditors—the plaintiffs in *Hegna, et al v. Islamic Republic of Iran*, 18-ms-0302 (S.D.N.Y.), and in *Hegna, et al v. Islamic Republic of Iran*, 11-cv-3761 (S.D.N.Y.) (the "Hegna Plaintiffs"). Discussions amongst the Judgment Creditors as to whether the Hegna Plaintiffs will join the settlement are continuing. But if the Hegna Plaintiffs choose not to participate, the other Parties have discussed several possible options to avoid delaying or potentially dissolving the entire settlement because of the Hegna Plaintiffs' position.

      We respectfully request that the Court schedule a conference in the next two weeks to discuss potential courses of action if the Hegna Plaintiffs choose not to participate in the settlement, and further to discuss some of the remaining hurdles that must be addressed before the settlement can be finalized. Indeed, there are still several contingencies that must be addressed for the settlement to go into effect, and the Parties believe that the Court's assistance could be helpful in navigating some of the more complicated contingencies.

Hon. Loretta A. Preska
November 30, 2023
Page 2

We appreciate the Court's consideration and attention to this matter.

Respectfully submitted,

Daniel S. Ruzumna

cc:  Counsel of Record

```
The parties are directed to appear in
Courtroom 12A, United States Courthouse,
500 Pearl Street, New York, New York 10007
on December 12, 2023 at 11:00 a.m., Eastern
Time, for a conference on the matters set
forth herein. SO ORDERED.

Date:  December 1, 2023


_____
Loretta A. Preska
Senior United States District Judge
```