UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re 650 Fifth Avenue and Related Properties | No. 08 CV 10934 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Any member of the public wishing to listen to the status conference scheduled for 11:00 a.m. ET on December 12, 2023 shall use the following dial-in information:

**Teleconference number:** (877) 402-9753
**Access Code:** 6545179

SO ORDERED.

Dated:      December 7, 2023
            New York, New York

_Loretta A. Preska_
_____
LORETTA A. PRESKA
Senior United States District Judge