**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB**
Advocates & Litigators

ROBERT L. WIGGINS, JR.
DENNIS G. PANTAZIS
ANN K. WIGGINS
SAMUEL FISHER
DEBORAH A. MATTISON
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR
BRIAN CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
CANDIS A. McGOWAN
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
ROBERT J. CAMP
RACHEL LEE McGINLEY
JOSHUA R. GALE•
L. WILLIAM SMITH
D.G. PANTAZIS JR.
SIDNEY JACKSON
PATRICK L. PANTAZIS
LACEY DANLEY
CHRISTINA MALMAT
ERIC C. SHEFFER
NICKI L. LAWSEN

TIMOTHY B. FLEMING•
TERRILL W. SANDERS
OF COUNSEL
•Not Licensed in Alabama

ROBERT F. CHILDS, JR.
(1947-2018)

January 2, 2024

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

Re: In re: 650 Fifth Avenue and Related Properties
Case No.: 08-Civ-10934-LAP

Dear Judge Preska:

We write to oppose Mr. Dupont's December 31, 2023 letter (Doc. 2420) and request to have both him and his clients appear remotely. This eleventh-hour request, sent on New Year's Eve, is untimely and inappropriate. Typically, we would not oppose such a request, but despite knowing for weeks now that a conference was scheduled for January 3, 2024, and despite knowing that one of the main purposes of the conference was to have clients present, Mr. Dupont waited until this late date and time to submit his request after other counsel and clients have already made arrangements to travel to New York for this conference.

Mr. Dupont is not the only counsel for the Hegna Family and his office is less than two hours by car from the Court. Further, Mr. Dupont gave no reason why he, other counsel, or at least some of the clients could not participate in court live. Finally, counsel for the *Havlish* Plaintiffs have themselves continually tried to contact Mr. Dupont almost daily since the Court's Order with no success.

Counsel and their clients are therefore prejudiced by this late request having made plans to attend what the Court ordered is to be an in-person conference. We therefore respectfully request that this request be denied.

Respectfully,

/s/ Dennis G. Pantazis
Dennis G. Pantazis
Counsel for the *Havlish* Plaintiffs

DGP/tbt