August 21, 2024

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: In Re 650 Fifth Avenue and Related Properties, No. 08 Civ. 10934 (LAP)

Dear Judge Preska:

I am writing pursuant to the Court's April 28, 2010 Order for Appointment of Monitor to request that the Court approve payment of the fees incurred by me as Court-appointed Monitor, as set forth in detail in the attached invoices to 650 Fifth Avenue Company, totaling $86,658. As set forth in the attached letter from counsel for 650 Fifth Avenue Company, these invoices have been reviewed by 650 Fifth Avenue Company, which has no objection to this request.

Please let me know if the Court needs any further information in connection with this request. Thank you for Your Honor's consideration.

Respectfully,

*[signature]*

Kathleen A. Roberts
Court-Appointed Monitor
cc: AUSA Michael Lockard
    Daniel S. Ruzumna, Esq.
    Saif Agha, Esq.

The invoice is approved. SO ORDERED.

Date: 08/22/24

*[signature]*
LORETTA A. PRESKA, U.S.D.J.