UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE 650 FIFTH AVENUE AND              No.: 08-CV-10934 (LAP)
RELATED PROPERTIES

_____

**ORDER GRANTING**
**MOTION FOR FINAL DISMISSAL WITH PREJUDICE**

The Withdrawing Havlish Judgment Creditors, identified on the attached **Exhibit A,** have moved for entry of an Order granting final dismissal with prejudice of all the claims of the Withdrawing Havlish Judgment Creditors in the 650 proceedings (ECF No. 2459).

Accordingly, the claims of the Withdrawing Havlish Judgment Creditors listed on **Exhibit A** are hereby dismissed, with prejudice, from the 650 proceedings.

The claims of the Havlish Judgment Creditors, who are not listed on **Exhibit A**, will remain in the 650 proceedings and are unaffected by this Order.

The Clerk of the Court is directed to close dkt. no. 2459.

**SO ORDERED.**

_____

Honorable Loretta A. Preska

Date:    May 6, 2025

# EXHIBIT A

EXHIBIT A -
**WITHDRAWING HAVLISH JUDGMENT CREDITORS**

| | CLAIM INFORMATION | CLIENT | 9/11 DECEDENT | RELATIONSHIP | PR OF ESTATE |
|---|---|---|---|---|---|
| 1 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Estate of Michael A. Bane** | **Michael Bane** | 9/11 Decedent | **Tara Bane** |
| 2 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Gerald Bingham** | **Mark Kendall Bingham** | Parent | |
| 3 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Estate of Martin Boryczewski** | **Martin Boryczewski** | 9/11 Decedent | Julia Boryczewski |
| 4 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Krystyna Boryczewski** | **Martin Boryczewski** | Parent | |

**EXHIBIT A -**
**WITHDRAWING HAVLISH JUDGMENT CREDITORS**

| | | | | | |
|---|---|---|---|---|---|
| 5 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Estate of Michael Boryczewski | Martin Boryczewski | Parent | Julia Boryczewski |
| 6 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Julia Boryczewski | Martin Boryczewski | Sibling | |
| 7 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Michele Boryczewski | Martin Boryczewski | Sibling | |
| 8 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Estate of Steven Cafiero | Steven Cafiero | 9/11 Decedent | Grace Kneski |
| 9 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Grace Kneski | Steven Cafiero | Parent | |

**EXHIBIT A -**
**WITHDRAWING HAVLISH JUDGMENT CREDITORS**

| | | | | | |
|---|---|---|---|---|---|
| 10 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | **Estate of Richard M. Caproni** | Richard M. Caproni | 9/11 Decedent | Richard A. Caproni |
| 11 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Christopher Caproni | Richard M. Caproni | Sibling | |
| 12 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Dolores Caproni | Richard M. Caproni | Parent | |
| 13 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Lisa Caproni-Brown | Richard M. Caproni | Sibling | |
| 14 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Michael Caproni | Richard M. Caproni | Sibling | |

| | | | | | |
|---|---|---|---|---|---|
| 15 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Richard A. Caproni | Richard M. Caproni | Parent | |
| 16 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Alice Carpeneto | Joyce Ann Carpento | Parent | |
| 17 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | **Estate of Peter Chirchirillo** | Peter Chirchirillo | 9/11 Decedent | Clara Chirchirillo |
| 18 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Livia Chirchirillo | Peter Chirchirillo | Sibling | |
| 19 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Catherine DeBlieck | Peter Chirchirillo | Sibling | |

**EXHIBIT A -**
**WITHDRAWING HAVLISH JUDGMENT CREDITORS**

| | | | | | |
|---|---|---|---|---|---|
| 20 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Estate of Jeffrey Coale** | Jeffrey Coale | 9/11 Decedent | Leslie Brown |
| 21 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **William Coale** | Jeffrey Coale | Parent | |
| 22 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Estate of Daniel M. Coffey** | Daniel M. Coffey | 9/11 Decedent | Frances M. Coffey |
| 23 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Daniel D. Coffey, M.D. | Daniel M. Coffey | Child | |
| 24 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Estate of Jason Coffey** | Jason Coffey | 9/11 Decedent | Frances M. Coffey |

**EXHIBIT A -**
**WITHDRAWING HAVLISH JUDGMENT CREDITORS**

| | | | | | |
|---|---|---|---|---|---|
| 25 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501; Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Daniel D. Coffey, M.D. | Daniel M. Coffey | Sibling | |
| 26 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501; Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Estate of Jeffrey Collman | Jeffrey Collman | 9/11 Decedent | Keith Bradkowski |
| 27 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501; Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Dwayne W. Collman | Jeffrey Collman | Parent | |
| 28 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501; Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Charles Collman | Jeffrey Collman | Sibling | |
| 29 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501; Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Estate of Stephen Dorf | Stephen Dorf | 9/11 Decedent | Michelle Dorf and Linda Sammut |

EXHIBIT A -
WITHROWING HAVLISH JUDGMENT CREDITORS

| | | | | | |
|---|---|---|---|---|---|
| 30 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Ann Marie Dorf | Stephen Dorf | Sibling | |
| 31 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Joseph Dorf | Stephen Dorf | Sibling | |
| 32 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Michelle Dorf | Stephen Dorf | Co-PR/Sibling | |
| 33 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Morris Dorf | Stephen Dorf | Parent | |
| 34 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Robert Dorf | Stephen Dorf | Sibling | |

EXHIBIT A -
WITHWRAWING HAVLISH JUDGMENT CREDITORS

| | | | | | |
|---|---|---|---|---|---|
| 35 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Linda Sammut | Stephen Dorf | Co-PR/Sibling | |
| 36 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Estate of Judy Fernandez | Judy Fernandez | 9/11 Decedent | Corazon Fernandez |
| 37 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Corazon Fernandez | Judy Fernandez | Parent | |
| 38 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Estate of Ronald Gamboa | Ronald Gamboa | 9/11 Decedent | Regina Maria Merwin |
| 39 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Regina Maria Merwin | Ronald Gamboa | Sibling | |

EXHIBIT A -
WITHDRAWING HAVLISH JUDGMENT CREDITORS

| | | | | | |
|---|---|---|---|---|---|
| 40 | *Third Amended Complaint in Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Grace Parkinson-Godshalk | William Godshalk | Parent | |
| 41 | *Third Amended Complaint in Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Estate of Liming Gu | Liming Gu | 9/11 Decedent | Jin Liu |
| 42 | *Third Amended Complaint in Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Alan Gu | Liming Gu | Child | |
| 43 | *Third Amended Complaint in Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | William Havlish | Donald G. Havlish, Jr. | Sibling | |
| 44 | *Third Amended Complaint in Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Susan Conklin | Donald G. Havlish, Jr. | Sibling | |

EXHIBIT A -
WITHDRAWING HAVLISH JUDGMENT CREDITORS

| | | | | | |
|---|---|---|---|---|---|
| 45 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Huichun Jian | Hweidar Jian | Sibling | |
| 46 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Hui-Chuan Jian | Hweidar Jian | Sibling | |
| 47 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Hui-Chien Chen | Hweidar Jian | Sibling | |
| 48 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Hui-Zon Jian | Hweidar Jian | Sibling | |
| 49 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | **Estate of Denis Lavelle** | Denis Lavelle | 9/11 Decedent | Marie Ann Paprocki |

EXHIBIT A -
WITHDRAWING HAVLISH JUDGMENT CREDITORS

| | | | | | |
|---|---|---|---|---|---|
| 50 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Marie Ann Paprocki | Denis Lavelle | Sibling | |
| 51 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Estate of Robert Levine | Robert Levine | 9/11 Decedent | Stephanie Giglio |
| 52 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Roni Levine | Robert Levine | Spouse | |
| 53 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Michael LoGuidice | Catherine Lisa LoGuidice | Sibling | |
| 54 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Estate of Joseph Lostrangio | Joseph Lostrangio | 9/11 Decedent | Theresanne Lostrangio |

**EXHIBIT A -**
**WITHDRAWING HAVLISH JUDGMENT CREDITORS**

| | | | | | |
|---|---|---|---|---|---|
| 55 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Theresanne Lostrangio | Joseph Lostrangio | Spouse | |
| 56 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Ralph S. Maerz | Noell Maerz | Parent | |
| 57 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Margaret Mauro | Dorothy Mauro | Sibling | |
| 58 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Estate of Mary Melendez | Mary Melendez | 9/11 Decedent | Ramon Melendez |
| 59 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Ramon Melendez | Mary Melendez | Spouse | |

EXHIBIT A -
WITHDRAWING HAVLISH JUDGMENT CREDITORS

| | | | | |
|---|---|---|---|---|
| 60 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Estate of Yvette Nicole Moreno | Yvette Nicole Moreno | 9/11 Decedent | Ivy Moreno |
| 61 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Ivy Moreno | Yvette Nicole Moreno | Parent | |
| 62 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | JoAnne Lovett | Brian Nunez | Parent | |
| 63 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Estate of Philip Paul Ognibene | Philip Paul Ognibene | 9/11 Decedent | Diane Ognibene |
| 64 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Estate of Vincent A. Ognibene | Philip Paul Ognibene | Parent | Diane Ognibene |

EXHIBIT A -
WITHDRAWING HAVLISH JUDGMENT CREDITORS

| | | | | | |
|---|---|---|---|---|---|
| 65 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501; Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Martin Panik | Lt. Jonas Martin Panik | Parent | |
| 66 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501; Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Estate of Linda Ellen Panik | Lt. Jonas Martin Panik | Parent | Martina Panik-Stanley |
| 67 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501; Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Estate of Salvatore T. Papasso | Salvatore T. Papasso | 9/11 Decedent | Christine Papasso |
| 68 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501; Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Christine Papasso | Salvatore T. Papasso | Spouse | |
| 69 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501; Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Patricia J. Perry | John Perry | Parent | |

**EXHIBIT A -**
**WITHDRAWING HAVLISH JUDGMENT CREDITORS**

| | | | | | |
|---|---|---|---|---|---|
| 70 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Rodney Ratchford | Marsha Ratchford | Spouse | |
| 71 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Rodney M. Ratchford | Marsha Ratchford | Child | |
| 72 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Marshae R. Ratchford | Marsha Ratchford | Child | |
| 73 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Maranda C. Ratchford | Marsha Ratchford | Child | |
| 74 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Judith Reiss | Joshua Reiss | Parent | |

EXHIBIT A -
WITHDRAWING HAVLISH JUDGMENT CREDITORS

| | | | | | |
|---|---|---|---|---|---|
| 75 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Estate of John M. Rodak** | John M. Rodak | 9/11 Decedent | Joyce Ann Rodak |
| 76 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Joyce Ann Rodak** | John M. Rodak | Spouse | |
| 77 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Chelsea Nicole Rodak** | John M. Rodak | Child | |
| 78 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Devon Marie Rodak** | John M. Rodak | Child | |
| 79 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **John Rodak** | John M. Rodak | Parent | |

EXHIBIT A -
WITHDRAWING HAVLISH JUDGMENT CREDITORS

| | | | | | |
|---|---|---|---|---|---|
| 80 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Regina Rodak | John M. Rodak | Parent | |
| 81 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Joanne Gori | John M. Rodak | Sibling | |
| 82 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Estate of Elvin Romero | Elvin Romero | 9/11 Decedent | Diane Romero |
| 83 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Diane Romero | Elvin Romero | Spouse | |
| 84 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Helen Rosenthal | Josh Rosenthal | Sibling | |

EXHIBIT A -
**WITHDRAWING HAVLISH JUDGMENT CREDITORS**

| | | | | | |
|---|---|---|---|---|---|
| 85 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Alexander Rowe | Nicholas Rowe | Parent | |
| 86 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Gloria Russin | Steven Russin | Parent | |
| 87 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Expedito Santillan | Maria Theresa Santillan | Parent | |
| 88 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Ester Santillan | Maria Theresa Santillan | Parent | |
| 89 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Joanne Renzi | Victor Saracini | Sibling | |

EXHIBIT A -
WITHDRAWING HAVLISH JUDGMENT CREDITORS

| | | | | | |
|---|---|---|---|---|---|
| 90 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Estate of Scott Schertzer** | Scott Schertzer | 9/11 Decedent | Paul Schertzer |
| 92 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Paul Schertzer | Scott Schertzer | Parent | |
| 92 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Estate of Paul K. Sloan** | Paul K. Sloan | 9/11 Decedent | Ronald Sloan |
| 93 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Ronald S. Sloan | Paul K. Sloan | Parent | |
| 94 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Raymond Alexander Smith | George Smith | Parent | |

| | | | | | |
|---|---|---|---|---|---|
| 95 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Estate of Andrew Stergiopoulos** | Andrew Stergiopoulos | 9/11 Decedent | **George Stergiopoulos and Angela Stergiopoulos** |
| 96 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | George Stergiopoulos, M.D. | Andrew Stergiopoulos | Parent | |
| 97 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Angela Stergiopoulos | Andrew Stergiopoulos | Parent | |
| 98 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | **Estate of Jennifer Tino** | Jennifer Tino | 9/11 Decedent | Joan E. Tino |
| 99 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1:03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Joan E. Tino | Jennifer Tino | Parent | |

**EXHIBIT A -**
**WITHDRAWING HAVLISH JUDGMENT CREDITORS**

| | | | | | |
|---|---|---|---|---|---|
| 100 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Pamela Schiele | Jennifer Tino | Sibling | |
| 101 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Estate of Jeanmarie Wallendorf | Jeanmarie Wallendorf | 9/11 Decedent | Christine Barton |
| 102 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Christine Barton (now Pence) | Jeanmarie Wallendorf | Parent | |
| 103 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Estate of Timothy Raymond Ward | Timothy Raymond Ward | 9/11 Decedent | Michael Paige |
| 104 | Third Amended Complaint in *Havlish v. bin Laden* , 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties* , 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties* , 1:08-cv-10934 - ECF 1001 | Doyle Raymond Ward | Timothy Raymond Ward | Parent | |

**EXHIBIT A -**
**WITHDRAWING HAVLISH JUDGMENT CREDITORS**

| | | | | | |
|---|---|---|---|---|---|
| 105 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Stephen L. Cartledge | Sandra Wright Cartledge | Spouse | |
| 106 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Michelle Wright | Sandra Wright Cartledge | Child | |
| 107 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Leona Zeplin | Marc Scott Zeplin | Parent | |
| 108 | Third Amended Complaint in *Havlish v. bin Laden*, 1:03-md-01570; 1 03-cv-09848 - MDL ECF 2259, Havlish ECF 263; Notice of Claim in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-01934 - ECF 85; Havlish Plaintiffs' Intervenor Complaint in *In re 650 Fifth Avenue and Related Properties*, 1 08-cv-10934 - ECF 501;Amended Complaint in *In re 650 Fifth Avenue and Related Properties*, 1:08-cv-10934 - ECF 1001 | Joslin Zeplin | Marc Scott Zeplin | Sibling | |