UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
:
IN RE 650 FIFTH AVENUE AND RELATED　　:　　**ORDER**
PROPERTIES
:　　08 Civ. 10934 (LAP)
:
:
------------------------------------------------------- X

      WHEREAS, on December 17, 2008, the United States commenced this civil action seeking forfeiture of all Assa Corporation, Assa Company Limited, and Bank Melli Iran's right, title, and interest in the 650 Fifth Avenue Company (the "Partnership"), including but not limited to real property and appurtenances located at 650 Fifth Avenue, New York, New York (the "Building"), and related bank accounts;

      WHEREAS, on November 12, 2009, the United States filed an amended civil forfeiture complaint also seeking forfeiture of, among other properties, all right, title, and interest of the Alavi Foundation of New York ("Alavi") in the Partnership; the Building; certain bank accounts; and certain properties located in New York, Maryland, Virginia, Texas, and California owned by Alavi (the "Alavi Real Properties" and, together with the other defendant properties, the "Defendant Properties");

      WHEREAS, on December 17, 2009, Alavi and the Partnership each filed claims asserting interests in certain of the Defendant Properties;

      WHEREAS, pursuant to various monitorship, trusteeship, and protective orders, the Honorable Kathleen A. Roberts has served as Monitor, Interim Trustee, or Trustee of the Partnership, Alavi, and the Building since April 28, 2010 (Dkt. Entry Nos. 136, 161, 264, 995, 1023, 1408, 1472, 2162, 2191, 2225, and 2336);

WHEREAS, the Honorable Kathleen A. Roberts has asked this Court to excuse her from her position as Court-appointed Monitor and Interim Trustee;

WHEREAS, the Government, Alavi, and the Partnership recommend the appointment of the Honorable Joseph A. Greenaway, Jr. as Monitor and Interim Trustee of Alavi, the Partnership, and the Building;

**THE COURT HEREBY ORDERS AS FOLLOWS**

1. The provisions of the Monitorship, Building Management, and Protective Order dated March 30, 2020 (Dkt. Entry No. 2225), as amended by the Monitorship, Building Management, and Protective Order dated October 21, 2020 (Dkt. Entry No. 2336) shall remain in force and effect, except for Paragraph 3 of the Monitorship, Building Management, and Protective Order dated March 30, 2020, which is hereby amended to appoint Joseph A. Greenaway, Jr. as the Monitor and Interim Trustee of the Partnership, the Building, and Alavi.

2. Kathleen A. Roberts is hereby relieved of her position as Monitor and Interim Trustee of the Partnership, the Building, and Alavi, with the appreciation of the Court, except that:

   a. Ms. Roberts is authorized to sign pending approvals for the Partnership and Alavi expenditures that are due to be issued on July 31, 2025;

   b. To the extent necessary to administratively effectuate her discharge as Monitor and Interim Trustee, Ms. Roberts may sign or co-sign any documents required by third parties over the designation: "*Authorized to Sign as Former Monitor/Interim Trustee*"; and

    c.    Ms. Roberts shall submit her Sixtieth Quarterly Report no later than July 31, 2025.

**SO ORDERED:**

By: _____*Loretta A. Preska*_____   7/30/25
    HONORABLE LORETTA A. PRESKA   DATE
    UNITED STATES DISTRICT JUDGE

3