UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>650 Fifth Avenue and Related Properties, | 08-cv-10934(LAP) |
| KIRSCHENBAUM, et al.,<br>Plaintiffs,<br>v.<br>650 FIFTH AVENUE COMPANY, ALAVI FOUNDATION, ASSA CORPORATION, ASSA COMPANY LIMITED,<br>Defendants,<br><br>And Consolidated Actions | 08-cv-10934 (LAP)<br>09-cv-00165 (LAP)<br>09-cv-00166 (LAP)<br>09-cv-553 (LAP)<br>09-cv-564 (LAP)<br>10-cv-1627 (LAP)<br>10-cv-2464 (LAP)<br>11-cv-3761 (LAP)<br>12-mc-19 (LAP)<br>12-mc-20 (LAP)<br>12-mc-21 (LAP)<br>12-mc-22 (LAP)<br>13-mc-71 (LAP)<br>13-cv-1825 (LAP)<br>13-cv-1848 (LAP) |

**NOTICE OF SUBMISSION OF PROPOSED ORDER ESTABLISHING TRUSTEE PAYMENT PROTOCOLS FOR IN CAMERA REVIEW**

PLEASE TAKE NOTICE that Sylvius von Saucken, as Trustee of the 650 Fifth Settlement Trust dated April 7, 2025 (the "Trust"), hereby submits for the Court's *in camera* review the [Proposed] Order Establishing Trustee and Third-Party Payment Protocols, together with Exhibit A (the Trustee's initial invoice reflecting services performed from April 7, 2025, through December 31, 2025). The Proposed Order sets forth the procedures by which the Trustee is authorized to remit payment from the Trust to third-party service providers, including the Trust Administrator, Epiq, for services rendered in connection with the administration and management of the Trust. The Proposed Order further establishes the protocols by which payment for Trustee services shall be remitted in accordance with the terms of the Trust.

      The Proposed Order and Exhibit A have been submitted directly to Chambers for *in camera* review and are not filed on the public docket at this time.

| | |
|---|---|
| Dated: New York, New York<br>       February 9, 2026 | Respectfully submitted,<br><br>**PHILLIPS NIZER LLP**<br><br><u>/s/ Judith Swartz, Esq.</u><br>Michael Fischman, Esq.<br>Judith L. Swartz, Esq.<br>485 Lexington Ave., 14th Fl.<br>New York, NY 10017<br>mfischman@phillipsnizer.com<br>jswartz@phillipsnizer.com<br><br>*Attorneys for Sylvius von Saucken, as Trustee of the 650 Fifth Settlement Trust dated April 7, 2025* |

## CERTIFICATE OF SERVICE

     I hereby certify that on this 9th day of February, 2026, the foregoing Notice of Submission has been served through the Court's electronic case filing system on all counsel who have appeared in this proceeding.

Dated:  New York, New York  
          February 9, 2026

**PHILLIPS NIZER LLP**

/s/ Judith Swartz, Esq.  
Michael Fischman, Esq.  
Judith L. Swartz, Esq.  
485 Lexington Ave., 14th Fl.  
New York, NY 10017  
mfischman@phillipsnizer.com  
Jswartz@phillipsnizer.com

*Attorneys for Sylvius von Saucken, as Trustee of the 650 Fifth Settlement Trust dated April 7, 2025*