**PHILLIPS NIZER** LLP

485 Lexington Ave
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

Judith L. Swartz
(212) 841-0585
jswartz@phillipsnizer.com

Continental Plaza
433 Hackensack Avenue
Suite 803
Hackensack, NJ 07601
201.487.3700

www.phillipsnizer.com

New York • New Jersey

February 27, 2026

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007-1312
Fax: 212-805-7941

Re:   *In re 650 Fifth Avenue and Related Properties*, No. 08-cv-10934 (LAP) and Consolidated Actions

Dear Judge Preska:

      I write on behalf of Sylvius von Saucken, as Trustee of the 650 Fifth Settlement Trust (the "Trustee") to supplement the Trustee's letter-motion to seal filed on February 26, 2026, ECF 2490 (the "Motion").

      The Trustee respectfully requests that the Order Establishing Trustee and Third-Party Payment Protocols, dated February 24, 2026 (the "Order") be sealed not only from the public, but also from parties who have appeared on ECF in this action and the related actions who are <u>not</u> parties to the Settlement Agreement approved by the Court on January 17, 2025.

      As explained in the Motion, sealing the Order in full is appropriate in order to protect information in the Order that implements the terms of the sealed Settlement Agreement. Because there are parties who have appeared in this action and the related actions who are not parties to that agreement, disclosure of the Order to those parties, like disclosure to the public, would reveal information encompassed by the sealed settlement materials and thereby frustrate the protections afforded by the Court's sealing of that agreement.

      We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Judith L. Swartz
Judith L. Swartz

3971541.2

PHILLIPS NIZER LLP
February 27, 2026
Page 2


CC: All Counsel of Record (via ECF)

3971541.2