UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>650 Fifth Avenue and Related Properties, | 08-cv-10934(LAP) |
| | |
| KIRSCHENBAUM, et al.,<br>Plaintiffs,<br>v.<br>650 FIFTH AVENUE COMPANY, ALAVI<br>FOUNDATION, ASSA CORPORATION, ASSA<br>COMPANY LIMITED,<br>Defendants,<br><br>And Consolidated Actions | 08-cv-10934 (LAP)<br>09-cv-00165 (LAP)<br>09-cv-00166 (LAP)<br>09-cv-553 (LAP)<br>09-cv-564 (LAP)<br>10-cv-1627 (LAP)<br>10-cv-2464 (LAP)<br>11-cv-3761 (LAP)<br>12-mc-19 (LAP)<br>12-mc-20 (LAP)<br>12-mc-21 (LAP)<br>12-mc-22 (LAP)<br>13-mc-71 (LAP)<br>13-cv-1825 (LAP)<br>13-cv-1848 (LAP) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2026, I caused to be served a true and correct copy of the Order Establishing Trustee and Third-Party Payment Protocols, dated February 24, 2026 on all parties to the Settlement Agreement, dated January 13, 2025 via electronic mail to the following recipients:

**To United States of America:**

Anna Elizabeth Arreola
Harry A. Chernoff
John Peter Cronan
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
212-637-2218
Fax: (212)-637-2527
Email: anna.arreola@usdoj.gov

3977094.4

Harry.Chernoff@usdoj.gov
John.Cronan@usdoj.gov

Sharon Cohen Levin
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Email: Sharon.Levin@wilmerhale.com

Carolina A. Fornos
U.S. Attorney's Office, SDNY (Chambers Street)
86 Chambers Street
New York, NY 10007
Email: carolina.fornos@usdoj.gov

Daniel Marc Tracer
Michael Dennis Lockard
DOJ, United States Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
Email: daniel.tracer@usdoj.gov
         michael.lockard@usdoj.gov

Jason Cowley
McGuire Woods LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
Email: jcowley@mcguirewoods.com

**To Judgement Creditors:**

1. **To Havlish Judgment Creditors**
   Dennis G Pantazis , Jr
   Wiggins Childs Quinn & Pantazis LLC
   301 19th Street North
   Birmingham, AL 35203
   Email: dgpjr@wigginschilds.com

   Thomas E. Mellon, Jr.
   Stephen A. Corr
   James McCoy
   Mellon & Webster, P.C
   87 N. Broad Street
   Doylestown, PA 18901
   Email: tmellon@mellonwebster.com

3977094.4

stevecorr20@icloud.com
jmccoy@mellonwebster.com

Richard Douglas Hailey
Ramey & Hailey
PO BOX 40849
Indianapolis, IN 46278
317-582-0000
Email: rich@rameyandhaileylaw.com

Craig S. Mielke
Robert Foote
Foote, Mielke, Chavez, & O'Neil, LLC
10 West State Street
Suite 200
Geneva, IL 60134
Email: csm@fmcolaw.com
        rmf@fmcolaw.com

Timothy B. Fleming
Wiggins Childs Pantazis Fisher Goldfarb PLLC
1701 V Street, NW
20009
Washington, DC 20009
Email: tfleming@wcqp.com

2. **To Greenbaum/Acosta/Beer/Kirschenbaum Judgment Creditors:**

James Lawrence Bernard
Curtis Campbell Mechling
Patrick Nicholas Petrocelli
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Email: james.bernard@hoganlovells.com
        cmechling@stroock.com
        patrick.petrocelli@hoganlovells.com

3. **To Rubin Judgment Creditors and Miller Judgment Creditors:**

Anna Elizabeth Arreola
Harry A. Chernoff
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza

New York, NY 10007
Email: anna.arreola@usdoj.gov
       Harry.Chernoff@usdoj.gov

Robert Joseph Tolchin
225 Broadway, 24th Floor
New York, NY 10007
Email: rtolchin@berkmanlaw.com

Shawn Naunton
Zuckerman Spaeder LLP
485 Madison Avenue, 10th Floor
New York, New York 10022-5871
Email: snaunton@zuckennan.com

Peter R. Kolker
Zuckerman, Spaeder, Goldstein
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Email: pk@kolkerlawoffice.com

4. **To Hegna Judgment Creditors:**
Ralph Paul Dupont
The Dupont Law Firm, LLP
1177 High Ridge Road
Stamford, CT 06905
Email: radlaw2017@gmail.com

Steven Leigh Kessler
Law Offices of Steven L. Kessler
100 Park Avenue, 34th Floor
New York, NY 10017
Email: KesslerLawNYC@gmail.com

5. **To Peterson Judgment Creditors:**
Liviu Vogel
Annureet Kaur Grewal
Mark Nathan Antar
Salon Marrow Dyckman Newman & Broudy LLC
590 Madison Avenue, 6th Floor

New York, NY 10022
Email: lvogel@salonmarrow.com
        agrewal@salonmarrow.com
        mantar@salonmarrow.com

Daniel I. Goldberg
Offit Kurman
590 Madison Avenue, 6FL
New York, NY 10022
Email: dgoldberg@salonmarrow.com

6. **To Holland/ Brewer/Blais/Valencia/Welch Judgment Creditors:**
   Neal Matthew Sher
   Law Office: Neal M. Sher
   132 East 43 Street
   New York, NY 10017
   Email: nealsher@gmail.com

7. **To Campuzano Judgment Creditors:**
   Robert Joseph Tolchin
   The Berkman Law Office, LLC
   111 Livingston Street, Suite 1928
   Brooklyn, NY 11201
   Email: rtolchin@berkmanlaw.com

8. **To Brown/Bland/Valore Judgment Creditors:**
   Noel J. Nudelman
   Heideman Nudelman & Kalik, PC
   5335 Wisconsin Avenue, NW
   Suite 440
   Washington, DC 20015
   Email: njnudelman@hnklaw.com

9. **To Heiser Judgment Creditors:**
   Richard Marc Kremen
   Ellen E. Dew
   DLA Piper US LLP (MD)
   6225 Smith Avenue
   Baltimore, MD 21209
   Email: Richard.Kremen@dlapiper.com
           ellen.dew@dlapiper.com

Catherine Ewing Thomas

3977094.4

Daniel Gerard Egan
Jonathan Michael Kinney
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Email: kate.thomas@us.dlapiper.com
        Daniel.Egan@dlapiper.com
        jonathan.kinney@us.dlapiper.com

Virginia Regis Callahan
DLA Piper LLP US
650 South Exeter Street
Suite 1100
Baltimore, MD 21202
Email: virginia.callahan@us.dlapiper.com

10. **To Bayani Judgment Creditors**:

Zohreh Mizrahi
Manesh & Mizrahi
2049 Century Park East, Suite 2680
Los Angeles, California 90067
Email: mikemanesh@aol.com

**To Alavi, the Fifth Avenue Company, Amir Kabir, and 650 Fifth Holdings:**

Michael F. Buchanan
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Email: mfbuchanan@pbwt.com

John Gleeson
Noelle Elizabeth Lyle
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-7281
Email: jgleeson@debevoise.com
        nelyle@debevoise.com

Saif Musvi Agha
Saif M. Agha, Attorney at Law
35 Journal Square
Suite 430

3977094.4

Jersey City, NJ 07306
Email: saif@aghalaw.com


/s/ Judith Swartz
JUDITH SWARTZ

3977094.4