UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE 650 FIFTH AVENUE AND RELATED PROPERTIES | 08-CV-10934 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of two letter motions filed by the Trustee of the 650 Fifth Settlement Trust (the "Trustee") to seal the Court's February 24, 2026 Order regarding Trustee and Third-Party Payment Protocols (the "Order"). The Trustee requests that the Order remain sealed not only from the public, but also from any litigant that is not a party to the Settlement Agreement approved by the Court on January 17, 2025. (Dkt. nos. 2490, 2491.) No party has opposed the Trustee's letter motions.

The Court agrees that good cause exists to seal the Order in its entirety. Public disclosure of the Order would reveal information encompassed by the sealed settlement materials and thereby frustrate the protections afforded by the Court's sealing of that agreement. Accordingly, the Order shall not be disclosed to any person who is not a party to the Settlement Agreement.

The Clerk of Court shall close Dkt. nos. 2490 and 2491.

**SO ORDERED.**

Dated:   New York, New York
         March 11, 2026

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge