UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE 650 FIFTH AVENUE AND
RELATED PROPERTIES

---

08-CV-10934 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the Trustee's motion (Dkt. 2495) to seal the Court's March 9, 2026 Order (Dkt. 2496) regarding Trustee and Third-Party Payment Protocols (the "March 9 Order"). The Trustee requests that the March 9 Order be sealed not only from the public, but also from any litigant that is not a party to the Settlement Agreement. The Trustee further requests that all future orders regarding invoices submitted pursuant to the Court's February 24, 2026 Order (Dkt. 2489 (the "In Camera Order")) be sealed in this manner.

The Court finds that good cause exists to seal the March 9 Order in its entirety. Public disclosure of the March 9 Order would reveal information encompassed by the sealed settlement materials and thereby frustrate the protections afforded by the Court's sealing of the Settlement Agreement. Accordingly, the March 9 Order shall not be disclosed to any person who is not a party to the Settlement Agreement.

For the same reasons, the Court orders that all future orders relating to Trustee invoices submitted pursuant to the In Camera

Order shall be sealed from all persons who are not parties to the Settlement Agreement.

The Trustee shall serve copies of the sealed March 9 Order and any future sealed invoice approval orders on the parties to the Settlement Agreement and file a certificate of service.

The Clerk of Court shall close Dkt. 2495.

**SO ORDERED.**

Dated:     New York, New York
           March 16, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge