UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE 650 FIFTH AVENUE AND RELATED PROPERTIES | 08-CV-10934 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

On Monday, January 13, 2025, following a multi-hour settlement conference attended by, <u>inter alia</u>, Ralph Dupont (attorney for the Hegna family), the parties agreed in open court to the attached Settlement Agreement. Thereafter, Mr. Dupont lodged certain untimely objections, and an additional conference was convened on Friday, January 17, 2025, which included Mr. Dupont's client, Ms. Lynn Hegna Moore, a member of and speaking on behalf of the Hegna family. During the conference, Ms. Moore agreed to the Settlement Agreement. Accordingly, the Court approves the attached Settlement Agreement.

**SO ORDERED.**

Dated:    New York, New York
          January 17, 2025

_Loretta A. Presca_
LORETTA A. PRESKA
United States District Judge

WHEREAS, on January 8, 2009, Jenny Rubin, Deborah Rubin, Stuart E. Hersh, Renay Frym, Noam Rozenman, Elena Rozenman, and Tzvi Rozenman (the "Rubin Judgment Creditors") initiated an enforcement action in the U.S. District Court for the Southern District of New York, seeking to execute a prior judgment against Defendants' assets, *see Rubin, et al. v. Alavi Foundation, et al.*, 09-cv-165 (S.D.N.Y.); *Rubin, et al. v. Alavi Foundation, et al.*, 09-cv-4614 (S.D.N.Y.); *Rubin, et al. v. Alavi Foundation, et al.*, 09-cv-4784 (S.D.N.Y.). On August 13, 2012, the Rubin Judgment Creditors filed an amended complaint, *see* Dkt. 65, *Rubin, et al. v. Alavi Foundation, et al.*, 09-cv-165 (S.D.N.Y.). On August 27, 2012, Defendants answered the Rubin Judgment Creditors' amended complaint, denying all material allegations, *see* Dkts. 292, 300, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.);

WHEREAS, on January 8, 2009, Daniel Miller and Abraham Mendelson (the "Miller Judgment Creditors") initiated an enforcement action in the U.S. District Court for the Southern District of New York, seeking to execute a prior judgment against Defendants' assets, *see Miller, et al. v. Alavi Foundation, et al.*, 09-cv-166 (S.D.N.Y.). On August 13, 2012, the Miller Judgment Creditors filed an amended complaint, *see id.* Dkt. 66. On August 27, 2012, Defendants answered the Miller Judgment Creditors' amended complaint, denying all material allegations, *see* Dkts. 293, 301, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.);

WHEREAS, on March 1, 2010, Deborah D. Peterson, *et al.* (*see* **Exhibit A**), individually and as personal representative of the estate of James C. Knipple (deceased) (the "Peterson Judgment Creditors") initiated an enforcement action in the U.S. District Court for the Southern District of New York, seeking to execute a prior judgment against Defendants' assets, *see Peterson v. 650 Fifth Avenue Co., et al.*, 10-cv-1627 (S.D.N.Y.); *see also* Dkt. 84, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.). On April 13, 2012, the Peterson Judgment Creditors filed an amended complaint, *see* Dkt. 31, *Peterson v. 650 Fifth Avenue Co., et al.*, 10-cv-1627 (S.D.N.Y.). On August 14, 2014, Defendants answered the Peterson Judgment Creditors' amended complaint, denying all material allegations, *see id.* Dkt. 39;

WHEREAS, on March 1, 2010, Donna M. Holland, individually and as administrator of the estate of Robert S. Holland (deceased), Chad P. Holland, and James R. Holland (the "Holland Judgment Creditors"), Diana Campuzano, Avi Elishis, and Gregg Salzman (the "Campuzano Judgment Creditors"), Paul A. Blais, Curtis A. Taylor, and Maria Taylor (the "Blais Judgment Creditors"), Richard P. Brewer and Joyce L. Leydet (the "Brewer Judgment Creditors"), Cielito Valencia, Luz Southard, Steven E. Wolfe, and Sonia T. Broadway (the "Valencia Judgment Creditors"), and Linda K. Welch, individually and as administrator of the estate of Kenneth V. Welch (deceased), Brian Welch, Christopher Welch, Betty Welch, Gerard Welch, and Michael Welch (the "Welch Judgment Creditors") filed verified claims in the U.S. District Court for the Southern District of New York, seeking to execute prior judgments against Defendants' assets, *see* Dkt. 82, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.). Defendants deny all material allegations presented in support of the Welch Judgment Creditors' claims;

WHEREAS, on March 1, 2010, Fiona Havlish, *et al.* (*see* **Exhibit A**), individually and as executrix of the estate of Donald G. Havlish (deceased) (the "Havlish Judgment Creditors") filed verified claims in the U.S. District Court for the Southern District of New York, seeking to execute a prior judgment against Defendants' assets, *see* Dkt. 85, *In re 650 Fifth Avenue & Related*

2

15421992

*Properties*, 08-cv-10934 (S.D.N.Y.). On May 23, 2013, the Havlish Judgment Creditors filed an "Intervener Complaint," also seeking to execute a prior judgment against Defendants' assets, *see id.* Dkt. 501. On October 22, 2013, the Havlish Judgment Creditors filed an amended "Intervener Complaint," *see id.* Dkt. 1001. On November 5, 2013, Defendants answered the Havlish Judgment Creditors' amended Intervener Complaint, denying all material allegations, *see id.* Dkt. 1010;

WHEREAS, on March 12, 2010, Edwena A. Hegna, individually and as executor of the estate of Charles Hegna (deceased), Craig Hegna, Steven Hegna, Lynn Marie Hegna Moore, and Paul Hegna (the "Hegna Judgment Creditors") filed an order to show cause in the U.S. District Court for the Southern District of New York, seeking an order allowing them to execute a prior judgment against Defendants' assets, *see* Dkt. 93, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.); *see also id.* Dkts. 18, 21; *Hegna, et al. v. Islamic Republic of Iran*, 11-cv-3761 (S.D.N.Y.); *see also Hegna, et al. v. Islamic Republic of Iran*, 18-ms-0302 (S.D.N.Y.). Defendants deny all material allegations presented in support of the Hegna Judgment Creditors' claims;

WHEREAS, on March 18, 2010, Carlos Acosta, Maria Acosta, Irving Franklin, individually and as personal representative of the estate of Irma Franklin (deceased), Libby Kahane, individually and as administratrix of the estate of Rabbi Meir Kahane (deceased), Rabbi Norman Kahane, individually and as executor of the estate of Sonya Kahane (deceased), Tova Ettinger, Baruch Kahane, Cipporah Kaplan, and Ethel J. Griffin, as Public Administrator of the County of New York and administratrix of the estate of Binyamin Kahane (deceased) (the "Acosta Judgment Creditors") initiated an enforcement action in the U.S. District Court for the Southern District of New York, seeking to execute a prior judgment against Defendants' assets, *see Acosta, et al. v. Assa Corp, et al.*, 10-cv-2464 (S.D.N.Y.); *see also* Dkt. 98, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.). On April 13, 2012, the Acosta Judgment Creditors filed an amended complaint, *see* Dkt. 35, *Acosta, et al. v. Assa Corp, et al.*, 10-cv-2464 (S.D.N.Y.). On August 14, 2012, Defendants answered the Acosta Judgment Creditors' amended complaint, denying all material allegations, *see id.* Dkt. 59;

WHEREAS, on April 2, 2010, Ruth A. Bland, *et al.* (*see* **Exhibit A**), individually and as administrator of the estate of Stephen B. Bland (deceased) (the "Bland Judgment Creditors"), Vara Brown, *et al.* (*see* **Exhibit A**), individually and as administrator of the estate of Anthony K. Brown (deceased) (the "Brown Judgment Creditors"), and Terance J. Valore, *et al.* (*see* **Exhibit A**) (the "Valore Judgment Creditors") filed verified claims in the U.S. District Court for the Southern District of New York, seeking to execute a prior judgment against Defendants' assets, *see* Dkt. 128, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.);

WHEREAS, on July 12, 2010, Fatemeh Bayani, individually and as personal representative of the estate of Siavash Bayani (deceased), Babak Bayani, and Banafsheh Bayani (the "Bayani Judgment Creditors") filed verified claims in the U.S. District Court for the Southern District of New York, seeking to execute a prior judgment against Defendants' assets, *see* Dkt. 147, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.); *see also id.* Dkt. 138. On April 26, 2012, the Bayani Judgment Creditors filed an amended claim and statement of interest in the defendant-*in-rem* properties, *see id.* Dkt. 249. Defendants deny all material allegations presented in support of the Bayani Judgment Creditors' claim and statement of interest;

3

WHEREAS, on February 27, 2013, Fran Heiser, *et al.* (*see* **Exhibit A**), individually and as co-administrator of the estate of Michael Heiser (the "Heiser Judgment Creditors") initiated an enforcement action in the U.S. District Court for the Southern District of New York, seeking to execute a prior judgment against Defendants' assets, *see Heiser, et al. v. 650 Fifth Avenue Co., et al.*, 13-mc-71 (S.D.N.Y.); *see also* Dkt. 74, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.). Defendants deny all material allegations presented in support of the Heiser Judgment Creditors' claims;

WHEREAS, on March 19, 2013, Isabelle Kirschenbaum, *et al.* (*see* **Exhibit A**), individually and as executrix of the estate of Martin Kirschenbaum (the "Kirschenbaum Judgment Creditors") initiated an enforcement action in the U.S. District Court for the Southern District of New York, seeking to execute a prior judgment against Defendants' assets, *see Kirschenbaum, et al. v. Assa Corp., et al.*, 13-cv-1825 (S.D.N.Y.); *see also* Dkt. 101, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.). On April 9, 2013, Defendants answered the Kirschenbaum Judgment Creditors' complaint, denying all material allegations, *see* Dkt. 11, *Kirschenbaum, et al. v. Assa Corp., et al.*, 13-cv-1825 (S.D.N.Y);

WHEREAS, on March 20, 2013, Harry Beer, individually and as administrator of the estate of Alan Beer, Anna Beer, Estelle Carroll, and Phyllis Maisel (the "Beer Judgment Creditors") initiated an enforcement action in the U.S. District Court for the Southern District of New York, seeking to execute a prior judgment against Defendants' assets, *see Beer, et al. v. Assa Corp., et al.*, 13-cv-1848 (S.D.N.Y.); *see also* Dkt. 99, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.). On April 9, 2013, Defendants answered the Beer Judgment Creditors' complaint, denying all material allegations, *see* Dkt. 11, *Kirschenbaum, et al. v. Assa Corp., et al.*, 13-cv-1825 (S.D.N.Y);

NOW, THEREFORE, without any admission or concession by Defendants of any liability or wrongdoing or lack of merit in their defenses relating to all claims in the Pending Actions, except as stated in this Agreement, the Parties agree that the Pending Actions be settled and dismissed on the terms and conditions laid out below.

## II.    DEFINITIONS

1.    "650 Fifth Holdings" means the 650 Fifth Avenue Real Estate Holdings LLC, a limited liability company established in 2023 to hold the 650 Real Property, as defined below.

2.    "650 Real Property" means all of the Fifth Avenue Company's, and/or any affiliate thereof's, right, title, and interest in and to the office tower property located at 650 Fifth Avenue, New York, New York, as described on **Exhibit F**, including, without limitation, (a) the land, any and all improvements now or hereafter situated thereon, (b) any and all fixtures, personal property and equipment now or hereafter situated thereon, and (c) any and all leases, contracts, development or air rights (including pursuant to the Air Rights Leases/Subleases (as defined on **Exhibit F**) with 640 Fifth Avenue Owner LLC, an affiliate of Vornado ("Vornado") and the Retail Leasehold (as defined on **Exhibit F**)), appurtenances, easements and privileges pertaining thereto.

4

15421992

3. "Acceptable Mortgage Lender" means any institutional or non-institutional commercial real estate lender engaged in making mortgage loans in amounts similar to that being sought, collateralized by Class A / A- office buildings in New York City (including, without limitation, commercial and investment banks, real estate investment trusts, insurance companies, hedge funds, high-net worth individuals or groups of individuals, private equity providers, non-public pension funds and other private investment groups and lenders).

4. "Alavi" means the Alavi Foundation, a not-for-profit corporation organized under the laws of New York, including during the period in which it operated under the names: the Mostazafan Foundation of New York and the Pahlavi Foundation of New York.

5. "Amir Kabir" means the Amir Kabir Foundation, a public charity under Delaware law, operating as a charity and as the successor to the Alavi Foundation.

6. "Assa" means both Assa Corporation, a New York corporation, and Assa Company Limited, a corporation organized under the laws of the Bailiwick of Jersey and the corporate parent of Assa Corporation.

7. The use of the word "claims" means any and all civil and criminal claims including arbitral, administrative, regulatory and forfeiture claims, causes of action, petitions, appeals, damages, remedies, costs, attorneys' fees, expenses and liabilities, of any type, whether asserted or unasserted, known or unknown, accrued or unaccrued, currently or previously existing or arising, in law, contract, equity or otherwise.

8. "Effective Date" means the date on which all Parties have executed this Settlement Agreement.

9. "Fifth Avenue Company" means the 650 Fifth Avenue Company, a partnership organized under the laws of New York.

10. The "Forfeiture Action" means the civil action filed by the Government of the United States, captioned *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (LAP), currently pending in the U.S. District Court for the Southern District of New York.

11. The "Government" means the United States Attorney's Office for the Southern District of New York, including all offices and divisions within the United States Attorney's Office, acting by and through its attorney, Edward Y. Kim, Acting United States Attorney for the Southern District of New York.

12. The "Judgment Creditors" means the individuals or entities listed under the Judgment Creditors column in **Exhibit A**, who either filed claims to all or some of the defendant-*in-rem* properties in the Forfeiture Action and/or who brought the civil actions against Alavi or the Fifth Avenue listed in **Exhibit A** other than the Forfeiture Action, and any qualified settlement fund set up by those individuals or entities for purposes of this settlement.

5

15421992

13.    The "Judgment Enforcement Actions" means the civil actions listed in **Exhibit A** other than the Forfeiture Action.

14.    A "Material Adverse Event" means any event(s) or occurrence(s) that is/are not within the commercially reasonable control of the Party claiming the event(s) or occurrence(s) to prevent, that individually or in the aggregate, has or have a material adverse effect on (1) the business, assets, operations or financial condition of Amir Kabir (in each case solely to the extent of such Party's ability to manage 650 Fifth Holdings), the Fifth Avenue Company (in each case solely to the extent of such Party's interest in the 650 Real Property), 650 Fifth Holdings (in each case solely to the extent of such Party's interest in the 650 Real Property), or the 650 Real Property, or (2) any of the foregoing Party's ability to perform any of its obligations under this Settlement Agreement or any Loan Document(s) (including the funding of reserves and escrows).

15.    "Other Real Properties" means the real properties (excluding the 650 Real Property) that are named as defendants-*in-rem* in the Amended Complaint filed in the Forfeiture Action on November 16, 2009 and listed in **Exhibit B**.

16.    "Relating to" means in any way concerning, referring to, describing, evidencing, consisting of, constituting, involving, regarding or connected with the specific subject matter.

## III.    SETTLEMENT TERMS AND CONDITIONS

### A.    Property Transfers Necessary to Effectuate Settlement

1.    In consideration for the Settlement Payment and potential Deferred Payment (both terms described below), the dismissal of the Pending Actions with prejudice, and the full and complete mutual releases described in Section III(F), inclusive of all attorneys' fees and costs, as further specified herein, the Parties hereby agree to the following:

a.    To the extent not done already, Alavi shall form a new Delaware charitable corporation under a new name (Amir Kabir) and a special purpose vehicle (650 Fifth Holdings), which will be wholly-owned by Amir Kabir. Amir Kabir shall operate as a public charity and as a successor to Alavi, subject to any necessary approval of the Delaware Attorney General and a determination by the Internal Revenue Service of its tax-exempt status.

b.    Subject to any necessary approvals of the New York State Attorney General and/or the New York Supreme Court, the Fifth Avenue Company shall transfer, either directly to 650 Fifth Holdings or to Amir Kabir who will then transfer to 650 Fifth Holdings, its direct and indirect ownership interest in the 650 Real Property and all remaining funds (following satisfaction of its obligations under this Agreement) in bank accounts and other property, including its bank accounts named as defendants-*in-rem* in the Amended Complaint (listed in **Exhibit C**).

6

c.  Subject to the approvals of the New York State Attorney General and/or the New York Supreme Court, Alavi shall transfer all of its direct and indirect ownership interests in real or personal property, including its indirect interest in the 650 Real Property, its bank accounts, and other properties named as defendants-*in-rem* in the Amended Complaint (listed in **Exhibit B** and **Exhibit C**), to Amir Kabir. Amir Kabir shall indemnify Alavi and any of its current (as of the Effective Date) officers and directors against any and all claims that have been or are threatened to be brought against Alavi and/or them, including by advancing fees and costs of legal representation, and against Alavi's liabilities as of the time of the transfer. Any subsequent transfer of the ownership interests transferred by Alavi shall be subject to Sections 510 and 511 of the New York Not-for-Profit Corporation Law.

d.  This Settlement Agreement is contingent on the transfers of all assets of Alavi and the Fifth Avenue Company to Amir Kabir or 650 Fifth Holdings, which transfers require the approval of the New York Attorney General and/or the New York Supreme Court, as provided in New York Not-for-Profit Corporation Law §§ 510-511a. The Judgment Creditors agree to take reasonable efforts to assist Alavi in seeking such approval, and the Government agrees to provide relevant information concerning the Forfeiture Action and this settlement to the New York Attorney General. If approval for the transfer of the 650 Real Property, Other Real Properties, or the bank accounts belonging to Alavi or the Fifth Avenue Company that are listed in **Exhibit C** is denied, the Parties shall renegotiate the terms of this Settlement Agreement in good faith.

e.  This Settlement Agreement is contingent on Amir Kabir receiving approval to operate as a tax-exempt, public charity and as a successor to Alavi from the necessary state and federal authorities, including the Delaware Attorney General, and the Internal Revenue Service. The Judgment Creditors agree to take reasonable efforts to assist Alavi in seeking such approval, and the Government agrees to provide relevant information concerning the Forfeiture Action and this settlement to the Internal Revenue Service. If approval for Amir Kabir to operate as a tax-exempt, public charity and as a successor entity to Alavi is denied, the Parties shall renegotiate the terms of this Agreement in good faith.

f.  This Settlement Agreement is contingent on Fifth Avenue Company entering into a written agreement with Vornado pursuant to which Vornado agrees to treat the First Mortgagee as an "Institutional Leasehold Mortgagee" and as an "institutional lender," as such terms are defined or used in the Air Rights Leases/Sublease Parties, so that First Mortgagee shall be entitled to the recognition and other rights accruing to an "Institutional Leasehold Mortgagee" and an "institutional lender" as provided for therein.

g.  The Government shall, if requested, provide information concerning the Forfeiture Action and this settlement to the U.S. Department of the Treasury's

7

15421992

Office of Foreign Assets Control ("OFAC") or any other federal departments or agencies in connection with any application by Amir Kabir or 650 Fifth Holdings to open bank accounts and/or any effort by 650 Fifth Holdings to obtain a mortgage for purposes of the settlement. The Government will, if requested, communicate with any financial institution, federal or state agency, or other entity to discuss the resolution of the Forfeiture Action and answer questions regarding the status of Alavi, the Fifth Avenue Company, Amir Kabir, or 650 Fifth Holdings, and the ownership of the 650 Real Property in connection with the settlement.

h.     The Fifth Avenue Company and Alavi will be responsible for the costs of transferring their property interests, including their direct and indirect interests in the 650 Real Property, to 650 Fifth Holdings and Amir Kabir, including any insurance costs and recording fees.

i.     After transfer of Alavi's assets to Amir Kabir and/or 650 Fifth Holdings and resolution of any claims against it or its properties, Alavi shall take steps to dissolve, subject to any necessary approval of the New York Attorney General.

## B.     Forfeiture and Settlement Payment to the Judgment Creditors

1. Subject to the contingencies set forth in Section III(A), Section III(B)(3) and (Q), the Parties agree that $318 million (the "Settlement Payment"), inclusive of amounts already forfeited from Assa as described in subsections (a)–(e) below, shall be forfeited to the Government within the meaning of 18 U.S.C. § 981. In lieu of the Government forfeiting the Settlement Payment, the Parties agree that the Settlement Payment, including any interest payments and accrued interest, can be paid directly to a qualified settlement fund as defined and described in Internal Revenue Code Section 468B and in U.S. Treasury Regulations Section 1.468B-1 to be formed by the Court presiding over the Forfeiture Action and the consolidated Judgment Enforcement Actions for the purpose of receiving and distributing the Settlement Payment to the Judgment Creditors, and to the U.S. Victims of State Sponsored Terrorism Fund ("USVSSTF") on behalf of electing Judgment Creditors, pursuant to Section III(C)(3), *infra*. The Settlement Payment shall be paid in an initial $118 million lump sum transfer(s) (the "Initial Payment"), without deduction of any kind, including taxes or transfer costs; and an additional $200 million lump sum transfer(s) and any interest then due and unpaid under the Loan Documents (the "Remainder Payment"), without deduction of any kind, including taxes or transfer costs. The Judgment Creditors shall be responsible for any claims or liabilities owed by the Judgment Creditors and any costs of allocating the Settlement Payment among their members.[1]  The Settlement Payment shall be comprised of:

---

[1] Counsel for the Judgment Creditors represent that their respective client groups' current unpaid compensatory damages judgments are accurately set forth in the schedule annexed as **Exhibit E**. In the interest of avoiding further delay in the distribution of funds to the Judgment Creditors, the Judgment Creditors agree that the Settlement Payment to be made under the terms of this Settlement Agreement shall be distributed on a pro-rata basis based upon their then-current unpaid compensatory damages judgments, without further adjustments, in the percentages set forth on **Exhibit E**. Upon the Initial Payment, the Judgment Creditors release any claim or potential claim they may have against Alavi,

8

15421992

a.  Funds on deposit in the account of the U.S. Marshals Service previously designated for Assa in connection with the Pending Actions, including funds traceable to distributions from the Fifth Avenue Company in connection with Assa's former 40% partnership interest in the Fifth Avenue Company and funds on deposit in or previously on deposit in the bank accounts of Assa, named as defendants-*in-rem* in the Amended Complaint and also listed in **Exhibit C**;

b.  Funds on deposit in or previously on deposit in the bank accounts of Alavi, including those named as defendants-*in-rem* in the Amended Complaint and also listed in **Exhibit C**;

c.  Funds on deposit in the bank accounts of the Fifth Avenue Company, including those named as defendants-*in-rem* in the Amended Complaint and also listed in **Exhibit C**;

d.  Funds on deposit in the bank accounts of the Fifth Avenue Company controlled or monitored by Monitor/Interim Trustee Judge Kathleen Roberts, less an amount to be determined necessary by Alavi, its advisors, and its First Mortgage lender, for the payment of taxes and to cover ongoing operations of the 650 Real Property; and

e.  The balance to be obtained through the First Mortgage (as defined below).

2.  In connection with the execution of this Settlement Agreement by all Parties, Amir Kabir and 650 Fifth Holdings shall use commercially reasonable efforts to pursue all steps reasonably necessary and appropriate for 650 Fifth Holdings to obtain a mortgage on the 650 Real Property (the "First Mortgage") and to obtain the necessary approvals for the transactions contemplated in Section III herein. Wherever used in this Settlement Agreement, the terms "First Mortgage," "Replacement Mortgage," "JC-Compelled Replacement Mortgage," "loan," and "mortgage" shall refer to and include the then-existing sole or senior mortgage and any junior mortgages on the 650 Real Property, as well as any mezzanine loan(s) secured by a pledge of interests in 650 Fifth Holdings, to the extent required in order to complete the loan transaction(s) contemplated in this Agreement. The holder of the "First Mortgage" is referred to herein as the "First Mortgagee." The First Mortgage, together with any documents and agreements executed by 650 Fifth Holdings or Amir Kabir in connection with the making of the First Mortgage, are referred to herein as the "Loan Documents."

3.  The Settlement Payment shall be contingent on the ability of 650 Fifth Holdings and the Judgment Creditors to finalize and close a mutually-acceptable loan with the Judgment Creditors secured by the 650 Real Property in the amount of the Remainder Payment ($200 million). Absent a Material Adverse Event, the terms of any Loan Documents with the Judgment Creditors that are expressly described in the non-binding financing term sheet negotiated ~~and signed~~ by the Parties under the guidance of the Honorable Loretta A. Preska, U.S. District Judge, attached as Exhibit H

the Fifth Avenue Company, Amir Kabir, and/or 650 Fifth Holdings challenging the manner or methodology of distribution between and among Judgment Creditors of the Settlement Payment and any Deferred Payment.

9

15421992

shall be materially consistent with such term sheet, and the Parties shall negotiate Loan Documents diligently and in good faith, but the Parties recognize that it may not be possible to reach agreement on mutually-acceptable Loan Documents, in part because the term sheet does not address every issue that may arise in the Loan Documents. The Parties have agreed that the Court will maintain jurisdiction over such loan and Loan Documents, including the making of the loan and the negotiation of and compliance with the Loan Documents.

4.      The Settlement Payment and all interest payments and accrued interest on the First Mortgage shall be paid to the Judgment Creditors, or to the USVSSTF on behalf of electing Judgment Creditors, as described in Sections III(B)(1) and III(C) and shall be distributed to the Judgment Creditors pursuant to the terms of the Stipulation and Order of Settlement Between the United States and Certain Third Party Claimants filed on April 16, 2014, as amended by the First Codicil to the Stipulation and Order of Settlement Between the United States and Certain Third Party Claimants, filed on October 4, 2017. *See* Dkts. 1122, 2088, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.).

5.      The Initial Payment shall be made within two (2) business days of the Parties' closing of the First Mortgage, which in turn shall occur within ninety (90) days of the Parties' execution of this Settlement Agreement (the "Effective Date"), provided that all necessary approvals have been received and all contingencies described in this Settlement Agreement are satisfied. The Remainder Payment shall be made within three (3) years of the closing of the First Mortgage.

C.      **Allocation of Funds to the USVSSTF Electing Judgment Creditors**

1.      All funds allocated in the USVSSTF for the one hundred-and-forty-five (145) conditional claimants identified in Attachment A will remain allocated for at least ninety (90) days after payment is issued to any claimant in the Forfeiture Action and/or Judgment Enforcement Actions pursuant to this Settlement Agreement. After ninety (90) days, the funds may be released for any USVSSTF use authorized by 34 U.S.C. § 20144, unless ordered or directed otherwise by a court of competent jurisdiction. The Parties acknowledge that a court of competent jurisdiction would have the authority to enter such orders regarding these funds, and that the U.S. District Court for the Southern District of New York may have such competent jurisdiction in the Forfeiture Action and/or Judgment Enforcement Actions.

2.      By agreeing to the foregoing paragraph, the Havlish Judgment Creditors do not waive their position that the USVSSTF does not have any authority to release the Havlish conditionally-allocated funds for any such use.

3.      All funds to be paid pursuant to this Settlement Agreement for any rights, title, and interest held or assigned by the twenty-nine (29) electors detailed in Attachment B shall be paid in full directly to the USVSSTF. After ninety (90) days, the funds may be released for any USVSSTF use authorized by 34 U.S.C. § 20144, unless ordered or directed otherwise by a court of competent jurisdiction. The Parties acknowledge that a court of competent jurisdiction would have the authority to enter orders regarding these funds, and that the U.S. District Court for the Southern

10

15421992

District of New York may have such competent jurisdiction in the Forfeiture Action and/or Judgment Enforcement Actions.

4.    By agreeing to the foregoing paragraph, the Havlish Judgment Creditors attorneys do not waive their position that such portion of the funds that is the attorneys' fees for the eight (8) Havlish electors, detailed in Attachment B, should not be paid to the USVSSTF but rather to the Havlish attorneys, nor do the Havlish attorneys waive any lien that they have thereon.

### D.    Replacement Mortgage, JC-Compelled Replacement Mortgage, and Potential Deferred Payment

1.    On an annual basis for a period of five (5) years following the closing of the First Mortgage (the "Deferred Payment Period"), unless there is a JC-Compelled Replacement Mortgage (as defined below), 650 Fifth Holdings shall arrange for a qualified commercial real estate firm reasonably acceptable to the Judgment Creditors to provide an analysis that details projected mortgage proceeds and projected Net Refinancing Proceeds (as defined below) available in the market from an institutional mortgage lender if 650 Fifth Holdings were to refinance the then-existing mortgage on the 650 Real Property as contemplated by this Settlement Agreement. The analysis shall include a customary cash flow model (using ARGUS or any other cash flow modeling program regularly utilized by the real estate industry at the time for loans comparable to the term of proposed refinancing) to project the 650 Real Property's financial performance on a yearly basis, using up-to-date leasing and financial information, for the purpose of assessing refinancing options. 650 Fifth Holdings shall share the results of the analysis, including the cash flow model and the information used to create the cash flow model, as well as any other assumptions made by the commercial real estate firm, with the Judgment Creditors or their designee, pursuant to an agreed-upon confidentiality agreement, within five (5) business days of receiving the results of the analysis. If there is a JC-Compelled Replacement Mortgage (as defined below), this obligation to run yearly financial models and share them with the Judgment Creditors shall cease.

2.    650 Fifth Holdings may refinance the First Mortgage, any JC-Compelled Replacement Mortgage, or the then-existing mortgage on the 650 Real Property within the Deferred Payment Period through a replacement mortgage (the refinancing of the First Mortgage, any JC-Compelled Replacement Mortgage, or the then-existing mortgage being a "Replacement Mortgage") at a time and in a manner determined by 650 Fifth Holdings in the reasonable exercise of its sole discretion, except that: (a) 650 Fifth Holdings shall refinance within three (3) years of the closing of the First Mortgage, in an amount at least sufficient to make the Remainder Payment, including any accrued interest, in a timely manner, and (b) 650 Fifth Holdings can be compelled to refinance pursuant to a JC-Compelled Replacement Mortgage, as defined below and as provided in this Agreement.

3.    The net refinancing proceeds ("Net Refinancing Proceeds") of a Replacement Mortgage shall be paid out as described below. "Net Refinancing Proceeds" shall constitute the proceeds of a refinancing by 650 Fifth Holdings less the amount needed to satisfy the then-existing mortgage on the 650 Real Property as well as all costs and expenses related to procuring the

11

Replacement Mortgage, including, but not limited to, all taxes, recording fees, prepayment or other penalties, broker and attorneys' fees, accrued interest, and amounts required to be reserved by the lender (beyond amounts of existing reserves, determined in the aggregate).

4.    Except to the extent necessary to make the Remainder Payment on a timely basis, any Replacement Mortgage shall:

     a.    Be a commercially reasonable mortgage based on then-current market conditions obtained from an Acceptable Mortgage Lender and be at least of sufficient magnitude to repay the outstanding balance of the then-existing mortgage on the 650 Real Property;

     b.    Be in an amount based on a loan-to-value ratio of no more than 70%, based on a MAI's appraised "as is" value;

     c.    Have an interest rate that does not exceed the interest rate (inclusive of any paid-in-kind interest) on the then-existing mortgage on the 650 Real Property;[2] and

     d.    Shall require no personal recourse, guaranty, other credit support, or collateral beyond those required by the then-existing First Mortgage.

5.    Within the Deferred Payment Period, the Judgment Creditors shall have a one (1) time right to exercise an option to require 650 Fifth Holdings refinance its then-existing mortgage on the 650 Real Property with a new mortgage (the "JC-Compelled Replacement Mortgage"), provided that the Net Refinancing Proceeds would equal at least $10 million, the interest rate on the JC-Compelled Replacement Mortgage would not exceed the interest rate on the then-existing mortgage on the 650 Real Property, the financial and non-financial covenants and terms are not more restrictive or burdensome in any material respect than the Loan Documents for such then-existing mortgage, and no personal recourse, guaranty, other credit support, or collateral beyond those required by then-existing mortgage would be required. For purposes of comparing interest rates, the existing interest rate shall take into account the effect of any swaps or caps in place; and further, any comparison between fixed and floating interest rates shall assume the use of a swap contract at current rates quoted by institutional swap desks, with no payment upon swap issuance beyond nominal documentation fees and no security beyond the 650 Real Property.

6.    Upon receiving notice that the Judgment Creditors are exercising their option to require a JC-Compelled Replacement Mortgage, 650 Fifth Holdings shall timely take the steps necessary to commence the process of pursuing the JC-Compelled Replacement Mortgage on the 650 Real Property.

---

[2] For purposes of determining the amount of the Replacement Mortgage, if the then-existing mortgage is composed of a senior mortgage and either a junior mortgage or mezzanine loan or both, the interest rate of the then-existing mortgage shall be determined by blending the interest rates of all existing mortgages and loans on a weighted basis using the amount of each mortgage or loan.

7.      Subject to the other express terms set forth in this Section III(D), 650 Fifth Holdings shall choose a Replacement Mortgage, including any JC-Compelled Replacement Mortgage, from the options available to it in the reasonable exercise of its sole discretion; however, in selecting among available Replacement Mortgage or JC-Compelled Replacement Mortgage options, 650 Fifth Holdings shall consider the following factors:

a.      650 Fifth Holdings' interest in securing a Replacement Mortgage on favorable terms from an Acceptable Mortgage Lender, including its interest in maximizing the amount of Net Refinancing Proceeds without risking default or adverse financial consequences to 650 Fifth Holdings or the 650 Real Property or Amir Kabir;

b.      The Judgment Creditors' interest in maximizing the amount of Net Refinancing Proceeds; and

c.      Real estate market conditions at the time and real estate market conditions that may be anticipated during the remaining term of the then-existing First Mortgage.

8.      Within five (5) business days of its selection of any Replacement Mortgage, 650 Fifth Holdings shall notify the Judgment Creditors of the identity of the lender and the terms of the Replacement Mortgage, as well as the identities of any other lender offering to provide a Replacement Mortgage and the terms of those offers. At the same time, 650 Fifth Holdings shall provide to the Judgment Creditors or their designee, pursuant to an agreed-upon confidentiality order, the same financial data regarding the 650 Real Property provided to potential lenders to allow the Judgment Creditors (or experts or consultants retained by them) to assess the Replacement Mortgage.

9.      650 Fifth Holdings shall pay to the Judgment Creditors or to the USVSSTF on behalf of electing Judgment Creditors, pursuant to Section III(C)(3), *infra*, 50% of any Net Refinancing Proceeds from any Replacement Mortgage, less $1 million from each payment (the "Deferred Payment" or "Deferred Payments"), up to a total maximum of $107 million, within the Deferred Payment Period. The Judgment Creditors shall not share in any gross or net proceeds from the refinancing of any mortgage on the 650 Real Property after any one of the following events: (a) the Judgment Creditors have recovered $107 million beyond the Initial Payment and Remainder Payment, collectively, (b) the conclusion of the Deferred Payment Period, (c) the payout of the Net Refinancing Proceeds from any JC-Compelled Replacement Mortgage, (d) a sale of the 650 Real Property, or (e) a foreclosure on the 650 Real Property or under any mezzanine loan secured by a pledge of interests in 650 Fifth Holdings.

10.     The Deferred Payment or Deferred Payments shall *not* be distributed based on the percentages set forth on **Exhibit E**. Any Deferred Payment or Deferred Payments shall be distributed pursuant to the terms of the Stipulation and Order of Settlement Between the United States and Certain Third Party Claimants filed on April 16, 2014, as amended by the First Codicil to the Stipulation and Order of Settlement Between the United States and Certain Third Party

13

15421992

Claimants, filed on October 4, 2017, without regard to **Exhibit E**. *See* Dkts. 1122, 2088, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.).

11.     Any Deferred Payment(s) shall be contingent on the ability of 650 Fifth Holdings to obtain and close a Replacement Mortgage on the 650 Real Property, subject to the terms of this Section III(D).

12.     Nothing in this Section III(D) shall impair or prevent 650 Fifth Holdings from prepaying all or any portion of the indebtedness secured by the First Mortgage at any time without penalty, premium, or yield-maintenance requirements.

13.     The Parties further acknowledge and agree that no Party, nor any third-party acting on a Party's behalf or at its request, shall interfere in any way with any refinancing, including by filing any claim against the 650 Real Property or any portion thereof, by seeking injunctive relief to stop or delay any refinancing of the 650 Real Property, or by filing any *lis pendens*, except the filing of a *lis pendens* in connection with the filing of a foreclosure action after a borrower event of default under the First Mortgage. Any claim or challenge to a refinancing or effort to obtain a Replacement Mortgage shall be strictly limited to determining whether a Deferred Payment is due and the amount or calculation thereof and shall not be initiated or filed until after such a refinancing has closed.

14.     The Parties shall prepare, execute, and deliver in recordable form, a memorandum ("Memo of Potential Payment") documenting the Judgment Creditors' potential entitlement during the Deferred Payment Period to a Deferred Payment and/or 650 Sale Payment (as defined below). The Memo of Potential Payment shall be (and shall expressly state that it shall be) deemed automatically released and of no force and effect upon the expiration of the Deferred Payment Period (with the actual date thereof to be so stated) without further action. The Judgment Creditors shall be permitted to record the Memo of Potential Payment against the 650 Real Property simultaneously with the recording of the First Mortgage, provided that the release described in the following paragraph has been prepared, executed, and delivered into escrow. The Judgment Creditors shall be solely responsible for all costs and expenses incurred in connection with such recordation.

15.     The Parties shall also prepare, execute, and deliver in recordable form a release of such Memo of Potential Payment (the "Release of Memo") to be held in escrow by Patterson Belknap Webb & Tyler LLP ("PBWT") and to be released upon the earliest of: (a) 650 Fifth Holdings tendering the payment of any 650 Sale Payment to the Judgment Creditors and to the USVSSTF on behalf of electing Judgment Creditors; (b) 650 Fifth Holdings tendering the payment of any Net Refinancing Proceeds of a JC-Compelled Refinancing, or (c) the expiration of the Deferred Payment Period.

17.     Any challenge to the release of the Release of Memo by an individual Judgement Creditor shall be submitted to the Court and conditioned upon the submission of a $100,000 bond.

14

**E.**    **Event of Sale**

1.    If, within the Deferred Payment Period, and provided that the 650 Real Property has not been subject to a JC-Compelled Refinancing Mortgage, there is a sale of all or any portion of the 650 Real Property—by way of a voluntary sale, forced sale or foreclosure—the Judgment Creditors or the USVSSTF on behalf of electing Judgment Creditors, pursuant to Section III(C)(3), *infra*, shall be entitled to the following (collectively, the "650 Sale Payment"):

a.    Any outstanding and unpaid portion of the Remainder Payment, and *either* (i) in the event of a sale of the entire 650 Real Property, 50% of any portion of any net sale proceeds (meaning gross sales proceeds less any taxes, legal or broker fees, and other closing costs) that exceeds $450 million, *or* (ii) in the event of a sale of a portion of the 650 Real Property and provided the theoretical sale of the entire 650 Real Property at the then-current Appraised Value (as defined below) would result in net sale proceeds in excess of $450 million, an amount equal to 50% of the theoretical net sale proceeds in excess of $450 million *multiplied* by the percentage determined by dividing the actual sale price of the interest sold by the Appraised Value of the entire 650 Real Property, in each such case up to a maximum total recovery for the Judgment Creditors of $107 million, including any Deferred Payments.

b.    For purposes of this Section III.E, the "Appraised Value" shall be determined for 650 Fifth Holdings by an independent MAI appraiser with no less than ten (10) years of experience appraising properties substantially similar to the 650 Real Property, taking into account all relevant factors (including the sale price of the portion of the 650 Real Property in question), engaged pursuant to a commercially reasonable agreement for a commercially reasonable fee.

By way of example, if a sale of the entirety of the 650 Real Property results in net sale proceeds of $460 million, the Judgment Creditors would receive (a) any amount outstanding of the Remainder Payment *plus* (b) $5 million (50% of $10 million ($460 million less $450 million)). By way of a second example, if a portion of the 650 Real Property is sold for $255 million, resulting in net sale proceeds of $250 million, and the entire 650 Real Property has a current Appraised Value of $470 million, which if sold would result in net sale proceeds of $460 million, then the Judgment Creditors would receive (a) any then-unpaid and outstanding portion of the Remainder Payment *plus* (b) $2,712,765 (50% of $10 million multiplied by the percentage (54%) determined by dividing the sale price of the interest sold ($255 million) by the Appraised Value of the entire 650 Real Property ($470 million)). Both such examples assume that the aggregate amount of any Deferred Payments and the Judgment Creditors' share of net sale proceeds would not exceed $107 million.

2.    During the Deferred Payment Period, 650 Fifth Holdings shall be permitted to pursue and effectuate a voluntary sale of the 650 Real Property only at fair market value under then-existing market conditions and only to an individual or entity that is not related to or under common ownership or control with 650 Fifth Holdings, Amir Kabir, Alavi, or the Fifth Avenue

15

15421992

Company. Further, a voluntary sale of the 650 Real Property during the Deferred Payment Period shall be permitted only under any one of the following circumstances:

a. There is a pending mortgage foreclosure or pledge agreement enforcement proceeding; the 650 Fifth Holdings is in a remedies standstill period (under the Standstill Agreement (as defined below) or otherwise); or there is a reasonable likelihood of the commencement of a mortgage foreclosure or pledge agreement enforcement proceeding in the next twelve (12) months in light of the 650 Real Property's then-current and projected finances, net operating income, vacancy rate, or any pending or threatened default or event of default under any Loan Documents;

b. There is a reasonable likelihood of a forced sale of the 650 Real Property in the next twelve (12) months based on a claim, action, or threatened action by a federal or state governmental agency or a private litigant;

c. Such a sale is required by the New York State Attorney General, New York Supreme Court, Delaware State Attorney General, or Delaware Court of Chancery, and/or necessary to comply with an obligation imposed by such authorities or applicable law;

d. With the consent of the Judgment Creditors; or

e. To prepay all of the indebtedness secured by the First Mortgage.

Except for and subject to the limitations on a voluntary sale set forth in this provision, all decisions regarding a sale of the 650 Real Property shall be within the reasonable exercise of 650 Fifth Holdings' sole discretion. As set forth in Section III(I)(3), the Judgment Creditors or any assignee of the Judgment Creditors' rights or interests are not permitted to seek injunctive relief to stop or delay any sale of the 650 Real Property or any portion of the 650 Real Property.

3.    Neither the Judgment Creditors nor any of their successors or assigns shall interfere in any way with such sale, including by filing any claim or action against the 650 Real Property or any portion thereof, including for injunctive relief to stop or delay any sale of the 650 Real Property or any portion thereof , or any *lis pendens*, except the filing of a *lis pendens* in connection with the filing of a foreclosure action after a borrower event of default under the First Mortgage, and all such claims or actions shall be strictly limited to determining the amount of the 650 Sale Payment due after such a sale has closed. In the event of any dispute regarding the amount or calculation of the 650 Sale Payment, the non-substantially prevailing party shall pay all of the substantially-prevailing party's costs, fees, and expenses (including reasonable attorney fees) incurred in connection with such dispute.

4.    The Judgment Creditors shall not share in any gross or net proceeds from a sale of the 650 Real Property after any one of the following events: (a) the Judgment Creditors have recovered $107 million beyond the Settlement Payment, excluding interest, (b) the conclusion of the Deferred Payment Period, or (c) the payout of Net Refinancing Proceeds from any JC-Compelled Replacement Mortgage.

16

**F.    Dismissal of Pending Actions; Release of Liens and Claims**

1.    Upon execution of this Settlement Agreement, the Parties shall consent to the filing of a joint request for a stay of the Pending Actions.

2.    Upon payment of the Initial Payment, the Government and each and every Judgment Creditor shall file motions to dismiss with prejudice any and all claims against Alavi and the Fifth Avenue Company and their properties alleged or asserted in the Pending Actions and to withdraw any claim to the defendant-*in-rem* properties named in the Amended Complaint, subject to the Court's continuing jurisdiction to resolve any dispute arising from or relating to the terms of this settlement and/or this Settlement Agreement as relates to the Government, as set forth below, or as it relates to the Judgment Creditors with respect to the financing of the First Mortgage. Upon payment of the Initial Payment, all property management orders relating to oversight and management of the 650 Real Property or Other Real Properties shall be vacated. In connection with the dismissal of claims contemplated in this paragraph, the material settlement terms shall be placed on the record. The material settlement terms consist of the Initial Payment, the Remainder Payment, the potential Deferred Payment, the releases of claims, the vacatur of all property management orders, the Stipulated Statement of Facts set forth in **Exhibit D**, and the Court's continuing jurisdiction over the Settlement Agreement and the financing of the First Mortgage.

3.    Upon payment of the Initial Payment, the Government and the Judgment Creditors shall deliver documents and make any necessary filings to vacate any pending liens, *lis pendens*, notices of pendency or UCC-1 on any properties or property interests held by Alavi, Amir Kabir, 650 Fifth Holdings, or the Fifth Avenue Company. The Parties agree that the Judgment Creditors can and shall take all necessary and appropriate steps to perfect the First Mortgage and to protect their secured interest.

4.    Upon payment of the Initial Payment, the following releases shall take effect:

a.    Government releases:

i.    The Government, on behalf of the United States Department of Justice, releases:

1.    All claims for forfeiture of any property belonging to Alavi, the Fifth Avenue Company, Amir Kabir, or 650 Fifth Holdings based on the conduct alleged in the Amended Complaint in the Forfeiture Action or any other alleged violation of International Emergency Economic Powers Act ("IEEPA"), 50 U.S.C. §§ 1701-1706, or the Iranian Transactions and Sanctions Regulations ("ITSRs"), 31 C.F.R. Part 560 prior to the appointment by the Court of a Monitor on April 29, 2010; and

2.    Any civil claims against Alavi, the Fifth Avenue Company, Amir Kabir, 650 Fifth Holdings, or any of their current (as of the Effective Date) officers, directors, or employees based on the conduct alleged

17

in the Amended Complaint in the Forfeiture Action or any other alleged violation of the IEEPA or the ITSRs prior to the appointment by the Court of a Monitor on April 29, 2010.

    ii.    The Government, on behalf of the U.S. Department of the Treasury's Office of Foreign Assets Control and Internal Revenue Service, further affirms that:

        1.  OFAC and Internal Revenue Service have no investigation, claim, or enforcement action pending against Alavi, the Fifth Avenue Company, Amir Kabir, or 650 Fifth Holdings with respect to the claims or conduct described in subsection (a)(i);

        2.  The statute of limitations has passed for any civil claims (if any such claims had existed) or enforcement action that could have been brought by OFAC or the Internal Revenue Service based on the conduct alleged in the Amended Complaint in the Forfeiture Action and/or any other alleged violation of IEEPA or the ITSR prior to the appointment by the Court of a Monitor on April 29, 2010; and, therefore,

        3.  Any such claims against Alavi, the Fifth Avenue Company, Amir Kabir, or 650 Fifth Holdings by OFAC are released, and

        4.  Pursuant to this Settlement Agreement, the IRS considers all tax claims against Alavi, the Fifth Avenue Company, Amir Kabir, or 650 Fifth Holdings with respect to the conduct described in subsection (a)(i) resolved, including any claims of civil tax fraud, pursuant to 26 U.S.C. § 7121.

    b.    The Judgment Creditors, on behalf of themselves, their heirs, executors, administrators, successors, and assigns, release any and all claims in law or at equity based on facts in existence as of the Effective Date, asserted or unasserted, known or unknown, against Alavi, the Fifth Avenue Company, Amir Kabir, 650 Fifth Holdings, any of their current or former officers, directors, or employees, and/or their property. For the avoidance of doubt, this shall include, though not be limited to, releases of all claims in their entirety to enforce any pre-existing judgment against property belonging to Alavi, the Fifth Avenue Company, Amir Kabir, or 650 Fifth Holdings as of the Effective Date.

    c.    Alavi, the Fifth Avenue Company, Amir Kabir, 650 Fifth Holdings, and/or any of their current or former officers, directors, or employees, on behalf of themselves, their heirs, executors, administrators, successors, and assigns, release of any and all claims in law or at equity based on facts in existence as of April 29, 2010 against the Government, and as of the Effective Date against

18

15421992

any of the Judgment Creditors, whether such claims are asserted or unasserted, known or unknown.

d.  For the avoidance of doubt, the Parties do not prospectively waive any claims that may arise as a result of any non-compliance with the terms of the First Mortgage or this Agreement.

### G.  No Admission of Liability or Wrongdoing

1.  It is understood that this Settlement Agreement is made in connection with the resolution of disputed claims asserted by the Judgment Creditors and the Government and that such settlement is not to be construed as an admission or concession of liability or of violation of law by Alavi, Fifth Avenue Company, Amir Kabir, or 650 Fifth Holdings, except as stated in this Agreement.

2.  The terms of this Agreement shall not be cited by any Party as evidence of any violation of law or wrongdoing by Alavi, Amir Kabir, or 650 Fifth Holdings.

### H.  Stipulated Facts

1.  The Government, the Fifth Avenue Company, and Alavi stipulate to the Statement of Facts attached hereto as **Exhibit D**.

### I.  Binding Arbitration/Choice of Law

1.  Disputes between or among the Judgment Creditors, Defendants, Amir Kabir, and 650 Fifth Holdings regarding the Judgment Creditors' entitlement to recover a portion of any Net Refinancing Proceeds or 650 Sale Proceeds based on compliance with the terms of Sections III.D and III.E and the amount of such fees shall be resolved by binding arbitration in New York before three (3) arbitrators pursuant to JAMS Expedited Procedures.

A.  The decision by the arbitrators will be final and not subject to appeal. The Parties shall agree to abide and be bound by the panel's decision and not to challenge the panel's jurisdiction or authority to make the decision.

B.  The arbitration fees and costs shall be divided equally between the Judgment Creditors and 650 Fifth Holdings; however, the panel shall have the discretion to award attorneys' fees and costs against a Party if a claim brought or a defense raised is found to be meritless or not made in good faith.

The Court shall reserve jurisdiction to address all other disputes arising from or relating to the terms of this Settlement Agreement.

2.  The Parties agree that (i) the Judgment Creditors or any assignee of the Judgment Creditors' rights or interests will not be permitted to seek injunctive relief to stop or delay any refinancing or sale of the 650 Real Property or any portion of the 650 Real Property and (ii) any arbitration remedy with respect to any failure to timely make the Remainder Payment in

19

15421992

accordance with Section III(B)(5) shall be stayed during the standstill period under the standstill agreement entered into between Lender and 650 Fifth Holdings and/or any affiliate thereof in connection with the closing of the First Mortgage financing (the "Standstill Agreement").

3.     The U.S. District Court for the Southern District of New York shall have continuing jurisdiction to resolve: (a) any dispute involving the Government arising from or relating to the terms of this Settlement Agreement, and (b) any dispute involving the Judgment Creditors arising from or relating to the financing of the First Mortgage.

4.     All terms of this Agreement shall be governed by and interpreted according to the laws of New York without regard to its choice of law or conflict of laws principles, except to the extent that federal law may apply to the USVSSTF.

### J.     Cooperation and Non-Disparagement

1.     The Parties agree to provide all reasonable cooperation to effectuate the terms of this Agreement, including by providing truthful and accurate information to third parties.

2.     The Parties agree to execute and deliver all additional documents and instruments and to do all acts not specifically referred to herein which are reasonably necessary to fully effectuate the intent, terms, and conditions of this Settlement Agreement.

3.     Alavi, the Fifth Avenue Company, Amir Kabir, 650 Fifth Holdings, and the Judgment Creditors agree that neither they nor any person acting by, through, under, or in concert with them will, from the date of this Agreement forward, defame or disparage each other in any public statement or statement to third parties, including by stating or otherwise intimating that Alavi, Amir Kabir, or 650 Fifth Holdings committed a violation of law.

### K.     Complete Agreement

1.     This Settlement Agreement represents the entire agreement among the Parties relating to the subject matter of this settlement, and there are no agreements, arrangements, or understandings, oral or written, among the Parties relating to the subject matter of this Agreement which are not fully expressed or referenced herein or attached hereto.

### L.     Construction

1.     Each Party has cooperated in and, in any interpretation to be made, shall be deemed to have cooperated in the drafting and the preparation of this Settlement Agreement.  Any rule of construction to the effect that any ambiguities are to be resolved against the drafting party shall not be employed in any interpretation of this Agreement.

20

15421992

### M.    Severability

1.    If any portion of this Settlement Agreement is held invalid by operation of law, the remaining terms shall not be affected and shall remain in full force and effect.

### N.    No Third-Party Rights or Obligations

1.    This Settlement Agreement may only be enforced by the Parties and the releasees. Nothing herein is intended to create a private right of action by other parties.

### O.    No Waiver

1.    Neither this Settlement Agreement nor anything herein shall be construed or used as a waiver, limitation or bar on any defense otherwise available to Defendants, Amir Kabir, or 650 Fifth Holdings, or on the rights of Defendants, Amir Kabir, of 650 Fifth Holdings to defend themselves from or make arguments in any pending or future legal or administrative action, proceeding, local or federal claim or suit, including without limitation, private individual or class action claims or suits, relating to Defendants' conduct prior to the execution of this Agreement.

### P.    Modification and Waiver

1.    This Settlement Agreement may not be amended, altered, or modified, and no provision hereof may be waived, except by written instrument executed by the Parties.

### Q.    Miscellaneous

1.    This Settlement Agreement may be executed in counterparts and be delivered by facsimile or electronic transmission, or a copy thereof, such constituting an original counterpart hereof, all of which together will constitute one and the same document.

2.    Except as hereinafter set forth, each Party listed below represents and warrants that the person signing on its behalf is duly appointed and/or authorized to do so, or will use best efforts to become duly appointed and/or authorized to do so subject to probate court proceedings, approvals, authorizations or other formalities necessary for each and every Judgment Creditor in the specified Judgment Creditor groups, including those which are estates of deceased individuals to effectuate the terms of this Settlement Agreement (including the releases described in Section III(F)(4)) (collectively, "Further Approvals"). Any Judgment Creditor group that has not yet received the consent of and authorization for each of its constituent members to effectuate this Settlement Agreement or which is unable to represent and warrant that all necessary appointments and authorizations have been received absent Further Approvals (each non-consenting or unauthorized constituent Judgment Creditor being an "Unauthorized JC") shall inform the other Parties in writing at time of execution of this Agreement and identify the Unauthorized JC(s) by name and amount of the Unauthorized JC's(s') outstanding judgment(s).[3]    If a Judgment Creditor

---

[3] The Unauthorized JC's from the Heiser, Peterson, Valore, Bland and Brown Judgment Creditors and their outstanding judgments are set forth on Exhibit G annexed hereto.

21

15421992

group fails to receive all necessary consents and authorizations from 100% of their constituent members within sixty (60) days after the execution of this Settlement Agreement, then that Judgment Creditor group shall inform the other Parties in writing, and Defendants shall have the right to terminate this Settlement Agreement within ten (10) business days after receipt of such written notification.

3.     Each undersigned counsel represents that, to the best of his or her knowledge, the Party he or she represents is competent to effectuate a knowing and voluntary general and unlimited release of all claims, as contained herein, and to enter into this Settlement Agreement and are not affected or impaired by illness, use of alcohol, drugs, or other substances or otherwise impaired. To the best of his or her knowledge, the Party that each of the undersigned counsel represents is not party to any bankruptcy, lien, creditor-debtor, or other proceedings which would impair the right to enter into this Agreement or to waive all claims that they may have against any other Party.

4.     The headings and captions in this Settlement Agreement are for convenience only and in no way define, limit, or otherwise describe the scope or intent of this Agreement or any term of this Agreement.

### R.     Notices

1.     Any notice or other communication required or permitted under this Settlement Agreement shall be in writing and shall be deemed to have been duly given when (a) mailed by United States registered or certified mail, return receipt requested, (b) mailed by overnight express mail or other nationally recognized overnight or same-day delivery service, or (c) delivered in person, to the Parties at the notice addresses provided below. A Party may change the names or addresses where notice is to be given to it by providing notice to the other Parties of such change in accordance with this section.

2.     Any notice to the Government under this Agreement shall be sent to:

> Chief, Illicit Finance and Money Laundering Unit
> United States Attorney's Office
> Southern District of New York
> 26 Federal Plaza
> 37th Floor
> New York, New York 10278

3.     Any notice to the USVSSTF under this Agreement shall be sent to:

> Chief, Money Laundering & Asset Recovery Section
> Criminal Division
> U.S. Department of Justice
> 1400 New York Ave., NW

15421992

Washington, D.C. 20005

4.    Any notice to the Judgment Creditor Electors under this Agreement shall be sent to:

If to Havlish Electors:

Chief, Money Laundering & Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20005

If to Campuzano Electors:

Chief, Money Laundering & Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20005

If to Holland Electors:

Chief, Money Laundering & Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20005

If to Blais Electors:

Chief, Money Laundering & Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20005

If to Brewer Electors:

Chief, Money Laundering & Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20005

23

15421992

If to Valencia Electors:

Chief, Money Laundering & Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20005

If to Welch Electors:

Chief, Money Laundering & Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20005

If to Bayani Electors:

Chief, Money Laundering & Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20005

5.    Any notice to the Judgment Creditors under this Agreement shall be sent to:

If to Havlish:

Dennis G. Pantazis, Esquire
Wiggins Childs Pantazis Fisher Goldfarb LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
dgp@wigginschilds.com

If to Greenbaum/Acosta/Beer/Kirschenbaum:

James L. Bernard
Patrick N. Petrocelli
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
james.bernard@hoganlovells.com
patrick.petrocelli@hoganlovells.com

24

15421992

If to Rubin:

David J. Strachman
2139 Broad St.
Pawtuxet Village, Rhode Island 02905-3303
david@davidstrachman.com

Shawn Naunton
Zuckerman Spaeder LLP
485 Madison Avenue, 10th Floor
New York, New York 10022-5871
snaunton@zuckerman.com

If to Miller:
Peter Kolker
Zuckerman Spaeder LLP
pkolker@zuckerman.com

If to Hegna:

Ralph Dupont
Barbara Dupont
The Dupont Law Firm LLP
One Stamford Plaza
263 Tresser Boulevard
P.O. Box 3325
Stamford, CT 06905
radlaw2017@gmail.com

If to Peterson:

Liviu Vogel
Salon Marrow Dyckman Newman & Broudy LLC
590 Madison Avenue, 6th Floor
New York, NY 10022
lvogel@salonmarrow.com

Steven R. Perles
Perles Law Firm, PC
816 Connecticut Avenue, NW
12th Floor
Washington DC 20006
sperles@perleslaw.com

25

15421992

Caragh Fay
Fay Law Group, P.A.
6205 Executive Blvd
North Bethesda, MD 20852
caraghfay@gmail.com

If to Holland:

Paul Gaston
Law Office of Paul G. Gaston
1101 Connecticut Avenue NW, Suite 450
Washington, DC 20036
paul@gastonlawoffice.com

If to Campuzano:

Robert Tolchin
The Berkman Law Office, LLC
829 East 15th Street
Brooklyn, New York 11230
rtolchin@berkmanlaw.com

If to Blais:

Paul Gaston
Law Office of Paul G. Gaston
1101 Connecticut Avenue NW, Suite 450
Washington, DC 20036
paul@gastonlawoffice.com

If to Brewer:

Paul Gaston
Law Office of Paul G. Gaston
1101 Connecticut Avenue NW, Suite 450
Washington, DC 20036
paul@gastonlawoffice.com

If to Valencia:

Paul Gaston
Law Office of Paul G. Gaston
1101 Connecticut Avenue NW, Suite 450
Washington, DC 20036
paul@gastonlawoffice.com

26

15421992

If to Gerard Welch, Estate of Betty Welch, or Michael Welch:

Paul Gaston
Law Office of Paul G. Gaston
1101 Connecticut Avenue NW, Suite 450
Washington, DC 20036
paul@gastonlawoffice.com

If to Brown/Bland:

Noel J. Nudelman
Heideman Nudelman & Kalik, PC
5335 Wisconsin Avenue, NW
Suite440
Washington, DC 20015
njnudelman@hnklaw.com

Liviu Vogel
Salon Marrow Dyckman Newman & Broudy LLC
590 Madison Avenue, 6th Floor
New York, NY 10022
lvogel@salonmarrow.com

Steven R. Perles
Perles Law Firm, PC
816 Connecticut Avenue, NW
12th Floor
Washington DC 20006
sperles@perleslaw.com

Caragh Fay
Fay Law Group, P.A.
6205 Executive Blvd
North Bethesda, MD 20852
caraghfay@gmail.com

If to Valore:

Keith M. Fleischman, Esq.
Fleischman, Bonner & Rocco, LLP
81 Main Street, Suite 515
White Plains, NY 10601
Kfleischman@fbrllp.com

27

15421992

Liviu Vogel
Salon Marrow Dyckman Newman & Broudy LLC
590 Madison Avenue, 6th Floor
New York, NY 10022
lvogel@salonmarrow.com

Steven R. Perles
Perles Law Firm, PC
816 Connecticut Avenue, NW
12th Floor
Washington DC 20006
sperles@perleslaw.com

Caragh Fay
Fay Law Group, P.A.
6205 Executive Blvd
North Bethesda, MD 20852
caraghfay@gmail.com

If to Heiser:

Dale K. Cathell, Esquire
Virginia Callahan, Esquire
DLA Piper LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 21202-4576
dale.cathell@us.dlapiper.com
virginia.callahan@us.dlapiper.com

If to Bayani:

Zohreh Mizrahi
Manesh & Mizrahi
2029 Century Park East, Suite 960
Los Angeles, California 90067
zohreh@mmzmlaw.com

6.    Any notice to Alavi, the Fifth Avenue Company, Amir Kabir, or 650 Fifth Holdings under this Agreement shall be sent to:

Daniel Ruzumna
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
druzumna@pbwt.com

28

15421992

Saif Agha
Agha & Agha, LLP
7 Route 27, Suite 214
Edison, NJ 08820
saif@aghalaw.com

IN WITNESS WHEREOF, the Parties hereto, through their fully authorized representative, have executed this Settlement Agreement as of the date first written below.

Dated: 1/13/25

_Loretta A. Presley_
Hon. Loretta A. Preska, U.S. District Judge

**United States of America**

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

Dated: Jan. 13, 2025    By:

Tara M. LaMorte, Chief,
  Illicit Finance and Money Laundering Unit;
Michael D Lockard,
  Assistant U.S. Attorney

**United States Victims of State Sponsored Terrorism Fund**

Dated: 1/14/25

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice

29

**Judgment Creditors**

Dated: 1/14/25

MARGARET A. MOESER
Margaret A. Moeser
Acting Chief, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice, for the USVSSTF on behalf of the Havlish Electors

Dated: 1/14/25

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice, for the USVSSTF on behalf of the Campuzano Judgment Creditors

Dated: 1/14/25

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice, for the USVSSTF on behalf of the Holland Judgment Creditors

Dated: 1/14/25

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice, for the USVSSTF on behalf of the Blais Judgment Creditors

Dated: 1/14/25

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice, for the USVSSTF on behalf of the Brewer Judgment Creditors

30

15421992

Dated: _____1/14/25_____

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice, for the USVSSTF on behalf of the Valencia Judgment Creditors

Dated: _____1/14/25_____

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice, on behalf of the Welch Electors

Dated: _____1/14/25_____

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice, on behalf of the Bayani Electors

Dated:_____

Dennis G. Pantazis on behalf of the Havlish Judgment Creditors*

Dated:_____

Patrick Petrocelli on behalf of the Greenbaum, Acosta, Beer, and Kirschenbaum Judgment Creditors

Dated:_____

David Strachman on behalf of the Rubin Judgment Creditors

Dated:_____

Peter Kolker on behalf of the Miller Judgment Creditors

31

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, for the USVSSTF on behalf
of the Valencia Judgment Creditors

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, on behalf of the Welch
Electors

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, on behalf of the Bayani
Electors

Dated:_____

Dennis G. Pantazis on behalf of the Havlish
Judgment Creditors*

Dated:_____

Patrick Petrocelli on behalf of the Greenbaum,
Acosta, Beer, and Kirschenbaum Judgment Creditors

Dated:_____

David Strachman on behalf of the Rubin Judgment
Creditors

Dated: 1/15/2025

~~Peter Kolker on behalf of the Miller Judgment
Creditors~~

Shawn P. Naunton - Executed on behalf of the Miller Judgment Creditors,
whose total unpaid compensatory damages are included in Exhibit E in the
total unpaid compensatory damages of the Rubin Judgment Creditors.

31

15421992

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, for the USVSSTF on behalf
of the Valencia Judgment Creditors

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, on behalf of the Welch
Electors

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, on behalf of the Bayani
Electors

Dated:_____

Dennis G. Pantazis on behalf of the Havlish
Judgment Creditors*

Dated:_____

Patrick Petrocelli on behalf of the Greenbaum,
Acosta, Beer, and Kirschenbaum Judgment Creditors

Dated: 1/17/25

David Strachman on behalf of the Rubin Judgment
Creditors

Dated:_____

Peter Kolker on behalf of the Miller Judgment
Creditors

31

15421992

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, for the USVSSTF on behalf
of the Valencia Judgment Creditors

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, on behalf of the Welch
Electors

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, on behalf of the Bayani
Electors

Dated:_____

Dennis G. Pantazis on behalf of the Havlish
Judgment Creditors*

Dated:_____

Patrick Petrocelli on behalf of the Greenbaum,
Acosta, Beer, and Kirschenbaum Judgment Creditors

Dated:_____

David Strachman on behalf of the Rubin Judgment
Creditors

Dated:_____

Peter Kolker on behalf of the Miller Judgment
Creditors

31

15421992

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, for the USVSSTF on behalf
of the Valencia Judgment Creditors

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, on behalf of the Welch
Electors

Dated:_____

Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division, U.S.
Department of Justice, on behalf of the Bayani
Electors

Dated:_____

Dennis G. Pantazis on behalf of the Havlish
Judgment Creditors*

Dated: 1/14/2025

Patrick Petrocelli on behalf of the Greenbaum,
Acosta, Beer, and Kirschenbaum Judgment Creditors

Dated:_____

David Strachman on behalf of the Rubin Judgment
Creditors

Dated:_____

Peter Kolker on behalf of the Miller Judgment
Creditors

31

15421992

Dated:_____

Ralph Dupont on behalf of the Hegna Judgment
Creditors

Dated:_____

Liviu Vogel on behalf of the Peterson Judgment
Creditors

Dated:_____

~~Paul Gaston on behalf of the Gerard Welch, Estate of
Betty Welch, and Michael Welch~~

Dated:_____

Noel J. Nudelman on behalf of the Bland Judgment
Creditors

Dated:_____

Liviu Vogel on behalf of the Brown Judgment
Creditors

Dated:_____

Liviu Vogel on behalf of the Valore Judgment
Creditors

Dated:_____

Dale K. Cathell on behalf of the Heiser Judgment
Creditors

Dated: 1/14/2025

Zohreh Mizrahi on behalf of the Bayani Judgment
Creditors

32

15421992

Dated:_____

Ralph Dupont on behalf of the Hegna Judgment
Creditors

Dated:_____

Liviu Vogel on behalf of the Peterson Judgment
Creditors

Dated:_____

~~Paul Gaston on behalf of the Gerard Welch, Estate of
Betty Welch, and Michael Welch~~

Dated:_____

Noel J. Nudelman on behalf of the Bland Judgment
Creditors

Dated:_____

Liviu Vogel on behalf of the Brown Judgment
Creditors

Dated:_____

Liviu Vogel on behalf of the Valore Judgment
Creditors

Dated:_____

Dale K. Cathell on behalf of the Heiser Judgment
Creditors

Dated:_____

Zohreh Mizrahi on behalf of the Bayani Judgment
Creditors

32

15421992

\*      The Havlish Judgment Creditors each reserve the right to withdraw their claims from the Judgment Enforcement Actions in order to participate in the USVSSTF. All Havlish Judgment Creditors reserve their rights to present a legal challenge to the requirement that they make any such election at all in order to participate in the USVSSTF.

33

15421992

**650 Fifth Avenue Company**

Dated: 1/13/2025

Daniel S. Ruzumna
Counsel for the 650 Fifth Avenue Company

**Alavi Foundation**

Dated: 1/13/2025

Daniel S. Ruzumna
Counsel for the Alavi Foundation

**Amir Kabir Foundation**

Dated: 1/13/2025

Daniel S. Ruzumna
Counsel for the Amir Kabir Foundation

**650 Fifth Avenue Holdings LLC**

Dated: 1/13/2025

Daniel S. Ruzumna
Counsel for the 650 Fifth Avenue Holdings LLC

34

15421992

**Exhibit A – List of Judgment Creditors and Judgment Enforcement Actions**

| Judgment Enforcement Actions | Judgment Creditors |
|---|---|
| • *Rubin, et al. v. Alavi Foundation, et al.*, 09-cv-165 (S.D.N.Y.)<br>• *Rubin, et al. v. Alavi Foundation, et al.*, 09-cv-4614 (S.D.N.Y.)<br>• *Rubin, et al. v. Alavi Foundation, et al.*, 09-cv-4784 (S.D.N.Y.)<br>• Dkt. 292, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Rubin Judgment Creditors<br>• Jenny Rubin, Deborah Rubin, Stuart E. Hersh, Renay Frym, Noam Rozenman, Elena Rozenman, and Tzvi Rozenman |
| • *Miller, et al. v. Alavi Foundation, et al.*, 09-cv-166 (S.D.N.Y.)<br>• Dkts. 293, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Miller Judgment Creditors<br>• Daniel Miller and Abraham Mendelson |
| • *Greenbaum, et al. v. Assa Corp, et al.*, 09-cv-553 (S.D.N.Y.)<br>• *Greenbaum, et al. v. Assa Corp, et al.*, 09-cv-564 (S.D.N.Y.)<br>• Dkt. 100, *In re 650 Fifth Avenue & Related* | Greenbaum Judgment Creditors<br>• Steven M. Greenbaum, Alan D. Hayman, and Alan Hayman, as Personal Representative of the Estate of Shirlee Hayman |

35

15421992

| | |
|---|---|
| *Properties*, 08-cv-10934 (S.D.N.Y.) | |
| • *Hegna, et al. v. Islamic Republic of Iran*, 18-ms-0302 (S.D.N.Y.)<br>• *Hegna, et al. v. Islamic Republic of Iran*, 11-cv-3761 (S.D.N.Y.)<br>• Dkt. 93, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Hegna Judgment Creditors<br>• Edwena A. Hegna, the estate of Charles Hegna, Craig Hegna, Steven Hegna, Lynn Marie Hegna Moore, and Paul Hegna |
| • *Peterson v. 650 Fifth Avenue Co., et al.*, 10-cv-1627 (S.D.N.Y.)<br>• Dkt. 84, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Peterson Judgment Creditors<br>• Estate of Mary Abbott, Estate of Terry Abbott, Estate of James Abbott, Mary Jo Kirker, Tangie Jay Hollifield, Marvin Albright, Estate of Anne Ellen Allman, Deborah Graves, DiAnne Margaret Gilbert, Estate of John Robert Allman, Estate of Robert R. Allman, Estate of Theodore H. Allman, Susan Terlson, Tammi Thomas, Arminda Colon, Jesus Arroyo-Ibarra, Estate of Milagros Arroyo, Pablo Arroyo, Estate of Rosa A. Ibarra, Anthony Banks, Donnie Duane Bates, Estate of Ronny Kent Bates, John Bates, Sr., Laura Bates, Linda Sandbeck Fish, Margie H. Bates, Monty Bates, Estate of Thomas C. Bates, Sr., Thomas Bates, Jr., Estate of Anthony L. Baynard, Barry Baynard, Estate of Emerson R. Baynard, Estate of James Baynard, Janet E. Smith, Mary Frances Smith, Patricia Ann Miller-Prentice, Estate of Phillip Baynard, Sr., Phyllis Woodford, Rosamary Clark, Stephen J. Baynard, Thomasine Baynard, Timothy Baynard, Wayne Baynard, Estate of Jess W. Beamon, Patricia Beamon Calloway, Estate of Alue Belmer, Annette Belmer, Clarence Belmer, Colby Keith Belmer, Denise Belmer, Donna Belmer, Estate of Alvin Belmer, Estate of Faye A. Belmer, Estate of Kenneth Belmer, Luddie Belmer, Dawn M. Blankenship Goff, Debra Horner, Donald R. Blankenship, Sr., Donald Blankenship, Jr., Estate of Mary E. Blankenship, Estate of Richard Blankenship, Rebecca Bruntmyer, Richard Lane Horner, Sharon Rose Christian, Estate of Alice Blocker, Betty A. Blocker, Douglas Blocker, Estate of John W. Blocker, John R. Blocker, Joyce Woodle, Robert L. Blocker, Estate of Joseph |

36

15421992

J. Boccia, Jr., Estate of Patricia Boccia, James Boccia, Estate of Joseph J. Boccia, Sr., Raymond Boccia, Richard Boccia, Ronnie Weppler, Virginia Marshall, Angela Bohannon, Anthony Bohannon, David Bohannon, Edna Bohannon, Estate of Leon Bohannon, Jr., Leon Bohannon, Sr., Ricki Bohannon, Estate of John Bonk, Jr., Estate of Jeffrey Boulos, Estate of Joseph Boulos, Lydia Boulos, Marie Boulos, Estate of John Norman Boyett, Estate of Norman Boyett, Jr., Estate of Lavon Boyett, William Andrew Boyett, Theresa U. Roth, Estate of Claude Burley, Estate of Douglas Burley, Estate of William Burley, Myra Burley, Rodney Burnette, Estate of Avenell Callahan, Estate of Paul Lynn Callahan, Sandra K. Petrick, Susan Ciupaska, Michael Callahan, Estate of Billie Jean Bolinger, Elisa Maria Thompson, Estate of Ramon E. "Mecot" Camara, Tammy Camara-Howell, Estate of Threase Riggs, Estate of Brenda Haskell, Estate of Clare Campus, Estate of Bradley Campus, Gail McDermott, Bruce Ceasar, Cathy Ceasar Williams, Estate of Johnnie Ceasar, Frankie Lee Ceasar, Freddie Ceasar, Linda Howard-Washington, Estate of Robbie N. Ceasar, Sybil Ceasar, Christopher Comes, Estate of Frank W. Comes, Jr., Estate of Frank G. Comes, Estate of Joan Comes, Lisa A. Muttie, Estate of Patrick Comes, Estate of Robert Allen Conley, James N. Conley, Jr., Estate of Roberta L. Conley, Sharon Petrey, Estate of SGTMAJ Charles F. Cook, Elizabeth Ann Cook, Estate of Charles Dennis Cook, Estate of Mary A. Cook, Alan Tracy Copeland, Betty Copeland, Estate of Donald Copeland, Estate of Johnny Len Copeland, Robin Copeland-Jordan, Barbara Wiseman, Estate of David Cosner, Estate of Harold L. Cosner, Estate of Jeffrey Cosner, LeAnna Cosner, Lori Ray, Estate of Marva Lynn Cosner, Estate of Bryan T. Coulman Bryan T. Coulman Living Trust, Christopher J. Coulman, Estate of Dennis M. Coulman, Estate of Kevin Coulman, Estate of Lorraine Coulman Robert L. & Lorraine M. Coulman Living Trust, Robert D. Coulman, Estate of Robert Louis Coulman, Estate of Rick Robert Crudale, Heidi S. LeGault, Estate of Marie Crudale, Rosanne Brunette, Estate of Russell Cyzick, Eugene Franklin Cyzick, Estate of Mary Mason, B. Christine Devlin, Christine Ann Devlin, Colleen Ann Devlin, Daniel C. Devlin, Estate of Michael J. Devlin, Estate of Kathleen Devlin Mahoney, Richard B. Devlin, Sean F. Devlin, Estate of Glenn Dolphin, Estate of Earline Miller, Estate of Nathaniel G. Dorsey, Harry Miller, Sharon A. Blount, Chester F. Dunnigan, Ann D. Bennett, Est. of Claudine Dunnigan-Lester, Estate of Timothy Dunnigan, Estate of Michael R. Dunnigan, Estate of William Dunnigan,

37

| | |
|---|---|
| | Estate of Bryan L. Earle, Estate of Leona Mae Vargas, The Estate of Frederick Daniel Eaves, Estate of Barbara Estes, Estate of Charles Franklin Estes, Estate of Danny R. Estes, Franklin R. Estes, Tammy Chapman, Theresa Catano, Charles M. Frye, Angela Farthing, Estate of Michael D. Fulcher, Ellen Kimberly Fulcher, Phyllis Tangerman, Estate of Ruby A. Fulcher, Estate of Barbara Gallagher, Brian Gallagher, Estate of James Gallagher, Estate of Sean Gallagher, James M. Gallagher, Jr., Estate of Kevin Gallagher Kevin & Cynthia Gallagher Revocable Trust, Estate of Maureen Pare, Michael Gallagher, Tara Hanrahan, Estate of Demetre Gangur, Estate of George Gangur, Helen Montgomery Montgomery Family Revocable Living Trust, Juliana Rudkowski, Estate of Mary Gangur The Mary Gangur Revocable Living Trust, Nada Jurist, Estate of Randall Garcia Violet E. Garcia Trust, Estate of Jesus "Jess" Garcia Violet E. Garcia Trust, Rachel M. Caldera, Rebecca Jewett, Estate of Ronald Garcia, Roxanne V. Garcia Pryor, Russell Garcia, Estate of Violet Garcia Violet E. Garcia Trust, Dale Garner, Howard Larry Gerlach, Megan Bash, Patricia Gerlach, Travis Gerlach, Arlene M. Ghumm, Ashley F. Ghumm, Billy John Ghumm, Estate of Eddy Ghumm, Sr., Estate of Harold Ghumm, Estate of Jedaiah Ghumm, Jr., Estate of Hildegard Ghumm, Jesse W. Ghumm, Estate of Leroy Ghumm, Moronica B. Davis, Rebecca G. Bowler, Anne Mongeau, Deborah O'Connor, Donald Giblin, Estate of Timothy Robert Giblin, Geraldine Paolozzi, Jeanne M. Gattegno, Jeanne Giblin, Kathleen Calabro, Margaret Tella, Michael Giblin, Tiffany Blackwood, Valerie Giblin, William Giblin, Christina J. Gorchinski, Estate of Michael Gorchinski, Judy Gorchinski, Kevin M. Gorchinski, Estate of Patty McPhee, Penny Meyer, Valerie M. Rico, Estate of Alice Gordon, Elaine Murphy, Estate of Richard Gordon, Estate of Joseph Gordon, Linda J. Gordon, Estate of Norris O. Gordon, Estate of Paul Gordon Paul & Linda's Trust, Damion Briscoe, Estate of Deborah L. Green, Estate of Davin Green, Kia Jones, Estate of Patricia Wright, Sheria Lenae Green, Darlene Hairston, Estate of Thomas Hairston, Sherry Latoya Johnson, Estate of Michael S. Haskell, Jeffrey Haskell, Christopher T. Helms, Estate of Mark A. Helms, Estate of Marvin R. Helms, Estate of Mary Ann Turek, Rebecca Gintonio, Doris P. Hester, Estate of Stanley Glenn Hester, Estate of Clifton Hildreth, Cynthia H. Lake, Estate of Donald W. Hildreth, Julia Mae Hildreth, Mary Ann Hildreth, Michael W. Hildreth, Estate of John Hlywiak, Joseph Hlywiak, Margaret Angeloni, Estate of |

38

15421992

|  | Margaret Hlywiak, Paul Hlywiak, Peter Hlywiak, Jr., Estate of Peter Hlywiak, Sr., Ashley Holberton Doray, Estate of Donald C. Holberton, Estate of Richard H. Holberton, Estate of Mary C. Hart, Estate of Patricia Lee Holberton, Thomas F. Holberton, Estate of Dr. John R. Hudson, Estate of Samuel R. Hudson, Lisa Hudson, Samuel Lorenzo Hudson, Estate of Losie Hudson, Estate of Ruth Hudson, William J. Hudson, Estate of Maurice Hukill, Mary T. Moore, Estate of Cynthia Hunt, Estate of Orval E. Hunt, Jr., Estate of Elizabeth Iacovino, Estate of Edward Iacovino Jr., Estate of Edward Iacovino, Sr., Deborah Innocenzi, Estate of Paul Innocenzi, III, Kristin Burrows, Mark J. Innocenzi, Paul G. Innocenzi, IV, Estate of James Jackowski, Jackline Seguerra, John J. Jackowski, Sr., Estate of John Jackowski, Jr., Estate of Karen Tastensen Valenti Karen Valenti Revocable Trust, Andrew Jacobs, Daniel Jacobs, Danita Jacobs, Joseph Jacobs, Elaine M. James, Estate of Jeffrey James, Estate of Nathaniel Jenkins, Estate of Nathalie C. Jenkins, Stephen M. Jenkins, Alicia L. Shields, Charles Johnston, Estate of Edwin Johnston, Jr., Estate of Edward Johnston, Mary A. Beck, Mary Ann Johnston, Mary L. Buckner, Andrea Jackson, Estate of Steven Jones, Estate of Synovure Jones, Mark Jones, Estate of Ollie Jones, Estate of Thomas Julian, Joyce Julian, Karl Julian, Estate of Shawn Biello, Adam Wade Keown, Estate of Bobby Keown, Jr., Darren Keown, Estate of Thomas Keown, Mary A. Cobble, Estate of William R. Keown, Brian C. Kirkpatrick, Cecilia Kirkpatrick Stanley, Kathleen Kirkpatrick, Estate of Daniel Kluck, Estate of Shirley Martin, Kelly G. Kluck, Estate of Michael P. Kluck, Catherine Elaine Hachigian, Deborah Delia Peterson, Estate of James Knipple, Estate of Pauline V. Knipple, Estate of John D. Knipple, John Robert Knipple, Laura Marie Reininger, Margaret Alvarez, Estate of Doreen Kreischer, Estate of Freas Kreischer, III, Freas Henry Kreischer, Jr., Megan Gummer, Estate of Keith Laise, Estate of James Langon, IV, James J. Langon, III, Joyce Bachand, Lesley A. LaRiviere, Estate of Michael LaRiviere, Eugene LaRiviere, William LaRiviere, Zandra Johnston, Cheryl Cossaboom, Estate of Richard G. LaRiviere, Estate of Steven B. LaRiviere, Estate of Janet LaRiviere, Joanne M. Zimmermann, John M. LaRiviere, Estate of Linda J. Rooney David & Linda Rooney Irrevocable Trust, Michael LaRiviere, Nancy LaRiviere, Richard K. LaRiviere, Robert P. LaRiviere, Estate of Clarence Lemnah, Estate of Etta Lemnah, Estate of Richard Lemnah  Marlys |

39

| | | Lemnah Revocable Trust, Estate of Fay A. Lemnah Fay A. Lemnah Revocable Trust, Estate of Harold Lemnah, Marlys Lemnah Marlys Lemnah Revocable Trust, Estate of Robert Lemnah, Ronald Lemnah The Ronald Lemnah Trust, Annette Livingston, Estate of Joseph Livingston, II, Estate of Joseph Livingston, III, Joseph R. Livingston, IV, Tia Fox, Earl Lyon, Elizabeth Meda House, Estate of Paul D. Lyon, Jr, Estate of Francisco M. Lyon, June Lyon, Estate of Maria Lyon, Estate of Paul Lyon, Sr., Valerie Lyon, Deborah Coltrane, Estate of John Macroglou, Heather Macroglou, Miralda Judith Alarcon, Alex R. Griffin-Hunt, Estate of Samuel Maitland, Estate of Samuel Maitland, Sr., Estate of Kenty Edwards, Estate of Leysnal Maitland, Shirla A. Maitland Edward, Charlita O'Gilvie, Estate of Corene Jones Martin, Estate of Charlie Robert Martin, Florine Martin Carter, Gussie M. Williams, John A. Martin, Estate of Lenda Joyce Johnson, Mary Ellen Thompson, Estate of Pacita G. Martin, Renerio Martin, Estate of Ruby Lee Martin, Ana Beard, Estate of Cristina Massa, Edmundo S. Massa, Joao C. Massa, Jose F. Massa, Estate of Manuel C. Massa, Ramiro Massa, Burnham Matthews, Estate of John McCall, Estate of Thomas McCall, Mary McCall, Estate of Steve Zone, Valerie McCall, Estate of Timothy McMahon, George F. McMahon, Marie M. Russell, Michael P. McMahon, Estate of Muriel Persky, Darren Menkins, Estate of Richard H. Menkins, II, Gregory Menkins, Lisa Estes, Estate of Richard H. Menkins, Estate of Ronald Meurer, Jay Meurer, Jennifer Collier, Estate of John Meurer, John Thomas Meurer, Estate of Mary Lou Meurer, Michael E. Meurer, Robin Lynch, Adele M. Chios, Bernadette Jaccom, Estate of Angelina Milano, Estate of Joseph Peter Milano, Estate of Peter B. Milano  Peter B. Milano Revocable Trust, Rosalie Milano Donohue, Timothy D. Mitchell, Wendy Mitchell, Estate of Betty June Moore Betty J. Moore Revocable Trust, Denise Lynn Voyles, Estate of Joseph Moore, Estate of Harry Moore, Melissa Lea Moore, Susan Ann Ray, Alice Warren Franklin, Estate of Allie Mae Moore, Audrey Webb, Estate of Bronzell Warren, Deborah Crawford, Estate of James O. Moore, Estate of Johnnie S. Moore, Jamaal Muata Ali, Johnnie Mae Moore-Jones, Lovelle Moore, Marvin Moore, Debra Myers, Estate of Harry Douglas Myers, Estate of Geneva Myers, Estate of Harry E. Myers, Billie Ann Nairn, Campbell J. Nairn, III, Estate of Campbell J. Nairn, Jr., Estate of David Johns Nairn, Tammy Freshour, William P. Nairn, Estate |

40

15421992

of Alex Nashton, Jeffrey Nashton, Estate of Olympia Carletta, Ashley E. Gunter, Estate of Grace Lewis, Kayley Oliver Hudson, Kimberly Patterson, Michael-John Oliver, Estate of Patrick S. Patterson, Estate of Paul Oliver, Riley Margaret Oliver, Estate of John Edward Oliver, Estate of Bertha Olson, Estate of John Arne Olson, Estate of Sigurd Olson, Estate of Jana M. Christian, Estate of Julia A. McFarlin Julia Ann McFarlin Trust, Karen L. Olson, Mary Baumgartner, Estate of Randal D. Olson, Roger S. Olson, Ronald J. Olson, Susan J. Sinsioco, Wendy L. Lange, Estate of Joseph Owens The Frances Owens Living Trust, David L. Owens, Deanna L. Owens, Estate of James A. Owens The Frances Owens Living Trust, Estate of Frances L. Owens The Frances Owens Living Trust, Steven T. Owens, Estate of Connie Mack Page, Estate of Connie Ray Page, Estate of Judith K. Page, Estate of Ulysses G. Parker, Henry James, Jr., Mary Ruth Ervin, Estate of Ray A. Johnson, Estate of Sharon Parker, Shirley L. McClellan, Helen M. Pearson, John L. Pearson, Jr., Estate of John L. Pearson, Sr., Estate of Melrose Ricks, Sonia Pearson, Estate of Brett A. Perron, Cynthia A. Hurston, Estate of Deborah J. Perron, Estate of Christine M. Brown, Estate of Thomas S. Perron , Michelle L. Perron, Estate of Ronald R. Perron, Estate of Suzanne M. Garza, Elizabeth P. Moy, Estate of John Arthur Phillips, Jr., Harold T. Phillips, Estate of John Arthur Phillips, Sr., Nancy B. Fox, Victoria Phillips, Estate of William Roy Pollard, Estate of Margaret Elaine Pollard, Stacey Pollard-Joyce, Estate of Victor Mark Prevatt, Lee H. Prevatt, Sandra Rhodes Young, Victor Thornton Prevatt, Estate of James C. Price, Estate of John R. Price, Jr., Joseph S. Price, Eileen Ahlquist, Estate of Barbara D. Prindeville, Estate of Patrick K. Prindeville, Kathleen Tara Prindeville, Estate of Michael Garrett Prindeville, Estate of Paul Edward Prindeville, Sean Joseph Prindeville, Estate of Belinda J. Quirante, Belinda Jimenez Quirante, Edgar J. Quirante, Estate of Diomedes J. Quirante, Estate of Godofredo R. Quirante, Liberty Q. Gregg, Milton J. Quirante, Sabrina Quirante-Nettles, Alan Richardson, Beatrice Richardson, Estate of Clarence Richardson, Eric Michael Richardson , Estate of Warren Richardson, Estate of Lynnette Richardson, Vanessa Richardson, Paul Rivers, Estate of Louis J. Rotondo, Jr., Jason Russell, Estate of Stephen Russell, Tanya Haynes, Wanda Russell, Andrew R. Sauls, Barbara E. Rockwell, Estate of Michael Sauls, Henry Caleb Sauls, Riley Ackerman Sauls,

| | Estate of Charles Schnorf, Lynn S. Dallachie, Estate of Margaret Mettler Schnorf, Estate of Richard C. Schnorf, Sr., Richard Colfax Schnorf, Jr., Robert Mettler Schnorf, Susanne Schnorf Breeden, Beverly Schultz, Dennis James Schultz, Estate of Dennis R. Schultz, Estate of Scott Lee Schultz, Estate of Peter James Scialabba, Estate of Frank Scialabba, Jacquelyn Scialabba, Samuel Scott Scialabba, Estate of Gary R. Scott, Estate of Larry L. Scott, Jon C. Scott, Estate of Kevin James Scott, Estate of Mary Ann Scott, Stephen Scott, Susan Jordan, Bryan Richard Shipp, Estate of Thomas Shipp, Estate of James D. Shipp, Janice D. Shipp, Estate of Karen R. Clough, Maurice Shipp, Pauline Shipp, Raymond D. Shipp, Russell Shipp, Estate of Theresa Desjardins, Estate of Jerryl D. Shropshire, Estate of Larry H. Simpson, Jr., Estate of Bobbie Ann Smith, Estate of Kirk Hall Smith, Terrence Smith, Estate of Angela J. Smith, Estate of Thomas G. Smith, Joseph K. Smith, III, Joseph K. Smith, Jr., Ana Smith Ward, Cynthia I. Smith, Estate of Vincent Lee Smith, Estate of Keith E. Smith Keith E. Smith Un-Revocable Intro Vivos Trust, Holly D. Smith, Ian Smith, Kelly B. Smith, Lynn Smith Derbyshire, Estate of Shirley L. Smith Shirley L. Smith Un-Revocable Trust, Tadgh A. Smith, Tara Leigh Rose, Thad Gifford-Smith, Timothy B. Smith, Estate of William Scott Sommerhof, Jocelyn Sommerhof, John A. Sommerhof, Estate of William J. Sommerhof, Barbara A. Spaulding, Dana Spaulding, Jessica Stocum, Kelly Rodriguez, Scott Spaulding, Douglas Spencer, Estate of Stephen Spencer, Estate of Ila Wallace, Richard J. Wallace, Christine Stelpflug Williford, Estate William John Stelpflug, Joseph W. Stelpflug, Kathy Nathan, Laura Barfield, Peggy A. Stelpflug, Estate of William Joseph Stelpflug, Estate of Horace Renardo Stephens, The Estate of Horace Stephens, Sr., Estate of Joyce Stephens, Estate of Keith Lamont Stephens, Estate of Kimberly C. Moore, Leticia Boddie, Estate of Dona F. Stockton, Estate of Craig Stockton, Estate of Donald R. Stockton, Richard Stockton, Dianne Stokes Williams, Estate of Jeffrey Stokes, Estate of Nelson Stokes, Sr., Gwendolyn Stokes-Graham, Estate of Irene Gaines-Stokes, Le'Shune Carlette Stokes Clark, Melvina Wright, Estate of Nelson Stokes, Jr., Rennitta Stokes Johnson, Robert Stokes, Estate of Eric D. Sturghill, Marcus D. Sturghill, Jr., Estate of Marcus L. Sturghill, Nekeisha Lynn Sturghill, Doreen Sundar, Estate of Devon Sundar, Cydia Shaver, Craig Swinson, Daniel Swinson, Estate of Dawn Swinson, Estate of |

42

15421992

| | Ingrid Swinson, Estate of Kenneth Swinson, Teresa Swinson, William Swinson, Adam Thorstad, Estate of Barbara Thorstad, Barbara Warwick, Estate of Susan Thorstad Hugus, Estate of Thomas Thorstad, James Thorstad, Jr., Estate of James A. Thorstad, Sr. Trust of James A. Thorstad, Sr., Janice Edquist, John E. Thorstad, Kathleen Hedge, Kathryn Wallace, Patricia Thorstad Zosso, Ryan Thorstad, Barbara Tingley, Donna Plickys, Estate of Stephen Dale Tingley, Nancy Hurlburt, Estate of Richard Tingley, Russell L. Tingley, Michael Toma, Anthony Vallone, Estate of Donald H. Vallone, Sr., Estate of Donna Phelps Charles & Donna Phelps Living Trust, Donna Smith, Estate of Donald H. Vallone, Jr., Timothy Vallone, Blanche F. Corry, Diane Whitener, Estate of Eric Washington, Estate of Pearlie Mae Olaniji, Vancine Washington, Andrew Gordon Wheeler, Benjamin D. Wheeler, Brenda June Wheeler, Danny Wheeler, Estate of Marlis "Molly" Wheeler, Jill S. Wold, Jonathan Wheeler, Kerry Wheeler, Candace Campbell, Darrin A. Wigglesworth, Daryl Wigglesworth, Estate of Dwayne Wigglesworth Henry Wigglesworth Revocable Living Trust, Henry Wigglesworth Revocable Living Trust, Mark Wigglesworth, Robyn Wigglesworth, Estate of Sandra Wigglesworth Henry Wigglesworth Revocable Living Trust, Shawn Wigglesworth, Elizabeth Adams, Estate of Johnny Adam Williamson, Estate of Jewelene Dunlap Williamson, Tony Williamson, Estate of Arlington Jerome Ferguson Arlington Ferguson Trust, Estate of Rodney J. Williams, Hilton Ferguson, Rhonda Williams Hill, Ronald Williams, Estate of Ruth Williams , Estate of Wesley Williams, Delma R. Williams-Edwards, Erma Smith, Estate of Scipio Williams, Jr., Janet Brown Williams, Johnnie E. Williams, Estate of Kenneth Watson, Keysha Williams Tolliver, Philiece Richardson Mills, Scipio J. Williams, Amanda Winter Moore, Estate of William Ellis Winter, Melia Redding Collier, Michael Ellis Winter, Beverly Woollett, Estate of Donald E. Woollett, Lilla Woollett Haverstick, Lyda Guz, Estate of Paul R. Woollett, Alicia Jones, Estate of Craig Wyche, Estate of James Cherry, Glenn Wyche, John Wyche, Jr., Sandra D. Jones, Sonia Cherry, Estate of Jeffrey D. Young, John W. Young, John F. Young, Judith Young, Estate of Nora Young, Estate of Robert Young, James Peter Young, Mary E. Young Stilphen, Thomas D. Young, Estate of Carrie Bohannon, Estate of Richard Andrew Fluegel, Estate of James E. McDonough, Estate of Margaret Menkins, Estate of |

43

15421992

| | Michael Moore, Estate of Bobby Keown, Sr. |
|---|---|
| • *Acosta, et al. v. Assa Corp, et al.,* 10-cv-2464 (S.D.N.Y.) <br> • Dkt. 98, *In re 650 Fifth Avenue & Related Properties,* 08-cv-10934 (S.D.N.Y.) | Acosta Judgment Creditors <br> • Carlos Acosta, Carlos Acosta, as Fiduciary for the Estate of Maria Acosta, Elizabeth Rich, as Executrix for the Estate of Irving Franklin, Elizabeth Rich, as Executrix for the Estate of Irma Franklin, Libby Kahane, Rabbi Norman Kahane, Shulamit Dopelt, as Executor of the Estate of Sonya Kahane, Tova Ettinger, Baruch Kahane, Moshe Daniel Kaplan, as Administrator of the Estate of Cipporah Kaplan, and Meir David Kahane, as Administrator for the Estate of Binyamin Kahane |
| • *Heiser, et al. v. 650 Fifth Avenue Co., et al.,* 13-mc-71 (S.D.N.Y.) <br> • Dkt. 74, *In re 650 Fifth Avenue & Related Properties,* 08-cv-10934 (S.D.N.Y.) | Heiser Judgment Creditors <br> • The Estate of Frances Heiser, the estate of Michael Heiser, the Estate of Gary Heiser, the estate of Brent E. Marthaler, Anne M. Rimkus, Elizabeth Wolf, the Estate of Bessie A. Campbell, Starlina Taylor McCorkendale, the Estate of Senator Haun, Nicholas A. Johnson, James V. Wetmore, the estate of Patrick P. Fennig, the estate of Brian McVeigh, George A. Beekman, the Estate of Nancy A. Kitson, the Estate of Laura E. Johnson, Catherine Fennig, Catherine Adams, Daniel Adams, Marie R. Campbell, Kathleen M. Wood, the Estate of James Ryan Rimkus, the Estate of Sharon Marthaler, Shawn M. Wood, the estate of Peter J. Morgera, the estate of Joseph E. Rimkus, the estate of Christopher Lester, Thomas Morgera, the estate of Thanh Van Nguyen, William Adams, the estate of Joshua E. Woody, the estate of Earl F. Cartrette, Jr., John E. Adams, Lewis W. Cartrette, the Estate of Nancy R. Kitson, Michael T. Adams, the estate of Christopher Adams, Tracy M. Smith, Cecil Lester, Jr, Thaddeus C. Fennig, the estate of Millard D. Campbell, Mark Fennig, Mary Kowalchuk, Steven K. Kitson, Jessica F. Hatfield, Vickie L Taylor, the estate of Jeremy A. Taylor, the Estate of Sandra M. Wetmore, Bridget Brooks, Kevin Johnson, the Estate of Bruce Johnson, Paul D. Fennig, Christopher R. Nguyen, Anthony W. Cartrette, Patrick D. Adams, Lawrence E. Taylor, Michael Morgera, Gregoire Che Colson, the Estate of Kendall K. Kitson, Dawn Woody, the estate of Kevin J. Johnson, Jonica L. Woody, Shyrl L. Johnson, Denise M. Eichstaedt, Milagritos Haun, Herman C. Marthaler, III, Richard W. Wood, the estate of Kendall Kitson, Jr., Timothy Woody, Kirk Marthaler, the estate of Justin R. Wood, the estate of Leland Timothy Haun, Katie Marthaler Eicher, Matthew Marthaler, Bernadine R. Beekman, Ibis S. Haun, Judy Lester, Cecil H. Lester |

44

15421992

| | |
|---|---|
| • *Kirschenbaum, et al. v. Assa Corp., et al.,* 13-cv-1825 (S.D.N.Y.)<br>• *Kirschenbaum, et al. v. Islamic Republic of Iran, et al.,* 12-mc-19 (S.D.N.Y.)<br>• *Kirschenbaum, et al. v. Islamic Republic of Iran, et al.,* 12-mc-22 (S.D.N.Y.)<br>• Dkt. 101, *In re 650 Fifth Avenue & Related Properties,* 08-cv-10934 (S.D.N.Y.) | Kirschenbaum Judgment Creditors<br>• Jason Kirschenbaum, Isabelle Kirschenbaum, Isabelle Kirschenbaum, as Executrix for the Estate of Martin Kirschenbaum, Joshua Kirschenbaum, David Kirschenbaum, Danielle Teitlebaum |
| • Dkt. 85, *In re 650 Fifth Avenue & Related Properties,* 08-cv-10934 (S.D.N.Y.) | Havlish Judgment Creditors<br>• Estate of Donald G. Havlish, Jr., Fiona Havlish, Donald Havlish, Sr., William Havlish, Susan Conklin, Estate of Michael A. Bane, Tara Bane, Donald Bane, Christina Bane-Hayes, Gerald Bingham, Estate of Martin Boryczewski, Krystyna Boryczewski, Estate of Michael Boryczewski, Julia Boryczewski, Michele Boryczewski, Estate of Steven Cafiero, Grace Kneski, Estate of Richard M. Caproni, Richard A. Caproni, Dolores Caproni, Christopher Caproni, Michael Caproni, Lisa Caproni-Brown, Alice Carpeneto, Estate of Peter Chirchirillo, Clara Chirchirillo, Livia Chirchirillo, Catherine Deblieck, Estate of Jeffrey Coale, William Coale, Estate of Daniel M. Coffey, Frances M. Coffey, Daniel D. Coffey, M.D., Kevin M. Coffey, Estate of Jason Coffey, Estate of Jeffrey Collman, Dwayne W. Collman, Brian Collman, Charles Collman, Brenda Sorenson, Estate of Michael Diehl, Loisanne Diehl, Estate of Stephen Dorf, Morris Dorf, Anne Marie Dorf, Joseph Dorf, Michelle Dorf, Robert Dorf, Linda Sammut, Estate of Judy Fernandez, Corazon Fernandez, Estate of Ronald Gamboa, Regina Maria Merwin, Estate of William R. Godshalk, Grace Parkinson-Godshalk, Estate of John Grazioso, Tina Grazioso, Estate of Liming Gu, Jin Liu, Alan Gu, Estate of James D. Halvorson, Maureen Halvorson, Haomin Jian, FuMei Chien, Huichun Jian, Hui-Chuan Jian, Hui-Chien Chen, Hui-Zon Jian, Estate of Denis Lavelle, Marie Ann Paprocki, Estate |

45

| | |
|---|---|
| | of Robert Levine, Roni Levine, Michael LoGuidice, Estate of Joseph Lostrangio, Theresanne Lostrangio, Ralph S. Maerz, Estate of Dorothy Mauro, Margaret Mauro, Estate of Mary Melendez, Ramon Melendez, Estate of Peter T. Milano, Patricia Milano, Estate of Yvette Nicole Moreno, Ivy Moreno, Estate of Brian Nunez, JoAnne Lovett, Estate of Philip Paul Ognibene, Estate of Vincent A. Ognibene, Martin Panik, Estate of Linda Ellen Panik, Mary Lynn-Anna Panik Stanley, Estate of Salvatore T. Papasso, Christine Papasso, Estate of John William Perry, Patricia J. Perry, Estate of Marsha Dianah Ratchford, Rodney Ratchford, Rodney M. Ratchford, Marshee R. Ratchford, Maranda C. Ratchford, Estate of Joshua Scott Reiss, Judith Reiss, Estate of John M. Rodak, Joyce Ann Rodak, Chelsea Nicole Rodak, Devon Marie Rodak, John Rodak, Regina Rodak, Joanne Gori, Estate of Elvin Romero, Diane Romero, Helen Rosenthal, Estate of Richard Rosenthal, Loren Rosenthal, Alexander Rowe, Ed Russin, Gloria Russin, Barry Russin, Estate of Maria Theresa Santillian, Expedito Santillian, Ester Santillian, Estate of Victor Saracini, Ellen Saracini, Estate of Anne C. Saracini, Joanne Renzi, Estate of Scott Schertzer, Paul Schertzer, Estate of Paul K. Sloan, Ronald S. Sloan, Estate of George Eric Smith, Raymond Doyle Smith, Estate of Timothy P. Soulas, Katherine Soulas, Estate of William R. Steiner, Russa Steiner, Estate of Andrew Stergiopoulos, George Stergiopoulos, M.D., Angela Stergiopoulos, Estate of Edward W. Straub, Sandra Straub, Estate of Jennifer Tino, Joan E. Tino, Pamela Schiele, Estate of Jeanmarie Wallendorf, Christine Barton, Estate of Meta Waller, Estate of Timothy Raymond Ward, Doyle Raymond Ward, Stephen L. Cartledge, Michelle Wright, Leonard Zeplin, Leona Zeplin, Joslin Paradise |
| • *Beer, et al. v. Assa Corp., et al.*, 13-cv-1848 (S.D.N.Y.)<br>• *Beer, et al v. Islamic Republic of Iran, et al.*, 12-mc-20 (S.D.N.Y.)<br>• *Beer, et al. v. Islamic Republic of Iran, et al.*, 12-mc-21 (S.D.N.Y.)<br>• Dkt. 99, *In re 650 Fifth Avenue & Related* | Beer Judgment Creditors<br>• Harry Beer, Harry Beer, as Personal Representative of the Estate of Alan Beer, Harry Beer, as Administrator for the Estate of Anna Beer, Estelle Carroll, and Phyllis Maisel |

46

| | |
|---|---|
| *Properties*, 08-cv-10934 (S.D.N.Y.) | |
| • Dkt. 82, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Holland Judgment Creditors<br>• Donna M. Holland, the estate of Robert S. Holland, Chad P. Holland, and James R. Holland |
| • Dkt. 82, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Campuzano Judgment Creditors<br>• Diana Campuzano, Avi Elishis, and Gregg Salzman |
| • Dkt. 82, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Blais Judgment Creditors<br>• Paul A. Blais, Curtis A. Taylor, and Maria Taylor |
| • Dkt. 82, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Brewer Judgment Creditors<br>• Richard P. Brewer and Joyce L. Leydet |
| • Dkt. 82, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Valencia Judgment Creditors<br>• Cielito Valencia, Luz Southard, Steven E. Wolfe, and Sonia T. Broadway |
| • Dkt. 82, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Welch Judgment Creditors<br>• Brian Welch, Christopher Welch, Betty Welch, Gerard Welch, and Michael Welch |

47

15421992

| | |
|---|---|
| • Dkt. 128, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Bland Judgment Creditors<br>• Estate of Marilyn Peterson, Alan C. Anderson, Thelma Anderson, Estate of Stephen Boyd Bland, Estate of James Bland, Ruth Ann Bland, Estate of Frank Bland, Estate of Laura Virginia Copeland, Ronald L. Duplanty, Estate of Sean F. Estler, Estate of Louis C. Estler, Jr., Estate of Benjamin E. Fuller, Estate of Ernest C. Fuller, John Edward Gibson, Estate of Keith Estler, Charlotte Elaine Allen, Maurice Gibson, Estate of Michael Hastings, Estate of Joyce Hastings, Estate of Paul Hein, Estate of Christopher Hein, Jo Ann Hein, Karen Sullivan, Victor J. Hein, Estate of Jacqueline M. Kunysz, Estate of John Hendrickson, John David Hendrickson, Tyson Hendrickson, Debrah Ryan, Estate of Bruce Hollingshead, Melinda Hollingshead, Renard Manley, Estate of Michael Robert Massman, Nicole Gomez, Angela C. Fox, Kristopher Massman, Lydia Massman, Estate of Patricia Lou Smith, Estate of Louis Melendez, Zaida Cruz Melendez, Douglas Jason Melendez Cruz, Johnny Melendez, Johnny Melendez, Jr., Estate of Michael Mercer, Sarah Mercer, Samuel A. Palmer, Robin Lindsey, Estate of Juan C. Rodriguez, Louisa Puntonet, Robert Rucker, Estate of Billy San Pedro, Cesar San Pedro, Sila V. San Pedro, Javier San Pedro, Emanuel Simmons, Estate of James Surch, Patty Barnett, Estate of William Surch, Bradley Ulick, Estate of Jeanette Maurice, Estate of Eric R. Walker, Robin W. Brock, Ronnie Walker, Tena Walker-Jones, Estate of Mary Ellen Estler, Kelly Bachelor, Keith Weekes, Estate of O'Brian Weekes, Anson Edmond, Ianthe Weekes-Edmond, Meta Downes, Ronnie E. Walker, Galen Weber, Estate of Dennis Lloyd West, Estate of Kathy West, Estate of John Weyl, Sharon J. Rowan, Guillermo San Pedro, Hazel E. Bennett, Wendy Edmond, Morgan W. Gonzalez, Estate of Nelson Weyl, Estate of Arnold Edmond, Thurnell Shields |
| • Dkt. 128, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Brown Judgment Creditors<br>John P. Becker, David M. Penosky, Gregory Wherland, Estate of Kimmy Wherland, Angela Fransen, Bruce Samuel Hastings, Jr., Rowel Brown, Randy L. Gaddo, Joseph Penosky, Louise Gaddo Blattler, Carolyn Spears, Estate of Anthony Brown , Estate of Vara Brown, Estate of John Brown, Sulba Brown, Marvine McBride, LaJuana Smith, Paul Phillip Martinez, Sr., Teresa Gunther, Esther Martinez, Estate of Alphonso Martinez, Daniel Louis Martinez, Michael Martinez, Paul Martinez, Jr., Tomasita Martinez, Susanne Yeoman, Timothy Gaddo, Alice J. |

48

| | |
|---|---|
| | Skaggs, Rodney E. Burns, Estate of Eugene Burns, David Burns, Michael Barile, Estate of Virgel Dean Hamilton, Gloria Hamilton, Estate of David A. Lewis, Betty Lewis, Jerry L. Lewis, Scott M. Lewis, Estate of Michael Lee Page, Estate of Albert Page, Estate of Janet Page, Page Family Trust, Joyce Edwards, Estate of Charles F. West, Sharon Davis, Estate of Rick West, Carol Jayne Weaver, Estate of Leonard Paul Tice, Charles H. West, Daniel Cuddeback, Jr., Estate of Barbara Cuddeback Barbara Cuddeback Living Trust, Daniel R Cuddeback, Sr., Barbara Cuddeback, Michael Episcopo, Daniel Kremer, Joseph Kremer, Estate of Jacqueline Stahrr, Estate of Christine Kremer, Estate of Thomas Kremer, Estate of Christian R. Rauch, Joseph A. Barile, Estate of Peter Gaddo, Cynthia Holmes, Daniel Joy, Estate of Burton Wherland , Sarah Mears, Maynard Hodges, Kathy Hodges, Mary Jean Bernard, Loretta Brown, Shana G. Saul Brown, Estate of Jeffrey Bruce Owen, Steven G. Owen, Estate of Jean Givens Owen, Estate of Angela E. Barile , Andrea Ciarla, Annmarie Moore, Estate of William R. Gaines, Jr. , Michael Gaines, Estate of William R. Gaines William R. Gaines Trust |
| • Dkt. 128, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | **Valore Judgment Creditors** <br> • Estate of Catherine M. Bonk, Kevin Bonk, Thomas Bonk, Estate of John Bonk, Sr., Marian DiGiovanni, Sherri Lynn Fiedler, Marilou Fluegel, Robert Fluegel, Estate of Thomas A. Fluegel, Evans Hairston, Felicia Hairston, Estate of Julia Bell Hairston, Estate of Henry Durban Hukill, Jr., Mark Andrew Hukill, Matthew Scott Hukill, Melissa Hukill, Meredith Ingersoll, Mitchell Charles Hukill, Monte Hukill, Virginia Ellen Hukill, Catherine Hunt, Shirley Ann Storm Pettry, Penni Bernard, Jeff Kirkwood, Estate of Shirley Kirkwood, Carl Arnold Kirkwood, Jr., Estate of Carl Kirkwood, Sr., Patricia Kronenbitter, Estate of William Laise, Estate of Betty Laise, Kris Laise, Estate of Bill Macroglou, Lorraine Macroglou, Estate of Kathy McDonald, Edward Joseph McDonough, Estate of Edward W. McDonough, Sean McDonough, Deborah Spencer Roshto, Estate of Louis Joseph Rotondo, Sr., Estate of Rose Rotondo, Estate of Phyllis Santorsiero, Anna Marie Simpson, Renee Eileen Simpson, Robert P. Simpson, Estate of Larry H. Simpson, Sr., Sally Jo Wirick, Pedro J. Alvarado-Tull, Angel Alvarado-Tull, Gerardo Alvarado Tull, Grisselle Romero, Luis A. Alvarado-Tull, Luisa Alvarado, Maria Alvarado O'Sheaf, Marta Alvarado Tull, Minerva Alvarado-Tull, Yolanda Alvarado-Tull, Zoraida Alvarado-Torres, Estate of Andres Alvarado Tull, Cheryl Bass, Estate of Edward Joseph Brooks, Estate of Patricia Brooks, Wanda Ford, Estate |

49

| | |
|---|---|
| | of Bennie Harris Rose V. Harris Living Trust, Estate of Rose Harris Rose V. Harris Living Trust, Marcy Lynn Parson, Douglas Pontillo, Don Selbe, Estate of Eloise F. Selbe, Estate of James Selbe, Belinda Skarka, Allison Thompson, Estate of Isaline Thompson, Johnny Thompson, Deborah True, Janice Valore, Michael Valore, Jr., Estate of Orlando Michael Valore, Sr., Dennis Jack Anderson, Timothy Brooks, Michael Harris, Donald R. Pontillo, Estate of John E. Selbe, Willie G. Thompson, Terance J. Valore, Neale Scott Bolen, Estate of David L. Battle, Estate of Matilde Hernandez, Jr., Estate of John Muffler, Estate of John Jay Tishmack, Estate of Leonard Warren Walker, Estate of Walter Emerson Wint, Jr., Estate of James Yarber, Estate of Moses Arnold, Jr., Estate of James Silvia, Lolita M. Arnold, Lisa Ann Beck, Estate of Betty J. Bolen, Keith Edwin Bolen, Estate of Sheldon H. Bolen, Sharla M. Kors, Lynne Michol Spencer, James Macroglou |
| • Dkts. 138, 147, 248, *In re 650 Fifth Avenue & Related Properties*, 08-cv-10934 (S.D.N.Y.) | Bayani Judgment Creditors<br>• Fatemeh Bayani, the estate of Siavash Bayani, Babak Bayani, and Banafsheh Bayani |

50

## Exhibit B – List of Other Real Properties

- All right, title, and interest in the real property and appurtenances located at 2313 South Voss Road, Houston, Texas 77057, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 55-11 Queens Boulevard, Queens, New York 11377, Block 1325 Lots 1, 6, 7 and, 8, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 4836 Marconi Avenue, Carmichael, California 95608, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 4840 Marconi Avenue, Carmichael, California 95608, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 4150 Aldie Road, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 4310 Aldie Road, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 12260 Alavi Lane, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 12220 Alavi Lane, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 12215 Alavi Lane, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 12235 Alavi Lane, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 12255 Alavi Lane, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 4320 Aldie Road, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 4350 Aldie Road, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 4330 Aldie Road, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

51

15421992

- All right, title, and interest in the real property and appurtenances located at 12240 Alavi Lane, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 4204 Aldie Road, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 4300 Aldie Road, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 12200 Alavi Lane, Catharpin, Virginia 20143-1133, with all improvements and attachments thereon;

- All right, title, and interest in the real property and appurtenances located at 7917 Montrose Road, Rockville, Maryland 20854, with all improvements and attachments thereon; and

- All right, title, and interest in the real property and appurtenances located at 8100 Geneva Mason Road, Rockville, Maryland 20854,[4] with all improvements and attachments thereon.

[4]

52

15421992

**Exhibit C – List of Bank Accounts of Alavi and the Fifth Avenue Company**

| Bank and Account Information | Owner |
|---|---|
| Citibank, Account Number 78429712 | Assa Corp. |
| Citibank, Account Number 8881654552 | Assa Corp. |
| JP Morgan Chase Bank, Account Number 2724409590 | Assa Corp. |
| JP Morgan Chase Bank, Account Number 725700280 | Assa Corp. |
| JP Morgan Chase Bank, Account Number 230484468 | Fifth Avenue Company |
| JP Morgan Chase Bank, Account Number 230484476 | Fifth Avenue Company |
| Sterling National Bank, Account Number 3802032201 | Alavi Foundation |
| Sterling National Bank, Account Number 3802032216 | Alavi Foundation |
| Sterling National Bank, Account Number 3852524414 | Alavi Foundation |

53

15421992

## Exhibit D – Stipulated Statement of Facts

The Government, the 650 Fifth Avenue Company (the "Fifth Avenue Company" or the "Partnership"), and the Alavi Foundation ("Alavi") hereby stipulate and agree to the following facts:

## I.    Background

- In 1989, Bank Melli, an Iranian government-owned bank, formed Assa Company Ltd. as a Jersey Islands company and Assa Corp. as a New York company. Assa Company Ltd. was owned by the Bank Melli directors, and Assa Corp. was 100% owned by Assa Company Ltd. Assa Company Ltd.'s and Assa Corp.'s directors were members of the Bank Melli board of directors.

- Later in 1989, Assa Corp. entered into a partnership agreement with a New York-incorporated private foundation called the Alavi Foundation ("Alavi"), which owned a 36-story office tower and associated air rights located at 650 Fifth Avenue in Manhattan (collectively, the "Building"). The resulting partnership was called the 650 Fifth Avenue Company.

- Pursuant to the partnership agreement, Alavi contributed the Building to the Fifth Avenue Company in exchange for a 65% interest in the Partnership; Assa Corp. contributed $44.8 million—an amount sufficient to satisfy the then-existing mortgage on the Building, which was held by Bank Melli—in exchange for a 35% interest in the Partnership.

- In 1994, Alavi transferred a 5% interest in the Partnership to Assa Corp. to settle a debt owed to Assa Corp.

## II.    In 1995, the President of the United States Issued Executive Orders Pursuant to the IEEPA

- On March 17, 1995, pursuant to the International Emergency Economic Powers Act ("IEEPA"), 50 U.S.C. §§ 1701-1708, the President of the United States found that the actions and policies of the government of Iran constituted an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States; declared a national emergency to deal with that threat; and prohibited certain petroleum-related transactions involving Iran. *See* Exec. Order 12,957, 60 Fed. Reg. 14,615 (Mar. 15, 1995).

- On May 6, 1995, the President further prohibited, among other things, the exportation from the United States or by a United States person of any goods, technology, or services to Iran or to the government of Iran, and prohibited any transaction having the purpose of evading or avoiding that prohibition. *See* Exec. Order 12,959, 60 Fed. Reg. 24,757 (May 6, 1995).

- On June 1, 1995, Bank Melli was identified as part of the government of Iran. *See* Implementation of Executive Order No. 12959 with Respect to Iran, 60 Fed. Reg. 40,881 (Aug. 10, 1995).

54

15421992

- On June 5, 1995, Bank Melli transferred nominal ownership over the majority of its interest in Assa Company Ltd. to Davood Shakeri and Fatemeh Aghamiri, Iranian nationals residing in Tehran, in exchange for £1 each. On December 18, 1995, Shakeri and Aghamiri replaced the Bank Melli directors as the directors of Assa Corp. On January 16, 1998, Bank Melli transferred the remainder of Assa Company Ltd.'s shares to Shakeri and Aghamiri.

- Bank Melli's transfer of nominal ownership and director positions to Shakeri and Aghamiri was intended to conceal Bank Melli's continued ownership and control of Assa Company Ltd. and Assa Corp.

- Bank Melli's representative continued to manage Assa Corp.'s affairs in the United States until approximately 1998.

- Bank Melli continued to own and control Assa Corp. and Assa Co. Ltd. during all relevant times, including through the filing of the Amended Complaint.

## III.    The Partnership Transferred Funds to Assa Corp.

- Between 1996 and 2008, the Partnership received rental income from the Building and spent the majority of those funds on Building-related expenses, including the costs of operating, maintaining, and improving the Building.

- Between 1997 and 2008, the Partnership transferred approximately $26.9 million to Assa Corp. in partnership distributions.

- Funds transferred to Assa Corp. were in fact for the benefit of Bank Melli.

- Assa Corp. and the Partnership never applied for or received an applicable license from OFAC. For purposes of this Settlement Agreement only, Assa Corp.'s knowledge that it was owned and controlled by Bank Melli shall be imputed to the Partnership.

55

15421992

# Exhibit E

| JUDGMENT CREDITORS | JUDGMENT AS OF SETTLEMENT AGREEMENT | OUTSTANDING JUDGMENT AMOUNT | % | RECEIVED VSST PAYMENTS | REPRESENTED BY | SETTLEMENT AMOUNT | PROJECTED PAYMENT |
|---|---|---|---|---|---|---|---|
| Acosta | $50,172,000.00 | $10,663,420.46 | 0.279% | No | James L. Bernard and Patrick Petrocelli | $318,000,000.00 | $886,272.24 |
| Beer | $13,000,000.00 | $6,419,071.43 | 0.168% | No | James L. Bernard and Patrick Petrocelli | $318,000,000.00 | $533,510.34 |
| Greenbaum | $19,879,023.00 | $4,224,629.80 | 0.110% | No | James L. Bernard and Patrick Petrocelli | $318,000,000.00 | $351,123.01 |
| Kirschenbaum | $13,750,000.00 | $6,789,402.47 | 0.177% | No | James L. Bernard and Patrick Petrocelli | $318,000,000.00 | $564,289.79 |
| Havlish* | $1,362,277,884.00 | $1,307,027,884.00 | 34.161% | No | Dennis G. Pantazis, Timothy B. Fleming, Robert M. Foote, Richard D. Hailey | $318,000,000.00 | $108,631,428.17 |
| Havlish Electors | | $45,420,534.28 | 1.187% | Yes | Dennis G. Pantazis, Timothy B. Fleming, Robert M. Foote, Richard D. Hailey | $318,000,000.00 | $3,775,051.45 |
| Bayani | $66,331,500.00 | $22,331,500.00 | 0.584% | No | Zohreh Mizrahi | $318,000,000.00 | $1,856,045.13 |
| Bayani Electors | | $35,807,744.11 | 0.936% | Yes | Zohreh Mizrahi | $318,000,000.00 | $2,976,100.53 |
| Hegna | $33,612,878.90 | $33,224,798.70 | 0.868% | Yes | Ralph and Barbara Dupont | $318,000,000.00 | $2,761,423.36 |
| Botvin | $11,704,457.00 | $0.00 | 0.000% | n/a | Noel J. Nudelman | $318,000,000.00 | $0.00 |
| Brown | $183,281,294.00 | $112,784,341.81 | 2.948% | No | Liviu Vogel; Noel J. Nudelman; Caragh Fay; Steven Perles | $318,000,000.00 | $9,373,881.21 |
| Bland | $277,805,908.00 | $170,951,196.38 | 4.468% | No | Liviu Vogel; Noel J. Nudelman; Caragh Fay; Steven Perles | $318,000,000.00 | $14,208,321.67 |
| Valore | $290,291,092.00 | $178,634,104.05 | 4.669% | No | Liviu Vogel; Keith M. Fleischman; Caragh Fay; Steven Perles | $318,000,000.00 | $14,846,873.64 |
| Heiser | $286,089,966.00 | $129,465,137.71 | 3.384% | No | Dale K. Cathell and Virginia Callahan | $318,000,000.00 | $10,760,277.56 |
| Holland | $25,241,486.00 | $19,159,582.70 | 0.501% | Yes | Paul Gaston | $318,000,000.00 | $1,592,416.55 |
| Campuzano | $40,963,607.87 | $31,093,479.69 | 0.813% | Yes | Robert Tolchin | $318,000,000.00 | $2,584,282.36 |
| Blais | $28,801,792.00 | $22,296,177.03 | 0.583% | Yes | Paul Gaston | $318,000,000.00 | $1,853,109.32 |
| Brewer | $9,500,000.00 | $7,210,987.32 | 0.188% | Yes | Paul Gaston | $318,000,000.00 | $599,329.10 |
| Valencia | $15,500,000.00 | $11,765,295.11 | 0.308% | Yes | Paul Gaston | $318,000,000.00 | $977,852.75 |
| Welch (Gerard Welch, Estate of Betty Welch, Michael Welch ONLY) | $22,698,304.00 | $0.00 | 0.000% | No | Paul Gaston | $318,000,000.00 | $0.00 |
| Welch Electors | $10,000,000.00 | $7,590,512.97 | 0.198% | Yes | | $318,000,000.00 | $630,872.74 |
| Peterson | $2,656,944,877.00 | $1,634,982,886.84 | 42.732% | No | Liviu Vogel, Caragh Fay and Steven Perles | $318,000,000.00 | $135,888,857.61 |
| Rubin | $71,500,000.00 | $28,258,784.20 | 0.739% | No | David J. Strachman and Shawn Naunton | $318,000,000.00 | $2,348,681.40 |
| TOTAL | $5,489,346,069.77 | $3,826,101,471.06 | 100.00% | | | | $318,000,000.00 |

56

**Exhibit F – 650 Real Property**

FEE INTEREST:

Fee title acquired from The Mostazafan Foundation of New York by deed dated 10/30/89 and recorded 11/9/1989 in Reel 1636, Page 1020.

AIR RIGHTS LEASE/SUBLEASEHOLD INTERESTS (as the same may be hereinafter further amended) (collectively, the "Air Rights Leases/Subleases"):

1.      Lease dated 3/31/1971 made between 650 Fifth Avenue Associates, as landlord and Metropolitan Life Insurance Company, as tenant, a Memorandum of which was dated 3/31/1971 and recorded 4/2/1971 in Reel 200 Page 1361.

    A)      Lease Modification made between 650 Fifth Avenue Associates, as landlord and Metropolitan Life Insurance Company, as tenant, a Memorandum of which was dated 3/30/1972 and recorded 3/31/1972 in Reel 235 Page 1794.

    B)      Assignment of (Lessor's Interest) Lease made by 650 Fifth Avenue Associates to The P.F.E. Realty Corporation, dated as of 8/2/1973 and recorded 8/7/1973 in Reel 287 Page 991.

    C)      Assignment of (Lessor's Interest) Lease made by The P.F.E. Realty Corporation to The Pahlavi Foundation Endowment, dated as of 8/3/1973 and recorded 8/7/1973 in Reel 287 Page 1011.

    D)      Assignment and Assumption of Lease made between Metropolitan Life Insurance Company, as assignor and Met Life International Real Estate Partners Limited Partnership, as assignee, dated as of 12/23/1987 and recorded 8/7/1989 in Reel 1608 Page 180.

    E)      Assignment and Assumption (of Lessor's Interest) of Leases made between The Mostazafan Foundation of New York, as assignor and 650 Fifth Avenue Company, as assignee, dated 10/30/1989 and recorded 11/9/1989 in Reel 1636 Page 1022.

    F)      Assignment and Assumption of Lease made between Met Life International Real Estate Partners Limited Partnership, as assignor and Vornado 640 Fifth Avenue L.L.C., as assignee, dated as of 12/17/1997 and recorded 6/16/1998 in Reel 2591 Page 1959.

    G)      Assignment and Assumption of Lease made by 640 Fifth Avenue LLC (f/k/a Vornado 640 Fifth Avenue L.L.C.) to 640 Fifth Avenue Owner LLC dated as of 5/23/2019 and recorded 6/7/2019 as CRFN 2019000179898.

57

2.      Lease/Sublease dated 3/31/1971 made between Metropolitan Life Insurance Company, as landlord/sublandlord and 650 Fifth Avenue Associates, as tenant/subtenant, a Memorandum of which was dated 3/31/1971 and recorded 4/2/1971 in Reel 200 Page 1365. (Note: demises a sub-leasehold estate on the 650 Fifth Avenue and a leasehold estate on the premises designated as Block 1267 Lots 34 and 50).

A)      Assignment of Lease made by 650 Fifth Avenue Associates to Rego Queens Corp., dated as of 4/6/1972 and recorded 4/11/1972 in Reel 236 Page 1464.

B)      Assignment of Lease made by Rego Queens Corp. to 650 Fifth Avenue Associates, dated as of 4/7/1972 and recorded 4/11/1972 in Reel 236 Page 1456.

C)      Assignment of Lease made by 650 Fifth Avenue Associates to The P.F.E. Realty Corporation, dated as of 8/2/1973 and recorded 8/7/1973 in Reel 287 Page 995.

D)      Assignment of Lease made by The P.F.E. Realty Corporation to The Pahlavi Foundation Endowment, dated as of 8/3/1973 and recorded 8/7/1973 in Reel 287 Page 1008.

E)      Assignment of Lease made by The Pahlavi Foundation Endowment to The Pahlavi Foundation, dated as of 4/8/1974 and recorded 4/12/1974 in Reel 310 Page 1118.

F)      Assignment and Assumption (of Underlying Landlord's Interest) of Leases made between The Mostazafan Foundation of New York, as assignor and 650 Fifth Avenue Company, as assignee, dated 10/30/1989 and recorded 11/9/1989 in Reel 1636 Page 1022.

G)      Assignment and Assumption (of Landlord's/Sublandlord's Interest) of Lease made between Met Life International Real Estate Partners Limited Partnership, as assignor and Vornado 640 Fifth Avenue L.L.C., as assignee, dated as of 12/17/1997 and recorded 6/16/1998 in Reel 2591 Page 1966.

H)      Assignment and Assumption of Lease made by 640 Fifth Avenue LLC (f/k/a Vornado 640 Fifth Avenue L.L.C.) to 640 Fifth Avenue Owner LLC dated as of 5/23/2019 and recorded 6/7/2019 as CRFN 2019000179899.

3.      Agreement of Sublease, dated as of [ ], 1970 (sic), by and between 650 Fifth Avenue Associates, as lessor, and Metropolitan Life Insurance Company, as lessee.

A)      Memorandum of Lease dated March 31, 1971, and recorded on April 2, 1971, in Reel 200, Page 1370.

B)      Lease Modification made between 650 Fifth Avenue Associates and Metropolitan Life Insurance Company dated March 30, 1972, and memorialized by a certain Memorandum of Lease Modification dated March 30, 1972, and recorded on March 31, 1972 in Reel 235, Page 1798.

58

C)      Assignment made by 650 Fifth Avenue Associates to The P.F.E. Realty Corporation, dated August 2, 1973 and recorded on August 7, 1973, in Reel 287, Page 999.

D)      Assignment made by The P.F.E. Realty Corporation to the Pahlavi Foundation Endowment dated August 3, 1973, and recorded in the Land Records on August 7, 1973, in Reel 287, Page 1005.

E)      Assignment made by The Pahlavi Foundation Endowment to The Pahlavi Foundation dated April 8, 1974, and recorded on April 12, 1974, in Reel 310, Page 1124.

F)      Declaration made by the Pahlavi Foundation dated June 17, 1975, and recorded on June 17, 1975, in Reel 343, Page 1558.

G)      Assignment and Assumption of Sublease made by and between Metropolitan Life Insurance Company and Met Life International Real Estate Partners Limited Partnership dated December 23, 1987, and recorded on August 7, 1989, in Reel 1608, Page 186.

H)      Assignment and Assumption of Sublease made by and between Met Life International Real Estate Partners Limited Partnership, as assignor, to Vornado 640 Fifth Avenue L.L.C. (as predecessor in interest to 640 Fifth Avenue Owner LLC), as assignee, dated December 17, 1997, and recorded June 16, 1998, in Reel 2591, Page 1951.

I)      Assignment and Assumption of Sublease dated as of May 23, 2019 made by and between 640 Fifth Avenue LLC (f/k/a Vornado 640 5th Avenue L.L.C.), as assignor, and 640 Fifth Avenue Owner LLC, as assignee, dated as of May 23, 2019 and recorded on June 7, 2019 in CRFN 2019000179900, together with all supplements, amendments, modifications and restatements thereof.

RETAIL LEASEHOLD (as the same may be hereinafter further amended) (collectively, the "Retail Leasehold"):

Sub-sublease dated November 7, 2013 between 650 Fifth Avenue Company, by Hon. Kathleen A. Roberts, Interim Trustee in Bankruptcy (Landlord) and 650 Fifth Lessee LLC, together with all supplements, amendments, modifications and restatements thereof.

A)      Memorandum of Lease dated November 7, 2013 and recorded November 12, 2013 in CRFN 2013000464398.

B)      Amended and Restated Memorandum of Lease dated November 18, 2016 and recorded December 12, 2016 in CRFN 2016000436581.

59

15421992

**EXHIBIT G**

| Client Name | Case | Comp. Judgment | Outstanding Comp. Judgment |
|---|---|---|---|
| Sarah Mercer | Bland, et al. v. Iran, et al. 05-CV-2124 | $3,000,000.00 | $1,846,085.97 |
| Estate of Marilyn Peterson c/o Keith Peterson | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Alan C. Anderson ** Call Before Mailing** | Bland, et al. v. Iran, et al. 05-CV-2124 | $3,081,213.00 | $1,896,061.36 |
| Thelma Anderson c/o Earl Rose, POA The Ashford on Broad | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,000,000.00 | $615,361.99 |
| Estate of Stephen Boyd Bland c/o Ruth Ann Bland | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,370,701.00 | $843,477.30 |
| Estate of James Bland c/o Beverly Ann Barnard Bland | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Ruth Ann Bland | Bland, et al. v. Iran, et al. 05-CV-2124 | $8,000,000.00 | $4,922,895.92 |
| Estate of Frank Bland c/o Beverly Ann Barnard Bland | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Estate of Laura Virginia Copeland c/o Alisha Riordan | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Ronald L. Duplanty | Bland, et al. v. Iran, et al. 05-CV-2124 | $6,964,071.00 | $4,285,424.59 |
| Estate of Sean F. Estler c/o Patricia Brown | Bland, et al. v. Iran, et al. 05-CV-2124 | $714,272.00 | $439,535.84 |
| Estate of Louis C. Estler, Jr. c/o Patricia Brown | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,000,000.00 | $3,076,809.95 |
| Estate of Benjamin E. Fuller c/o David Allen | Bland, et al. v. Iran, et al. 05-CV-2124 | $572,872.00 | $352,523.65 |
| Estate of Ernest C. Fuller c/o Dalana Donofrio | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,000,000.00 | $3,076,809.95 |
| John Edward Gibson | Bland, et al. v. Iran, et al. 05-CV-2124 | $9,647,440.00 | $5,936,667.88 |
| Estate of Keith Estler c/o Jennifer Fogler | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Charlotte Elaine Allen | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Maurice Gibson | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,250,000.00 | $769,202.49 |

| | | | |
|---|---|---|---|
| Estate of Michael Hastings ‖c/o Raymond Absher | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,465,641.00 | $901,899.76 |
| Estate of Joyce Hastings ‖c/o Raymond Absher | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,000,000.00 | $3,076,809.95 |
| Estate of Paul Hein ‖c/o Jo Ann Hein | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,465,470.00 | $901,794.54 |
| Estate of Christopher Hein ‖c/o Jo Ann Hein | Bland, et al. v. Iran, et al. 05-CV-2124 | $3,000,000.00 | $1,846,085.97 |
| Jo Ann Hein | Bland, et al. v. Iran, et al. 05-CV-2124 | $8,000,000.00 | $4,922,895.92 |
| Karen Sullivan | Bland, et al. v. Iran, et al. 05-CV-2124 | $3,000,000.00 | $1,846,085.97 |
| Victor J. Hein | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Estate of Jacqueline M. Kunysz‖c/o Gregory Kunysz | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Estate of John Hendrickson ‖c/o Debrah Ryan | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,500,000.00 | $923,042.99 |
| John David Hendrickson | Bland, et al. v. Iran, et al. 05-CV-2124 | $750,000.00 | $461,521.49 |
| Tyson Hendrickson | Bland, et al. v. Iran, et al. 05-CV-2124 | $750,000.00 | $461,521.49 |
| Debrah Ryan | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,000,000.00 | $615,361.99 |
| Estate of Bruce Hollingshead ‖c/o Melinda Hollingshead | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,047,300.00 | $1,259,830.60 |
| Melinda Hollingshead | Bland, et al. v. Iran, et al. 05-CV-2124 | $8,000,000.00 | $4,922,895.92 |
| Renard Manley | Bland, et al. v. Iran, et al. 05-CV-2124 | $4,226,651.00 | $2,600,920.37 |
| Estate of Michael Robert Massman ‖c/o Lydia Massman | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,300,410.00 | $800,222.89 |
| Nicole Gomez | Bland, et al. v. Iran, et al. 05-CV-2124 | $3,000,000.00 | $1,846,085.97 |
| Angela C. Fox | Bland, et al. v. Iran, et al. 05-CV-2124 | $3,000,000.00 | $1,846,085.97 |
| Kristopher Massman | Bland, et al. v. Iran, et al. 05-CV-2124 | $3,000,000.00 | $1,846,085.97 |
| Lydia Massman | Bland, et al. v. Iran, et al. 05-CV-2124 | $8,000,000.00 | $4,922,895.92 |
| Estate of Patricia Lou Smith ‖c/o Vickie Lixey | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,000,000.00 | $3,076,809.95 |
| Estate of Louis Melendez ‖c/o Zaida Melendez | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,300,410.00 | $800,222.89 |
| Zaida Cruz Melendez | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,000,000.00 | $3,076,809.95 |
| Douglas Jason Melendez Cruz | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Johnny Melendez | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,000,000.00 | $3,076,809.95 |
| Johnny Melendez, Jr. | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Estate of Michael Mercer ꟷ c/o Sarah Mercer | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,300,655.00 | $800,373.65 |
| Samuel A. Palmer | Bland, et al. v. Iran, et al. 05-CV-2124 | $4,900,747.00 | $3,015,733.43 |
| Robin Lindsey | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,250,000.00 | $769,202.49 |
| Estate of Juan C. Rodriguez ꟷ c/o Louisa Puntonet | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,329,484.00 | $1,433,475.91 |
| Louisa Puntonet | Bland, et al. v. Iran, et al. 05-CV-2124 | $8,000,000.00 | $4,922,895.92 |
| Robert Rucker | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,000,000.00 | $1,230,723.98 |
| Estate of Billy San Pedro ꟷ c/o Cesar San Pedro | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,850,755.00 | $1,138,884.28 |
| Cesar San Pedro | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Sila V. San Pedro | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,000,000.00 | $3,076,809.95 |
| Javier San Pedro | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Emanuel Simmons | Bland, et al. v. Iran, et al. 05-CV-2124 | $7,968,311.00 | $4,903,395.71 |
| Estate of James Surch ꟷ c/o Patty Barnett | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,143,488.00 | $703,659.05 |
| Patty Barnett | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Estate of William Surch ꟷ c/o Anastasia Surch | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Bradley Ulick | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,570,644.00 | $3,427,962.58 |
| Estate of Jeanette Maurice ꟷ c/o Jami Gould | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,250,000.00 | $769,202.49 |
| Estate of Eric R. Walker ꟷ c/o Tena Walker-Jones | Bland, et al. v. Iran, et al. 05-CV-2124 | $766,481.00 | $471,663.27 |
| Robin W. Brock | Bland, et al. v. Iran, et al. 05-CV-2124 | $3,000,000.00 | $1,846,085.97 |
| Ronnie Walker | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,500,000.00 | $923,042.99 |
| Tena Walker-Jones | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Estate of Mary Ellen Estler ꟷ c/o Patricia Brown | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,000,000.00 | $3,076,809.95 |
| Kelly Bachelor | Bland, et al. v. Iran, et al. 05-CV-2124 | $3,000,000.00 | $1,846,085.97 |
| Keith Weekes | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of O'Brian Weekes ℄c/o Ianthe Weekes-Edmond | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,312,848.00 | $807,876.76 |
| Anson Edmond | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Ianthe Weekes-Edmond | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,000,000.00 | $3,076,809.95 |
| Meta Downes | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Ronnie E. Walker | Bland, et al. v. Iran, et al. 05-CV-2124 | $3,427,096.00 | $2,108,904.61 |
| Galen Weber | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,536,550.00 | $1,560,896.46 |
| Estate of Dennis Lloyd West ℄c/o Denny West | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,373,424.00 | $845,152.93 |
| Estate of Kathy West ℄c/o Kathryn Renee Lee-Sanders | Bland, et al. v. Iran, et al. 05-CV-2124 | $8,000,000.00 | $4,922,895.92 |
| Estate of John Weyl ℄c/o Sharon J. Rowan | Bland, et al. v. Iran, et al. 05-CV-2124 | $1,218,334.00 | $749,716.43 |
| Sharon J. Rowan | Bland, et al. v. Iran, et al. 05-CV-2124 | $8,000,000.00 | $4,922,895.92 |
| Guillermo San Pedro | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,000,000.00 | $3,076,809.95 |
| Hazel E. Bennett | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Wendy Edmond | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Morgan W. Gonzalez | Bland, et al. v. Iran, et al. 05-CV-2124 | $3,000,000.00 | $1,846,085.97 |
| Estate of Nelson Weyl ℄c/o Robert Von Brissenden and Martha Marciano | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,000,000.00 | $3,076,809.95 |
| Estate of Arnold Edmond ℄c/o Juliette Roseanne Edmond | Bland, et al. v. Iran, et al. 05-CV-2124 | $2,500,000.00 | $1,538,404.98 |
| Thurnell Shields | Bland, et al. v. Iran, et al. 05-CV-2124 | $5,200,640.00 | $3,200,276.18 |
| John P. Becker | Brown, et al. v. Iran, et al. 08-CV-531 | $2,889,677.00 | $1,778,197.39 |
| David M. Penosky | Brown, et al. v. Iran, et al. 08-CV-531 | $3,802,057.00 | $2,339,641.36 |
| Gregory Wherland | Brown, et al. v. Iran, et al. 08-CV-531 | $3,000,000.00 | $1,846,085.97 |
| Estate of Kimmy Wherland ℄c/o Stormie Wherland & ℄ Kimberly Wherland | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Angela Fransen | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Bruce Samuel Hastings, Jr. ℄c/o Jennifer Hastings | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Rowel Brown | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.99 |

| | | | |
|---|---|---|---|
| Randy L. Gaddo | Brown, et al. v. Iran, et al. 08-CV-531 | $5,180,633.00 | $3,187,964.63 |
| Joseph Penosky | Brown, et al. v. Iran, et al. 08-CV-531 | $750,000.00 | $461,521.49 |
| Louise Gaddo Blattler | Brown, et al. v. Iran, et al. 08-CV-531 | $1,250,000.00 | $769,202.49 |
| Carolyn Spears | Brown, et al. v. Iran, et al. 08-CV-531 | $1,000,000.00 | $615,361.99 |
| Estate of Anthony Brown c/o Marvine McBride | Brown, et al. v. Iran, et al. 08-CV-531 | $796,923.00 | $490,396.12 |
| Estate of Vara Brown c/o Marvine McBride | Brown, et al. v. Iran, et al. 08-CV-531 | $5,000,000.00 | $3,076,809.95 |
| Estate of John Brown c/o Marvine McBride | Brown, et al. v. Iran, et al. 08-CV-531 | $5,000,000.00 | $3,076,809.95 |
| Sulba Brown | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Marvine McBride | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| LaJuana Smith | Brown, et al. v. Iran, et al. 08-CV-531 | $3,000,000.00 | $1,846,085.97 |
| Paul Phillip Martinez, Sr. | Brown, et al. v. Iran, et al. 08-CV-531 | $1,680,633.00 | $1,034,197.67 |
| Teresa Gunther | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Esther Martinez | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Estate of Alphonso Martinez c/o Shelley Martinez | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Daniel Louis Martinez | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Michael Martinez | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Paul Martinez, Jr. | Brown, et al. v. Iran, et al. 08-CV-531 | $750,000.00 | $461,521.49 |
| Tomasita Martinez | Brown, et al. v. Iran, et al. 08-CV-531 | $850,000.00 | $523,057.69 |
| Susanne Yeoman | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Timothy Gaddo | Brown, et al. v. Iran, et al. 08-CV-531 | $1,250,000.00 | $769,202.49 |
| Alice J. Skaggs | Brown, et al. v. Iran, et al. 08-CV-531 | $850,000.00 | $523,057.69 |
| Rodney E. Burns | Brown, et al. v. Iran, et al. 08-CV-531 | $2,448,157.00 | $1,506,502.76 |
| Estate of Eugene Burns c/o Rodney E. Burns & David Burns | Brown, et al. v. Iran, et al. 08-CV-531 | $850,000.00 | $523,057.69 |
| David Burns | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Michael Barile | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Estate of Virgel Dean Hamilton c/o Gloria Hamilton | Brown, et al. v. Iran, et al. 08-CV-531 | $2,967,024.00 | $1,825,793.79 |
| Gloria Hamilton | Brown, et al. v. Iran, et al. 08-CV-531 | $9,000,000.00 | $5,538,257.91 |

| | | | |
|---|---|---|---|
| Estate of David A. Lewis c/o Betty Lewis | Brown, et al. v. Iran, et al. 08-CV-531 | $812,093.00 | $499,731.16 |
| Betty Lewis | Brown, et al. v. Iran, et al. 08-CV-531 | $5,000,000.00 | $3,076,809.95 |
| Jerry L. Lewis | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Scott M. Lewis | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Estate of Michael Lee Page c/o John J. Ingalls Page | Brown, et al. v. Iran, et al. 08-CV-531 | $9,385,467.00 | $5,775,459.65 |
| Estate of Albert Page c/o Andrew Bush | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Estate of Janet Page Page Family Trust c/o Andrew N. Bush, Trustee | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Joyce Edwards | Brown, et al. v. Iran, et al. 08-CV-531 | $1,250,000.00 | $769,202.49 |
| Estate of Charles F. West c/o Marianne West | Brown, et al. v. Iran, et al. 08-CV-531 | $5,000,000.00 | $3,076,809.95 |
| Sharon Davis | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Estate of Rick West c/o Maria West | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Carol Jayne Weaver | Brown, et al. v. Iran, et al. 08-CV-531 | $8,000,000.00 | $4,922,895.92 |
| Estate of Leonard Paul Tice c/o Jay Teacoach, John Radvansky & Jack Ernest | Brown, et al. v. Iran, et al. 08-CV-531 | $4,623,953.00 | $2,845,404.92 |
| Charles H. West | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Daniel Cuddeback, Jr. | Brown, et al. v. Iran, et al. 08-CV-531 | $6,230,049.00 | $3,833,735.35 |
| Estate of Barbara Cuddeback Barbara Cuddeback Living Trust Daniel R Cuddeback, Sr. c/o Barbara Cuddeback, Trustee | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Barbara Cuddeback | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Michael Episcopo | Brown, et al. v. Iran, et al. 08-CV-531 | $2,055,978.00 | $1,265,170.71 |
| Daniel Kremer | Brown, et al. v. Iran, et al. 08-CV-531 | $3,436,414.00 | $2,114,638.56 |
| Joseph Kremer | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Estate of Jacqueline Stahr c/o Kevin Stahr | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Estate of Christine Kremer c/o Joseph Kremer | Brown, et al. v. Iran, et al. 08-CV-531 | $850,000.00 | $523,057.69 |

| | | | |
|---|---|---|---|
| Estate of Thomas Kremer c/o Joseph Kremer | Brown, et al. v. Iran, et al. 08-CV-531 | $850,000.00 | $523,057.69 |
| Estate of Christian R. Rauch c/o Nancy Marissa Rauch | Brown, et al. v. Iran, et al. 08-CV-531 | $1,796,398.00 | $1,105,435.05 |
| Joseph A. Barile | Brown, et al. v. Iran, et al. 08-CV-531 | $4,103,130.00 | $2,524,910.24 |
| Estate of Peter Gaddo c/o Teena Ege | Brown, et al. v. Iran, et al. 08-CV-531 | $1,250,000.00 | $769,202.49 |
| Cynthia Holmes | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Daniel Joy | Brown, et al. v. Iran, et al. 08-CV-531 | $4,536,318.00 | $2,791,477.67 |
| Estate of Burton Wherland c/o Sarah Mears | Brown, et al. v. Iran, et al. 08-CV-531 | $1,733,344.00 | $1,066,634.01 |
| Sarah Mears | Brown, et al. v. Iran, et al. 08-CV-531 | $3,000,000.00 | $1,846,085.97 |
| Maynard Hodges | Brown, et al. v. Iran, et al. 08-CV-531 | $2,797,628.00 | $1,721,553.93 |
| Kathy Hodges | Brown, et al. v. Iran, et al. 08-CV-531 | $1,000,000.00 | $615,361.99 |
| Mary Jean Bernard | Brown, et al. v. Iran, et al. 08-CV-531 | $850,000.00 | $523,057.69 |
| Loretta Brown | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Shana G. Saul Brown | Brown, et al. v. Iran, et al. 08-CV-531 | $750,000.00 | $461,521.49 |
| Estate of Jeffrey Bruce Owen c/o Steven G. Owen | Brown, et al. v. Iran, et al. 08-CV-531 | $725,145.00 | $446,226.67 |
| Steven G. Owen | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Estate of Jean Givens Owen c/o Steven G. Owen | Brown, et al. v. Iran, et al. 08-CV-531 | $5,000,000.00 | $3,076,809.95 |
| Estate of Angela E. Barile c/o Andrea Ciarla | Brown, et al. v. Iran, et al. 08-CV-531 | $850,000.00 | $523,057.69 |
| Andrea Ciarla | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Annmarie Moore | Brown, et al. v. Iran, et al. 08-CV-531 | $500,000.00 | $307,681.00 |
| Estate of William R. Gaines, Jr. c/o Michael Gaines | Brown, et al. v. Iran, et al. 08-CV-531 | $2,580,273.00 | $1,587,801.93 |
| Michael Gaines | Brown, et al. v. Iran, et al. 08-CV-531 | $2,500,000.00 | $1,538,404.98 |
| Estate of William R. Gaines William R. Gaines Trust c/o Michael Gaines, Trustee | Brown, et al. v. Iran, et al. 08-CV-531 | $5,000,000.00 | $3,076,809.95 |
| Miralda Judith Alarcon | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Janice D. Shipp | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Jess W. Beamon c/o Patricia Beamon Calloway | Peterson, et al. v. Iran et al. 01-CV-2094 | $988,897.00 | $608,529.63 |
| Clarence Belmer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Dennis M. Coulman c/o Amy Boulay | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Earline Miller c/o Harry Miller | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Kevin & Cynthia Gallagher Revocable Trust c/o Cynthia Gallagher | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Paul Gordon Paul & Linda's Trust c/o Trustee Jill Evangelista | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Mary Abbott c/o Anthony Kirker | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Terry Abbott c/o Anthony Kirker | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,485,243.00 | $913,962.09 |
| Estate of James Abbott c/o Anthony Kirker | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Mary Jo Kirker | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Tangie Jay Hollifield | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Marvin Albright | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Anne Ellen Allman c/o Tammi Thomas | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Deborah Graves | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| DiAnne Margaret Gilbert | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of John Robert Allman c/o Tammi Thomas | Peterson, et al. v. Iran et al. 01-CV-2094 | $545,937.00 | $335,948.88 |
| Estate of Robert R. Allman c/o Tammi Thomas | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Theodore H. Allman c/o Tammi Thomas | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Susan Terlson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Tammi Thomas | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Arminda Colon | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |

| | | | |
|---|---|---|---|
| Jesus Arroyo-Ibarra | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Milagros Arroyo c/o Kaleena Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Pablo Arroyo | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Rosa A. Ibarra c/o Jesus Arroyo | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Anthony Banks | Peterson, et al. v. Iran et al. 01-CV-2094 | $7,500,000.00 | $4,615,214.93 |
| Donnie Duane Bates | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Ronny Kent Bates c/o Laura Bates | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,991,659.00 | $1,840,953.24 |
| John Bates, Sr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Laura Bates | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Linda Sandbeck Fish | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Margie H. Bates | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Monty Bates | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Thomas C. Bates, Sr. c/o Margie Bates | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Thomas Bates, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Anthony L. Baynard c/o Tamara Baynard and Dan Dilley, Esq. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Barry Baynard | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Emerson R. Baynard c/o Dana Harley | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of James Baynard c/o Thomasine Baynard | Peterson, et al. v. Iran et al. 01-CV-2094 | $626,517.00 | $385,534.75 |
| Janet E. Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Mary Frances Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Patricia Ann Miller-Prentice | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Phillip Baynard, Sr. c/o Phillip Baynard, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Phyllis Woodford | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Rosamary Clark | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Stephen J. Baynard | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Thomasine Baynard | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Timothy Baynard | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Wayne Baynard | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Patricia Beamon Calloway | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Alue Belmer ‖c/o Luddie Belmer | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Annette Belmer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Colby Keith Belmer | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Denise Belmer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Donna Belmer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Alvin Belmer ‖c/o Colby Keith Belmer | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,384,746.00 | $5,159,653.98 |
| Estate of Faye A. Belmer‖c/o Colby Keith Belmer | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Kenneth Belmer ‖c/o Denis Belmer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Luddie Belmer | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Dawn M. Blankenship Goff | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Debra Horner | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Donald R. Blankenship, Sr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Donald Blankenship, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Mary E. Blankenship ‖c/o Donald R. Blankenship, Sr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Richard Blankenship ‖c/o Debra Horner | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,421,889.00 | $874,976.44 |
| Rebecca Bruntmyer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Richard Lane Horner | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Sharon Rose Christian | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Alice Blocker ‖c/o John R. Blocker | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Betty A. Blocker | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Douglas Blocker | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of John W. Blocker ‖c/o John R. Blocker | Peterson, et al. v. Iran et al. 01-CV-2094 | $975,621.00 | $600,360.08 |
| John R. Blocker | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Joyce Woodle | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Robert L. Blocker | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Joseph J. Boccia, Jr. ‖c/o Raymond Boccia | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,276,641.00 | $785,596.35 |
| Estate of Patricia Boccia ‖c/o Joseph J. Boccia, Sr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| James Boccia | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Joseph J. Boccia, Sr. ‖c/o Ronnie Wempler | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Raymond Boccia | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Richard Boccia | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Ronnie Weppler | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Virginia Marshall | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Angela Bohannon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Anthony Bohannon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| David Bohannon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Edna Bohannon | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Leon Bohannon, Jr. ‖c/o Edna Bohannon | Peterson, et al. v. Iran et al. 01-CV-2094 | $706,549.00 | $434,783.40 |
| Leon Bohannon, Sr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Ricki Bohannon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of John Bonk, Jr. ‖c/o Patricia Kronenbitter & Thomas Bonk | Peterson, et al. v. Iran et al. 01-CV-2094 | $904,220.00 | $556,422.62 |
| Estate of Jeffrey Boulos ‖c/o Marie & Joseph Boulos | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,154,112.00 | $710,196.66 |
| Estate of Joseph Boulos‖c/o Lydia Boulos | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Lydia Boulos | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Marie Boulos‖c/o Lydia Boulos | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Estate of John Norman Boyett c/o Theresa U. Roth | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,235,375.00 | $1,375,564.81 |
| Estate of Norman Boyett, Jr. c/o William Boyett | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Lavon Boyett c/o William Andrew Boyett | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| William Andrew Boyett | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Theresa U. Roth | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Claude Burley c/o Myra Burley | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Douglas Burley c/o Myra Burley | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of William Burley c/o Myra Burley | Peterson, et al. v. Iran et al. 01-CV-2094 | $170,847.00 | $105,132.75 |
| Myra Burley | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Rodney Burnette | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Avenell Callahan c/o Claude Dwayne Callahan | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Paul Lynn Callahan c/o Claude Dwayne Callahan | Peterson, et al. v. Iran et al. 01-CV-2094 | $974,546.00 | $599,698.57 |
| Sandra K. Petrick | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Susan Ciupaska | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Michael Callahan | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Billie Jean Bolinger c/o David Riggs | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Elisa Maria Thompson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Ramon E. "Mecot" Camara c/o Tammy Camara Howell | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,882,308.00 | $1,158,300.80 |
| Tammy Camara-Howell | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Threase Riggs c/o David Riggs | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Brenda Haskell c/o Lindsay Lundy | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Clare Campus c/o Lindsay Lundy | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Bradley Campus c/o Lindsay Lundy | Peterson, et al. v. Iran et al. 01-CV-2094 | $433,959.00 | $267,041.87 |
| Gail McDermott | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Bruce Ceasar | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Cathy Ceasar Williams | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Johnnie Ceasar c/o | Peterson, et al. v. Iran et al. 01-CV-2094 | $313,593.00 | $192,973.21 |
| Frankie Lee Ceasar | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Freddie Ceasar | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Linda Howard-Washington | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Robbie N. Ceasar PR | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Sybil Ceasar | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Christopher Comes | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Frank W. Comes, Jr. c/o Lisa Muttie | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,500,000.00 | $923,042.99 |
| Estate of Frank G. Comes c/o Thomas Comes | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Joan Comes c/o Thomas Comes | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Lisa A. Muttie | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Patrick Comes c/o Lisa Muttie | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Robert Allen Conley c/o James N. Conley, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $962,677.00 | $592,394.83 |
| James N. Conley, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Roberta L. Conley c/o Sharon Petrey | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Sharon Petrey | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of SGTMAJ Charles F. Cook c/o Elizabeth Cook | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Elizabeth Ann Cook | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Charles Dennis Cook ‖c/o Elizabeth Cook | Peterson, et al. v. Iran et al. 01-CV-2094 | $837,147.00 | $515,148.44 |
| Estate of Mary A. Cook ‖c/o Elizabeth Cook | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Alan Tracy Copeland | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Betty Copeland | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Donald Copeland ‖c/o Charles E. Davis, Esq. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Johnny Len Copeland ‖c/o Betty J. Copeland | Peterson, et al. v. Iran et al. 01-CV-2094 | $541,325.00 | $333,110.83 |
| Robin Copeland-Jordan | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Barbara Wiseman | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of David Cosner ‖c/o Leanna Cosner | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,105,668.00 | $680,386.06 |
| Estate of Harold L. Cosner ‖c/o Lori Ray | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Jeffrey Cosner ‖c/o Lori Ray | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| LeAnna Cosner | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Lori Ray | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Marva Lynn Cosner ‖c/o Lori Ray | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Bryan T. Coulman‖Bryan T. Coulman Living Trust‖c/o Trustee Robert Coulman | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Christopher J. Coulman | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Kevin Coulman ‖c/o Robert Coulman | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,287,092.00 | $792,027.49 |
| Estate of Lorraine Coulman‖Robert L. & Lorraine M. Coulman Living Trust‖c/o Trustee Robert Coulman | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Robert D. Coulman | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Robert Louis Coulman ‖c/o Robert D. Coulman | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Estate of Rick Robert Crudale c/o Heidi S. LeGault | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,004,731.00 | $618,273.27 |
| Heidi S. LeGault | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Marie Crudale c/o Rosanne Brunette | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Rosanne Brunette | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Russell Cyzick c/o Eugene F. Cyzick | Peterson, et al. v. Iran et al. 01-CV-2094 | $575,554.00 | $354,174.05 |
| Eugene Franklin Cyzick | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Mary Mason c/o Scott Rizzo, Esq. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| B. Christine Devlin | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Christine Ann Devlin | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Colleen Ann Devlin c/o Richard Devlin | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Daniel C. Devlin *CALL BEFORE MAILING* | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Michael J. Devlin c/o B. Christine Devlin | Peterson, et al. v. Iran et al. 01-CV-2094 | $939,887.00 | $578,370.73 |
| Estate of Kathleen Devlin Mahoney c/o Robert Mahoney | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Richard B. Devlin | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Sean F. Devlin | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Glenn Dolphin c/o Debbie Dolphin | Peterson, et al. v. Iran et al. 01-CV-2094 | $3,000,000.00 | $1,846,085.97 |
| Estate of Nathaniel G. Dorsey c/o Harry Miller | Peterson, et al. v. Iran et al. 01-CV-2094 | $638,703.00 | $393,033.55 |
| Harry Miller | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Sharon A. Blount | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Chester F. Dunnigan | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Ann D. Bennett | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Est. of Claudine Dunnigan-Lester c/o Sheriff Bailey Jr. & Kenny Chittum, Esq. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Estate of Timothy Dunnigan c/o Heather Dunnigan | Peterson, et al. v. Iran et al. 01-CV-2094 | $709,232.00 | $436,434.41 |
| Estate of Michael R. Dunnigan c/o Heather Dunnigan | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of William Dunnigan c/o Patricia Dunnigan | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Bryan L. Earle c/o Miguel Vargas | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,286,372.00 | $791,584.43 |
| Estate of Leona Mae Vargas c/o Miguel Vargas | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| The Estate of Frederick Daniel Eaves c/o Sylvia Eaves | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,500,000.00 | $923,042.99 |
| Estate of Barbara Estes c/o Jose Catano, Jr. ALERT read notes | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Charles Franklin Estes c/o Charles Ray Estes ALERT read notes | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Danny R. Estes c/o Jose Catano, Jr. ALERT read notes | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,000,157.00 | $615,458.60 |
| Franklin R. Estes ALERT read notes | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Tammy Chapman ALERT read notes | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Theresa Catano - ALERT read notes | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Charles M. Frye | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,200,000.00 | $1,353,796.38 |
| Angela Farthing | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Michael D. Fulcher c/o Chrissy Cash | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,257,150.00 | $773,602.33 |
| Ellen Kimberly Fulcher | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Phyllis Tangerman | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Ruby A. Fulcher c/o Phyllis Tangerman | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Barbara Gallagher c/o Michael Gallagher | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Brian Gallagher | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of James Gallagher c/o Michael Gallagher | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Sean Gallagher c/o Michael Gallagher | Peterson, et al. v. Iran et al. 01-CV-2094 | $674,382.00 | $414,989.05 |
| James M. Gallagher, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Maureen Pare c/o John Pare, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Michael Gallagher | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Tara Hanrahan | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Demetre Gangur c/o Nada K. Jurist | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of George Gangur c/o Juliana Rudkowski | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,000,935.00 | $615,937.35 |
| Helen Montgomery Montgomery Family Revocable Living Trust c/o Trustee David Montgomery | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Juliana Rudkowski | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| The Mary Gangur Revocable Living Trust c/o Nada Jurist, Trustee | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Nada Jurist | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Randall Garcia Violet E. Garcia Trust c/o Trustee Rachel Caldera | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,127,694.00 | $693,940.02 |
| Estate of Jesus "Jess" Garcia Violet E. Garcia Trust c/o Trustee Rachel Caldera | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Rachel M. Caldera | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Rebecca Jewett | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Ronald Garcia c/o Joyce Essman | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Roxanne V. Garcia Pryor | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Russell Garcia | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Violet Garcia Violet E. Garcia Trust c/o Trustee Rachel Caldera | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Dale Garner | Peterson, et al. v. Iran et al. 01-CV-2094 | $7,500,000.00 | $4,615,214.93 |
| Howard Larry Gerlach | Peterson, et al. v. Iran et al. 01-CV-2094 | $12,000,000.00 | $7,384,343.88 |
| Megan Bash | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Patricia Gerlach | Peterson, et al. v. Iran et al. 01-CV-2094 | $4,000,000.00 | $2,461,447.96 |
| Travis Gerlach | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Arlene M. Ghumm | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Ashley F. Ghumm | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Billy John Ghumm | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Eddy Ghumm, Sr. c/o Brandon Ghumm | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Harold Ghumm c/o Rebecca Bowler | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,260,508.00 | $775,668.71 |
| Estate of Jedaiah Ghumm, Jr. c/o Jedaiah Ghumm and Ransom Ghumm | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Hildegard Ghumm c/o Rebecca Bowler and Bill J. Ghumm | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Jesse W. Ghumm | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Leroy Ghumm c/o Rebecca Bowler | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Moronica B. Davis | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Rebecca G. Bowler | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Anne Mongeau | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Deborah O'Connor | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Donald Giblin | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Timothy Robert Giblin c/o Valerie M. Giblin | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,301,526.00 | $800,909.63 |
| Geraldine Paolozzi | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Jeanne M. Gattegno | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Jeanne Giblin | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Kathleen Calabro | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Margaret Tella | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Michael Giblin | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Tiffany Blackwood | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Valerie Giblin | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| William Giblin | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Christina J. Gorchinski | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Michael Gorchinski ‖c/o Judy A. Gorchinski | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,931,668.00 | $1,188,675.06 |
| Judy Gorchinski | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Kevin M. Gorchinski | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Patty McPhee‖c/o Penny J. Meyer | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Penny Meyer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Valerie M. Rico | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Alice Gordon ‖c/o Jill Gordon | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Elaine Murphy | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Richard Gordon ‖c/o Linda Gordon | Peterson, et al. v. Iran et al. 01-CV-2094 | $965,609.00 | $594,199.08 |
| Estate of Joseph Gordon ‖c/o Jill Gordon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Linda J. Gordon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Norris O. Gordon ‖c/o Jill Gordon | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Damion Briscoe | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Deborah L. Green‖c/o Sydney Brice | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Davin Green ‖c/o Kia Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,025,050.00 | $630,776.81 |
| Kia Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Patricia Wright‖c/o Kia Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Sheria Lenae Green | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Darlene Hairston | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Thomas Hairston ‖c/o Darlene Hairston | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,489,395.00 | $916,517.07 |
| Sherry Latoya Johnson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Estate of Michael S. Haskell c/o Christine C. Haskell | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,871,058.00 | $1,766,739.96 |
| Jeffrey Haskell | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Christopher T. Helms | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Mark A. Helms c/o Christopher T. Helms | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,028,509.00 | $632,905.34 |
| Estate of Marvin R. Helms c/o Linda Davidson-Helms | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Mary Ann Turek c/o Christopher T. Helms | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Rebecca Gintonio | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Doris P. Hester | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Stanley Glenn Hester c/o Doris P. Hester | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,493,349.00 | $918,950.21 |
| Estate of Clifton Hildreth c/o Julia Mae Hildreth | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Cynthia H. Lake | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Donald W. Hildreth c/o Cynthia H. Lake | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,425,177.00 | $876,999.75 |
| Julia Mae Hildreth | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Mary Ann Hildreth | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Michael W. Hildreth | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of John Hlywiak c/o Elaine Taraborelli | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,500,000.00 | $923,042.99 |
| Joseph Hlywiak | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Margaret Angeloni | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Margaret Hlywiak c/o Margaret Mary Angeloni | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Paul Hlywiak | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Peter Hlywiak, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Peter Hlywiak, Sr. c/o Margaret Mary Angeloni | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Ashley Holberton Doray | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Estate of Donald C. Holberton c/o Nicholas Holberton | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Richard H. Holberton c/o Ashley Doray | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,818,176.00 | $1,118,836.40 |
| Estate of Mary C. Hart c/o Sam Hart | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Patricia Lee Holberton c/o Ashley Doray | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Thomas F. Holberton | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Dr. John R. Hudson c/o Lisa H. Hudson | Peterson, et al. v. Iran et al. 01-CV-2094 | $4,072,010.00 | $2,505,760.18 |
| Estate of Samuel R. Hudson c/o | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Lisa Hudson | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Samuel Lorenzo Hudson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Losie Hudson Samuel Lorenzo Hudson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Ruth Hudson c/o Shanda Hudson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| William J. Hudson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Maurice Hukill c/o Meredith Ingersoll | Peterson, et al. v. Iran et al. 01-CV-2094 | $3,038,258.00 | $1,869,628.49 |
| Mary T. Moore | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Cynthia Hunt c/o Jack Hunt | Peterson, et al. v. Iran et al. 01-CV-2094 | $4,000,000.00 | $2,461,447.96 |
| Estate of Orval E. Hunt, Jr. c/o Jack Hunt | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Elizabeth Iacovino c/o Gina Giorgianni | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Edward Iacovino Jr. c/o Roseann Giorgianni | Peterson, et al. v. Iran et al. 01-CV-2094 | $407,196.00 | $250,572.94 |
| Estate of Edward Iacovino, Sr. c/o Roseann Giorgianni | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Deborah Innocenzi | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Paul Innocenzi, III c/o Deborah Innocenzi | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,715,253.00 | $1,055,501.50 |

| | | | |
|---|---|---|---|
| Kristin Burrows | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Mark J. Innocenzi | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Paul G. Innocenzi, IV | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of James Jackowski c/o John J. Jackowski, Sr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $463,356.00 | $285,131.05 |
| Jackline Seguerra | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| John J. Jackowski, Sr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of John Jackowski, Jr. c/o Jackline Seguerra | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Karen Tastensen Valenti Karen Valenti Revocable Trust c/o Trustee Jonathan Pisciotta | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Andrew Jacobs | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Daniel Jacobs | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Danita Jacobs | Peterson, et al. v. Iran et al. 01-CV-2094 | $4,000,000.00 | $2,461,447.96 |
| Joseph Jacobs | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Elaine M. James c/o Zellita R. Perry | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Jeffrey James c/o Zellita R. Perry | Peterson, et al. v. Iran et al. 01-CV-2094 | $251,607.00 | $154,829.38 |
| Estate of Nathaniel Jenkins c/o Stephen Jenkins | Peterson, et al. v. Iran et al. 01-CV-2094 | $7,599,314.00 | $4,676,328.99 |
| Estate of Nathalie C. Jenkins c/o Stephen Jenkins | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Stephen M. Jenkins | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Alicia L. Shields | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Charles Johnston | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Edwin Johnston, Jr. c/o Mary Ann Johnston | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Edward Johnston c/o Mary L. Buckner | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,246,535.00 | $767,070.26 |
| Mary A. Beck | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Mary Ann Johnston | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Mary L. Buckner | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |

| | | | |
|---|---|---|---|
| Andrea Jackson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Steven Jones ‖c/o Mark Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $801,721.00 | $493,348.63 |
| Estate of Synovure Jones ‖c/o Mark Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Mark Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Ollie Jones ‖c/o Mark Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Thomas Julian ‖c/o Karl & Joyce Julian | Peterson, et al. v. Iran et al. 01-CV-2094 | $415,311.00 | $255,566.60 |
| Joyce Julian | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Karl Julian ‖c/o Joyce Julian | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Shawn Biello ‖c/o Mariah Biello | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Adam Wade Keown | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Bobby Keown, Jr. ‖c/o Patricia Keown | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Darren Keown | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Thomas Keown ‖c/o Mary A. Cobble | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,013,901.00 | $623,816.14 |
| Mary A. Cobble | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of William R. Keown ‖c/o Deborah Keown | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Brian C. Kirkpatrick | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Cecilia Kirkpatrick Stanley | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Kathleen Kirkpatrick | Peterson, et al. v. Iran et al. 01-CV-2094 | $4,000,000.00 | $2,461,447.96 |
| Estate of Daniel Kluck ‖c/o Kelly Kluck | Peterson, et al. v. Iran et al. 01-CV-2094 | $922,630.00 | $567,751.43 |
| Estate of Shirley Martin ‖c/o Kelly Kluck | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Kelly G. Kluck | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Michael P. Kluck ‖c/o Kelly Kluck | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Catherine Elaine Hachigian | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Deborah Delia Peterson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of James Knipple []c/o Deborah Peterson | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,018,665.00 | $626,847.72 |
| Estate of Pauline V. Knipple []c/o Deborah Peterson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of John D. Knipple []c/o Deborah Peterson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| John Robert Knipple | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Laura Marie Reininger | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Margaret Alvarez | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Doreen Kreischer[]c/o Keith Meredith | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Freas Kreischer, III[]c/o Freas Kreischer, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,059,185.00 | $651,782.19 |
| Freas Henry Kreischer, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Megan Gummer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Keith Laise []c/o Kris Laise | Peterson, et al. v. Iran et al. 01-CV-2094 | $447,984.00 | $275,672.33 |
| Estate of James Langon, IV []c/o James Langon, III | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,066,903.00 | $656,531.55 |
| James J. Langon, III | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Joyce Bachand | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Lesley A. LaRiviere | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Michael LaRiviere []c/o Joyce Bachand | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,056,282.00 | $649,995.79 |
| Eugene LaRiviere | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| William LaRiviere[]PREFERS EMAIL UPDATES] | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Zandra Johnston | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Cheryl Cossaboom | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Richard G. LaRiviere []c/o Cheryl Cossaboom & Robert LaRiviere | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Steven B. LaRiviere []c/o Cheryl A. Cossaboom | Peterson, et al. v. Iran et al. 01-CV-2094 | $986,622.00 | $607,129.68 |

| | | | |
|---|---|---|---|
| Estate of Janet LaRiviere []c/o Cheryl Cossaboom & Robert LaRiviere | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Joanne M. Zimmermann | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| John M. LaRiviere | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Linda J. Rooney[]David & Linda Rooney Irrevocable Trust[]Sean Rooney, POA Delegation of Trustees | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Michael LaRiviere | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Nancy LaRiviere | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Richard K. LaRiviere | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Robert P. LaRiviere | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Clarence Lemnah []c/o Robert Lemnah | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Etta Lemnah []c/o Robert Lemnah | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Richard Lemnah []Marlys Lemnah Revocable Trust[]c/o Rena Nessler & Kathleen Heikke | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,842,869.00 | $1,134,031.54 |
| Fay A. Lemnah Revocable Trust[]c/o Trustee Robert A. Lemnah | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Harold Lemnah []c/o Reba Lemnah | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Marlys Lemnah[]Marlys Lemnah Revocable Trust[]c/o Rena Nessler & Kathleen Heikke | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Robert Lemnah[]Trustee Sandra Lemnah | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Ronald Lemnah[]The Ronald Lemnah Trust[]c/o Joseph W. Bolognesi | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Annette Livingston | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Joseph Livingston, II []c/o Tia Fox | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Estate of Joseph Livingston, III c/o Annette Livingston | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,762,193.00 | $1,084,386.59 |
| Joseph R. Livingston, IV | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Tia Fox | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Earl Lyon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Elizabeth Meda House | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Paul D. Lyon, Jr. c/o Elizabeth House | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,034,459.00 | $638,566.75 |
| Estate of Francisco M. Lyon c/o Elizabeth M. House | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| June Lyon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Maria Lyon c/o Valerie Lyon | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Paul Lyon, Sr. c/o Valerie Lyon | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Valerie Lyon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Deborah Coltrane | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of John Macroglou c/o Deborah Coltrane | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,183,935.00 | $1,343,910.59 |
| Heather Macroglou | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Alex R. Griffin-Hunt | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Samuel Maitland c/o Shirla Maitland | Peterson, et al. v. Iran et al. 01-CV-2094 | $970,700.00 | $597,331.88 |
| Estate of Samuel Maitland, Sr. c/o Shirla Maitland | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Kenty Edwards c/o Teresa Edwards | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Leysnal Maitland c/o Shirla Maitland | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Shirla A. Maitland Edward | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Charlita O'Gilvie | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Corene Jones Martin c/o Mary Ellen Thompson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Charlie Robert Martin llc/o Charlita O'Gilvie | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,316,085.00 | $809,868.68 |
| Florine Martin Carter | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Gussie M. Williams | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| John A. Martin | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Lenda Joyce Johnson llc/o Monique Johnson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Mary Ellen Thompson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Pacita G. Martin llc/o Charlita O'Gilvie | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Renerio Martin | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Ruby Lee Martin llc/o Mary Ellen Thompson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Ana Beard | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Cristina Massa llc/o Ana Beard | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Edmundo S. Massa llc/o Susy Gordon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of David Massa llc/o Ana Beard | Peterson, et al. v. Iran et al. 01-CV-2094 | $674,558.00 | $415,087.35 |
| Joao C. Massa | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Jose F. Massa | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Manuel C. Massa llc/o Amanda S. Tyner & Manuel S. Massa | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Ramiro Massa | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Burnham Matthews | Peterson, et al. v. Iran et al. 01-CV-2094 | $7,000,000.00 | $4,307,533.93 |
| Estate of John McCall llc/o Mary McCall | Peterson, et al. v. Iran et al. 01-CV-2094 | $853,420.00 | $525,162.23 |
| Estate of Thomas McCall llc/o Mary McCall | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Mary McCall | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Steve Zone llc/o Valerie McCall | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Valerie McCall | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Timothy McMahon ‖c/o Michael McMahon | Peterson, et al. v. Iran et al. 01-CV-2094 | $984,020.00 | $605,528.51 |
| George F. McMahon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Marie M. Russell | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Michael P. McMahon | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Muriel Persky‖c/o Michael McMahon | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Darren Menkins | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Richard H. Menkins, II‖c/o Lisa Estes | Peterson, et al. v. Iran et al. 01-CV-2094 | $850,938.00 | $523,634.90 |
| Gregory Menkins | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Lisa Estes | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Richard H. Menkins ‖c/o Lisa Estes | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Ronald Meurer ‖c/o Michael Meurer | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,855,272.00 | $1,141,683.87 |
| Jay Meurer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Jennifer Collier‖PREFERS EMAIL UPDATES! | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of John Meurer ‖c/o Michael Meurer | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| John Thomas Meurer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Mary Lou Meurer ‖c/o Michael Meurer | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Michael E. Meurer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Robin Lynch | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Adele M. Chios | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Bernadette Jaccom | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Angelina Milano ‖c/o Catherine E. Davey, Esq. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Joseph Peter Milano ‖c/o Rosalie Milano Donohue | Peterson, et al. v. Iran et al. 01-CV-2094 | $674,258.00 | $414,912.74 |

| | | | |
|---|---|---|---|
| Peter B. Milano Revocable Trust c/o Trustee Rosalie Milano Donohue | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Rosalie Milano Donohue | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Timothy D. Mitchell | Peterson, et al. v. Iran et al. 01-CV-2094 | $4,555,099.00 | $2,803,034.79 |
| Wendy Mitchell | Peterson, et al. v. Iran et al. 01-CV-2094 | $4,000,000.00 | $2,461,447.96 |
| Estate of Betty June Moore Betty J. Moore Revocable Trust c/o Melissa Lea Moore | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Denise Lynn Voyles | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Joseph Moore c/o Susan A. Ray | Peterson, et al. v. Iran et al. 01-CV-2094 | $980,150.00 | $603,147.05 |
| Estate of Harry Moore c/o Melissa Lea Moore | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Melissa Lea Moore | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Susan Ann Ray | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Alice Warren Franklin | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Altie Mae Moore c/o Audrey Webb | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Audrey Webb | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Bronzell Warren c/o Audrey Webb | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Deborah Crawford | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of James O. Moore c/o Kashina Moore | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Johnnie S. Moore c/o Audrey Webb | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Jamaal Muata Ali | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Johnnie Mae Moore-Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Lovelle Moore | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,314,513.00 | $5,116,435.27 |
| Marvin Moore | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Debra Myers | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Harry Douglas Myers c/o Debra Myers | Peterson, et al. v. Iran et al. 01-CV-2094 | $891,144.00 | $548,376.15 |

| | | | |
|---|---|---|---|
| Estate of Geneva Myers ‖c/o Debra Myers | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Harry E. Myers ‖c/o Debra Myers | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Billie Ann Nairn ‖c/o Campbell J. Nairn, III | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Campbell J. Nairn, III | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Campbell J. Nairn, Jr. ‖c/o Campbell J. Nairn, III | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of David Johns Nairn ‖c/o Tammy Freshour | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,562,682.00 | $961,615.11 |
| Tammy Freshour | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| William P. Nairn | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Alex Nashton ‖c/o Mark Nashton and Myles Nashton | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Jeffrey Nashton | Peterson, et al. v. Iran et al. 01-CV-2094 | $11,776,632.00 | $7,246,891.70 |
| Estate of Olympia Carletta ‖c/o Mark Nashton | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Ashley E. Gunter | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Grace Lewis ‖c/o Jean Tolliver | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Kayley Oliver Hudson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Kimberly Patterson | Peterson, et al. v. Iran et al. 01-CV-2094 | $4,000,000.00 | $2,461,447.96 |
| Michael-John Oliver | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Patrick S. Patterson ‖c/o Kimberly Patterson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Paul Oliver ‖c/o Catherine A. Swift | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Riley Margaret Oliver | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of John Edward Oliver ‖c/o Natalie Oliver Padgett | Peterson, et al. v. Iran et al. 01-CV-2094 | $3,277,542.00 | $2,016,874.77 |
| Estate of Bertha Olson ‖c/o Roger S. Olson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Estate of John Arne Olson c/o Roger S. Olson | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,010,497.00 | $621,821.44 |
| Estate of Sigurd Olson c/o Roger S. Olson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Jana M. Christian c/o Gary R. Christian | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Julia A. McFarlin Julia Ann McFarlin Trust c/o Trustee Wendy L. Lange | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Karen L. Olson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Mary Baumgartner | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Randal D. Olson c/o Vickie Olson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Roger S. Olson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Ronald J. Olson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Susan J. Sinsioco | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Wendy L. Lange | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Joseph Owens c/o The Frances Owens Living Trust Trustee Deanna Owens | Peterson, et al. v. Iran et al. 01-CV-2094 | $502,237.00 | $309,057.56 |
| David L. Owens | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Deanna L. Owens | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of James A. Owens c/o The Frances Owens Living Trust Trustee Deanna Owens | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Frances L. Owens The Frances Owens Living Trust Trustee Deanna Owens | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Steven T. Owens | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Connie Mack Page c/o Rev. Jasper Leon Tart | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Connie Ray Page c/o Jennifer Page McLaurin | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,012,211.00 | $622,876.18 |

| | | | |
|---|---|---|---|
| Estate of Judith K. Page c/o Rev. Jasper Leon Tart | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Ulysses G. Parker c/o Shirley McLellan, POA for Mary Ruth Ervin | Peterson, et al. v. Iran et al. 01-CV-2094 | $641,523.00 | $394,768.87 |
| Henry James, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Mary Ruth Ervin POA Shirley McLellan | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Ray A. Johnson c/o Ray A. Johnson, Jr. & Raven Johnson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Sharon Parker c/o Paul Draper, Esq | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Shirley L. McClellan | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Helen M. Pearson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| John L. Pearson, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of John L. Pearson, Sr. c/o Sonia Velasquez Pearson | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,816,369.00 | $1,117,724.44 |
| Estate of Melrose Ricks c/o Sonia Velasquez Pearson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Sonia Pearson | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Brett A. Perron c/o Thomas Perron | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Cynthia A. Hurston | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Deborah J. Perron c/o Kenneth Garofalo | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Christine M. Brown c/o Michelle Perron | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Thomas S. Perron c/o Cindy Hurston | Peterson, et al. v. Iran et al. 01-CV-2094 | $424,110.00 | $260,981.17 |
| Michelle L. Perron | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Ronald R. Perron c/o Michelle Perron & Cindy Hurston | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Suzanne M. Garza c/o Cindy Hurston | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Elizabeth P. May | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of John Arthur Phillips, Jr. c/o Nancy B. Fox | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,030,308.00 | $634,012.38 |
| Harold T. Phillips | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of John Arthur Phillips, Sr. c/o Elizabeth B. Phillips | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Nancy B. Fox | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Victoria Phillips | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of William Roy Pollard c/o Stacey Pollard | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,111,556.00 | $684,009.31 |
| Estate of Margaret Elaine Pollard c/o Stacey Pollard | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Stacey Pollard-Joyce | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Victor Mark Prevatt c/o Sandra Rhodes Young | Peterson, et al. v. Iran et al. 01-CV-2094 | $862,635.00 | $530,832.79 |
| Lee H. Prevatt | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Sandra Rhodes Young | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Victor Thornton Prevatt | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of James C. Price c/o Joseph S. Price | Peterson, et al. v. Iran et al. 01-CV-2094 | $989,921.00 | $609,159.76 |
| Estate of John R. Price, Jr. c/o Joseph S. Price | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Joseph S. Price | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Eileen Ahlquist | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Barbara D. Prindeville c/o Kathleen Tara Prindeville | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Patrick K. Prindeville c/o Kathleen Tara Prindeville | Peterson, et al. v. Iran et al. 01-CV-2094 | $305,675.00 | $188,100.78 |
| Kathleen Tara Prindeville | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Michael Garrett Prindeville c/o Sean Prindeville ***TEXT First before mailings/Calls*** | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Paul Edward Prindeville c/o Eileen Ahlquist | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Sean Joseph Prindeville***TEXT First before mailings/Calls*** | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Belinda J. Quirante c/o Milton J. Quirante | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Belinda Jimenez Quirante | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Edgar J. Quirante | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Diomedes J. Quirante c/o Milton J. Quirante | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,178,822.00 | $1,340,764.24 |
| Estate of Godofredo R. Quirante c/o Milton J. Quirante | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Liberty Q. Gregg | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Milton J. Quirante | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Sabrina Quirante-Nettles | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Alan Richardson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Beatrice Richardson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Clarence Richardson c/o Venesa Richardson (pending) | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Eric Michael Richardson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Warren Richardson c/o Venesa Richardson (pending) | Peterson, et al. v. Iran et al. 01-CV-2094 | $796,673.00 | $490,242.28 |
| Estate of Lynnette Richardson c/o Alaina Richardson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Vanessa Richardson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Paul Rivers | Peterson, et al. v. Iran et al. 01-CV-2094 | $7,000,000.00 | $4,307,533.93 |
| Estate of Louis J. Rotondo, Jr. c/o Marian DiGiovanni | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,276,348.00 | $1,400,778.04 |
| Jason Russell | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Stephen Russell | Peterson, et al. v. Iran et al. 01-CV-2094 | $9,252,749.00 | $5,693,790.04 |
| Tanya Haynes | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Wanda Russell | Peterson, et al. v. Iran et al. 01-CV-2094 | $4,000,000.00 | $2,461,447.96 |
| Andrew R. Sauls | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Barbara E. Rockwell | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Estate of Michael Sauls ⌐c/o Barbara Rockwell | Peterson, et al. v. Iran et al. 01-CV-2094 | $974,601.00 | $599,732.41 |
| Henry Caleb Sauls | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Riley Ackerman Sauls | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Charles Schnorf ⌐c/o Lynn S. Dallachie | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,790,541.00 | $1,717,192.86 |
| Lynn S. Dallachie | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Margaret Mettler Schnorf ⌐c/o Richard Schnorf, Jr. & Susanne Breeden | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Richard C. Schnorf, Sr. ⌐c/o Richard Schnorf & Susanne Breeden | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Richard Colfax Schnorf, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Robert Mettler Schnorf | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Susanne Schnorf Breeden | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Beverly Schultz | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Dennis James Schultz | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Dennis R. Schultz c/o Beverly Schultz | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Scott Lee Schultz ⌐c/o Beverly Schultz | Peterson, et al. v. Iran et al. 01-CV-2094 | $675,361.00 | $415,591.49 |
| Estate of Peter James Scialabba ⌐c/o Samuel Scialabba | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,462,179.00 | $1,515,131.37 |
| Estate of Frank Scialabba ⌐c/o Stephen T. Scialabba | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Jacquelyn Scialabba | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Samuel Scott Scialabba | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Gary R. Scott ⌐c/o Jon Scott | Peterson, et al. v. Iran et al. 01-CV-2094 | $432,024.00 | $265,851.15 |
| Estate of Larry L. Scott ⌐c/o Jon Scott | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Jon C. Scott | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Kevin James Scott ⌐c/o Brendia Scott | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Mary Ann Scott ⌐c/o Jon Scott | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Stephen Scott | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Susan Jordan | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Bryan Richard Shipp | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Thomas Shipp ][c/o Pauline Ida Shipp | Peterson, et al. v. Iran et al. 01-CV-2094 | $738,895.00 | $454,687.90 |
| Estate of James D. Shipp][c/o James C. Shipp | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Karen R. Clough][c/o Janice Shipp | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Maurice Shipp | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Pauline Shipp | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,695.92 |
| Raymond D. Shipp | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Russell Shipp | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Theresa Desjardins ][c/o Russell Shipp | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Jerryl D. Shropshire ][c/o Oscar Mack, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $212,061.00 | $130,494.28 |
| Estate of Larry H. Simpson, Jr. ][c/o Anna Marie Simpson | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,995,660.00 | $3,689,501.27 |
| Estate of Bobbie Ann Smith ][c/o Terrence P. Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Kirk Hall Smith][c/o Terrence P. Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $710,042.00 | $436,932.86 |
| Terrence Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Angela J. Smith][c/o Joseph K. Smith, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Thomas G. Smith ][c/o Joseph K. Smith, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $980,543.00 | $603,388.89 |
| Joseph K. Smith, III | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Joseph K. Smith, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Ana Smith Ward | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,695.92 |
| Cynthia L. Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Vincent Lee Smith c/o Ana Smith Ward | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,285,916.00 | $791,303.21 |
| Keith E. Smith Un-Revocable Intro Vivos Trust c/o Trustee Tadgh A. Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Holly D. Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Ian Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Kelly B. Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Lynn Smith Derbyshire | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Shirley L. Smith Un-Revocable Trust c/o Tadgh Smith, Trustee | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Tadgh A. Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Tara Leigh Rose | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Thad Gifford-Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Timothy B. Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of William Scott Sommerhof c/o John A. Sommerhof | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,361,062.00 | $837,545.82 |
| Jocelyn Sommerhof | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| John A. Sommerhof | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of William J. Sommerhof c/o John A. Sommerhof | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Barbara A. Spaulding | Peterson, et al. v. Iran et al. 01-CV-2094 | $4,000,000.00 | $2,461,447.96 |
| Dana Spaulding | Peterson, et al. v. Iran et al. 01-CV-2094 | $9,559,609.00 | $5,882,620.02 |
| Jessica Stocum | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Kelly Rodriguez | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Scott Spaulding | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Douglas Spencer | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Stephen Spencer c/o Scott Rizzo, Esq. | Peterson, et al. v. Iran et al. 01-CV-2094 | $974,298.00 | $599,545.96 |
| Estate of Ila Wallace c/o Richard J. Wallace | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Richard J. Wallace | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Christine Stelpflug Williford | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate William John Stelpflug c/o Peggy A. Stelpflug | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,094,429.00 | $673,470.01 |
| Joseph W. Stelpflug | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Kathy Nathan | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Laura Barfield | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Peggy A. Stelpflug | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of William Joseph Stelpflug c/o Peggy Stelpflug | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Horace Renardo Stephens c/o Tim O'Brien, Esq | Peterson, et al. v. Iran et al. 01-CV-2094 | $446,107.00 | $274,517.29 |
| The Estate of Horace Stephens, Sr. c/o Janet Stephens | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Joyce Stephens c/o Timothy P. O'Brien, Esq. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Keith Lamont Stephens c/o Leticia Boddie | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Kimberly C. Moore c/o Letichia Boddie | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Leticia Boddie | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Dona F. Stockton c/o Richard Stockton | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Craig Stockton c/o Scott Rizzo | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,007,526.00 | $619,993.20 |
| Estate of Donald R. Stockton c/o Richard Stockton | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Richard Stockton | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Dianne Stokes Williams | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Jeffrey Stokes c/o Melvina Wright | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,599,994.00 | $984,575.49 |
| Estate of Nelson Stokes, Sr. c/o Melvina Wright | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Gwendolyn Stokes-Graham | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Irene Gaines-Stokes c/o Melvina Wright | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Le'Shune Carlette Stokes Clark | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Melvina Wright | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Nelson Stokes, Jr. c/o Erica Thomas | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Rennitta Stokes Johnson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Robert Stokes | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Eric D. Sturghill c/o Cleophus Sturghill | Peterson, et al. v. Iran et al. 01-CV-2094 | $725,378.00 | $446,370.05 |
| Marcus D. Sturghill, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Marcus L. Sturghill c/o Marcus D. Sturghill | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Nekeisha Lynn Sturghill | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Doreen Sundar | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Estate of Devon Sundar c/o Doreen Sundar | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,394,608.00 | $858,188.75 |
| Cydia Shaver | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Craig Swinson | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,500,000.00 | $923,042.99 |
| Daniel Swinson | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Dawn Swinson c/o William Swinson | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Ingrid Swinson c/o William Swinson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Kenneth Swinson c/o William Swinson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Teresa Swinson | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| William Swinson | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Adam Thorstad | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Barbara Thorstad C/O James Thorstad, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Barbara Warwick | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Susan Thorstad Hugus c/o Julie Terhorst | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Thomas Thorstad c/o Adam Thorstad | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,921,086.00 | $1,182,163.30 |
| James Thorstad, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| James A. Thorstad, Sr. Trust of James A. Thorstad, Sr. C/O Trustee James Thorstad, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Janice Edquist | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| John E. Thorstad | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Kathleen Hedge | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Kathryn Wallace | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Patricia Thorstad Zosso | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Ryan Thorstad | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Barbara Tingley | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Donna Plickys | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Stephen Dale Tingley c/o Nancy Hurlbert | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,439,655.00 | $885,908.97 |
| Nancy Hurlburt | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Richard Tingley c/o Barbara Tingley | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Russell L. Tingley | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Michael Toma | Peterson, et al. v. Iran et al. 01-CV-2094 | $7,500,000.00 | $4,615,214.93 |
| Anthony Vallone | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Donald H. Vallone, Sr. c/o Kendra Richmond | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Donna Phelps Charles & Donna Phelps Living Trust c/o Donna Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Donna Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Donald H. Vallone, Jr. c/o Donna Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $462,193.00 | $284,416.00 |
| Timothy Vallone | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Blanche F. Corry | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Diane Whitener | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Eric Washington c/o Charles E. Corry | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,069,270.00 | $657,988.12 |
| Estate of Pearlie Mae Olaniji c/o Blanche F. Corry & Vancine Washington | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Vancine Washington | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Andrew Gordon Wheeler | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Benjamin D. Wheeler | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Brenda June Wheeler | Peterson, et al. v. Iran et al. 01-CV-2094 | $4,000,000.00 | $2,461,447.96 |
| Danny Wheeler | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Marlis "Molly" Wheeler c/o Danny Wheeler | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Jill S. Wold | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Jonathan Wheeler | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Kerry Wheeler | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Candace Campbell | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Darrin A. Wigglesworth | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Daryl Wigglesworth | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Dwayne Wigglesworth Henry Wigglesworth Revocable Living Trust c/o Scott Campbell, Trustee | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,001,122.00 | $616,052.43 |
| Henry Wigglesworth Revocable Living Trust c/o Scott Campbell, Trustee | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Mark Wigglesworth | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Robyn Wigglesworth | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Sandra Wigglesworth Henry Wigglesworth Revocable Living Trust c/o Scott Campbell, Trustee | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Shawn Wigglesworth | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Elizabeth Adams | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Johnny Adam Williamson 0c/o Elizabeth Adams | Peterson, et al. v. Iran et al. 01-CV-2094 | $443,409.00 | $272,857.04 |
| Estate of Jewelene Dunlap Williamson 0c/o Matthew Fallaw | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Tony Williamson | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Arlington Jerome Ferguson 0Arlington Ferguson Trust0c/o Trustee Hilton Ferguson | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Estate of Rodney J. Williams 0c/o Rhonda Hill & Ronald Williams | Peterson, et al. v. Iran et al. 01-CV-2094 | $671,206.00 | $413,034.66 |
| Hilton Ferguson | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Rhonda Williams Hill | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Ronald Williams | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Ruth Williams 0c/o Rhonda Hill & Ronald Williams | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Wesley Williams 0c/o Rhonda Hill & Ronald Williams | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Delma R. Williams-Edwards | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Erma Smith | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Scipio Williams, Jr. 0c/o Janet Williams | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,635,994.00 | $1,006,728.52 |
| Janet Brown Williams | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Johnnie E. Williams | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Kenneth Watson 0c/o Myra Green | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Keysha Williams Tolliver | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Philiece Richardson Mills | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Scipio J. Williams | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Amanda Winter Moore | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of William Ellis Winter 0c/o Melia Winter Collier | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,534,910.00 | $1,559,887.26 |
| Melia Redding Collier | Peterson, et al. v. Iran et al. 01-CV-2094 | $8,000,000.00 | $4,922,895.92 |
| Michael Ellis Winter | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Beverly Woollett | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Donald E. Woollett c/o Beverly Woollett | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,021,565.00 | $1,243,994.26 |
| Lilla Woollett Haverstick | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Lyda Guz | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Paul R. Woollett c/o Beverly Woollett | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Alicia Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Craig Wyche c/o Sandra D. Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,025,860.00 | $631,275.25 |
| Estate of James Cherry c/o Sonia Cherry | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Glenn Wyche | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| John Wyche, Jr. | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Sandra D. Jones | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Sonia Cherry | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Jeffrey D. Young c/o Judith Young | Peterson, et al. v. Iran et al. 01-CV-2094 | $618,891.00 | $380,842.00 |
| John W. Young | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| John F. Young | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Judith Young | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Nora Young c/o James P. Young | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Robert Young c/o Thomas D. Young | Peterson, et al. v. Iran et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| James Peter Young | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Mary E. Young Stilphen | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,250,000.00 | $769,202.49 |
| Thomas D. Young | Peterson, et al. v. Iran et al. 01-CV-2094 | $1,500,000.00 | $923,042.99 |
| Estate of Carrie Bohannon c/o Angela Bohannon | Peterson, et al. v. Iran et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Richard Andrew Fluegel c/o Marilou Fluegel | Peterson, et al. v. Iran, et al. 01-CV-2094 | $1,089,811.00 | $670,628.27 |

| | | | |
|---|---|---|---|
| Estate of James E. McDonough c/o Renee L. Hall | Peterson, et al. v. Iran, et al. 01-CV-2094 | $952,847.00 | $586,345.83 |
| Estate of Margaret Menkins c/o Lisa Estes | Peterson, et al. v. Iran, et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Estate of Michael Moore c/o Melissa Lea Moore | Peterson, et al. v. Iran, et al. 01-CV-2094 | $2,500,000.00 | $1,538,404.98 |
| Estate of Bobby Keown, Sr. c/o John W. Bauman, Esq. | Peterson, et al. v. Iran, et al. 01-CV-2094 | $5,000,000.00 | $3,076,809.95 |
| Kenneth S. Spencer, Jr. | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,000,000.00 | $1,230,723.98 |
| Estate of Kenneth S. Spencer, Sr. c/o Frances Spencer | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $1,000,000.00 | $615,361.99 |
| Frances A. Spencer | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $1,000,000.00 | $615,361.99 |
| Amy L. Morrow | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $650,000.00 | $399,985.29 |
| Karen K. Brown | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $650,000.00 | $399,985.29 |
| Kris A. Boerger | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $650,000.00 | $399,985.29 |
| Samuel P. Rice | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $1,500,000.00 | $923,042.99 |
| Estate of Samuel O. Rice c/o Samuel Rice & Daniel J. Rice | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $850,000.00 | $523,057.69 |
| Estate of Belinda Rice C/O Samuel Rice and Daniel Rice | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $850,000.00 | $523,057.69 |
| Todd Rice | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Amy Cogswell | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| David Rice | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Daniel Rice | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Lisa Reed | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Valerie Trail | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Steven Joseph Diaz, Sr. | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,000,000.00 | $1,230,723.98 |
| Steven James Diaz, Jr. | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $900,000.00 | $553,825.79 |
| Jane A. Diaz | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $1,250,000.00 | $769,202.49 |
| Estate of Robert R. Diaz c/o Edward A. Diaz | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $1,000,000.00 | $615,361.99 |
| Estate of Teresa B. Diaz c/o Steven James Diaz, Sr. | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $1,000,000.00 | $615,361.99 |

| | | | |
|---|---|---|---|
| Estate of Magdalena M. Diaz c/o Steven Joseph Diaz, Sr. | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $650,000.00 | $399,985.29 |
| Estate of Daniel P. Diaz c/o Steven Joseph Diaz, Sr. | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $650,000.00 | $399,985.28 |
| Estate of Raul P. Diaz c/o Jennifer Diaz | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $650,000.00 | $399,985.29 |
| Edward A. Diaz | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $650,000.00 | $399,985.29 |
| Estate of Carmella Wood c/o Julio Schembari | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $5,000,000.00 | $3,076,809.95 |
| Estate of David W. Brown c/o P. York McLane, Esq. | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $889,752.00 | $547,519.56 |
| Patsy McEntire | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $6,000,000.00 | $3,692,171.94 |
| Estate of Lewis Brown c/o Arlene Janell Brown | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $5,000,000.00 | $3,076,809.95 |
| Estate of Therisa Edwards c/o P. York McLane, Esq | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,500,000.00 | $1,538,404.98 |
| Ronny L. Brown | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,500,000.00 | $1,538,404.98 |
| Lisa R. Maybin | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,500,000.00 | $1,538,404.98 |
| Cynthia A. Burt | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,500,000.00 | $1,538,404.98 |
| Estate of Nerida Tull Baez c/o Miguel A. Castro Vargas, Esq. | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $3,500,000.00 | $2,153,766.97 |
| Estate of Andres Alvarado Mirbal c/o Griselle Romero | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $3,500,000.00 | $2,153,766.97 |
| Estate of Margaret O'Brien c/o Stephen O'Brien | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $850,000.00 | $523,057.69 |
| Mitchell S. Anderson | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $1,250,000.00 | $769,202.49 |
| Estate of Jesse J. Ellison c/o Kimberly A. Carlson | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $721,624.00 | $444,059.98 |
| Estate of Virginia Ellison c/o Kimberly Carlson & Penny Nelson | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $5,000,000.00 | $3,076,809.95 |
| Estate of Kenneth Ellison c/o Kimberly A. Carlson | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $5,000,000.00 | $3,076,809.95 |
| Kimberly Ann Carlson | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| William Eugene Carlson | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,500,000.00 | $1,538,404.98 |
| Gary Alan Carlson | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,500,000.00 | $1,538,404.98 |
| Daniel R. Carlson | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,500,000.00 | $1,538,404.98 |
| Penny Nelson | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,500,000.00 | $1,538,404.98 |
| Robert Sword ‖c/o Coastal Art Glass | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $1,500,000.00 | $923,042.99 |
| Estate of Beulah Mae Sword ‖c/o Caroline Boardwine | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $850,000.00 | $523,057.69 |
| Caroline Sword Boardwine | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Estate of Billy Sword‖c/o Naomi Blackwell | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Gerald Nixon Sword | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Johnnie Sword | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Steven M. Sibille | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $1,500,000.00 | $923,042.99 |
| Estate of Verian L. Sibille ‖c/o Valerie Unkel | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $850,000.00 | $523,057.69 |
| Estate of Victor H. Sibille ‖c/o Valerie Unkel | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $850,000.00 | $523,057.69 |
| Valerie L. Unkel | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Victor H. Sibille, IV | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Kevin M. Sibille | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Pamela A. Schultz | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Stephanie D. Hardy | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $500,000.00 | $307,681.00 |
| Donald A. Howell | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $7,000,000.00 | $4,307,533.93 |
| Mary Jane Howell | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $2,500,000.00 | $1,538,404.98 |
| Ronald A. Howell | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $1,250,000.00 | $769,202.49 |
| Donna E. Black | Spencer 2, et al. v. Iran, et al. 12-CV-42 | $1,250,000.00 | $769,202.49 |
| Estate of Andres Alvarado Tull ‖c/o Celso Feliciano Rivera | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Estate of Leonard Warren Walker ‖c/o Annise Crawford | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $741,275.00 | $456,152.46 |

| | | | |
|---|---|---|---|
| Estate of Catherine M. Bonk c/o Patricia Kronenbitter & Thomas Bonk | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Kevin Bonk | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Thomas Bonk | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Estate of John Bonk, Sr. c/o Patricia Kronenbitter & Thomas Bonk | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Marian DiGiovanni | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Sherri Lynn Fiedler | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Marilou Fluegel | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Robert Fluegel | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Estate of Thomas A. Fluegel c/o Marilou Fluegel | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Evans Hairston | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Felicia Hairston | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Julia Bell Hairston c/o Evans Hairston | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Estate of Henry Durban Hukill, Jr c/o Meredith Ingersoll & Matthew Hukill | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Mark Andrew Hukill | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Matthew Scott Hukill | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Melissa Hukill | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Meredith Ingersoll | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Mitchell Charles Hukill | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Monte Hukill | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Virginia Ellen Hukill c/o Matthew S. Hukill | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Catherine Hunt | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Shirley Ann Storm Pettry c/o Thomas Bradley Pettry | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Penni Bernard | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Jeff Kirkwood | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Estate of Shirley Kirkwood Ĩc/o Edward J. McDonough | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Carl Arnold Kirkwood, Jr. | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Estate of Carl Kirkwood, Sr.ĨC/O Renee L. Hall | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Patricia Kronenbitter | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Estate of William Laise Ĩc/o Kris Laise | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Estate of Betty LaiseĨc/o Kris Laise | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Kris Laise | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Estate of Bill Macroglou | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Lorraine Macroglou | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Estate of Kathy McDonald/c/o Bill McDonald | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Edward Joseph McDonough | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Estate of Edward W. McDonough II c/o Carrie McDonough | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Sean McDonough II c/o Jessica McDonough | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Deborah Spencer Roslato | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Estate of Louis Joseph Rotondo, Sr. II c/o Marian DiGiovanni | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Estate of Rose Rotondo II c/o Marian DiGiovanni | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Estate of Phyllis Santorsiero II c/o Rosalie Flail | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Anna Marie Simpson | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Renee Eileen Simpson | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Robert P. Simpson | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |

| | | | |
|---|---|---|---|
| Estate of Larry H. Simpson, Sr.[]c/o Anna Marie Simpson | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Sally Jo Wirick | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Pedro J. Alvarado-Tull | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $7,036,459.00 | $4,329,969.41 |
| Angel Alvarado-Tull | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Gerardo Alvarado Tull | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Grisselle Romero | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Luis A. Alvarado-Tull | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Luisa Alvarado | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,562,500.00 | $961,503.11 |
| Maria Alvarado O'Sheaf | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Marta Alvarado Tull | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Minerva Alvarado-Tull | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |

| | | | |
|---|---|---|---|
| Yolanda Alvarado-Tull | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Zoraida Alvarado-Torres | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Cheryl Bass | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Estate of Edward Joseph Brooks c/o Edward Gerard Brooks | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Estate of Patricia Brooks c/o Edward Gerard Brooks | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Wanda Ford | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Estate of Bennie Harris (Rose V. Harris Living Trust) c/o Michael Harris | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Estate of Rose Harris (Rose V. Harris Living Trust) c/o Michael Harris | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Marcy Lynn Parson | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Douglas Pontillo | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Don Selbe c/o Belinda Skarka | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |

| | | | |
|---|---|---|---|
| Estate of Eloise F. Selbe ǁc/o Belinda Skarka | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Estate of James Selbe ǁc/o Belinda Skarka | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Belinda Skarka | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Allison Thompson | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $4,000,000.00 | $2,461,447.96 |
| Estate of Isaline Thompson ǁc/o Willie G. Thompson | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Johnny Thompson | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $625,000.00 | $384,601.24 |
| Deborah True | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Janice Valore | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Michael Valore, Jr. | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Estate of Orlando Michael Valore, Sr. ǁc/o Janice Valore | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Dennis Jack Anderson | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |

| | | | |
|---|---|---|---|
| Timothy Brooks | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Michael Harris | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Donald R. Pontillo | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,500,000.00 | $923,042.99 |
| Estate of John E. Selbe ⬚c/o Kurt Brian Hatlestad | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Willie G. Thompson | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Terance J. Valore | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $9,326,493.00 | $5,739,169.29 |
| Neale Scott Bolen | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $5,000,000.00 | $3,076,809.95 |
| Estate of David L. Battle ⬚c/o Amy Battle-Kresge | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $989,538.00 | $608,924.07 |
| Estate of Matilde Hernandez, Jr. ⬚c/o Mary Hernandez | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,491,850.00 | $918,027.78 |
| Estate of John Muffler ⬚c/o Robert Muffler, Jr. | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $770,283.00 | $474,002.88 |
| Estate of John Jay Tishmack ⬚c/o Ronald Tishmack | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $778,778.00 | $479,230.38 |

| | | | |
|---|---|---|---|
| Estate of Walter Emerson Wint, Jr. ‖c/o Linda J. Cross | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,332,617.00 | $820,041.85 |
| Estate of James Yarber ‖c/o Jutta Yarber | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,046,775.00 | $644,145.55 |
| Estate of Moses Arnold, Jr. ‖c/o Lolita Arnold | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,273,602.00 | $783,726.26 |
| Estate of James Silvia ‖c/o Lynne Michol Spencer | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,440,922.00 | $886,688.63 |
| Lolita M. Arnold | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $4,000,000.00 | $2,461,447.96 |
| Lisa Ann Beck | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Estate of Betty J. Bolen ‖c/o Neale Bolen | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Keith Edwin Bolen | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Estate of Sheldon H. Bolen ‖c/o Sharla M. Kors | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| Sharla M. Kors | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $1,250,000.00 | $769,202.49 |
| Lynne Michol Spencer | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 0 ($3,125,000 as sis, $8,000 (RCL), 08-CV-1273 (RCL) | | $6,845,902.14 |

| | | | |
|---|---|---|---|
| James Macroglou | Valore, et al. v. Iran, et al. Consolidated Actions: 03-CV-1959 (RCL), 06-CV-516 (RCL), 06-CV-750 (RCL), 08-CV-1273 (RCL) | $2,500,000.00 | $1,538,404.98 |
| TOTAL | | $3,499,359,547.00 | $2,160,218,756.78 |

| Judgment Creditor Name | Related Cases | Compensatory Judgment | Outstanding Compensatory Judgment |
|---|---|---|---|
| Estate of Christopher Adams | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $3,153,953.00 | $1,424,538.70 |
| Catherine Adams | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Patrick D. Adams | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| John E. Adams | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Daniel Adams | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Elizabeth (Adams) Wolf | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Mary Kowalchuk | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Michael T. Adams | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| William Adams | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Estate of Millard D. Campbell | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $1,572,314.00 | $710,163.43 |
| Marie R. Campbell | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $8,000,000.00 | $3,613,341.59 |
| Estate of Bessie A. Campbell | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Estate of Earl F. Cartrette, Jr. | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,065,756.00 | $949,145.45 |
| Denise M. Eichstaedt | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Anthony W. Cartrette | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Lewis W. Cartrette | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Estate of Patrick Fennig | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $1,120,304.00 | $506,005.13 |
| Thaddeus Fennig | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Catherine Fennig | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Mark Fennig | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Paul D. Fennig | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Estate of Leland Timothy Haun | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,822,796.00 | $1,274,965.78 |
| Ibis S. Haun | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $8,000,000.00 | $3,613,341.59 |
| Estate of Senator Haun | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Milagritos Haun | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $7,000,000.00 | $3,161,673.93 |
| Estate of Michael G. Heiser | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $3,720,019.00 | $1,680,212.42 |
| Estate of Frances Heiser | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Estate of Gary Heiser | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Estate of Kevin J. Johnson | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $1,171,477.00 | $529,118.32 |
| Shyrl L. Johnson | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $8,000,000.00 | $3,613,341.59 |
| Kevin Johnson, Jr. | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Nicholas A. Johnson | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Gregoire Che Colson | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,297,331.95 |
| Estate of Laura E. Johnson | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,297,331.95 |
| Estate of Bruce Johnson | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,148,665.95 |

Exhibit G - Helser Judgment Creditors

| | | | |
|---|---|---|---|
| Estate of Kendall K. Kitson, Jr. | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,183,460.00 | $986,198.36 |
| Estate of Kendall K. Kitson | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Estate of Nancy R. Kitson | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Steve K. Kitson | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Estate of Nancy A. Kitson | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Estate of Christopher Lester | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,460,466.00 | $1,111,313.03 |
| Cecil H. Lester | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Judy Lester | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Cecil Howard Lester, Jr. | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Jessica Fay (Lester) Hatfield | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Estate of Brent Marthaler | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $1,598,688.00 | $722,075.75 |
| Katie Marthaler Eicher | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $8,000,000.00 | $3,613,341.59 |
| Herman C. Marthaler III | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Estate of Sharon Marthaler | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Matthew Marthaler | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Kirk Marthaler | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Estate of Brian McVeigh | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $1,960,467.00 | $900,768.69 |
| Estate of Sandra M. Wetmore | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| James V. Wetmore | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,297,331.95 |
| Estate of Peter J. Morgera | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $1,294,377.00 | $594,332.80 |
| Michael Morgera | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Thomas Morgera | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Estate of Than Van Nguyen | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $596,905.00 | $270,251.65 |
| Christopher R. Nguyen | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Estate of Joseph E. Rimkus | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $1,136,986.00 | $522,406.84 |
| Bridget Brooks | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Estate of James Ryan Rimkus | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Anne Marie Rimkus | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Estate of Jeremy Taylor | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $845,680.00 | $388,561.53 |
| Lawrence E. Taylor | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Vickie L. Taylor | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Starlina Taylor McCorkendale | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Estate of Justin Wood | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $1,904,797.00 | $875,190.21 |
| Richard W. Wood | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Kathleen M. Wood | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| Shawn M. Wood | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Estate of Joshua E. Woody | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $1,981,521.00 | $894,989.04 |
| Dawn Woody | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $8,000,000.00 | $3,613,341.59 |

DLA Piper LLP US Confidential

1/13/2025

Exhibit G - Heiser Judgment Creditors

| | | | |
|---|---|---|---|
| Bernadine R. Beekman | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,258,338.51 |
| George A. Beekman | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $5,000,000.00 | $2,297,331.95 |
| Tracy M. Smith | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Jonica L. Woody | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| Timothy Woody | *Heiser v. Iran* (00-CV-2329 RCL) consolidated with *Campbell v. Iran* (01-CV-2104 RCL) | $2,500,000.00 | $1,129,169.24 |
| **Total** | | $286,089,966.00 | $129,465,137.24 |

DLA Piper LLP US Confidential                    1/13/2025                    Page 3

Exhibit H

## 650 FIFTH AVENUE FINANCING TERM SHEET

### January 13, 2025

Amir Kabir Foundation ("**AKF**"), hereby submits this proposed term sheet (this "**Term Sheet**") to the parties listed under the Judgment Creditors subpart of Exhibit A attached to the Settlement Agreement (as hereafter defined), who either filed claims seeking right, title, and interest in all or some of the defendant-in-rem properties in the pending forfeiture action, In re 650 Fifth Avenue & Related Properties, 08-cv-10934 (S.D.N.Y.) (the "**Forfeiture Action**"), and/or brought the civil actions against Alavi or the Fifth Avenue Company listed in Exhibit A attached to the Settlement Agreement other than the Forfeiture Action (the "**Judgment Enforcement Actions**") (collectively, the "**Judgment Creditors**"), which sets forth certain terms and conditions upon which the Judgment Creditors would provide, and AKF would accept, financing (the "**Loan**") with respect to the Property (as defined below), which Loan will be evidenced and documented pursuant to certain documents to be mutually agreed upon by the parties (the "**Loan Documents**"). This Term Sheet is being entered into in connection with, and is attached to, that certain Settlement Agreement and Release dated as of January 13, 2025, by and among the United States Attorney's Office for the Southern District of New York, the Alavi Foundation, 650 Fifth Avenue Company, Amir Kabir Foundation, 650 Fifth Avenue Real Estate Holdings LLC, and the parties listed under the Judgement Creditors column attached as Exhibit A thereto (the "**Settlement Agreement**"), and this Term Sheet is subject to the terms of the Settlement Agreement applicable thereto.

| | |
|---|---|
| **Property:** | 650 Fifth Avenue: an approximate 386,500 sq. ft. office building located at 650 Fifth Avenue, New York, NY 10019 (the "**Property**"). |
| **Lender:** | Judgment Creditors, together with their respective successors, in a manner determined by the Judgment Creditors, including via a form of entity or a trust. If Lender is not structured as a limited liability company whose sole member is a trust which will be controlled by a trustee (or a substantially similar structure), then Borrower shall have reasonable consent rights over the form of Lender. |
| **Borrower:** | A single-purpose entity satisfying customary rating agency and commercial real estate lender criteria for special purpose entities ("**Borrower**") owned and controlled, directly or indirectly, by Amir Kabir Foundation ("**Sponsor**"). |
| **Guarantor:** | Sponsor. |
| **Loan Amount:** | $200,000,000. |
| **Term:** | Three (3) years. |
| **Refinancing Reserve:** | During the loan term, Borrower will set aside in a reserve (the "**Refinancing Reserve**") all net cash flow from the Property in |

1

| | |
|---|---|
| | excess of the Loan service costs, Required Reserves (as defined in the "Required Reserves" section below), the Property Expense Reserve, and Approved Expenses (as defined in the "Cash Management" below) ("**Excess Cashflow**"). The Refinancing Reserve will be available to reduce the amount of the mortgage loan or bridge financing to refinance the Loan upon or prior to its maturity (or, alternatively, to provide an interest payment reserve or other reserve required for such refinancing to further derisk any such refinancing). Any funds remaining in the Required Reserves also will be available for Borrower to use in any such refinancing. |
| **Interest Rate:** | Seven percent (7.0%) fixed, comprised of four percent (4%) current cash interest (the "**Current Pay Interest**") and three percent (3.0%) PIK interest (the "**PIK Interest**"). The PIK Interest, if unpaid as of any interest payment date, will be added to the outstanding principal amount of the Loan (and without the same being deemed a default). |
| **Payment Terms:** | Monthly debt service payments will be interest only for the Term. |
| **Prepayment:** | Prepayment in whole or in part is permitted at any time without penalty. |
| **Satisfaction:** | Upon payment in full of the Loan, Lender will provide to Borrower a satisfaction of mortgage or, if requested by Borrower, Lender will assign the first priority mortgage. |
| **Cash Management:** | Borrower shall cause all revenue to be deposited directly into a clearing account (the "**Clearing Account**") at a bank acceptable to Lender. All funds in the Clearing Account (less the reasonable fees of the Clearing Account bank) shall be swept daily into an account controlled by Lender (the "**Cash Management Account**"). Provided that no Specified Default has occurred and is continuing, funds in the Cash Management Account shall be applied by Lender on a monthly basis in the following order and priority (the "**Waterfall**"): <br><br> (i) First, to Lender, to pay Current Pay Interest on the Loan; <br> (ii) Second, to fund the Ground Rent Reserve as specified in the "Required Reserves" section below; <br> (iii) Third, to fund the Property Tax Reserve as specified in the "Required Reserves" section below; <br> (iv) Fourth, to fund the Insurance Reserve as specified in the "Required Reserves" section below; |

2

(v)  Fifth, to Borrower, to be applied by Borrower solely to pay Approved Property Expenses;

(vi)  Sixth, to Borrower, to be distributed to Sponsor and applied by Sponsor solely to pay Approved Non-Property Expenses;

(vii)  Seventh, to fund the Rollover Reserve as specified in the "Required Reserves" section below;

(viii)  Eighth, to fund the Capital Expenditure Reserve as specified in the "Required Reserves" section below;

(ix)  Ninth, to fund the Shortfall Reserve as specified in the "Required Reserves" section below; and

(x)  Tenth, to fund the Refinancing Reserve as specified in the "Refinancing Reserve" section above.

"**Approved Expenses**" means, collectively, Approved Property Expenses and Approved Non-Property Expenses.

"**Approved Property Expenses**" means the actual, out-of-pocket third-party (or Lender-approved affiliate) costs incurred by Borrower to pay for capital repairs, replacements and improvements, leasing costs (commissions, concessions, etc.), operational, safety, and maintenance costs and expenses, insurance, legal expenses related to the Property and other ordinary course operating expenses and taxes relating to the Property, in each case, to the extent set forth in the Approved Budget.

"**Approved Non-Property Expenses**" means the Sponsor's actual, out-of-pocket capital repairs, replacements and improvements, leasing costs (commissions, concessions, etc.), operational, safety, and maintenance costs and expenses, insurance, legal expenses and other ordinary course operating expenses and taxes incurred in connection with (a) 55-11 Queens Blvd., Woodside, NY, (b) 4840 Marconi Ave., Sacramento, CA, (c) 2313 Voss Rd., Houston, TX, (d) 7917 Montrose Rd., Potomac, MD and 8100 Geneva Mason, Potomac, MD, (e) Aldie Rd. & Alavi Ln., Catharpin, VA (the properties (a) – (e) are referred to herein as the "**Other Properties**"), (f) the Alavi Foundation and its successors (i.e., Sponsor), and (g) any other matters, projects or expenses, in each case, as set forth in the Approved Budget.

Approved Property Expenses and Approved Non-Property Expenses shall be set forth in a three (3)-year operating budget to be pre-approved by Lender prior to closing and attached to the Loan Agreement (the "**Approved Budget**"). Provided that no Specified Default (as defined in the "Security; Remedies"

3

section below) has occurred and is continuing, the Approved Budget may be increased by Borrower without Lender consent (i) as a result of increases in non-controllable expenses, such as property taxes and insurance, and (ii) unforeseen contingencies of up to three percent (3%) for any line item and five percent (5%) in the aggregate.

Provided that no Specified Default has occurred and is continuing, to the extent that the actual amount expended by Borrower is less than the corresponding budgeted amount set forth in the Approved Budget for any Borrower capital repairs, replacements and improvements, leasing costs (commissions, concessions, etc.), operational, safety, and maintenance costs and expenses, insurance, legal expenses related to the Property and other ordinary course operating expenses and taxes, such excess shall be funded into a reserve (the "**Property Expense Reserve**") following Borrower's reasonable demonstration of such cost savings. Provided that no Specified Default has occurred and is continuing, Borrower shall receive disbursements from the Property Expense Reserve solely to pay for other capital repairs, replacements and improvements, leasing costs (commissions, concessions, etc.), operational, safety, and maintenance costs and expenses, or other ordinary course operating expenses or taxes, subject to Lender approval for alterations and leases to the extent set forth in the Loan Documents (which will not be unreasonably withheld conditioned or delayed as long as no Specified Default has occurred and is continuing, and which Loan Documents shall incorporate reasonable and customary provisions with respect to such approvals), as well as to make up any shortfall in the funding of any of the other Required Reserves pursuant to the Waterfall (provided that Borrower will not be permitted to reallocate cost savings for Approved Expenses set forth in the Approved Budget between Approved Property Expenses and Approved Non-Property Expenses).

Borrower also shall be permitted to submit an updated proposed budget annually for Lender's approval, not to be unreasonably withheld, conditioned, or delayed unless a Specified Default has occurred and is continuing.

The parties acknowledge and agree that if there any disputes with respect to the disbursement or use of any funds in the Cash Management Account, the Approved Budget, or any proposed updated budget that are not resolved after a period of ten (10) business days, then either side shall have recourse to Judge

4

| | |
|---|---|
| | Preska, who will retain jurisdiction in connection with the Loan.<br><br>Lender will provide a reasonably detailed monthly statement to Borrower regarding the application of funds in the Cash Management Account. |
| **Required Reserves:** | Borrower shall establish the following reserves at closing (the "**Required Reserves**"):<br><br>(a) <u>Ground Rent Reserve</u> – A reserve for the purpose of paying monthly installments of ground rent when due under the ground lease. At closing, Borrower will deposit funds in the Ground Rent Reserve sufficient to pay three (3) months of ground rent, and each month thereafter, Borrower will make a deposit into the Ground Rent Reserve equal to one (1) month of ground rent payable under the Ground Lease, such that the Ground Rent Reserve at all times has a minimum of three (3) months of ground rent deposited in the Ground Rent Reserve. Provided that no Specified Default has occurred and is continuing, Lender will disburse amounts in the Ground Rent Reserve on a monthly basis to make monthly installments of ground rent due under the ground lease. In addition, if the currently pending ground rent reset arbitration with the ground lessor has not been resolved prior to closing, the $1,275,000 (together with any interest earned thereon) reserved with Cushman & Wakefield (the "**Reset Reserve Funds**") will be transferred to the Ground Rent Reserve until such arbitration is resolved. Upon the conclusion of the arbitration, the Reset Reserve Funds will be disbursed to Borrower to pay any underpayment due to ground lessor and, provided that no Specified Default exists, any excess shall, at Borrower's election, be funded to one or more Required Reserves. The Loan Documents will provide that, if the Reset Reserve Funds are insufficient to make an underpayment due to ground lessor upon the conclusion of the arbitration, funds in any Required Reserve (but not the Real Property Tax Reserve, or the Insurance Premium Reserve without Lender's consent in its sole discretion) may be used to pay the difference.<br>(b) <u>Real Property Tax Reserve</u> – A reserve for the purpose of making real property tax payments assessed against the Property when due. At closing, Borrower will deposit funds in the Real Property Tax Reserve that, when added to the monthly installment payments made prior to the next tax payment date, will be sufficient to pay the next installment of real property taxes for the Property. Each month |

<table>
<tr><td></td><td>

thereafter, Borrower will make a deposit into the Real Property Tax Reserve equal to one-twelfth (1/12th) of Lender's reasonable estimate of the real property taxes payable for the next year. Provided that no Specified Default has occurred and is continuing, Lender will disburse amounts in the Property Tax Reserve to Borrower to make real property tax payments prior to delinquency.

(c) <u>Insurance Premium Reserve</u> – A reserve for the purpose of paying insurance premiums for insurance policies required under the Loan Documents when due. It is anticipated that, at closing, Borrower will pay the full amount of the premium due for next insurance policy year (i.e., April 1, 2025 – March 31, 2026). If such premium has not been fully paid at closing, or if the closing occurs after April 1, 2025, then Borrower will deposit funds in the Insurance Premium Reserve that, when added to the monthly installments made prior to the next date when insurance premiums are due, will be sufficient to pay such insurance premiums. Each month thereafter, Borrower will make a deposit into the Insurance Premium Reserve equal to one-twelfth (1/12th) of current year insurance premiums for the Property with a reasonable adjustment for the next succeeding year of premiums to maintain insurance policies required under the Loan Documents (which requirements will be consistent with requirements for comparable Class A/A- buildings in Manhattan), as reasonably determined by Lender. Provided that no Specified Default has occurred and is continuing, Lender will disburse amounts in the Insurance Premium Reserve to Borrower to pay insurance premiums when due.

(d) <u>Rollover Reserve</u> - A reserve for the purpose of paying tenant improvement costs and leasing commissions for leases at the Property entered into in accordance with the Loan Documents and set forth in the Approved Budget. At closing, Borrower will deposit $7,000,000 into the Rollover Reserve. Thereafter, (i) commencing with the thirteenth (13th) month of the Loan term and continuing until the twenty-fourth (24th) month of the Loan term, Borrower will make deposits into the Rollover Reserve until the Rollover Reserve has sufficient funds to pay all of the tenant improvement costs and leasing commissions for the second year of the Loan term related to the Property as per the Approved Budget; and (ii) commencing with the twenty-fifth (25th) month of the Loan term and continuing until the thirty-sixth (36th) month of the Loan term, Borrower will make deposits into the Rollover Reserve until the Rollover Reserve has sufficient funds to pay all of the tenant

</td></tr>
</table>

6

| | improvement costs and leasing commissions for the third year of the Loan term related to the Property as per the Approved Budget, provided that, in each case, Borrower shall not be required to reserve amounts that have already been funded pursuant to clause (v) of the Waterfall and which are allocable to tenant improvement costs, out-of-pocket tenant concessions and leasing commissions for the applicable period (i.e., to avoid duplication of such expenses in the Rollover Reserve). Provided that no Specified Default has occurred and is continuing, Lender will disburse amounts in the Rollover Reserve to Borrower to pay for tenant improvements and leasing commissions for leases entered into in accordance with the Loan Documents (which shall contain commercially reasonable and customary leasing standards and disbursement conditions (including the sufficiency of funds in the Rollover Reserve and, if applicable, the Shortfall Reserve to pay for such tenant improvements and leasing commissions), to the extent that disbursements to Borrower pursuant to clause (v) of the Waterfall set forth in the "Cash Management" section above are insufficient to pay such amounts when due. Any funds in the Rollover Reserve that are "earmarked" for a particular use shall be subject to reallocation by Borrower either within the Rollover Reserve or to the Shortfall Reserve pursuant to reasonable and customary cost savings and project termination provisions to be set forth in the Loan Documents, and any excess earmarked funds shall be available for disbursement to Borrower following completion or termination of the related leasing project. For the avoidance of doubt, the failure of Borrower, after the initial deposit at closing, to make any further deposit(s) into the Rollover Reserve or to maintain any particular sum in the Rollover Reserve shall not be an event of default.<br><br>(e) Capital Expenditure Reserve – A reserve for the purpose of paying capital expenditures related to the Property and set forth in the Approved Budget. At closing, Borrower will deposit $4,500,000 into the Capital Expenditure Reserve. Provided that no Specified Default has occurred and is continuing, Lender will disburse amounts in the Capital Expenditure Reserve to Borrower to pay for capital expenditures related to the Property set forth in the Approved Budget and those Deferred Project Items (as defined below) set forth in the Deferred Project Budget (as defined below), and otherwise those made in accordance with the Loan Documents, which shall contain reasonable and customary disbursement provisions for capital |
|---|---|

<table>
<tr>
<td></td>
<td>

improvement projects (including the sufficiency of funds in the Capital Expenditure Reserve and, if applicable, the Shortfall Reserve to pay for such capital improvement projects), <u>provided</u> that no further Lender approval shall be required as to capital expenditures that are set forth on the Approved Property Budget or to Deferred Project Items that are set forth in the Deferred Project Budget, to the extent that disbursements to Borrower pursuant to <u>clause (v)</u> of the Waterfall set forth in the "Cash Management" section above are insufficient to pay such amounts when due. Any funds in the Capital Expense Reserve that are "earmarked" for a particular use shall be subject to reallocation by Borrower either within the Capital Expenditure Reserve or to the Shortfall Reserve pursuant to reasonable and customary cost savings and project termination provisions to be set forth in the Loan Documents, and any excess earmarked funds shall be available for disbursement to Borrower following completion, or termination of the related capital improvement project.

(f) <u>Shortfall Reserve</u> – A reserve for the purpose of paying any shortfall in any monthly amount required to paid pursuant to <u>clauses (i)</u> through <u>(viii)</u> (inclusive) of the Waterfall set forth in the "Cash Management" section above. At closing, Borrower will deposit $3,000,000 in the Shortfall Reserve. Provided that no Specified Default has occurred and is continuing, Lender will disburse amounts in the Shortfall Reserve to (1) pay any shortfall in any of the monthly amounts required to paid pursuant to, and in the order and priority set forth in, <u>clauses (i)</u> through <u>(viii)</u> (inclusive) of the Waterfall set forth in the "Cash Management" section above, (2) upon Borrower's request, to pay for (y) the "Deferred Project Items," set forth in the "Deferred Project Budget" attached hereto as **Exhibit A** made in accordance with the Loan Documents (as well as other unscheduled capital expenditures which Borrower reasonably determines are necessary or beneficial and which are made in accordance with the Loan Documents), <u>provided</u> that no further Lender approval shall be required regarding the scope of the Deferred Project Items), and (z) tenant build-outs and leasing commissions pursuant to leases entered into in accordance with the Loan Documents (which shall contain commercially reasonable and customary leasing standards), and (3) to pay for exigent requirements of the Property, including, but not limited to, emergency repairs, life safety issues or compliance with building codes or other legal requirements enacted following closing (to be further

</td>
</tr>
</table>

8

| | |
|---|---|
| | defined in the Loan Documents). Further, provided no Specified Default has occurred and is continuing, Lender will disburse amounts in the Shortfall Reserve, which are not then currently allocated and earmarked for other purposes, to pay for life or serious physical safety issues of the Other Properties, *provided, however*, if Lender disputes whether such funds are properly expended, Borrower shall be permitted to petition the Court for its approval of such disbursements and both Borrower and Lender will abide by the Court's decision as to whether such disbursement is appropriate.  Disbursements from the Shortfall Reserve shall contain reasonable and customary disbursement provisions, including the sufficiency of funds in the Shortfall Reserve to pay for any shortfall in any monthly amount required to paid pursuant to clauses (i) through (viii) (inclusive) of the Waterfall set forth in the "Cash Management" section above, taking into account any funds in the Shortfall Reserve that have been allocated by Borrower to pay capital improvement costs, tenant improvement costs and/or leasing commissions, whether or not such funds have then been disbursed from the Shortfall Reserve. Any funds in the Shortfall Reserve that are "earmarked" for a particular use shall be subject to reallocation by Borrower pursuant to reasonable and customary cost savings and project termination provisions to be set forth in the Loan Documents, and any excess earmarked funds shall be available for disbursement to Borrower following completion, or termination of the related capital improvement or leasing project. |
| **Property Management:** | Manager and management contract subject to Lender approval (not to be unreasonably withheld, delayed or conditioned, it being agreed that Cushman & Wakefield is an approved manager subject to Lender's review and approval of the management agreement). |
| **Insurance:** | Property, casualty, liability, business interruption and other customary cover with no exclusion for terrorism and an acceptable deductible, from "A" rated insurers. |
| **Guaranteed Obligations:** | Guarantor shall be liable for customary "bad acts" and hazardous material carve-outs to a non-recourse loan. |
| **Security; Remedies:** | First priority mortgage, assignment of leases and rents, a first-priority pledge of the ownership interests in Borrower (subject to the Standstill Agreement), and security agreement, together with other customary collateral for a mortgage loan in New |

9

York (i.e., recognition agreements with material third parties who provide services to the property (e.g., property manager, leasing broker, etc.), as reasonably determined by Lender and specified in the definitive Loan Documentation, cash management and deposit account control agreements, etc., all in form acceptable to Borrower and Lender.

The "**Standstill Agreement**" shall provide, *inter alia*, that Lender shall not initiate any enforcement action or exercise any other default remedies under the first priority pledge of the equity interests in Borrower (provided that the foregoing shall not prohibit Lender from accelerating the Loan) until an event of default has occurred and been continuing for a period of twelve (12) months (the "**Standstill Period**"). In addition, during the Standstill Period, Lender shall not (a) block disbursements to Borrower from the Cash Management Account pursuant to the Waterfall to pay Approved Expenses nor block disbursements from any of the Required Reserves for the purposes described therein, (b) seek appointment of a receiver for the Property nor appoint a special servicer, or (c) exercise any rights under any assignment of leases and rents or other contracts to collect the rents or to direct the management and operation of the Property or deliver any notices or demands to tenants to collect the rents (provided that the foregoing shall not otherwise apply to the operation of the cash management provisions set forth in the Loan Documents), with the intent that Borrower is to remain in full operational and management control of the Property and of the rents during the Standstill Period, subject to the terms of the Loan Documents, even if Lender otherwise has commenced a foreclosure of the Mortgage and is pursuing remedies thereunder, unless, in each case, a Specified Default has occurred and is continuing. A "**Specified Default**" has the meaning set forth on **Exhibit B** hereto. Following the occurrence and during the continuance of a Specified Default, Lender shall not be required to (i) apply funds in the Cash Management Account pursuant to the Waterfall, including, without limitation, to disburse funds to Borrower to pay Approved Expenses, or (ii) approve a new budget or any proposed amendment thereto, each of which shall be in Lender's sole and absolute discretion but Lender shall continue to disburse funds from the Ground Rent Reserve, the Property Tax Reserve and the Insurance Reserve for the purposes described therein.

| | |
|---|---|
| **Additional Financing:** | None, except for permitted trade payables subject to customary requirements pertaining thereto. |

10

| Reporting: | Borrower/Guarantor annual audited financial statements issued by a reputable accounting firm and certified quarterly unaudited financial statements. |
|---|---|
| | If Lender actually applies funds in the Cash Management Account or any of the Required Reserves for any reason (including, without limitation, to make payments to any third party not affiliated with Borrower or to pay down the Loan, to the extent, in each case, permitted under the Loan Documents), then Lender shall provide Borrower with an accounting of such payments, including reasonable supporting documentation and/or invoices. |
| **Closing Requirements:** | Conditioned upon, among other things, completion and approval of customary due diligence investigations by Lender, receipt of a recognition agreement from Lender in favor of SL Green in the form required under SL Green's lease and otherwise acceptable to Lender, review and approval of the ground lease (including with respect to financeability provisions), receipt of "clean" tenant estoppels from other tenant or replacement tenant that, together with its affiliates, leases space comprising 10% or more of either (a) the total rentable square footage at the Property or (b) the total in-place base rent at the Property (and SNDAs to the extent that any leases are not automatically subordinate to the mortgage), receipt of a customary ground lease estoppel, receipt of an acceptable recognition agreement from the ground lessor (if Lender reasonably determines that the ground lease does not include customary mortgagee-protection rights which run to the benefit of Lender) and an acknowledgement from the ground lessor that Lender will be entitled to the benefits granted to a first mortgagee that is an "institutional lender" under the ground lease, survey and title insurance (to be provided by a national title company, with Royal Abstract serving as its local agent), legal opinions, acceptable third party reports and mutual signing of the Loan Documents. |
| **Loan Administration:** | Lender shall select an asset manager/loan administrator (the **"Loan Administrator"**) to administer the Loan Documents for the benefit of Lender, subject to applicable law and reasonable and customary asset management standards, including the following, as applicable: (a) administer, manage, and service the Loan; (b) maintain accurate books and records on the Loan; (c) provide the statements and reports; (d) monitor maintenance of insurance coverage and the payment of real estate taxes; (e) timely review and respond to Borrower requests, including, without limitation, requests for disbursements from Required |

11

| | Reserves, approval to enter into or modify leases, contracts, budgets or other documents or agreements, approvals in connection with new construction or material alterations to be performed at the Property and new leases in accordance with the Loan Documents; (f) monitor the status of any ongoing work at the Property, schedules, plans and specifications, permits, governmental approvals, agreements and other relevant documents and approvals; and (g) undertake such other tasks as reasonably required to carry out its duties as Loan Administrator. The Loan Administrator shall be selected by Lender from a list of eight (8) entities to be proposed by Borrower promptly after the date hereof, each of which entities shall be (i) an independent agent, with not less than ten (10) years of experience performing loan administration of similar scope for properties similar to the Property in Manhattan, and (ii) engaged pursuant to a commercially reasonable agreement for an all-inclusive commercially reasonable fee (provided such fee shall not be on a percentage basis (whether of net operating income, assets under management, or otherwise), but a monthly fixed "fee for service") (such person, a "**Qualified LA**"). The customary and reasonable fees for the Loan Administrator shall be paid by Borrower. Subject to the terms of the commercially reasonable loan administration and servicing agreement between Lender and the Loan Servicer, the Loan Administrator shall have the power and authority, acting alone or through others, to so administer the Loan on behalf of Lender, and shall serve as the sole point of contact for all interactions with the Borrower. Lender reserves the right, at any time and from time to time, in Lender's discretion, to (A) amend, modify, replace, supplement and or terminate any loan administration and servicing agreement then in effect on commercially reasonable terms, and (B) replace any Loan Administrator with a replacement Loan Administrator, provided that, unless a Specified Default has occurred and is continuing, such replacement Loan Administrator shall be a Qualified LA and the loan administration and servicing agreement meets the foregoing qualifications. Any amendment, modification, replacement, supplement or termination of any loan administration and servicing agreement, and any replacement Loan Administrator appointed during the continuance of a Specified Default shall remain in effect and be binding even if such Specified Default is subsequently cured (without imposing any obligation on the part of Lender to accept the cure of any Specified Default).

In addition, after the occurrence and during the continuance of a Specified Default, Borrower shall reimburse Lender within a |

12

| | |
|---|---|
| | reasonable time after written demand for all customary and market actual out-of-pocket costs and expenses (such as third-party liquidation fees, workout fees or special servicing fees) as a result of such Specified Default under the Loan Documents or the Loan becoming specially serviced (in each instance as to third-party liquidation or workout fees, or annually with respect to special servicing fees, in all cases, in customary and market amounts), or any enforcement, refinancing or restructuring of the credit arrangements provided for under the Loan Documents in the nature of a "work-out" of the Loan Documents or any insolvency or bankruptcy of Borrower, in each case without duplication. |
| **Loan Expenses:** | Sponsor and Borrower shall pay all reasonable out-of-pocket costs and expenses reasonably and customarily incurred by Lender in connection with processing, underwriting and closing the Loan and which are customarily incurred by commercial lenders in making a loan of this type. Upon the acceptance of this Term Sheet, Sponsor shall make a deposit with Lender in the amount of $350,000 towards the Loan Expenses (the **"Expense Deposit"**). If, at any time or from time to time, Lender reasonably determines that the Expense Deposit is insufficient to pay for all costs and expenses reasonably incurred or to be incurred by Lender in connection with the origination of the Loan, Lender shall provide reasonable evidence to Borrower demonstrating such insufficiency and an accounting of all such sums incurred to date in reasonable detail. Provided such insufficiency is not the result of Lender acting unreasonably or contrary to the terms hereof, Lender may require Sponsor to, and Sponsor shall promptly increase the Expense Deposit by the amount of the applicable deficiency, but in no event shall Sponsor be required to pay more than $600,000 of Lender's legal expenses. |
| **Broker:** | None. Borrower and Sponsor agree to indemnify, defend, and hold harmless Lender from and against any broker claims. |
| **Confidentiality:** | Sponsor, Borrower, and Lender each acknowledge that this Term Sheet is being furnished by on a confidential basis, may not be disclosed to third parties other than such party's respective attorneys, accountants, and consultants without the other parties' prior written consent, and may not be relied on by any third parties. |
| **Assignment:** | This Term Sheet may not be assigned by Lender or Borrower and the loan described herein may not be assigned by Borrower |

| | |
|---|---|
| | (provided that the mortgage will be assignable by Borrower to a refinancing lender).<br><br>Lender may sell, assign, hypothecate, or transfer the Loan or its rights under the Loan Documents, directly or indirectly, and whether by operation of law or otherwise, provided that Lender provides Borrower with ten (10) business days' prior written notice of such sale, assignment, hypothecation or transfer. |
| **Governing Law:** | New York. |
| **Survival:** | Notwithstanding anything herein to the contrary, the terms and provisions set forth in the "Broker", "Confidentiality", "Governing Law", and "Outside Date" are binding and will survive any expiration or termination of this Term Sheet. |
| **Acceptance:** | Evidenced by their respective signature below, subject to the Settlement Agreement terms. |
| **Outside Date:** | Upon mutual execution of the Settlement Agreement, the parties agree to work diligently and in good faith to negotiate a definitive and mutually acceptable set of Loan Documents within ninety (90) days after the date of this Term Sheet (the "**Outside Date**"), time being of the essence. If the parties have not entered into a definitive set of Loan Documents on or prior to the Outside Date, then either party shall have the right, in its sole and absolute discretion, to terminate any obligation to provide or accept the Loan set forth herein, and the condition set forth in Article III.B.3. of the Settlement Agreement shall be deemed to be not satisfied. |

[NO FURTHER TEXT ON THIS PAGE]

14

### Exhibit A
### to the term sheet

## Deferred Project Items and Deferred Project Budget

| Line | Description | Total |
|---|---|---|
| 1 | Gravity Tank Replacement | $60,000.00 |
| 2 | High Rise Elevator Machine Room AC | $90,000.00 |
| 3 | Emergency Generator Replacement | $1,500,000.00 |
| 4 | Cooling Tower Replacement #3 Cell/Stainless ST with baffles | $450,000.00 |
| 5 | AHU-4 Fan Upgrade | $125,000.00 |
| 6 | Dilution Tank 2C Replacement (Steam Condensate) | $70,000.00 |
| 7 | Cooling Tower Replacement #2 Cell/ Stainless ST with baffles | $450,000.00 |
| 8 | AHU-3 Fan Upgrade | $125,000.00 |
| 9 | Cooling Tower Replacement #1 Cell/ Stainless St with baffles | $450,000.00 |
| 10 | AHU-2 Fan Upgrade | $125,000.00 |
| 11 | AHU-1 Fan Upgrade | $125,000.00 |
| 12 | Fan Refurbishment (Interior Seal Coating) | $150,000.00 |
| 13 | Lobby Renovation | $5,350,000.00 |
| 14 | Elevator Modernization with Destination Dispatch | $6,500,000.00 |
| 15 | 1101 Office Modification | $150,000.00 |
| 16 | 19th Floor Deferred Warehousing | $1,900,000.00 |
| 17 | 34th Floor Deferred Combination and Upgrades | $961,425.00 |
| | | |
| | Total CapEx and Deferred Rollover/Leasing (FY 2025-202 | $18,581,425.00 |

15

**Exhibit B**
**to the term sheet**
Specified Defaults

The occurrence of any of the following shall be a "**Specified Default**":

(a) Any monetary default (which shall include any monthly deposit required to be made pursuant to clauses (i) through (iv), inclusive, of the Waterfall after the application of any additional funds from the Shortfall Reserve (if required) that is not cured by Borrower within any applicable grace period (other than as a result of (i) a failure to pay the Loan upon an acceleration, or (ii) any Lender default with respect to the Cash Management Account or any Required Reserve);

(b) The failure to pay ground rent, taxes or insurance premiums (other than as a result of Lender not advancing funds to pay for the same from the Ground Rent Reserve, the Property Tax Reserve, the Insurance Premium Reserve or the Shortfall Reserve, as applicable) that is not cured by Borrower within any applicable grace period;

(c) The occurrence of any bankruptcy event with respect to Borrower or Guarantor (provided that Borrower or Guarantor, as applicable, shall have a period of 90 days to cause a non-collusive involuntary insolvency/receivership proceeding to be dismissed before the same constitutes a Specified Default);

(d) Any fraud or intentional misrepresentation committed by Borrower, Guarantor or any of their respective affiliates in connection with the Loan or the Loan Documents;

(e) Commission of intentional material physical waste to the Property by Borrower, Guarantor, any Affiliate of Borrower or Guarantor except with respect to any such waste resulting from insufficient cash flow from the operation of the Property to prevent such material waste;

(f) Any misappropriation or intentional misapplication by or at the direction of Borrower, Guarantor or any of their respective Affiliates of any funds arising from Borrower's operation of the Property in violation of the Loan Documents (including misappropriation or intentional misapplication of Property revenues, security deposits, insurance proceeds or condemnation awards and any amounts disbursed to Borrower from any reserves);

(g) The failure to maintain insurance policies required by the Loan Documents (other than as a result of Lender not advancing funds to pay for the same from the Insurance Premium Reserve or the Shortfall Reserve, as applicable) that is not cured by Borrower within any applicable grace period;

(h) Borrower incurs any voluntary indebtedness for borrowed money (whether or not secured) in violation of the Loan Documents;

(i) Any (i) unauthorized transfer of the Property or any other material collateral securing the Loan (or any interest therein) except for the replacement of FF&E in the ordinary course of business with like items of quality and value (unless such portion of the Property is

obsolete and no longer required for normal operations), or (ii) transfer of direct or indirect interests in Borrower, in each case, in violation of the Loan Documents;

(j)  Borrower enters into any termination of the ground lease, surrenders the premises to ground lessor or otherwise modifies or amends the ground lease; or

(k)  Guarantor sells or transfers all or substantially all of its assets and properties.

108484631.5

| Attachment A -<br>USVSST Fund Conditional Claimants |
| --- |
| **Victim Name** |
| Alan Gu |
| Alexander W Rowe |
| Alice E Carpeneto |
| Angela Stergiopoulos |
| Ann Marie Dorf |
| Catherine Dieblieck |
| Charles Collman |
| Chelsea N Rodak |
| Christina D Bane-Hayes |
| Christine Barton-Pence |
| Christine E Papasso |
| Christopher Caproni |
| Clara Chirchirillo |
| Corazon Fernandez |
| Daniel D Coffey |
| Dolores A Caproni |
| Devon M Rodak |
| Diane Romero |
| Doyle R Ward |
| Dwayne W Collman |
| Ellen L Saracini |
| Linda E Panik |
| Michael Boryczewski |
| Morris Dorf |
| Roni Levine |
| Vincent A Ognibene |
| Ester Santillan |
| Expedito C Santillan |
| Fiona M Havlish |
| Frances M Coffey |
| Fumei Chien Huang |
| George N Stergiopoulos MD |
| Gerald Bingham |
| Gloria Russin |
| Grace Kneski |
| Grace Parkinson-Godshalk |
| Hao-Min Jian |
| Helen Rosenthal |
| Hui-Chien Chien |
| Hui-Chuan Jian |
| Hui-Chun Jian |
| Hui-Zon Jian |

| Attachment A - USVSST Fund Conditional Claimants |
| --- |
| **Victim Name** |
| Ivy Moreno |
| Jin Liu |
| Joan E Tino |
| Joanne Rodak-Gori |
| Joanne Lovette |
| Joanne M Renzi |
| John Rodak |
| Joseph Dorf |
| Joslin Zeplin |
| Joyce Ann M Rodak |
| Judith Reiss |
| Julia Boryczewski |
| Katherine A Soulas |
| Kevin Coffey |
| Krystyna R Boryczewski |
| Leona Zeplin |
| Linda Sammut |
| Lisa A Caproni-Brown |
| Livia A Chirchirillo |
| Louisanne Diehl |
| Loren B Rosenthal |
| Maranda Ratchford |
| Margaret Mauro |
| Marie A Paprocki |
| Regina M Merwin |
| Marshae R Ratchford |
| Martin A Panik |
| Mary Lynn A Panik-Stanley |
| Maureen R Halvorson |
| Michael J Caproni |
| Michael Loguidice Sr |
| Michele Boryczewski |
| Michelle Dorf |
| Michelle Wright |
| Pamela Schiele |
| Patricia Milano |
| Patricia Perry |
| Paul Schertzer |
| Ramon Melendez |
| Raymond A Smith |
| Regina Rodak |
| Richard A Caproni |

| Attachment A - USVSST Fund Conditional Claimants |
|---|
| **Victim Name** |
| Robert Dorf |
| Rodney M Ratchford |
| Rodney Ratchford Sr |
| Ronald S Sloan |
| Russa Steiner |
| Sandra N Straub |
| Stephen Cartledge |
| Susan L Conklin |
| Tara B Dellacorte |
| Theresann Lostrangio |
| Tina Grazioso |
| William Coale |
| William P Havlish |
| Ralph Maerz |
| Michael A Bane |
| Martin Boryczewski |
| Steven Cafiero |
| Richard M Caproni |
| Peter Chirchirillo |
| Jeffrey A Coale |
| Daniel M Coffey |
| Jason M Coffey |
| Jeffrey Collman |
| Michael D Diehl |
| Stephen Dorf |
| Judy H Fernandez |
| Ronald L Gamboa |
| William R Godshalk |
| John M Grazioso |
| Liming Gu |
| James D Halvorson |
| Donald G Havlish, Jr. |
| Denis F Lavelle |
| Robert Levine |
| Joseph J Lostrangio |
| Dorothy Mauro |
| Mary P Melendez |
| Peter T Milano |
| Yvette N Moreno |
| Brian Nunez |
| Philip P Ognibene |
| Salvatore T Papasso |

| Attachment A -<br>USVSST Fund Conditional Claimants |
| --- |
| **Victim Name** |
| John W Perry |
| Marsha D Ratchford |
| Joshua S Reiss |
| John M Rodak |
| Elvin Romero |
| Richard D Rosenthal |
| Maria T Santillan |
| Victor J Saracini |
| Scott M Schertzer |
| Paul K Sloan |
| George E Smith |
| Timothy P Soulas |
| William R Steiner |
| Andrew Stergiopoulos |
| Edward W Straub |
| Jennifer M Tino |
| Jeanmarie Wallendorf |
| Meta L Waller |
| Timothy R Ward |

**Attachment B -**
**USVSST Fund Elector Claimants**

| Victim Name | Judgment Creditor Group |
|---|---|
| Diana M Campuzano | Campuzano |
| Avi J Elishis | Campuzano |
| Gregg L Salzman | Campuzano |
| Banafsheh "Bonnie" Bayani-Christopher | Bayani |
| Fatemeh Bayani | Bayani |
| Babak "Bobby" Bayani | Bayani |
| Luz V Southard | Valencia |
| Sonya T Broadway | Valencia |
| Curtis Taylor | Blais |
| Maria Taylor | Blais |
| Paul A Blais | Blais |
| Cielito Valencia | Valencia |
| Betty A Welch | Welch |
| Richard P Brewer | Brewer |
| Joyce L Leydet | Brewer |
| Steven Wolfe | Valencia |
| Jack D Bane | Havlish |
| Brian Collman | Havlish |
| Donald G Havlish | Havlish |
| Barry Russin | Havlish |
| Edward Russin | Havlish |
| Anne C Saracini | Havlish |
| Brenda Sorenson | Havlish |
| Leonard Zeplin | Havlish |
| Gerard A Welch | Welch |
| Donna M Holland | Holland |
| James Holland | Holland |
| Chad Holland | Holland |
| Michael Welch | Welch |