UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>**650 Fifth Avenue and Related Properties,** | 08-cv-10934(LAP) |
| **KIRSCHENBAUM, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**650 FIFTH AVENUE COMPANY, ALAVI**<br>**FOUNDATION, ASSA CORPORATION, ASSA**<br>**COMPANY LIMITED,**<br>**Defendants,**<br><br>**And Consolidated Actions** | 08-cv-10934 (LAP)<br>09-cv-00165 (LAP)<br>09-cv-00166 (LAP)<br>09-cv-553 (LAP)<br>09-cv-564 (LAP)<br>10-cv-1627 (LAP)<br>10-cv-2464 (LAP)<br>11-cv-3761 (LAP)<br>12-mc-19 (LAP)<br>12-mc-20 (LAP)<br>12-mc-21 (LAP)<br>12-mc-22 (LAP)<br>13-mc-71 (LAP)<br>13-cv-1825 (LAP)<br>13-cv-1848 (LAP) |

## [PROPOSED] ORDER APPROVING TRUSTEE'S JANUARY AND FEBRUARY 2026 INVOICES

**WHEREAS** on January 17, 2025, the Court approved the establishment of the 650 Fifth Settlement Trust (the "Trust") pursuant to a Settlement Agreement dated January 13, 2025 (the "Settlement Agreement"); and

**WHEREAS** on April 7, 2025, the Court ordered the creation of the Trust and appointed Sylvius von Saucken as the Trustee, consistent with its prior orders and the terms of the Settlement Agreement; and

**WHEREAS** by Order dated February 24, 2026, the Court issued an Order establishing Trustee and Third-Party Payment Protocols, which, among other things, ordered that prior to remitting payment for Trustee services, the Trustee shall submit an invoice detailing time spent

and services performed in the administration of the Trust to be submitted to the Court for *in camera* review and approval, consistent with Article 1-5.1(C) of the Trust Agreement; and

**WHEREAS**, the Trustee has submitted for the Court's *in camera* review, two invoices which detail the Trustee's services covering the Trustee's work completed from January 1, 2026 through January 31, 2026 and February 1, 2026 through February 28, 2026, respectively (collectively, the "Invoices") for the Court's review and written approval.

**IT IS HEREBY ORDERED** that this Court has reviewed and hereby approves the Invoices which adequately detail time spent and services performed in the administration of the Trust; and

**IT IS FURTHER ORDERED** that the Trust Administrator, Epiq, is hereby authorized to remit payment for the services set forth in the First Invoice.

IT IS SO ORDERED.

Dated: April 13, 2026

LORETTA A. PRESKA
United States District Judge