UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE 650 FIFTH AVENUE AND RELATED PROPERTIES | 08-CV-10934 (LAP) |
| HEGNA ET AL. v. ISLAMIC REPUBLIC OF IRAN | 11-CV-03761 (LAP) |
| HEGNA ET AL. v. ISLAMIC REPUBLIC OF IRAN | 11-MC-00005 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

At a conference on April 13, 2026, the Court granted the oral motion of the Hegna Judgment Creditors to dismiss with prejudice all actions brought by the Hegna Judgment Creditors seeking to enforce judgments against the Alavi Foundation and 650 Fifth Avenue Company. See Hegna et al. v. Islamic Republic of Iran et al., 11-CV-3761; Hegna et al. v. Islamic Republic of Iran et al., 11-MC-00005. These dismissals are granted subject to the same conditions outlined in the Court's prior Order dismissing the claims of related judgment creditors. See In Re 650 Fifth Ave., No. 08-CV-10934, Dkt. 2500.

The Clerk of Court shall mark all of the above-captioned actions as closed.

**SO ORDERED.**

Dated:    New York, New York
          April 14, 2026

_Loretta A. Presca_
LORETTA A. PRESKA
Senior United States District Judge