UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE 650 FIFTH AVENUE AND RELATED PROPERTIES | 08-CV-10934 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court will hold a conference on Wednesday, April 29, 2026 at 3:00 PM regarding the letter motion at Dkt. 2485. The conference will only involve the Government, Judge Roberts, and counsel for the Alavi Foundation/650 Fifth Avenue Company. No other parties are required to attend.

**SO ORDERED.**

Dated:    New York, New York
          April 28, 2026

_Loretta A. Preska_
_____
LORETTA A. PRESKA
Senior United States District Judge