Case 1:08-cv-10934-LAP Document 2522 Filed 07/06/26 Page 1 of 2

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br>**650 Fifth Avenue and Related Properties,** | **08-cv-10934(LAP)** |
| **KIRSCHENBAUM, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**650 FIFTH AVENUE COMPANY, ALAVI FOUNDATION, ASSA CORPORATION, ASSA COMPANY LIMITED,**<br>**Defendants,**<br><br>**And Consolidated Actions** | **08-cv-10934 (LAP)**<br>**09-cv-00165 (LAP)**<br>**09-cv-00166 (LAP)**<br>**09-cv-553 (LAP)**<br>**09-cv-564 (LAP)**<br>**10-cv-1627 (LAP)**<br>**10-cv-2464 (LAP)**<br>**11-cv-3761 (LAP)**<br>**12-mc-19 (LAP)**<br>**12-mc-20 (LAP)**<br>**12-mc-21 (LAP)**<br>**12-mc-22 (LAP)**<br>**13-mc-71 (LAP)**<br>**13-cv-1825 (LAP)**<br>**13-cv-1848 (LAP)** |

**~~[PROPOSED]~~ ORDER APPROVING TRUSTEE'S MAY 2026 INVOICE**

**WHEREAS** on January 17, 2025, the Court approved the establishment of the 650 Fifth Settlement Trust (the "Trust") pursuant to a Settlement Agreement dated January 13, 2025 (the "Settlement Agreement"); and

**WHEREAS** on April 7, 2025, the Court ordered the creation of the Trust and appointed Sylvius von Saucken as the Trustee, consistent with its prior orders and the terms of the Settlement Agreement; and

**WHEREAS** by Order dated February 24, 2026, the Court issued an Order establishing Trustee and Third-Party Payment Protocols, which, among other things, ordered that prior to remitting payment for Trustee services, the Trustee shall submit an invoice detailing time spent

and services performed in the administration of the Trust to be submitted to the Court for *in camera* review and approval, consistent with Article 1-5.1(C) of the Trust Agreement; and

**WHEREAS**, the Trustee has submitted for the Court's *in camera* review, one invoice which details the Trustee's services covering the Trustee's work completed from May 1, 2026 through May 31, 2026 for the Court's review and written approval.

**IT IS HEREBY ORDERED** that this Court has reviewed and hereby approves the Invoice which adequately details time spent and services performed in the administration of the Trust; and

**IT IS FURTHER ORDERED** that the Trust Administrator, Epiq, is hereby authorized to remit payment for the services set forth in the First Invoice.

IT IS SO ORDERED.

Dated: July 7, 2026

Loretta A. Preska

LORETTA A. PRESKA
United States District Judge