UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE 650 FIFTH AVENUE AND RELATED PROPERTIES | 08-CV-10934 (LAP)<br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the Settlement Trustee's letter motions to seal (Dkts. 2509, 2514, 2520) three invoices submitted in connection with the Trustee's recent fee applications. (See Dkts. 2510, 2511, 2521 (the "Invoices").) The Court agrees that good cause exists to seal the Invoices in full because the Invoices contain privileged and highly sensitive nonpublic information relating to the Trustee's administration of the Settlement Trust.

Accordingly, the Trustee's motions are GRANTED and Dkts. 2510, 2511, and 2521 shall remain sealed from public view.

The Clerk of Court shall close Dkts. 2509, 2514, and 2520.

**SO ORDERED.**

Dated: New York, New York
July 7, 2026

LORETTA A. PRESKA
Senior United States District Judge