UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE 650 FIFTH AVENUE AND RELATED PROPERTIES

08-CV-10934 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

On September 11, 2026, the Court directed the 650 Fifth Avenue Trustee to "retain in the Trust any funds that are the subject of a lien noticed by any attorney, including Rothenberg, unless and until the Court orders otherwise." (Dkt. 2543 at 3.) The Court hereby confirms that the September 11 Order applies only to those funds that are the subject of a lien noticed by an attorney, which here is Rothenberg's charging lien under N.Y. Judiciary Law § 475 (Dkt. 2531). It does not require the Trustee to retain amounts claimed under the Final Award, which has not been confirmed. As the Court made clear in the award proceeding, "[i]f Rothenberg wishes to stay disbursements, then Rothenberg must seek relief pursuant to the Federal Rules of Civil Procedure and applicable law." (No. 25-cv-7613, Dkt. 25 ¶ 4.)

The Court will schedule separately a conference at which all parties or affected nonparties may be heard on the validity of Rothenberg's lien and the status of any disputed funds. The parties shall otherwise refrain from filing further submissions unless there is an imminent risk of dissipation or other emergency matter to address.

The Clerk of Court shall docket a copy of this Order in cases 08-CV-10934, 25-CV-7613, 25-CV-8219, and 25-CV-8281.

**SO ORDERED.**

Dated: New York, New York
October 5, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge