**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: 650 Fifth Avenue and Related Properties

Civil Action No. 1:08-cv-10934-LAP

Thomas Fortune Fay and
The Fay Law Group, P.A.,

Petitioners,

v.

Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,

Respondents.

Civil Action No. 1:25-cv-07613-LAP(L)

Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,

Cross-Petitioners,

v.

Thomas Fortune Fay and
The Fay Law Group, P.A.,

Cross-Petition Respondents.

| | |
|---|---|
| Fay and Perles FSIA Litigation Partnership,<br><br>Petitioner,<br><br>v.<br><br>Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,<br><br>Respondents. | Civil Action No. 1:25-cv-0821-LAP(M) |
| Steven R. Perles, Perles Law Firm, P.C.,<br><br>Petitioners,<br><br>v.<br><br>Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,<br><br>Respondents. | Civil Action No. 1:25-cv- 08219-LAP(M) |

**ORDER PERMITTING COUNSEL TO FACILITATE COURTESY FILINGS OF LETTERS OF INTEREST FOR INDIVIDUALS**

WHEREAS, this Court's Order of September 11 ("Order") states that "[a]ny interested party who wishes to be heard on the Arbitration Petitions or on Rothenberg's lien, or who wishes to bring to the Court's attention any matter bearing on those disputes, may file a letter not to exceed five pages by October 1, 2026. Counsel shall ensure that the letter is filed in all of the above-captioned actions";

WHEREAS, it has come to this Court's attention that several individuals not otherwise represented in one or more of the above captioned actions would like to file letters as interested parties pursuant to the Order;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. Letters from individuals not otherwise represented in one or more of the above captioned actions may be filed by any counsel who has filed a notice of appearance in Case No. 08-cv-10934;

2. Any counsel who files a letter on behalf of such an individual shall do so as a courtesy filing only, and no attorney-client relationship shall be created between the filing counsel and the author(s) of such letters; and

3. Any such individual may alternatively file through the Pro Se Office.

DATED: October 5, 2026

SO ORDERED:

Loretta A. Preska

HONORABLE LORETTA A. PRESKA